AO 440 (Rev. 10/01) Summons in a Civil Action

# United States District Court

                                                       DISTRICT OF    DELAWARE

ALADDIN KNOWLEDGE SYSTEMS, LTD.,

    Plaintiff,

    v.

FEITIAN TECHNOLOGIES, CO, LTD. et al.,

    Defendants,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    1:05-cv-00149-UNA

TO:    AZ-Tech Software, Inc.
    210 East Franklin Street, Suite 11
    Richmond, MO 64085-1893

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    David S. Eagle, Esquire
    Klehr, Harrison, Harvey, Branzburg & Ellers LLP
    919 Market Street, Suite 1000
    Wilmington, DE  19801

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of the Court within a reasonable period of time after service.

PETER T. DALLEO                                              MAR 1 6 2005
_____                            _____
CLERK                                                                  DATE

_Evette Watson_
_____
(BY) DEPUTY CLERK

DEL1 60787-1

AO 440 (Rev. 8/01) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and Complaint was made by me[1] | DATE  March 21, 2005 |
| NAME OF SERVER (PRINT)  Edward Jones | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____
☐ Returned Unexecuted: _____

☑ Other (specify): Served upon AZ-TECH Software, Inc by serving the Secretary of State of Delaware located at 401 Federal Street Dover DE 19901. Service was accepted by Martina Marton at 11:46 am

| **STATEMENT OF SERVICE FEES** | | |
|---|---|---|
| Travel | Services | Total |
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/21/05
             Date

Signature of Server

31 Lockerman Sq Ste 109 Dover DE 19904
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

DEL1 60787-1