AO 440 (Rev. 10/01) Summons in a Civil Action

# United States District Court

DISTRICT OF DELAWARE

ALADDIN KNOWLEDGE SYSTEMS, LTD.,

    Plaintiff,

    v.

FEITIAN TECHNOLOGIES, CO, LTD. et al.,

    Defendants,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05-cv-00149-UNA

TO:    RS-Computer
        12 Elkland Road
        Melville, NY 11747

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David S. Eagle, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of the Court within a reasonable period of time after service.

MAR 1 6 2005

CLERK                                                 DATE

_/s/ Cuelle Waters_
(BY) DEPUTY CLERK

DEL1 60791-1

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  march 21, 2005  11:46 a.m |
| NAME OF SERVER (PRINT)  Edward Jones | TITLE  Process Server |
| Check one box below to indicate appropriate method of service ||
| ☐ Served personally upon the defendant. Place where served:_____ ||
| ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  Name of person with whom the summons and complaint were left:_____  ☐ Returned Unexecuted: _____ ||
| ☑ Other (specify): Served upon RS-Computer by serving the Secretary of State, Delaware located at 401 Federal Street Dover DE 19901 Service was accepted by Martina Martina at 11:46a.m. ||

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/21/05
Date

Signature of Server

32 Lockerman Street Suite 109
Dover DE  Address of Server
19904

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

DEL1 60791-1