IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALADDIN KNOWLEDGE SYSTEMS, LTD.,<br><br>  Plaintiff,<br><br>  v.<br><br>FEITIAN TECHNOLOGIES CO., LTD., RF IDEAS, INC., d/b/a SECURITY TOKENS, AZ-TECH SOFTWARE, INC., SOFTKEY E-SOLUTION SDN BHD, NOVARIS INNOVATIVE TECHNOLOGIES, FUTURE SYSTEMS, INC., RS-COMPUTER, OPENFORTRESS DIGITAL SIGNATURES, and SECURE TECHNOLOGY, INC.,<br><br>  Defendants. | C.A. No. 05-149-GMS |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for defendants RS Computer and Secure Technology Inc. to move, answer or otherwise plead in response to the Complaint is extended until May 6, 2005.

| | |
|---|---|
| KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP | MORRIS, NICHOLS, ARSHT & TUNNELL |
| /s/ David S. Eagle | /s/ Rodger D. Smith II |
| David S. Eagle (#3387)<br>Patrick A. Costello (#4535)<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801-3062<br>(302) 426-1189<br>deagle@klehr.com<br>*Attorneys for Plaintiff Aladdin Knowledge Systems, Ltd.* | Rodger D. Smith II (#3778)<br>1201 N. Market Street, P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@mnat.com<br>*Attorneys for Defendants RS Computer and Secure Technology Inc.* |

SO ORDERED this ___ day of April 2005.

_____
United States District Court Judge