IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALADDIN KNOWLEDGE SYSTEMS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> FEITIAN TECHNOLOGIES CO., LTD., RF IDEAS, INC., d/b/a SECURITY TOKENS, AZ-TECH SOFTWARE, INC., SOFTKEY E-SOLUTION SDN BHD, NOVARIS INNOVATIVE TECHNOLOGIES, FUTURE SYSTEMS, INC., RS-COMPUTER, OPENFORTRESS DIGITAL SIGNATURES, and SECURE TECHNOLOGY, INC., <br><br> Defendants. | C.A. No. 05-149-GMS |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for defendant AZ-Tech Software, Inc. to move, answer or otherwise plead in response to the Complaint is extended until May 11, 2005.

| | |
|---|---|
| KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP | MORRIS, NICHOLS, ARSHT & TUNNELL |
|    */s/ David S. Eagle* <br> David S. Eagle (#3387) <br> Patrick A. Costello (#4535) <br> 919 Market Street, Suite 1000 <br> Wilmington, DE 19801-3062 <br> (302) 426-1189 <br> deagle@klehr.com <br> *Attorneys for Plaintiff Aladdin Knowledge Systems, Ltd.* |    */s/ Rodger D. Smith II* <br> Rodger D. Smith II (#3778) <br> 1201 N. Market Street, P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> rsmith@mnat.com <br> *Attorneys for Defendant AZ-Tech Software, Inc.* |

SO ORDERED this ___ day of April 2005.

_____
United States District Court Judge