# EXHIBIT A

**Registered No.**
RA 187 584 115 US

**Date Stamp**

| Reg. Fee $ 7.50 | Special Delivery $ |
|---|---|
| Handling Charge $ | Return Receipt $ 1.75 |
| Postage $ 2.44 | Restricted Delivery $ |

Received by

To Be Completed By Post Office

Customer Must Declare Full Value $

☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited *(See Reverse)*

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

**FROM**
DAVID S. EAGLE
KLEHR, HARRISON, HARVEY et Al
919 MARKET ST, SUITE 1000
WILMINGTON, DE 19801-3062

**TO**
AZ-TECH SOFTWARE, INC.
210 EAST FRANKLIN ST.
SUITE 11
RICHMOND, MO 64085-1893

PS Form **3806,**
June 2000

**Receipt for Registered Mail**    *(Customer Copy)*
*(See Information on Reverse)*