# EXHIBIT B



# Track & Confirm

**Current Status**

You entered RA18 7584 115U S

Your item was delivered at 10:16 am on March 28, 2005 in RICHMOND, MO 64085.

**Notification Options**

▶ **Track & Confirm by email**   What is this?   

**Track & Confirm**
Enter label number:

**Track & Confirm FAQs**



POSTAL INSPECTORS
Preserving the Trust

site map  contact us  government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy