IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Aladdin Knowledge Systems, Ltd., :
15 Beit Oved Street :
Tel Aviv 61110, Israel :
 :
            Plaintiff, :
 : CIVIL ACTION NO. 1:05-cv-00149 (GMS)
      v. :
 :
Feitian Technologies Co., Ltd., :
Bldg. 7A, 5th Floor, No. 40 Xueyuan Road :
Haidian District :
Beijing, P.R. China 100083 :
       and : JURY TRIAL DEMANDED
RF Ideas, Inc., d/b/a Security Tokens, :
4238 B Arlington Heights Road :
Arlington Heights, IL 60004 :
       and :
AZ-Tech Software, Inc., :
210 East Franklin Street, Suite 11 :
Richmond, MO 64085-1893 :
       and :
Softkey E-Solution Sdn Bhd, :
5-20, Menara KLH Business Centre :
Lebuhraya Damansara Puchong :
Slangor Darul Ehsan, Malaysia :
       and :
Novaris Innovative Technologies, :
Koninksweg 28 :
7597 LW Saasveld :
The Netherlands :
       and :
Future Systems, Inc., :
7F, 8F Koland Bldg. :
1009-1 Daechi-dong, Kangnum-Gu :
Seoul, South Korea 135-851 :
       and :
RS-Computer :
12 Elkland Road :
Melville, NY 11747 :
       and :

DEL1 60854-1

OpenFortress Digital signatures          :
Haarlebrink 5, 7544 WP Enschede          :
The Netherlands                          :
    and                                    :
Secure Technology, Inc.                  :
7220 San Miguel Drive                    :
Port Richey, Florida 34668               :
                                         :
        Defendants.                    :

## DECLARATION OF COUNSEL REGARDING
## COMPLIANCE WITH 10 DEL. C. § 3104

STATE OF DELAWARE   )
                             ) ss.
NEW CASTLE COUNTY  )

        The undersigned counsel for Plaintiff hereby affirms under penalty of perjury pursuant to Local District Court Rule 4.1(b) as follows:

        1.      With respect to defendant RS-Computer, service of process upon the Secretary of State of the State of Delaware was effectuated on March 21, 2005. The return of service was filed with the Court on March 22, 2005.

        2.      The envelope containing the notice required by 10 Del. C. § 3104(d) was sent by registered mail on March 22, 2005 to defendant RS-Computer. The receipt given at the time of such mailing by the person mailing the envelope is filed herewith.

        3.      At the time of mailing the envelope, the required notice in subparagraph (d) was contained therein.

DEL1 60854-1

4.  The envelope was received by defendant RS-Computer on March 25, 2005 per the United States Postal Service Track & Confirm receipt filed herewith.

Dated: April 15, 2005

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

By: /s/ _____
David S. Eagle (DE Bar #3387)
919 Market Street, Suite 1000
Wilmington, DE 19801-3062
(302) 552-5508
Deagle@Klehr.com

*Attorneys for Plaintiff*
*Aladdin Knowledge Systems, Ltd.*

DECLARED AND SUBSCRIBED before me this 15th day of April, 2005.

_____
Notary Public

My Commission Expires: Sept. 22, 2005

SUSAN M. AMBROSE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 22, 2005

DEL1 60854-1