# EXHIBIT A

Registered No. RA 187 584 107 US

Date Stamp

| | | | |
|---|---|---|---|
| Reg. Fee $ 7.50 | Special Delivery $ | | |
| Handling Charge $ | Return Receipt $ 1.75 | | |
| Postage $ 2.44 | Restricted Delivery $ | | |
| Received by | | | |

To Be Completed By Post Office

Customer Must Declare Full Value $

☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM

DAVID S. EAGLE
KLEAR, HARRISON, HARVEY et Al
919 MARKET ST, SUITE 1000
WILMINGTON, DE 19801-3062

TO

RS-COMPUTER
12 ELKLAND RD
MELVILLE, NY 11747

PS Form 3806, June 2000    Receipt for Registered Mail    (Customer Copy)
(See Information on Reverse)