# EXHIBIT B

Case 1:05-cv-00149-GMS   Document 10-3   Filed 04/15/2005   Page 1 of 2



# Track & Confirm

**Current Status**

You entered RA18 7584 107U S

Your item was delivered at 2:00 pm on March 25, 2005 in MELVILLE, NY 11747.

**Notification Options**

▶ **Track & Confirm by email**   What is this?   ( Go > )

**Track & Confirm**
Enter label number:

**Track & Confirm FAQs**



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/netdata-cgi/db2www/cbd_243.d2w/output                4/14/2005