IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALADDIN KNOWLEDGE SYSTEMS, LTD., | : |
| Plaintiff, | : |
| v. | : C. A. No. 05-cv-00149 (GMS) |
| FEITIAN TECHNOLOGIES, CO, LTD. et al., | : JURY TRIAL DEMANDED |
| Defendants. | : |

## PRAECIPE

PLEASE ISSUE an Alias Summons for service upon Defendant Secure Technology Inc., at its principal place of business located at 7220 San Miguel Drive, Port Richey, Florida 34668.

Dated: April 26, 2005

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

_____/s/_____
David S. Eagle (Bar No. 3387)
919 Market Street, Suite 1000
Wilmington, DE 19801
(302) 552-5508
*deagle@klehr.com*

Attorneys for Plaintiff
Aladdin Knowledge Systems, Ltd.

DEL1 61238-1