IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALADDIN KNOWLEDGE SYSTEMS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> FEITIAN TECHNOLOGIES CO., LTD., RF IDEAS, INC., d/b/a SECURITY TOKENS, AZ-TECH SOFTWARE, INC., SOFTKEY E-SOLUTION SDN BHD, NOVARIS INNOVATIVE TECHNOLOGIES, FUTURE SYSTEMS, INC., RS-COMPUTER, OPENFORTRESS DIGITAL SIGNATURES, and SECURE TECHNOLOGY, INC., <br><br> Defendants. | C.A. No. 05-149-GMS |

### SECURE TECHNOLOGY'S MOTION TO QUASH SERVICE AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Defendant Secure Technology moves pursuant to Fed. R. Civ. P. 12 to quash service and to dismiss the Complaint for lack of personal jurisdiction. The bases for these motions are set forth more fully in Secure Technology's Opening Brief in support of the motions, which is being filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
  Attorneys for Defendant Secure Technology

OF COUNSEL:
Matthew G. Reeves
LOCKE LIDDELL & SAPP LLP
600 Travis, Suite 600
Houston, Texas  77002-3095
(713) 226-1200

May 6, 2005
464221

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on May 6, 2004, I caused to be electronically filed Secure Technology's Motion to Quash Service and Dismiss for Lack of Personal Jurisdiction, which will send notification of such filing(s) to the following:

>David S. Eagle (#3387)
>Klehr, Harrison, Harvey, Branzburg & Ellers LLP
>919 Market Street, Suite 1000
>Wilmington, DE 19801-3062
>(302) 426-1189

>*/s/ Rodger D. Smith II*
>Rodger D. Smith II (#3778)
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200
>rsmith@mnat.com