IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALADDIN KNOWLEDGE SYSTEMS. LTD., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 1:05-CV-00149-GMS |
| v. | : | |
| FEITIAN TECHNOLOGIES CO., LTD., ET AL. | : | JURY TRIAL DEMANDED |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

subject to the Court's approval, that the time within which Defendant RF Ideas, Inc., d/b/a

Security Tokens, must answer or plead in response to Plaintiff's Complaint is extended until

May 27, 2005.

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

By: _____

David S. Eagle (DE Bar #3387)
Patrick A. Costello (DE Bar #4535)
919 Market Street, Suite 1000
Wilmington, DE 19801-3062
(302) 426-1189 (Telephone)
deagle@klehr.com

*Attorneys for Plaintiff*
*Aladdin Knowledge Systems, Ltd.*

By: _____

Richard Landuyt, President
RF Ideas, Inc., d/b/a Security Tokens:
4238 B Arlington Heights Road
Arlington Heights, IL 60004

*Pro Se*

SO ORDERED this _____ day of _____, 2005.

_____
The Honorable Gregory M. Sleet

DEL1 60990-1