IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALADDIN KNOWLEDGE SYSTEMS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> FEITIAN TECHNOLOGIES CO., LTD., ET AL. | CIVIL ACTION NO. 1:05-CV-00149-GMS <br><br> JURY TRIAL DEMANDED |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to the Court's approval, that the time within which Defendant AZ-Tech Software, Inc., must answer or plead in response to Plaintiff's Complaint is extended until May 27, 2005.

| KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
| By: /s/ David S. Eagle <br> David S. Eagle (Bar #3387) <br> Patrick A. Costello (DE Bar #4535) <br> 919 Market Street, Suite 1000 <br> Wilmington, DE 19801-3062 <br> (302) 426-1189 (Telephone) <br> deagle@klehr.com <br><br> *Attorneys for Plaintiff* <br> *Aladdin Knowledge Systems, Ltd.* | By: /s/ Rodger D. Smith <br> Rodger D. Smith II (Bar #3778) <br> 1201 N. Market Street <br> P. O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> rsmith@mnat.com <br><br> *Attorneys for Defendant* <br> *AZ-Tech Software, Inc.* |

SO ORDERED this _____ day of _____, 2005.

_____
The Honorable Gregory M. Sleet

DEL1 61336-1