UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

ALADDIN KNOWLEDGE SYSTEMS LTD

 Plaintiff           SUMMONS IN A CIVIL CASE

   v           CASE NUMBER: 1:05-cv-00149-UNA

FEITIAN TECHNOLOGIES, CO, LTD. Et al.,

 Defendants,

### AFFIDAVIT OF SERVICE

I, Nordin bin Haron (NRIC No. 701024-10-5643) with an address at Messrs. Zaid Ibrahim & Co., Level 19 Menara Milenium, Jalan Damanlela, Pusat Bandar Damansara, 50490 Kuala Lumpur do hereby affirm and say as follows:-

1. I am a process server employed by Messrs. Zaid Ibrahim & Co., Advocates & Solicitors with an address at Level 19 Menara Milenium, Jalan Damanlela, Pusat Bandar Damansara, 50490 Kuala Lumpur Malaysia. I was instructed by my employer to serve the Summons in a Civil Case dated 16th March 2005, Civil Cover Sheet and the Complaint dated 11th March 2005 together with exhibits on Softkey E-Solution Sdn. Bhd. 5-20, Menara KLH Business Centre, Lebuhraya Damanasara Puchong, Selangor Darul Ehsan, Malaysia.

2. I did on the 14th day of April, 2005 at 12.35 p.m. serve a copy of the Summons in a Civil Case dated 16th March 2005, Civil Cover Sheet and Complaint dated

11th March 2005 together with exhibits therein on Softkey E-Solution Sdn Bhd, 5-20, Menara KLH Business Centre, Lebuhraya Damanasara Puchong, Selangor Darul Ehsan, Malaysia by way of personal service whereby Softkey E-Solution Sdn Bhd did acknowledge receipt by signing and endorsing their rubber stamp at the back of a duplicate of the abovementioned documents tendered for service.

3.  The copies of the Summons in a Civil Case dated 16th March 2005, Civil Cover Sheet and Complaint dated 11th March 2005 together with exhibits and a covering letter of Messrs. Zaid Ibrahim & Co., dated 14th April 2005 are shown to me and annexed hereto collectively marked exhibit "NH 1".

Affirmed by Nordin bin Haron )
on the 18th day of APRIL 2005 )
at Kuala Lumpur, MALAYSIA )          Before me

                                     ......................
                                     Notary Public

                                     **CHUA LIANG HONG**
                                     NOTARY PUBLIC
                                     2nd Floor, KL Plaza,
                                     No. 179, Jalan Bukit Bintang,
                                     55100 Kuala Lumpur, MALAYSIA
                                     Tel: 21431675  Fax: 21431695
                                     EXPIRY DATE: 04.07.2005