IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALADDIN KNOWLEDGE SYSTEMS, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>FEITIAN TECHNOLOGIES CO., LTD., RF IDEAS, INC., d/b/a SECURITY TOKENS, AZ-TECH SOFTWARE, INC., SOFTKEY E-SOLUTION SDN BHD, NOVARIS INNOVATIVE TECHNOLOGIES, FUTURE SYSTEMS, INC., RS-COMPUTER, OPENFORTRESS DIGITAL SIGNATURES, and SECURE TECHNOLOGY, INC.,<br><br>Defendants. | C.A. No. 05-149-GMS |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for defendant Softkey E-Solution Sdn Bhd to move, answer or otherwise plead in response to the Complaint is extended until June 20, 2005.

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

  */s/ David S. Eagle*
David S. Eagle (#3387)
Patrick A. Costello (#4535)
919 Market Street, Suite 1000
Wilmington, DE  19801-3062
(302) 426-1189
deagle@klehr.com
*Attorneys for Plaintiff Aladdin Knowledge Systems, Ltd.*

MORRIS, NICHOLS, ARSHT & TUNNELL

  */s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)
1201 N. Market Street, P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
*Attorneys for Defendant Softkey E-Solution Sdn Bhd*

SO ORDERED this ___ day of _____ 2005.

_____
United States District Court Judge