IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALADDIN KNOWLEDGE SYSTEMS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> FEITIAN TECHNOLOGIES CO., LTD., ET AL. | CIVIL ACTION NO. 1:05-CV-00149-GMS <br><br> JURY TRIAL DEMANDED |

## STIPULATION TO EXTEND BRIEFING SCHEDULE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, subject to the Court's approval, that the time within which Plaintiff Aladdin Knowledge Systems, Ltd., must file its opposition brief in response to Defendants RS-Computer's and Secure Technology, Inc.'s motions to dismiss is extended from May 20, 2005 to June 20, 2005.

| | |
|---|---|
| KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP | MORRIS, NICHOLS, ARSHT & TUNNELL |
| By: */s/ David S. Eagle* <br> David S. Eagle (Bar #3387) <br> Patrick A. Costello (Bar #4535) <br> 919 Market Street, Suite 1000 <br> Wilmington, DE 19801-3062 <br> (302) 426-1189 (Telephone) <br> deagle@klehr.com <br><br> *Attorneys for Plaintiff* <br> *Aladdin Knowledge Systems, Ltd.* | By: */s/ Rodger D. Smith* <br> Rodger D. Smith II (Bar #3778) <br> 1201 N. Market Street <br> P. O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> rsmith@mnat.com <br><br> *Attorneys for Defendants RS-Computer* <br> *and Secure Technology, Inc.* |

SO ORDERED this _____ day of _____, 2005.

_____
The Honorable Gregory M. Sleet

DEL1 61381-1