# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

RODGER D. SMITH
302 575 7205
302 498 6209 FAX
rsmith@mnat.com

May 17, 2005

**BY E-FILING**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE  19801

Re:    Aladdin Knowledge Systems, Ltd. v. Feitian Technologies Co., Ltd., et al.
Civil Action No. 05-149 (GMS)

Dear Judge Sleet:

I am writing concerning the proposed Stipulation and Order extending the time for defendant Softkey E-Solution Sdn Bhd  to respond to the Complaint until June 20, 2005 (D.I. 20).  The parties are actively discussing possible ways of resolving this case, and believe that the additional extension of time will permit them to continue that process and hopefully resolve this matter short of full-blown litigation.  The parties chose the June 20, 2005 date to coincide with the extension in time granted to plaintiff to respond to the motions to dismiss by RS-Computer and Secure Technology, which are represented by the same counsel as Softkey E-Solution.  The parties are available at the Court's convenience to answer any questions.

Respectfully,

*Rodger D. Smith*

Rodger D. Smith

*(by Leslie A. Polizoti)*
*(#4299)*

RDS/dal