IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALADDIN KNOWLEDGE SYSTEMS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-149 (GMS) |
| | ) | |
| FEITIAN TECHNOLOGIES CO., LTD., RF IDEAS, INC., d/b/a SECURITY TOKENS, AZ-TECH SOFTWARE, INC., SOFTKEY E-SOLUTION SDN BHD, NOVARIS INNOVATIVE TECHNOLOGIES, FUTURE SYSTEMS, INC., RS-COMPUTER OPENFORTRESS DIGITAL SIGNATURES, and SECURE TECHNOLOGY, INC., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## AZ-TECH SOFTWARE, INC.'S MOTION TO DISMISS

Defendant AZ-Tech Software, Inc. moves pursuant to Fed. R. Civ. P. 12(b)(2) to dismiss plaintiff's claims against it for lack of personal jurisdiction. The basis for this motion is set forth more fully in AZ-Tech Software, Inc.'s Opening Brief in support of its motion, which is being filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Rodger D. Smith, II
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
rsmith@mnat.com
  Attorneys for AZ-Tech Software, Inc.

May 27, 2005
467208

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on May 27, 2005, I caused to be electronically filed AZ-Tech Software, Inc.'s Motion To Dismiss using CM/ECF, which will send notification of such filing to the following:

> David S. Eagle, Esquire
> Klehr, Harrison, Harvey, Branzburg & Ellers
> 919 Market Street
> Suite 1000
> Wilmington, DE 19801

I also certify that copies were caused to be served on May 27, 2005, upon the following in the manner indicated:

### BY HAND

> David S. Eagle, Esquire
> Klehr, Harrison, Harvey, Branzburg & Ellers
> 919 Market Street
> Suite 1000
> Wilmington, DE 19801

> /s/ Rodger D. Smith II
> Rodger D. Smith II (#3778)
> Morris, Nichols, Arsht & Tunnell
> (302) 658-9200
> rsmith@mnat.com