IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALADDIN KNOWLEDGE SYSTEMS, LTD., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 1:05-CV-00149-GMS |
| FEITIAN TECHNOLOGIES CO., LTD., ET AL. | : JURY TRIAL DEMANDED |

**STIPULATION TO EXTEND BRIEFING SCHEDULE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, subject to the Court's approval, that the time within which Plaintiff Aladdin Knowledge Systems, Ltd., may file its answering brief in response to Defendant AZ-Tech Software Inc.'s motion to dismiss is extended from June 13, 2005 to July 13, 2005.

KLEHR, HARRISON, HARVEY,            MORRIS, NICHOLS, ARSHT & TUNNELL
BRANZBURG & ELLERS LLP

By: /s/ David S. Eagle                     By: /s/ Rodger D. Smith
    David S. Eagle (Bar #3387)                 Rodger D. Smith II (Bar #3778)
    Patrick A. Costello (Bar #4535)            1201 N. Market Street
    919 Market Street, Suite 1000              P. O. Box 1347
    Wilmington, DE 19801-3062                  Wilmington, DE 19899
    (302) 426-1189 (Telephone)                 (302) 658-9200
    deagle@klehr.com                           rsmith@mnat.com

    *Attorneys for Plaintiff*                  *Attorneys for Defendant*
    *Aladdin Knowledge Systems, Ltd.*          *AZ-Tech Software, Inc..*

SO ORDERED this _____ day of _____, 2005.

_____
The Honorable Gregory M. Sleet

DEL1 61623-1