IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Aladdin Knowledge Systems, Ltd., | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : NO. 05-149 |
| | : |
| Feitian Technologies Co., Ltd., | : |
| and | : JURY TRIAL DEMANDED |
| RF Ideas, Inc., d/b/a Security Tokens, | : |
| and | : |
| AZ-Tech Software, Inc., | : |
| and | : |
| Softkey E-Solution Sdn Bhd, | : |
| and | : |
| Novaris Innovative Technologies, | : |
| and | : |
| Future Systems, Inc., | : |
| and | : |
| RS-Computer | : |
| and | : |
| OpenFortress Digital signatures | : |
| and | : |
| Secure Technology, Inc. | : |
| Defendants. | : |

## CONSENT JUDGMENT AND
## ORDER OF DISMISSAL WITH PREJUDICE

**WHEREAS** Plaintiff Aladdin Knowledge Systems, Ltd. and Defendant RF Ideas, Inc., d/b/a Security Tokens, Inc. ("Settling Defendant") have entered into a comprehensive Settlement Agreement and Release ("Settlement Agreement") to amicably terminate the above captioned litigation as to the Plaintiff and Settling Defendant;

PHIL1 618630-1

WHEREAS pursuant to the terms of the Settlement Agreement, Plaintiff and Settling Defendant have stipulated and agreed to the entry of a Consent Judgment by the Court;

WHEREAS Plaintiff and Settling Defendant have jointly applied for the entry of a Consent Judgment in a form and according to the terms set forth below:

**IT IS HEREBY ORDERED:**

1. Civil Action No. 05-CV-149 is hereby dismissed and terminated, with prejudice, as to the Plaintiff and Settling Defendant.

2. United States Letters Patent No. 6,748,541 (the "'541 Patent") is hereby adjudged valid, enforceable and infringed as to the Settling Defendant.

3. United States Letters Patent No. 6,763,399 (the "'399 Patent") is hereby adjudged valid, enforceable and infringed as to the Settling Defendant.

4. The Court shall retain jurisdiction over the parties to the extent necessary to enforce the terms of this Consent Judgment.

5. Each party to this Consent Judgment shall bear its own costs and fees.

6. The persons executing this Consent Judgment on behalf of Plaintiff and Settling Defendant are authorized to do so.

_____    _____
Date                         U.S.D.J.

ACCEPTED AND AGREED TO:

                                                Plaintiff Aladdin Knowledge Systems, Ltd.

Date: ~~May~~ June 10, 2005    By: _____
                                            David S. Eagle, Esquire (Bar No. 3387)
                                            KLEHR, HARRISON, HARVEY, BRANZBURG
                                            & ELLERS LLP
                                            919 Market Street, Suite 1000
                                            Wilmington, DE  19801
                                            deagle@klehr.com
                                            Counsel for Plaintiff Aladdin Knowledge Systems, Ltd.

                                                     and

                                              Settling Defendant RF Ideas, Inc., d/b/a Security Tokens, Inc.:

Date: May 13, 2005                 _____
                                            Rick Landuyt
                                            RF Ideas, Inc.
                                            4238 B Arlington Heights Road
                                            Arlington Heights, IL 60004

                                            President, RF Ideas, Inc. d/b/a Security Tokens, Inc.