# KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP
## ATTORNEYS AT LAW

**DAVID S. EAGLE**
Direct Dial: (302) 552-5508
DEAGLE@klehr.com

919 MARKET STREET
SUITE 1000
WILMINGTON, DELAWARE 19801-3062

(302) 426-1189
FAX (302) 426-9193

www.klehr.com

**New Jersey Office**
457 Haddonfield Road
Suite 510
Cherry Hill, New Jersey 08002-2220
(856) 486-7900

**Philadelphia Office**
260 South Broad Street
Philadelphia, Pennsylvania 19102-5003
(215) 568-6060

**June 10, 2005**

**VIA E-FILE & HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 North King Street
Lock Box 19
Wilmington, DE 19801

> RE: **Aladdin Knowledge Systems, Ltd. v. Feitian Technologies, Co., Ltd. et al.;**
> **C.A. No. 1:05-cv-00149-GMS**

Dear Judge Sleet:

We represent the plaintiff Aladdin Knowledge Systems, Ltd. ("Aladdin") in this patent infringement action. I have enclosed herewith, for the Court's consideration, a courtesy copy of a Consent Judgment and Order of Dismissal with Prejudice as to defendant RF Ideas, Inc., which has been entered into between Aladdin and RF Ideas.

If Your Honor has any questions concerning this matter, we are available.

Respectfully,

David S. Eagle
deagle@klehr.com
(Bar I.D. 3387)

DSE:sma
Encl.
cc: Mary Ellen O'Laughlin, Esq.
    Rodger D. Smith, II, Esq.
    Rick Landuyt, RF Ideas, Inc.
    Clerk of the Court

DEL1 61627-1