IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALADDIN KNOWLEDGE SYSTEMS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 05-149 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| FEITIAN TECHNOLOGIES CO., LTD., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**SOFTKEY'S MOTION TO QUASH SERVICE AND MOTION TO DISMISS FOR
LACK OF PERSONAL JURISDICTION**

Defendant Softkey E-Solution Sdn Bdn ("Softkey") moves pursuant to Fed. R. Civ. P. 12 to quash service and to dismiss the Complaint for lack of personal jurisdiction. The bases for these motions are set forth more fully in Softkey's Opening Brief in support of the motions, which is being filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Rodger D. Smith II
_____
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19897-1347
(302) 658-9200
rsmith@mnat.com
*Attorney for Softkey E-Solution Sdn Bhd*

OF COUNSEL:

Matthew G. Reeves
LOCKE LIDDELL & SAPP LLP
600 Travis, Suite 600
Houston, Texas 77002-3095
(713) 226-1200

June 16, 2005
470293

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on June 16th, 2005, I caused to be electronically filed Softkey's Motion To Quash Service And Motion To Dismiss For Lack Of Personal Jurisdiction, which will send notification of such filing(s) to the following:

> David S. Eagle, Esquire
> Klehr, Harrison, Harvey, Branzburg & Ellers
> 919 Market Street
> Suite 1000
> Wilmington, DE  19801

I also certify that copies were caused to be served on June 16th, 2005, upon the following in the manner indicated:

### BY HAND

> David S. Eagle, Esquire
> Klehr, Harrison, Harvey, Branzburg & Ellers
> 919 Market Street
> Suite 1000
> Wilmington, DE  19801

*/s/ Rodger D. Smith (#3778)*
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com