# KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP
### ATTORNEYS AT LAW

**DAVID S. EAGLE**
Direct Dial: (302) 552-5508
DEAGLE@klehr.com

919 MARKET STREET
SUITE 1000
WILMINGTON, DELAWARE 19801-3062

(302) 426-1189
FAX (302) 426-9193

www.klehr.com

**New Jersey Office**
457 Haddonfield Road
Suite 510
Cherry Hill, New Jersey 08002-2220
(856) 486-7900

**Philadelphia Office**
260 South Broad Street
Philadelphia, Pennsylvania 19102-5003
(215) 568-6060

June 16, 2005

**VIA E-FILING**

The Honorable Gregory M. Sleet
United States District Court, District of Delaware
844 N. King Street
Wilmington, DE 19801

RE: **Aladdin Knowledge Systems, Ltd. v. Feitian Technologies Co., Ltd., et al., C.A. No. 05-CV-149(GMS)**

Dear Judge Sleet:

Plaintiff Aladdin Knowledge Systems, Ltd. ("Aladdin") and Defendant AZ-Tech Software, Inc. ("AZ-Tech") have submitted a proposed Stipulation and Order extending the time within which Aladdin must file its answering brief in response to AZ-Tech's motion to dismiss to July 13, 2005. I am writing in response to the Court's request that Aladdin provide an explanation for the requested extension in this patent infringement action.

This is Aladdin's first request for an extension of the briefing schedule. Aladdin and AZ-Tech have submitted the proposed Stipulation and Order because the parties are actively discussing a potential settlement of this matter. The parties believe that the 30-day extension of time will permit them to continue those negotiations without further litigation.

If the Court has any further questions regarding this matter, counsel are available.

Respectfully,

David S. Eagle
deagle@klehr.com
(DE Bar I.D. 3387)

cc: Mary Ellen O'Laughlin, Esquire
Rodger D. Smith, Esquire
Matthew Reeves, Esquire

DEL1 61659-1