# EXHIBIT A

RS -Computer Flash Token                                       Page 1 of 1



http://www.rs-computer.com/mitte.php?fla=movus.swf                6/17/2005







