# EXHIBIT B


Home | Site Map | Contact Us | Client Login



ABOUT US | SYSGEN SOLUTIONS | OUR WORK
CAPABILITIES & PRACTICES | CONTACT US



SYSGEN is a full-service, privately held Internet and Information Technology consulting firm founded in 1979 with offices in New York, USA and Hanover, Germany. SYSGEN has experience and expertise in implementing state-of-the-art Information System Solutions across all hardware platforms, operating systems, application development tools, database management systems and middleware.

Our focus in designing & delivering solutions to our clients fall into three distinct catagories: Web Development, Network Infrastructure,( design, implementation & Support) and RFID Solutions, closed loop applications , as well as Supply Chain RFID utilization.

SYSGEN is a leader in providing these consulting services to Fortune 1000 companies. SYSGEN Creative Services designs and builds Intranet/Internet solutions/sites and application interfaces. SYSGEN has participated in or has been responsible for more than 250 projects for clients in all major business areas; specializing in healthcare, pharmaceuticals and manufacturing.

12 Elkland Road, Melville, NY 11747   Voice: 631.491.1100   Fax: 631.491.1559   Email: info@sysgen.com   ©2003



**Home | Site Map | Contact Us | Client Login**





### ABOUT US: CONTACT US

Sysgen offers a wide range of products, consulting, products, and services. To request more information on our offerings, please fill out the form below and one of our consultants will contact you.

**United States Office**
12 Elkland Road
Melville, New York 11747

Voice: 631.491.1100
Fax: 631.491.1559
E-mail: info@sysgen.com

**European Office**
RS Computer / Sysgen
Vertriebs GmbH & Co KG
Frankenring 9
30855 Langenhagen
Hannover, Germany

Voice: +49.511.674.850
Fax: +49..511.674.8525
E-mail: info@rs-computer.com

REQUEST MORE INFORMATION

| | |
|---|---|
| Name | |
| Company | |
| Address | |
| City/State | |
| Zip | |
| Phone | |
| E-mail | |
| Is your company currently currently on the Web? | ○ Yes  ○ No |
| If yes, what is your URL? | |
| Is your current website generating business or cutting costs as you had | ○ Yes  ○ No |

| | |
|---|---|
| expected? | |
| Are you interested in learing more about the Web and how it can help your business, or updating your current site to do so? | ○ Yes  ○ No |
| How would you like Sysgen.com to contact you? | ○ Phone  ○ E-mail |
| Do you have a specific question? If so, please enter it here. | |

Submit

12 Elkland Road, Melville, NY 11747   Voice: 631.491.1100   Fax: 631.491.1559   Email: info@sysgen.com   ©2003

