IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Aladdin Knowledge Systems, Ltd., : <br> : <br> Plaintiff, : <br> : CIVIL ACTION <br> v. : NO. 05-149 <br> : <br> Feitian Technologies Co., Ltd., : <br> and : JURY TRIAL DEMANDED <br> RF Ideas, Inc., d/b/a Security Tokens, : <br> and : <br> AZ-Tech Software, Inc., : <br> and : <br> Softkey E-Solution Sdn Bhd, : <br> and : <br> Novaris Innovative Technologies, : <br> and : <br> Future Systems, Inc., : <br> and : <br> RS-Computer : <br> and : <br> OpenFortress Digital signatures : <br> and : <br> Secure Technology, Inc. : <br> : <br> Defendants. : <br> _____ : | |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of Motion of Defendant RS-Computer to Dismiss for Lack of Personal Jurisdiction and Plaintiff's opposition thereto, it is hereby ORDERED that the Motion is DENIED.

_____
U.S.D.J.

PHIL1 628732-1