# EXHIBIT A

AO 440 (Rev. 10/01) Summons in a Civil Action

# United States District Court

DISTRICT OF   DELAWARE

ALADDIN KNOWLEDGE SYSTEMS, LTD.,

Plaintiff,

v.

FEITIAN TECHNOLOGIES, CO, LTD. et al.,

Defendants,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   1:05-cv-00149-UNA

TO:   Secure Technology, Inc.
7220 San Miguel Drive
Port Richey, Florida 34668

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David S. Eagle, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE  19801

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of the Court within a reasonable period of time after service.

PETER T. DALLEO                              MAR 1 8 2005
_____              _____
CLERK                                         DATE

_Evette Watson_
_____
(BY) DEPUTY CLERK

DEL1 60793-1

Docket No. __3__
Date Filed _3-18-05_

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 3/17/05 |
| NAME OF SERVER (PRINT) SHANE HAMLIN | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned Unexecuted: _____

☒ Other (specify): PERSONALLY SERVED SECURE TECHNOLOGY INC, BY SERVING ITS REGISTERED AGENT, THE CORPORATION TRUST CO, AT 1209 ORANGE ST, WILM DE 19801 AT 4:10PM. PERSON ACCEPTING SERVICE: BRIAN PENROD

**STATEMENT OF SERVICE FEES**

| Travel | Services | Total |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/17/05
                  Date

Signature of Server: Shane Hamlin

Address of Server:
PARCELS INC
4 E 7TH ST
WILM DE 19801

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

DEL1 60793-1