# EXHIBIT B

AO 440 (Rev. 10/01) Summons in a Civil Action

# United States District Court

DISTRICT OF   DELAWARE

ALADDIN KNOWLEDGE SYSTEMS, LTD.,

    Plaintiff,

v.

FEITIAN TECHNOLOGIES, CO, LTD. et al.,

    Defendants,

**ALIAS SUMMONS IN A CIVIL CASE**

CASE NUMBER:   1:05-cv-00149 (GMS)

TO:    Secure Technology, Inc.
        7220 San Miguel Drive
        Port Richey, Florida 34668

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    David S. Eagle, Esquire
    Klehr, Harrison, Harvey, Branzburg & Ellers LLP
    919 Market Street, Suite 1000
    Wilmington, DE  19801

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of the Court within a reasonable period of time after service.

PETER T. DALLEO        4-27-05
CLERK                           DATE

*Beth Rina*
(BY) DEPUTY CLERK

DEL1 60793-1


AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 5/17/05 @ 7:33pm |
| NAME OF SERVER (PRINT) Kenneth J. Daly | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service:*

☐ Served personally upon the defendant. Place where served: 7200 San Miguel Dr. Port Richey FL 34668

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: John Doe Refused Name W/M 45yrs old 5'8" 170 lbs Grey Hair

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/18/05
Date

Signature of Server
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302-475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.