# EXHIBIT C



```
Information current through: 06-16-2005
Update Frequency: As Current As SOS
Source:   Secretary of State

Search DUNBR to retrieve list of Available Dun & Bradstreet Reports
                        COMPANY INFORMATION

            Name:  SECURE TECHNOLOGY INC.

            Entity Agent Info:Agent Name:   THE CORPORATION TRUST
            COMPANY
            Agent ID Number:  9000010
            Agent Phone:  302-658-7581
            Agent Fax: 302-655-5049

            Address:CORPORATION TRUST CENTER
            1209 ORANGE STREET

            WILMINGTON              DE   19801

               FILING INFORMATION

            Residency: Domestic
            Entity Kind: Corporation
            State of Incorporation:  Delaware Company
            Date of Incorporation:  05-30-2002

            Status:  Good Standing     03-14-2005

            State ID Number:  3531979
            FEIN:
               STOCK INFORMATION

            Total Classes of Stock:
            Total Authorized Shares:              1,000
            Total Value:              00
            Stock Effective Date:  05-30-2002

         GENERAL COMMENTS & TAX INFORMATION

            Classification:  General
            Tax Information:  Current Tax Estimate as of date:   :
            .00
            Tax Area & Code:  A/R Filing Required

END OF DOCUMENT
```

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.