# EXHIBIT D





i@



Secure Technology products and services are available through specially selected and authorised partners and resellers. **Secure Technology** Partners are highly specialised organisations that have demonstrated abilities to understand and resolve your security issues and needs.

By selecting a **Secure Technology** Partner you can be assured of the best levels of service and integrity currently available. All **Secure Technology** Partners have undergone training in the entire range of **Secure Technology** products and are able to provide full installation, configuration, management and training.

**Secure Technology** is always interested in expanding it's areas of representation and would welcome approaches from people or companies interested in representing us in local markets.

| | |
|---|---|
| **Group Head Office** | **Secure Technology Group Ltd** |
| | PO Box 42016, |
| | London, |
| | E5 9SW |
| | United Kingdom. |
| UK | + 44 (0) 1908-60 44 88 |
| USA | + 1 (727) 848 0063 |
| International | + 44 (0) 1908-60 44 88 |
| or email us at | info@secure-technology.com |

**Distribution Partners**



United Kingdom & Scandinavia

**Avanquest UK**
The Software Centre, East Way, Lee Mill Industrial Estate, Ivybridge, Devon, PL21 9GE, UK

Tel:     +44(0)7867 977 781
E-mail:  mike.smith@avanquest.co.uk





|  |  |  |  |
|---|---|---|---|
| **Subsidiary** | United States of America<br>**Secure Technology Inc.**<br>Rick Bertram, 7220 San Miguel Drive, Port Richey, Florida 34668, USA<br>Tel:   +1(727) 848 0063<br>E-mail:   rbertram@secure-technology.com |  |  |
| **Security Partner** | **Compresoft**<br>Miguel Llerana, 570 E. El Camino Real<br>Sunnyvale, CA 94087<br>Tel:   +1 (408).617.2520<br>E-Mail:   sales@compresoft.com | | |
| **Security Partner** | **Sprocket Data Inc.**<br>10717 Plano Rd #100, Dallas, Texas 75238, USA<br>Tel:   +1(214)3438300<br>E-Mail:   sales@sprocketdata.com | | |
| **Reseller** | **Argent Solutions**<br>1680 Indian Valley Road, Novato, CA 94947<br>Tel:   +1(415) 226 3300<br>E-Mail:   info@argentsolutions.net | | |
| **Reseller** | **Mobile Planet**<br>9175 Deering Avenue, Chatsworth, CA 91311<br>Tel:   +1(800) 675 2638<br>E-Mail:   sales@mobileplanet.com | |  |
| **Reseller** | **PC Connection** | |  |

Route 101A, 730 Milford Rd., Merrimack, NH 03054-4631  
Tel: +1(888) 213 0260  
E-Mail: salespricing@pcconnection.com

**Reseller** — **Tech Plus Inc.**  
Betsy Piper, 35 Marsh Road, Needham, MA 02492  
Tel: +1(781) 449 5429

**Reseller** — **Portable USA**  
25 South Street, Hopkinton, MA 01748  
Tel: +1 (309) 820 7913  
E-Mail: us-info@expansys.com

**Reseller** — **InnowareCorp**  
Baltimore, Maryland  
Tel: +1 (410) 828 1431  
E-Mail: usa@innowarecorp.com

**Reseller** — **Distribution Recovery, Inc.**  
1393 Round Table Dr., Dallas, Texas. 75247  
Tel: 214-351-1899 ext.214  
E-Mail: Sales@DistributionRecovery.com

**Reseller** — **Pasmark Information**

 Canada

**Reseller** — **Argent Solutions**  
74 John St., W., Box 880, Bradford, ON L3Z 2B3  
Tel: +1 (416) 451 8837  
E-Mail: info@argentsolutions.net

 Mexico

**Distributor** — **Dinamica en Microsistemas de Informatica, S.A de C.V.,**  
Manuel Gellida, Maiz 36-A Bis, Colonia Granjas Esmeralda, Mexico CP 09810  
Tel: +52 (0) 555 445 5100  
E-Mail: manuel.gellida@dmi.com.mx

