IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Aladdin Knowledge Systems, Ltd., : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | NO. 05-149 |
| : | |
| Feitian Technologies Co., Ltd., : | |
| and : | JURY TRIAL DEMANDED |
| RF Ideas, Inc., d/b/a Security Tokens, : | |
| and : | |
| AZ-Tech Software, Inc., : | |
| and : | |
| Softkey E-Solution Sdn Bhd, : | |
| and : | |
| Novaris Innovative Technologies, : | |
| and : | |
| Future Systems, Inc., : | |
| and : | |
| RS-Computer : | |
| and : | |
| OpenFortress Digital signatures : | |
| and : | |
| Secure Technology, Inc. : | |
| : | |
| Defendants. : | |
| : | |

## **ORDER**

AND NOW, this _____ day of _____, 2005, upon consideration of the Motion of Defendant Secure Technology, Inc. to Dismiss for Lack of Personal Jurisdiction and Plaintiff's opposition thereto, it is hereby ORDERED that the Motion is DENIED.

_____
U.S.D.J.

PHIL1 628727-1