## CERTIFICATE OF SERVICE

I, David S. Eagle, hereby certify that on June 17, 2005, copies of Aladdin's Opposition to Secure Technology's Motion to Dismiss were served upon counsel listed below in the manner indicated:

**Via E-File**

Rodger D. Smith, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

David S. Eagle (Bar No. 3387)