# EXHIBIT

# A

Softkey E-Solution - the key to software development success                                      http://www.softkey.com.my/




home    about softkey    products    services    enquiries    contact



Softkey is specialized on providing digital security devices and solutions. Close business alliances with our foreign technology partners have given us the strength and synergy to become the leading digital security provider in this region.

### ROCKEY@SOFTKEY

SOFTKEY is the exclusive South East Asia regional representative for ROCKEY from Feitian Technologies Co. Ltd - World leading digital security devices manufacturer and provider.

ROCKEY's Products include

- Software license and copyright protection dongles
- Network & PKI Security tokens
- Smart card & SIM card readers



visit to ROCKEY's online store

### KeyDrive@SOFTKEY

SOFTKEY partnership with Secure Technology Group from United Kingdom to provide digital data security protection by introducing KeyDriveII - the award winning 2-factors authenticated drive encryption.

KeyDrive's Products include

- KeyDriveII (Standalone)
- KeyDrive Pro (Centrally Managed)



visit to KeyDrive's website

home - about - products - services - outsource - enquiry - contact us

Copyright © 2005. Softkey E-Solution Sdn Bhd. All Rights Reserved.

---

**2004 Latest News:**

**Dec:** Softkey signed partnership agreement with Secure Technology Group to become their regional partner for KeyDriveII range of products.

**July:** Softkey participate in Card ExAsia scheduled on 12 and 13th July at PWTC, KL. Softkey will showcase all its ROCKEY & Bluemore products during the 2 days event.

**April:** AdKey, a new unit is now formed to provide advertising and promotional services to Softkey's clients.

**Feb:** Softkey's Malaysia office is now shifted to its new corporate office in Menara KLH Puchong.



home about ▸ products ▸ downloads ▸ support ▸ buy now ▸ partner ▸    contact us



**Related Topics**

**ROCKEY4**
What is ROCKEY4?
Why ROCKEY4?
Which ROCKEY4?
How do I start?
Developer's Downloads
Technical Specs
General FAQs
Technical FAQs

**Product Updates**

**Jun2004**
ROCKEY4's envelope engine is now added the ability to encrypt FLASH executables.

Click here to download.



**May2004**
ROCKEY4's envelope engine is now added the background time interval checking which have now make protection with ROCKEY4 fast and easy.

Click here to download.

**Apr 2004**
ROCKEY4 achieve XP Signature which insures device drivers comply to rigid quality and interoperability set by Microsoft.



Click here to download.

## What is ROCKEY4?

**Mar 2002**
ROCKEY's dongles achieve CE Conformance Verification.



**Jun 2000**
ROCKEY4 dongle is awarded as Gold Prize winner at 2000 China International Software Expo and Technical Review Conference.

ROCKEY4 is an advanced software protection system that attaches to the parallel or USB port of a computer. Your software may be duplicated, but it will only run when your ROCKEY4 dongle is attached to the computer. Your application will interact with ROCKEY4 at start-up and during runtime, No Dongle means No License to execute your software. You can also limit the use of your software which is very common in the software industry for DEMO purposes or SHAREWARE.

In the case of software developers offering multiple modules, ROCKEY4 allows you to protect up to 16 applications per dongle at any one time. Since every ROCKEY4 dongle comes with a unique ID, software developers can even restrict the application to only allow to execution with a particular dongle.

Unlike some competing products, ROCKEY4 is in fact a powerful miniature computer, with a CPU, memory and specialised firmware that allows for robust interaction with your application. You may write complex algorithms that are securely stored in the dongle, and then call those algorithms from time-to-time in your application. This method for software protection is almost impossible to crack. Although designed to implement extremely high levels of security, it is also relatively easy to implement.

There are three common ways of implementation :-

1. **Enveloping**

   In the ROCKEY4 Utility CD, there is an Envelope program which allows software developers to encrypt any executable files in a few simple steps. This solution does not require any programming skills and is an ideal solution if you do not posses the source code for the application.

