

home  about ▶ products ▶ downloads ▶ support ▶ buy now ▶ partner ▶   contact us

| ROCKEY2 |
| ROCKEY4 |
| NetROCKEY4 |
| ROCKEY5 |
| ePass1000/2000 |
| Rockey100/200 |



**Related Topics**

**ROCKEY5**
What is ROCKEY5?
ROCKEY5 Features
Why ROCKEY5?
How do I start?
Developer's Downloads
Technical Specs
General FAQs
Technical FAQs

**Product Updates**

**Dec 2002**
ROCKEY5 being awarded as Editor's Choice by China Information World.



"Uncrackable"

### What is ROCKEY5?

Dubbed the **"Uncrackable" dongle,** ROCKEY5 is the 5th generation of software protection dongle which combines traditional dongle technology with the flexibility and capacity of the smart card. It is the ideal solution for software protection and information security.

The built-in 8-bit microprocessor smart card ensures high hardware security level and together with the own developed ROCKEY5's Card Operating System (ROCKEYCOS) ensures complete security control on the software level. ROCKEY5 has its own CPU, RAM, ROM, Operating System and Applications, functions like a minicomputer. Developers may write special programs for this minicomputer and run the programs in the smart card, so the algorithms in the smart card is as secure as you can imagine. Our API is quite flexible and expandable without sacrificing the security level.

top

### ROCKEY5 Features

- **Smart Card Standard** - ROCKEY5 uses smart card technology widely used by the most security conscious industries worldwide. It complies with all smart card standards and utilizes smart card technology as a "black box" to protect and execute core portion of application code. Developers may protect their software by storing algorithms, data and programs inside the protected RCCKEY5 environment and executing in isolation from the PC.

- **Powerful Encryption Algorithms** - ROCKEY5 has much more memory and processing capacity that most dongle products. It can therefore support far stronger encryption mechanisms than most products available on the market.

- **Smart Card Flexibility** - ROCKEY5 ships with 32k (expandable) of memory and may be used to run a selected portion of application code. This protection mechanism is potentially very powerful and impossible without the processing capacity of the smart card.

top

### Why ROCKEY5 ?
- 
    **ROCKEY5 enables the developer to secure code and data

**from the PC environment**

ROCKEY5 works on the basis of transplanting code from the PC to the secure ROCKEY5 environment. A kernel of application critical algorithms and data are transplanted from the application to the ROCKEY5 environment. This new program is termed an "external" program and completely executes inside the ROCKEY5 dongle. The external program will not be contained in PC memory during execution. The developer should not keep a copy of the external program on the host computer.

Smart card technology makes it virtually impossible for crackers to track, debug or read the external program. The external program exchanges data with the main program (The "main program" executes on the host machine) through the interface.

- **ROCKEY5 is based on smart card hardware certified by the world's leading security organizations.**

  A customized smart card chip is at the heart of the ROCKEY5 dongle. The smart card chip utilized by ROCKEY5 is a highly integrated device that is certified to EAL4+ and ITSEC and is far more secure than most single-chip microcomputers. The ROCKEY5 chip also meets the ISO (International Standards Organization) standard ISO/IEC 10373 that defines test requirements for smart cards under ultraviolet, X-ray and electromagnetic fields.

- **THE ROCKEYCOS is optimized for software protection and is the intellectual property of ROCKEY.**

  The COS (Card Operating System) used by ROCKEY5 was developed by ROCKEY, a leader in both software protection and smart card technologies since 1998. The ROCKEYCOS combines IC card standards with the characteristics of traditional dongles and is fully compatible with ISO 7816-3. ROCKEY has drawn on its experience in both smart card and dongle technologies in the painstaking and time consuming process of creating the COS. Dongle manufacturers who release "smart card" dongles based on a COS developed by a third party are relying on technical know-how and thoroughness of that third party, and may unwittingly introduce security problems hidden in the COS.

- **Providing software developers with a flexible and effective management solution**

  ROCKEY5 was developed to meet the varying demands of today's complex software market. There is great diversity in software sales and license management including software trial, software lease and multi-module releases. The ROCKEY5 file system is powerful enough to adapt to all of these requirements and more. Features such as "class coding" to enable several applications to be protected in a single dongle, or "privilege codes" to support multi-level protection of critical data, or "remote update management" for enabling or disabling remotely stored application modules, overlay a powerful COS that can be employed for any number of application protection scenarios.

