## CERTIFICATE OF SERVICE

I, David S. Eagle, hereby certify that on June 30, 2005, copies of Aladdin's Opposition to Softkey E-Solution Sdn Bdn's Motion to Quash Service and Dismiss for Lack of Personal Jurisdiction were served upon counsel listed below in the manner indicated:

### Via E-File

Rodger D. Smith, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899

_____
David S. Eagle (Bar No. 3387)