United Kingdom

**Publisher** — **Avanquest UK**  ?/td>  
Mike Smith, The Software Centre, East Way, Lee Mill Industrial Estate, Ivybridge, Devon, PL21 9GE, UK

|  |  |
|---|---|
| | Tel: +44(0)7867 977 781<br>E-Mail: mike.smith@avanquest.co.uk |
| **Distribution Partner** | **Ingram Micro**<br>Garamonde Drive Wymbush Milton Keynes Bucks MK8 8DF<br>Tel: +44(0)870 166 0160<br>E-Mail: salesenquiries@ingrammicro.co.uk |
| **Distribution Partner** | **Sigma Software Distribution**<br>Prigg Meadow, Ashburton, Devon, TQ13 7DF, UK<br>Tel: : +44 (0)1364 655 200<br>Fax: +44 (0)1364 655 201<br>E-Mail: : maildesk@sigmasd.com |
| **Security Partner** | **Insight UK**<br>Technology Building, Insight Campus, Terry Street, Sheffield, S9 2BU<br>Alperton House, Bridgewater Road, Wembley, Middlesex, HA0 1EH<br>Tel: +44 (0)800 33 33 33<br>Fax: +44(0)800 10 20 30 |
| **Security Partner** | **Grey Matter**<br>Prigg Meadow, Ashburton, Devon, TQ13 7DF<br>Tel: +44 (0) 8703 66 55 66<br>Fax: +44 (0) 8703 66 55 77<br>E-Mail: maildesk@greymatter.com |
| **Security Partner** | **Kommunicate Ltd**<br>Sheridan House, 40-43 Jewry Street, Winchester, Hampshire, SO23 8RY<br>Tel: +44 (0)1962 835053<br>Fax: +44 (0)1962 835100<br>E-Mail: sales@kommunicate.co.uk |
| **Security Partner** | **Portable PLC**<br>Anna Meens, The Coach House, Kempshott Park, Dummer, Hampshire, RG23 7LP<br>Tel: +44(0)1256396532<br>E-Mail: ameens@portable.co.uk |
| **Security Partner** | **SecFusion**<br>Jason Bird, Midsummer Court, 314 Midsummer Boulevard, Central Milton Keynes, MK9 2UB<br>Tel: +44 (0)8700 111 730 |

| | | | |
|---|---|---|---|
| | E-Mail: sales@secfusion.com | | |
| Security Partner | **Secure Networks Ltd.**<br>Lex Moon, Neville House, Neville Court, Armstrong Road, Basingstoke, Hants, RG24 8NU<br>Tel: +44 (0)1256 356575<br>E-Mail: sales@securenetworks.co.uk |  |  |
| Security Partner | **New Moon Computer Security Ltd.**<br>Keith Moon, 1 Chestnut Dr., Yeovil, Somerset, BA20 2NL<br>Tel: +44 (0)1935 415 032<br>E-Mail: keith@newmoonsecurity.com |  |  |
| Security Partner | **AIS Ltd.**<br>Hannah Kent, Unit 10, Borers Business Park, Borers Arms Rd., Copthorne, W Sussex, RG10 3LH<br>Tel: +44 (0)1342 717 600<br>E-Mail: sales@aisec.co.uk |  |  |
| Security Partner | **Retech Electronics Ltd.**<br>Edward Badcock, Pembroke Centre, Chaney Manor, Swindon, Wilts, SN2 2PQ<br>Tel: +44 (0)1793 480 831<br>E-Mail: sales@retech.co.uk |  |  |
| Reseller | **Networks Unlimited**<br>Edward Badcock, Pembroke Centre, Chaney Manor, Swindon, Wilts, SN2 2PQ<br>Tel: +44 (0) 1798 873001<br>E-Mail: mail@netunlim.com | |  |
| Reseller | **EcommNet Ltd.**<br>Robert Campbell, Aidan House, Tynegate Precinct, Sunderland Rd., Gateshead, NE8 3HU<br>Tel: +44 (0)191 478 8318<br>E-Mail: robert.campbell@ecommnet.co.uk |  |  |
| Reseller | **Evolution Systems Ltd.**<br>Kevyn Mallen, Osprey House, 5 - 7 Old Street, St, Helier, Jersey, JE2 3RG<br>Tel: +44 (0)1522 516330<br>E-Mail: info@evolve-online.com |  |  |