2. **API**

   The ROCKEY4 API is where software developers can integrate the highest protection from ROCKEY4 by calling specialized instructions into the application source code. You will find many useful API samples for all the popular programming languages as listed below :-

   **ROCKEY4 Standard/Plus (DOS/Win95/98/ME/2000/NT/XP/Server2003/Linux/Mac)**

   **API 32**

   - Active X (Delphi 4, Jscript, VB6, Word).
   - Borland C/C++ 5.02
   - C Builder 3/4/5
   - Delphi 3/4/5/6
   - DLL (Access2000, FoxPro, PowerBuilder, VB6, VB6 String, VC6, VC MFC)
   - Fortran Power Station
   - JAVA
   - VC 4.2/5/6
   - Visual .NET

   **API 16**

- MASM 6.XX
- Borland C/C++ 5.02
- Delphi 1.0
- Tool Book 3.0
- VB3
- VB4
- Visual C/C++ 1.52

**DOS Based**

- Borland C/C++ 3.1/4.5
- Clipper
- FoxPro 2.5, 2.6
- Microsoft C/C++ 7.0
- QuickBasic 4.5
- Turbo C 2.0
- Watcom C/C++ 10 or 11
- Novell 5.0 NLM

**NetROCKEY4 (Win98/ME/2000/NT/XP/Linux/Mac) API 32**

- Delphi
- Visual C/C++
- Visual Basic
- Visual .NET

3. **Enveloping + API**

    A security system combining both the API and Enveloping methods will establish the greatest level of protection for your software.

                                                                                                top

### Why ROCKEY4 ?

There are thousands of reason why you should start using ROCKEY4, below are the few highlighted benefits:

- **Cost Saving**

  Why pay more when you can get something better at a cheaper price. ROCKEY4 costs you 50% or lesser than most of the competing Dongles available in the market. With ROCKEY4, you do not need to employ high pay software security experts but still enjoy high security on your software.

- **High Security**

  ROCKEY4 implements a two level security system to segregate users who need read only access from those who need administrative privileges. To combat Hackers, ROCKEY4 has a built-in time gate to prevent software tracking and debugging on its protection system. In addition, ROCKEY4's protected memory + user defined algorithm works within the dongle and is almost impossible to crack.

- **High Reliability**

  ROCKEY4 is built under a perfect customer managing system which every customer is guarantee to own a unique password, every dongle come with a unique hardware ID. Both the password and hardware ID are burnt into the CPU inside the dongle, it is absolutely impossible to change them, even for us - the manufacturer. On the other hand, with our high level of Quality Control during production, we are maintaining less than 0.5% faulty rate which is much more lower than the industry standard.

- **High Compatibility**

  ROCKEY4 LPT dongle is not only transparent to printers, scanners, but also can be cascaded with upto maximum of 16 dongles, even from other manufacturers. ROCKEY4 is also designed to process even very complex algorithms with minimal delay for your application. Broad support of ROCKEY4 include Operating Systems like DOS, Windows 3.1, Win95/98/NT/2000/ME/XP/Server2003, Linux, Mac; enable you implement onto almost any platform available in the market.

- **Ease Of Use**

  ROCKEY4 is a well designed software protection system come with user friendly interface and useful sample source codes in most programming languages, it give you no difficulty on learning how to integrate it into your software application. In most cases, just within few days a programmer can become the master of using ROCKEY4.

top

### Which ROCKEY4 Should I Buy?

It is important to consider your pricing policy before deciding which model of ROCKEY4 best suit your licensing requirements.

- **Standalone**

  This is where your pricing policy is selling as per set basis. 1 PC 1 dongle.

  - **ROCKEY4 Standard**

    This is the basis model with up to 128 bytes internal read/write memory. Both LPT and USB ports are available.

  - **ROCKEY4 Plus**

    This is exactly like ROCKEY4 Standard except with larger memory capacity of up to 512 bytes. Also available in LPT and USB model.

- **Network**

  This where your pricing policy is selling as per user license. 1 dongle per server.

  - **NETROCKEY4**

    NETROCKEY4 is very similar to ROCKEY4 with the addition of network functionality. NETROCKEY4 is where one dongle per server, and it allow software developer to limit the user license. It support TCP/IP/UDP, NetBIOS and IPX networks.

top

## How Do I Start?

To evaluate ROCKEY4 software security dongles, you can start ordering the following developer kits specially designed for evaluation purposes.