- **Simple yet powerful Integrated Development Environment (IDE)**

  The complexity and power of the ROCKEYCOS is simplified by the ROCKEY5 IDE (Integrated Development Environment). The IDE is

the utility ROCKEY5 provides to simplify the software protection method. The IDE integrates editor, compiler, debugger and IC language emulator. Developers can perform all dongle programming work with the IDE. The IDE also offers virtual/real dongle management functions. You can directly put the compiled "external program" in the virtual device and then emulate the run and debug. When the external program is OK, you may copy it from the virtual device to the real device with the traditional Windows copy/paste method. Both the virtual and real devices utilize an Explorer-like file system management and will be familiar to most developers.

- **Complete solution with a high level of security**

Most developers have only a rough idea about software protection and cannot afford a lot of time to study advanced software protection theories. Thus their software protection system may contain bugs or omissions that can be exploited by crackers. Prior to developing ROCKEY5, we collected and analyzed some typical and popular protection solutions and the COS was designed to support such solutions. If developers adopt our protection solution, their software will enjoy a higher level of security.

  - Customer unique management codes and globally unique hardware ID
  - Super password and privilege levels allow for advanced file system security management
  - Remote software updates based on "One-time-only" password technology
  - Secure file transfer

top

## How Do I Start?

To evaluate ROCKEY5 software security dongles, you can start ordering the following developer kits specially designed for evaluation purposes.

- ROCKEY5 Developer Kit- USD 35.90. Package includes:
  - One Rockey5 USB DEMO Dongle
  - A software/utilities CD-ROM
  - Developer's Guide
  - USB Extension Cable
  - Brochure
  - Mouse Pad



Rockey.com.my - ROCKEY5: The Latest In Anti Software-Piracy T...     http://www.rockey.com.my/prod_dongle_rockey5.htm

 

top

Want to find out more about ROCKEY5? Please proceed with followings links:-

- ROCKEY5 Developer's Downloads
- ROCKEY5 Frequently Asked Questions
- ROCKEY5 Technical Specifications

top



Purchase ROCKEY's product online with our SWREG secure payment gateway. The product will reach you within 3 to 5 working days for International customer and within 1 to 2 days for domestic customer.
**email: sales@rockey.com.my**

home - about - products - resources & downloads - support - buy now - contact

Copyright © 2004 Rockey.com.my. All Rights Reserved. Privacy Statement.
Rockey is a registered trademark of Feitian Technologies Co. Ltd.

Rockey.com.my - ROCKEY5: The Latest In Anti Software-Piracy T...   http://www.rockey.com.my/price_dongle_rockey5.htm



home   about ▸ products ▸ downloads ▸ support ▸ buy now ▸ partner ▸   contact us



**ROCKEY 5**
*smartest software protection*

**Related Topics**

**ROCKEY5**
What is ROCKEY5?
ROCKEY5 Features
Why ROCKEY5?
How do I start?
Developer's Downloads
Technical Specs
General FAQs
Technical FAQs

**Product Updates**

**Dec 2002**
ROCKEY5 being awarded as Editor's Choice by China Information World.



"Uncrackable"

### ROCKEY5 Online Purchase & Pricing

- **ROCKEY5 Developer Kits - Comes with one unit ROCKEY5 dongle with COMMON ID, Developer Guide and Tools & Utilities CD . For developers who wish to evaluate or try ROCKEY5 with little cost or risk.**
- **ROCKEY5 Standard Pricing - ask for quote.**
- Note: First time users of ROCKEY5 must purchase a ROCKEY5 Developer Kit or Starter Kit to get started before ordering actual dongles.
- Please leave the quantity blank if not ordering that particular product.
- Shipping costs applicable only for orders outside Malaysia/Singapore (Usually takes from 3 to 5 working days with Fedex delivery).