| | | |
|---|---|---|
| **Reseller** | **SMC Direct**<br>31-33 Grosvenor Road, Aldershot, Hampshire, GU11 3DP<br>Tel:   +44(0)1252 339 706<br>E-Mail:  isales@smcdirect.com |  |
| **Reseller** | **Pixel Beach**<br>Gary Hector, 44 - 46 Oldstine, Brighton, BN1 1NH<br>Tel:   +44 (0)870 1210001<br>E-Mail:  sales@pixelbeach.co.uk |  |
| **Reseller** | **XCOMMunications Ltd.**<br>Cassandra Dickens, 10A Station Road West, Oxted, Surrey, RH8 9EP<br>Tel:   +44 (0)1883 730055<br>E-Mail:  sales@xcomm.co.uk |  |
| **Reseller** | **Blue Solutions**<br>2 Lakeside Business Park, Swan Lane, Sandhurst, Berkshire, GU47 9DN<br>Tel:   +44 (0)870 402 0000<br>E-Mail:  sales@bluesolutions.co.uk |   |
| **Reseller** | **Access IT Ltd**<br>The Old Grain Store, Brewley Farm, Brenley Lane, Boughton, Faverhsam, ME13 9LY<br>Tel:   +44 (0)1227 750555<br>E-Mail:  kilroy@accessit.co.uk |   |
| **Reseller** | **Expansys**<br>Roger Butterworth, Unit 1, Rutherford House, Manchester Science Park, Manchester, M15 6JJ<br>Tel:   +44 (0)161 8680868<br>E-Mail:  info@expansys.com |  |
| **Reseller** | **RS Components**<br>Birchington Rd, Weldon Industrial Estate, Corby, Northants NN17 9RS<br>Tel:   +44 (0)1536 201234<br>E-Mail:  general@rswww.com |  |
| **Reseller** | **MicroWarehouse**<br>Horizon One, Studio Way, Borehamwood, Herts WD6 5WH<br>Tel:<br>E-Mail:  sales@microwarehouse.co.uk |  |






| | | | |
|---|---|---|---|
| Reseller | ***Eurolaser***<br>Siri Leanage, Brookford House, Arkwright Road, Colnbrook, Berks, SL3 0HJ<br>Tel:   +44 (0)1753 680400<br>E-Mail:   eurolaser@eurolaser.co.uk | KDII pro | KDII |
| Reseller | ***Garingdell Systems Ltd***<br>B3-B4 Deseronto Wharf, St. Marys Road, Langley, Berkshire, SL3 7EW<br>Tel:   +44 (0)1753 671800<br>E-Mail:   sales@garingdell.com | KDII pro | KDII |
| Reseller | ***Lyon Computer Solutions***<br>62. Lyon Road, Crowthorne, Berkshire.RG45 6RT<br>Tel:   +44(0)1344-750147<br>E-Mail:   sales@lyoncs.co.uk | | KDII |
| Reseller | ***Yellowbus Solutions Ltd***<br>Chadwick House, Birchwood Park,Warrington,WA3 6AE<br>Tel:   0870 748 7488<br>E-Mail:   info@yellowbus.co.uk | | KDII |
| Reseller | ***CUpgrader.com***<br>31-33 Grosvenor Road, Aldershot,Hampshire,GU11 3DP<br>Tel:   +44(0)870 062 4506<br>E-Mail:   info@pcupgrader.co.uk | | KDII |
| Reseller | ***UIT Cambridge***<br>PO Box 145, Cambridge. CB4 1GQ<br>Tel:   +44 (0)1223 302 041<br>E-Mail:   sales@uit.co.uk | KDII pro | KDII |
| Reseller | ***Lyon Computer Solutions***<br>62. Lyon Road, Crowthorne, Berkshire.RG45 6RT<br>Tel:   +44(0)1344-750147<br>E-Mail:   sales@lyoncs.co.uk | | KDII |
| Reseller | ***SCC***<br>Brian Prangle, James House, Warwick Road, Birmingham, B11 2LE<br>Tel:   +44 (0)121 766 7000<br>E-Mail:   email@scc.co.uk | | KDII |
| Reseller | ***A & P Computers*** | KDII pro | KDII |