- ROCKEY4 Standard Developer Kit- USD 22.90. Package includes:
  - One Rockey4 Standard LPT DEMO Dongle
  - One Rockey4 Standard USB DEMO Dongle
  - A software/utilities CD-ROM
  - Developer's Guide
  - USB Extension Cable
  - Brochure
  - Mouse Pad

- ROCKEY4 Plus Developer Kit- USD 26.90. Package includes:
  - One Rockey4 Plus LPT DEMO Dongle
  - One Rockey4 Plus USB DEMO Dongle
  - A software/utilities CD-ROM
  - Developer's Guide
  - USB Extension Cable
  - Brochure
  - Mouse Pad

- NETROCKEY4 Developer Kit  USD 52.90. Package includes:

- One NetRockey4 LPT DEMO Dongle
- A software/utilities CD-ROM
- Developer's Guide
- USB Extension Cable
- Brochure
- Mouse Pad





top

Want to find out more about ROCKEY4? Please proceed with followings links:-

- ROCKEY4 Technical Specifications
- ROCKEY4 Developer's Downloads
- ROCKEY4 General Frequent Asked Questions
- ROCKEY4 Technical Troubleshooting



Purchase ROCKEY's product online with our SWREG secure payment gateway. The product will reach you within 3 to 5 working days for International customer and within 1 to 2 days for domestic customer.
email: sales@rockey.com.my

home - about - products - resources & downloads - support - buy now - contact



Copyright © 2004 Rockey.com.my. All Rights Reserved. Privacy Statement.
Rockey is a registered trademark of Feitian Technologies Co. Ltd.



home   about ▸   products ▸   downloads ▸   support ▸   buy now ▸   partner ▸      contact us



**Related Topics**

**NetROCKEY4**
What is NetROCKEY4?
Why NetROCKEY4?
How do I start?
Developer's Downloads
Technical Specs
General FAQs
Technical FAQs

**Product Updates**

**Apr 2004**
ROCKEY4 achieve XP Signature which insures device drivers comply to rigid quality and interoperability set by Microsoft.



Click here to download.



**Mar 2002**
ROCKEY's dongles achieve CE Conformance Verification.



**Jun 2000**
ROCKEY4 dongle is awarded as Gold Prize winner at 2000 China International Software Expo and Technical Review Conference.

## What is NetROCKEY4?

NetROCKEY4 is built with same hardware architecture with ROCKEY4 but has added additional network aware capability. NetROCKEY4's advanced client-server based technology support TCP/IP/UDP, NetBIOS and IPX networks. The protected client application will be able to search the NetROCKEY4 through the LAN. Developers are able to restrict the maximum number of concurrent users with NetROCKEY4 thus make selling software with user license never been so easy.

In the case of software developers offering multiple modules, NetROCKEY4 allows you to protect up to 16 applications per dongle at any one time. Since every NetROCKEY4 dongle comes with a unique ID, software developers can even restrict the application to only allow to execution with a particular dongle.

Unlike some competing products offering at various user license models at sky high pricing, NetROCKEY4 is offer at very competitive pricing with unlimited user license. The three common ways of implementation are:-

1. **Enveloping**

   In the NetROCKEY4 Utility CD, there is an Envelope program which allows software developers to encrypt any executable files in a few simple steps. This solution does not require any programming skills and is an ideal solution if you do not posses the source code for the application.

2. **API**

   The ROCKEY4 API is where software developers can integrate the highest protection from ROCKEY4 by calling specialized instructions into the application source code. You will find many useful API samples for all the popular programming languages as listed below :-

   **NetROCKEY4 (Win98/ME/2000/NT/XP/Server2003/Linux/Mac) API 32**

   - Delphi
   - Visual C/C++
   - Visual Basic
   - Visual .NET

3. **Enveloping + API**

   A security system combining both the API and Enveloping methods will establish the greatest level of protection for your software.

                                                                                                 top

## Why NetROCKEY4 ?

There are thousands of reason why you should start using NetROCKEY4, below are the few highlighted benefits:

- **Cost Saving**

  Why pay more when you can get something better at a cheaper price. NetROCKEY4 costs you only standalone model pricing of competing products but provide you full control on the user license.

- **High Security**

  NetROCKEY4 implements a two level security system to segregate users who need read only access from those who need administrative privileges. To combat Hackers, NetROCKEY4 has a built-in time gate to prevent software tracking and debugging on its protection system. In addition, NetROCKEY4's user defined algorithm works within the dongle and is almost impossible to crack.

- **High Reliability**

  NetROCKEY4 is built under a perfect customer managing system which every customer is guarantee to own a unique password, every dongle come with a unique hardware ID. Both the password and hardware ID are burnt into the CPU inside the dongle, it is absolutely impossible to change them, even for us - the manufacturer. On the other hand, with our high level of Quality Control during production, we are maintaining less than 0.5% faulty rate which is much more lower than the industry standard.

- **High Compatibility**

  NetROCKEY4 LPT dongle is not only transparent to printers, scanners, but also can be cascaded with upto maximum of 16 dongles, even from other manufacturers. NetROCKEY4 is also designed to process even very complex algorithms with minimal delay for your application.