| ROCKEY5 Developer Kits | | | | |
|---|---|---|---|---|
| Model | Contents | Unit Price excl. shipping cost | Worldwide Shipping Cost Per Unit | QTY |
| ROCKEY5 - DK | • 1 Rockey5 USB Dongle (click for technical specification)<br>• A software/utilities CD-ROM<br>• Developer's Guide<br>• 1 USB Extension Cable | USD 35.90 | USD 20.00 | |

| ROCKEY5 Standard Pricing | | | | |
|---|---|---|---|---|
| Model | Key Features | QTY Per Order | Unit Price excl. shipping cost | Shipping Cost Per Unit |



| | | 20 | USD 25.00 | |
|---|---|---|---|---|
| **ROCKEY5 USB** (click for technical specification) | 8-bit customized smart card (certified by ISO 1540, EAL4+ and PP9806), 32K EEPROM, 672 bytes RAM | 50 | USD 22.00 | USD 1.00 |
| | | 100 | USD 21.00 | |
| | | above 100 | **Ask for quote** | |

please select delivery location : Outside Malaysia/Singapore ▼

[ Buy Now ]   [ Reset ]

- After completing the form above, click on the *"Buy Now"* button to connect to the SWREG **secure** web site where you will be prompted for your credit-card or other details.

- If you have any questions, please e-mail support@rockey.com.my

top

Want to find out more about ROCKEY5? Please proceed with followings links:-

- ROCKEY5 Developer's Downloads
- ROCKEY5 Technical Specifications
- ROCKEY5 Frequently Asked Questions

top

home - about - products - resources & downloads - support - buy now - contact



Copyright © 2004 Rockey.com.my. All Rights Reserved. Privacy Statement.
Rockey is a registered trademark of Feitian Technologies Co. Ltd.



home  about ▸ products ▸ downloads ▸ support ▸ buy now ▸ partner ▸   contact us





**Related Topics**

**ePass**
What is ePass
Usage of ePass
Why ePass
Which ePass
How do I start
Technical Specs
Comparing ePass
ePass Architecture
End User's Downloads
Developer's Downloads
General FAQs

**Product Updates**

**May 2004**
ePass2000 has achieved OPSEC™(Open Platform for Security) certification from Check Point Software Technologies Ltd. (NASDAQ: CHKP), the worldwide leader in securing the Internet. Through OPSEC certification, ePass2000 seamlessly integrates with Check Point's market-leading VPN-1®/FireWall-1®Next Generation™software.



**Apr 2004**
FeitianCOS has achieved PBOC standard, China EMV standard.

## What is ePass?

**ePass** is an inexpensive, small, lightweight and fully portable Plug & Play device that connects to the USB (*Universal Serial Bus*) port of any Personal Computer. It does not require any additional power supply or reader and thus it supports a powerful Two Factor Authentication security procedure.

**ePass** is something that the user needs to have to access any application or system. Applications can benefit from ePass' built-in security algorithm unit which provides a powerful challenge/response mechanism for authentication services. Such a challenge/response authentication model is more secure than the traditional user name & password model because in challenge/response, the "shared secret" information is never exposed during the authentication process.

**ePass** is also an ideal solution for secure portable storage of sensitive information such as Digital Certificates, Private Keys, Passwords, Credit Card Numbers and other security credentials which may be safely and conveniently stored on ePass and taken with you wherever you go.

## Usage of ePass

ePass supports two standard Public Key Infrastructure (PKI) architectures :

- PKCS#11 (Public Key Cryptography Standards from RSA Security Inc).
- MS CAPI (Microsoft's Cryptographic Applications Programming Interface).

ePass support seamless integration with any application based on PKCS#11 or MS CAPI standards, no development needed. Compatible applications may store digital certificates and private keys, generate RSA/DSA key pairs, perform digital signing and authentication functions, encrypt and decrypt data with ePass.

Internet Explorer, Outlook, Outlook Express, Netscape Navigator are applications compatible to PKI standards.

## Applications

- Workstation security through Windows 2000 smart card logon
- Standard e-Mail signing and encryption with Microsoft Outlook/ Outlook Express, Internet Explorer and Netscape Messenger
- SSL Secure Web access

**Jul 2003**
ePass achieve XP Signature which insures device drivers comply to rigid quality and interoperability set by Microsoft.