|  |  |  |  |
|---|---|---|---|
|  | Ian Dummer, Unit 5, Walnut Tree Close, Guildford, Surrey, GU1 4TR<br>Tel:   +44 (0)1483 821000<br>E-Mail:   sales@ap-computers.com. |  |  |
| Reseller | **AYS Systems Ltd**<br>Kevyn Mallen, Becor House, Green Lane, Lincoln, LN6 7DL<br>Tel:   +44 (0)1522 516 330<br>E-Mail:   enquiries@ayssystems.co.uk |  |  |
| Reseller | **Chevron Services** |  |  |
| Reseller | **Information Security Control Centre** |  |  |
|  | Ireland |  |  |
|  | **Reidy Computer Services**<br>Celbridge, Kildare |  |  |
|  | France |  |  |
| Reseller | **eXpansys France**<br>Zone Industrielle de la Biste, Ateliers No 7 et 8, 34670 Baillargues<br>Tel:   +33 467 457 780<br>E-Mail:   fr-info@expansys.com |  |  |
|  | Spain |  |  |
|  | **Compresoft**<br>Julio Marin<br>Tel:<br>E-Mail:   julio@compresoft.com |  |  |
| Reseller | **eXpansys Espana**<br>Zone Industrielle de la Biste, Ateliers No 7 et 8, 34670 Baillargues<br>Tel:   +33 (0)4 67 45 77 82<br>E-Mail:   es-info@expansys.com |  |  |
|  | Italy |  |  |
| Reseller | **InnowareCorp**<br>Zone Industrielle de la Biste, Ateliers No 7 et 8, 34670 Baillargues<br>Tel:   +39-02.580.27.211<br>E-Mail:   europe@innowarecorp.com |  |  |
| Reseller | **eXpansys Italia** |  |  |

E-
Mail:  it-info@expansys.com


**Security Partner**

Cyprus

***Multitech Corporation Ltd.***
17 Laodikias Str. 2028 Strovolos. PO Box 20430, 2152 Nicosia
Tel:   +357 (2) 711 300
E-
Mail:  info@multitech.com.cy


**Security Partner**

Germany
***IME Innovative Marketing & Engineering for Computers & Supplies GmbH***
Süduferstrasse 14, 66538 Neunkirchen
Tel:   0049 - (0) 6821 - 9 190 0
E-
Mail:  info@ime.de


**Reseller**

Austria

***PC-Services EDV-Beratung GmbH***
Handelskai 94-96, Millenniumtowe, Wien, 1200 Austria
Tel:   +43 1 240 9030 -510
E-
Mail:  office@pcservices.at



Switzerland

***Innoware (Schweiz) AG***
Bernhard Vetter, Schmiedgasse 26, 8604 Volketswil
Tel:   908 54 00
E-
Mail:  bvetter@innoware.ch


**Agent**

Russian Federation

***Sonita Ltd. (Obryza Division)***
Cedric Royer, Ul. Academica Yangelia 3, 108, 117534 Moscow
Tel:   +7 095 389 00 28
E-
Mail:  cedric.royer@obryza.com


**Security Partner**

India

Tel:
E-
Mail:


United Arab Emirates

**Subsidiary**   **Secure Technology ME**
Jawad A Siddiqui
E-mail:   Sales-me@secure-technology.com


Egypt

**Reseller**

Tel:
E-Mail:


Malaysia

**Reseller**   **Softkey E-Solution Sdn Bhd**
Edward Law, 5-20 (5th Staircase), Menara KLH, 47100 Puchong, Selangor
Tel:   +603-8076 6225
E-Mail:   edward@softkey.com.my


Singapore

**Reseller**   **Softkey E-Solution Sdn Bhd**
Edward Law, 105, Cecil Street, #06-01, The Octagon, Singapore 069534
Tel:   +65-6827 9077
E-Mail:   edward@softkey.com.my


Hong Kong

**Reseller**   **Evolution Systems Ltd.**
Fergus Brooks, 201 Wilson House, 19 Wyndham Street, Central, Hong Kong
Tel:   +852 2918 8757
E-Mail:   info@evolve-online.com


Republic of South Africa

**Subsidiary**   **Secure Technology SA**
Cassie Carsens, Almonds, Almond's Close, Hout Bay 7806, Capetown
Tel:   +27 (0) 21 790 7459
E-mail:   sales-africa@secure-technology.com


Kenya

**Security Partner**

|  |  | Tel:<br>E-mail: |
| --- | --- | --- |
| **Security Partner** | Tanzania | |
| | | Tel:<br>E-mail: |
| **Security Partner** | Uganda | |
| | | Tel:<br>E-mail: |

Secure Technology Gro
PO Box ·
L
E!
United Kir
All right reserved