- **Ease Of Use**

  NetROCKEY4 is a well designed software protection system come with user friendly interface and useful sample source codes in most programming languages, it give you no difficulty on learning how to integrate it into your software application. In most cases, just within few days a programmer can become the master of using NetROCKEY4.

top

## How Do I Start?

To evaluate NetROCKEY4 software security dongles, you can start ordering the following developer kit specially designed for evaluation purposes.

NETROCKEY4 Developer Kit   USD 52.90. Package includes:

- One NetRockey4 LPT DEMO Dongle
- A software/utilities CD-ROM

- Developer's Guide
- USB Extension Cable
- Brochure
- Mouse Pad





top

Want to find out more about NetROCKEY4? Please proceed with followings links:-

- NetROCKEY4 Technical Specifications
- NetROCKEY4 Developer's Downloads
- NetROCKEY4 General FAQ
- NetROCKEY4 Technical/Troubleshooting FAQ



Purchase ROCKEY's product online with our SWREG secure payment gateway. The product will reach you within 3 to 5 working days for International customer and within 1 to 2 days for domestic customer.
email: sales@rockey.com.my

home - about - products - resources & downloads - support - buy now - contact

Copyright © 2004 Rockey.com.my. All Rights Reserved. Privacy Statement.
Rockey is a registered trademark of Feitian Technologies Co. Ltd.



home  about  ▶  products  ▶  downloads  ▶  support  ▶  buy now  ▶  partner  ▶     contact us



### RORCKEY4
hardware-based software security

**ROCKEY4 Online Purchase & Pricing**

**Related Topics**

**ROCKEY4**
What is ROCKEY4?
Why ROCKEY4?
Which ROCKEY4?
How do I start?
Developer's Downloads
Technical Specs
General FAQs
Technical FAQs

- **ROCKEY4 Developer Kits - Comes with DEMO dongles (Common Password) used for evaluation purposes. The SDK also include Developer Guide, Tools & Utilities CD and API samples designed for evaluation purposes. For developers who wish to evaluate or try ROCKEY4 with little cost or risk.**
- **ROCKEY4 Standard Pricing - Standard Pricing for dongles.**
- Note: First time users of ROCKEY4 must purchase a ROCKEY4 Developer Kit or Starter Kit to get started before ordering actual dongles.
- Please leave the quantity blank if not ordering that particular product.
- Shipping costs applicable only for orders outside Malaysia/Singapore (Usually takes from 3 to 5 working days with Fedex delivery).

**Product Updates**

**Apr 2004**
ROCKEY4 achieve XP Signature which insures device drivers comply to rigid quality and interoperability set by Microsoft.



Click here to download.

**Mar 2002**
ROCKEY's dongles achieve CE Conformance Verification.



**Jun 2000**
ROCKEY4 dongle is awarded as Gold Prize winner at 2000 China International Software Expo and Technical Review Conference.

| | ROCKEY4 Developer Kits | | | | |
|---|---|---|---|---|---|
| Model | Contents | Unit Price excl. shipping cost | Worldwide Shipping Cost Per Unit | QTY |
| ROCKEY4 Standard Developer Kit | • 1 ROCKEY4 Standard LPT **DEMO** Dongle (click for technical specification)<br>• 1 ROCKEY4 Standard USB **DEMO** Dongle (click for technical specification)<br>• A software/ utilities CD-ROM<br>• Developer's Guide<br>• 1 USB Extension Cable | USD 22.90 | USD 20.00 | |
| ROCKEY4 Plus Developer Kit | • 1 ROCKEY4 Plus LPT **DEMO** Dongle (click for technical specification)<br>• 1 ROCKEY4 Plus | USD 26.90 | USD 20.00 | |

| | |
|---|---|
|  | USB **DEMO** Dongle (click for technical specification)<br>• A software/utilities CD-ROM<br>• Developer's Guide<br>• 1 USB Extension Cable |