**Jul 2003**
ePass being awarded as one of the most trustable brand name for INTERNET SECURITY for year 2003.

**Apr 2003**
ePass2000 achieve 4 STARS recommendation from SC Magazine.



**Examples**

**Use ePass for**
Storing Digital Cert
Smart Card Logon
E-Mail Encryption


ROCKEY welcome any software developers who are experience on PKI solution to join our marketing network for ePass.
Sales@rockey.com.my



- PKI compatibility with Win98SE and above, Microsoft Internet Explorer and Netscape Navigator
- Secure Network (extranets & intranets) logon
- Secure VPN access
- Secure File and Data Protection
- Secure PC Protection
- Secure Password Protection

**Application Fields**

- Online Banking
- B2B, B2C Transactions
- Stock Brokerage
- Healthcare
- Application Service Providers (ASP)
- Online Subscription
- Fare Collection
- Military and Government Applications

top

**Why ePass ?**
ePass can provide you a cost-effective, portable and highly secure protection solution to your network and e-business applications. Below are some good points to share :-

- **Secure**
  User names and passwords are not longer safe in today digital world, it can be easily explore to third party or being hacked by unethical hackers. ePass provide secure container for user to keep their security credentials and once keep, it will never leave ePass without being encrypted. The specialized onboard crypto microprocessors in ePass enable far stronger security than software-only solutions.

- **Cost Effective**
  ePass architecture is based on open standards and is more cost effective than other hardware security systems like Smart Card or Biometric readers. You can implement Smart Card security without the need to investing for expensive readers, what you need to implement ePass is just a USB port. ePass cost 50% or lesser if compare with other competing brands.

- **Seamless Integration**
  ePass can Hot Plug to the USB port of any supported PC and it provides "out of the box" support for Internet Explorer, Microsoft Outlook, Outlook Express, Netscape Communicator or any software product based on the MS-CAPI or PKCS#11 standards. We also provide partners and OEM customers with a standard crypto tool kit to ease integration work.

- **Portable**
  ePass is small enough to take with you wherever you go. Your digital certificates, passwords, PIN numbers or other personal security information need not be left unattended on your PC.

- **Versatile**
  ePass can securely hold multiple security credentials, allowing

     support for many concurrent PKI applications.

- **Reliability**
  ePass can safely store security credentials and keep for at least 10 years.

top

### Which ePass Should I Buy?

| | |
|---|---|
| <br>ePass1000 — cost effective Public Key Infrastructure token<br><br>**ePass1000 Features**<br><br>- Built-in with EEPROM<br>- On-board HMAC-MD5 challenge-response two-factor authentication<br>- 2 levels file directory structure<br>- click here for detail specifications | **ePass1000 8K**<br>It is the entry level product that come with only 8K memory at very affordable pricing.<br><br>**ePass1000 32K**<br>If you wish to keep more credential into the token, perhaps this one come with 32K memory is the better choice |
| <br>ePass 2000 — smart card Public Key Infrastructure token<br><br>**ePass2000 Features**<br><br>- Built-in Smart Card with FEITIANCOS<br>- On-board generation of RSA 1024-bit key pair<br>- Support RSA, DES, 3DES, SHA-1, MD5<br>- 16 levels file directory structure<br>- click here for detail specifications | **ePass2000 32K**<br>If you are looking for maximum security option, definitely ePass2000 will be your choice. With built-in smart card, it support multiple security algorithms and upto 16 levels file security. Developers can define very complex security relationship depending on their requirements. |

top

### How Do I Start?

#### For End Users

This is for anyone who wish to make use of ePass as the secure container for your existing PKI or Security applications. Please make sure the applications you intend to integrate with ePass are PKCS#11 or MS-CAPI compliant. If it does, once you installed ePass driver, it should automatically added into the device list in that applications. You can purchase either of the ePass End User Pack.

Examples for using ePass
1. How to store your Digital Certificate into ePass
2. How to encrypt e-mail with ePass
3. How to use ePass for Windows Smart Card Logon.

[top]

**ePass1000 (8K) End User Pack**



USD 36.90

- One ePass1000 (8K) USB Token
- A software/utilities CD-ROM
- User's Guide
- USB Extension Cable
- Brochure
- Mouse Pad



**ePass2000 (32K) End User Pack**



USD 65.90

- One ePass2000 (32K) USB Token
- A software/utilities CD-ROM
- User's Guide
- USB Extension Cable
- Brochure
- Mouse Pad



## For Developers

There are two common kinds of ePass developers:

1. Public Key Infrastructure (PKI) solution developers who wish to create program in a PKI environment that will issue ePass to all the users as to store their digital certificates.
2. System developers who want to use the low level API interface of ePass to add access control and entity authentications to their programs, and manage memory inside ePass to store sensitive information.

ePass Start-Up Kits below offers Software Developers all the components necessary to develop your security application using ePass. ePass driver is PC/SC compliant and signed by Microsoft.