### ROCKEY4 Standard Pricing

| Model | QTY Per Order | Unit Price excl. shipping cost | FREE | Worldwide Shipping Cost Per Unit |
|---|---|---|---|---|
| **ROCKEY4 Standard - Parallel** (click for technical specification) | 20 | **USD 18.00** | 2 NetRockey4 | USD 1.00 |
| | 50 | **USD 16.00** | 5 NetRockey4 | |
| | 100 | **USD 14.00** | 10 NetRockey4 | |
| | above 100 | Ask for quote | | |
| **ROCKEY4 Standard - USB** (click for technical specification) | 20 | **USD 18.00** | 2 NetRockey4 | USD 1.00 |
| | 50 | **USD 16.00** | 5 NetRockey4 | |
| | 100 | **USD 14.00** | 10 NetRockey4 | |
| | above 100 | Ask for quote | | |
| **ROCKEY4 Plus - Parallel** (click for technical specification) | 20 | **USD 20.00** | 2 NetRockey4 | USD 1.00 |
| | 50 | **USD 17.50** | 5 NetRockey4 | |
| | 100 | **USD 15.00** | 10 NetRockey4 | |
| | above 100 | Ask for quote | | |
| **ROCKEY4 Plus -** | 20 | **USD 20.00** | 2 NetRockey4 | |
| | 50 | **USD 17.50** | 5 NetRockey4 | |
| | 100 | **USD 15.00** | 10 NetRockey4 | |



| above 100 | **Ask for quote** |
|---|---|

please select delivery location : Outside Malaysia/Singapore

Buy Now | Reset

- After completing the form above, click on the *"Buy Now"* button to connect to the SWREG **secure** web site where you will be prompted for your credit-card or other details.

- If you have any questions, please e-mail support@rockey.com.my

top

Want to find out more about ROCKEY4? Please proceed with followings links:-

- ROCKEY4 Features & Description
- ROCKEY4 Technical Specifications
- ROCKEY4 Developer's Downloads
- ROCKEY4 Frequently Asked Questions

top

home - about - products - resources & downloads - support - buy now - contact



Copyright © 2004 Rockey.com.my. All Rights Reserved. Privacy Statement.
Rockey is a registered trademark of Feitian Technologies Co. Ltd.



home   about ▸   products ▸   downloads ▸   support ▸   buy now ▸   partner ▸   contact us
corporate profile
privacy statement





**Related Topics**

**NetROCKEY4**
What is NetROCKEY4?
Why NetROCKEY4?
How do I start?
Developer's Downloads
Technical Specs
General FAQs
Technical FAQs

**Product Updates**

**Apr 2004**
ROCKEY4 achieve XP Signature which insures device drivers comply to rigid quality and interoperability set by Microsoft.



Click here to download.

**Mar 2002**
ROCKEY's dongles achieve CE Conformance Verification.



**Jun 2000**
ROCKEY4 dongle is awarded as Gold Prize winner at 2000 China International Software Expo and Technical Review Conference.

**NetROCKEY4 Online Purchase**

- **NetROCKEY4 Developer Kits - Comes with DEMO dongles (Common Password) used for evaluation purposes. The SDK also include Developer Guide, Tools & Utilities CD and API samples designed for evaluation purposes. For developers who wish to evaluate or try NetROCKEY4 with little cost or risk.**
- **NetROCKEY4 Standard Pricing - Ask for quote**
- Note: First time users of NetROCKEY4 must purchase a ROCKEY4 Developer Kit to get started before ordering actual dongles.
- Please leave the quantity blank if not ordering that particular product.
- Shipping costs applicable only for orders outside Malaysia/Singapore (Usually takes from 3 to 5 working days with Fedex delivery).

**NetROCKEY4 Developer Kits**

| Model | Contents | Unit Price excl. shipping cost | Worldwide Shipping Cost Per Unit | QTY |
|---|---|---|---|---|
| NetRockey4 Developer Kit | • 1 NetROCKEY4 LPT **DEMO** Dongle (click for technical specification)<br>• 1 NetROCKEY4 USB **DEMO** Dongle (click for technical specification)<br>• A software/utilities CD-ROM<br>• Developer's Guide<br>• 1 USB Extension Cable | **USD 45.90** | USD 20.00 | |

please select delivery location : Outside Malaysia/Singapore ▼

[Buy Now]   [Reset]

- After completing the form above, click on the *"Buy Now"* button to

connect to the SWREG **secure** web site where you will be prompted for your credit-card or other details.

- If you have any questions, please e-mail support@rockey.com.my

top

Want to find out more about NetROCKEY4? Please proceed with followings links:-

- NetROCKEY4 Technical Specifications
- NetROCKEY4 Developer's Downloads
- NetROCKEY4 General FAQ
- NetROCKEY4 Technical/Troubleshooting FAQ

top

home - about - products - resources & downloads - support - buy now - contact



Copyright © 2004 Rockey.com.my. All Rights Reserved. Privacy Statement.
Rockey is a registered trademark of Feitian Technologies Co. Ltd.