[top]

**ePass1000 (8K) Start-Up Kit**



USD 180.00

- 10 units ePass1000 8K USB Tokens
- A software/ utilities CD-ROM
- Developer's Guide
- 10 USB Extension Cables

**ePass1000 (32K) Start-Up Kit**             USD 200.00



- **10** units ePass1000 32K USB Tokens
- A software/ utilities CD-ROM
- Developer's Guide
- 10 USB Extension Cables



**ePass2000 (32K) Start-Up Kit**

USD 325.00



- **10** units ePass2000 32K USB Tokens
- A software/ utilities CD-ROM
- Developer's Guide
- 10 USB Extension Cables



Want to find out more about ePass? Please proceed with followings links:-

- ePass Technical Specifications
- Comparing ePass with other security devices
- ePass Architecture
- ePass Frequently Asked Questions
- ePass End User's Downloads
- ePass Developer's Downloads

top



Purchase ROCKEY's product online with our SWREG secure payment gateway. The product will reach you within 3 to 5 working days for International customer and within 1 to 2 days for domestic customer.
**email: sales@rockey.com.my**

home - about - products - resources & downloads - support - buy now - contact



Copyright © 2004 Rockey.com.my. All Rights Reserved. Privacy Statement.
Rockey is a registered trademark of Feitian Technologies Co. Ltd.



home   about ▸ products ▸ downloads ▸ support ▸ buy now ▸ partner ▸   contact us



### ePass for End Users Online Purchase

- Please make sure the applications you intend to integrate with ePass are PKCS#11 or MS-CAPI compliant.
- ePass End User Pack do not come with any additional end user application software.
- Shipping costs applicable only for orders outside Malaysia.

**Related Topics**

**ePass**
What is ePass
Usage of ePass
Why ePass
Which ePass
How do I start
Technical Specs
Comparing ePass
ePass Architecture
End User's Downloads
Developer's Downloads
General FAQs

**Product Updates**

**May 2004**
ePass2000 has achieved OPSEC™(Open Platform for Security) certification from Check Point Software Technologies Ltd. (NASDAQ: CHKP), the worldwide leader in securing the Internet. Through OPSEC certification, ePass2000 seamlessly integrates with Check Point's market-leading VPN-1®/FireWall-1®Next Generation™software.



**Apr 2004**
FeitianCOS has achieved PBOC standard, China EMV standard.

**Jul 2003**
ePass being awarded as one of the most trustable brand name

| | ePass for End User | | | |
|---|---|---|---|---|
| Model | Contents | Unit Price excl. shipping cost | Shipping Cost Per Unit | QTY |
| ePass 1000 - 8K | • One ePass1000 8K USB Token<br>• A software/ utilities CD-ROM<br>• User's Guide<br>• USB Extension Cable | USD 36.90 | USD 20.00 | |
| ePass 2000 - 32K | • One ePass2000 32K USB Token<br>• A software/ utilities CD-ROM<br>• Developer's Guide<br>• USB Extension Cable | USD 65.90 | USD 20.00 | |

please select delivery location : Outside Malaysia ▼

Buy Now   Reset

- After completing the form above, click on the *"Buy Now"* button to connect to the SWREG **secure** web site where you will be prompted for your credit-card or other details.

If you have any questions, please e-mail support@rockey.com.my



for INTERNET SECURITY for year 2003.

[top]

**Apr 2003**
ePass2000 achieve 4 STARS recommendation from SC Magazine.

Examples for using ePass

1. How to store your Digital Certificate into ePass
2. How to encrypt e-mail with ePass
3. How to use ePass for Windows Smart Card Logon.

[top]





home - about - products - resources & downloads - support - buy now - contact

Copyright © 2004 Rockey.com.my. All Rights Reserved. Privacy Statement.
Rockey is a registered trademark of Feitian Technologies Co. Ltd.