# EXHIBIT

# A

Az-Tech Software Home                                      http://www.az-tech.com/default.html

  

**Home   News**
**EVERKEY  ePass**
**iSignet**
**EVERLOCK**
**SAFE-D**
**Support  Orders**
**About Us**

Renew32.exe now supports Windows Server 2003. Click here to download...





## EVERKEY Rockey Accessories Now Available



You asked for it and here it is...
**EVERKEY** USB Rockeys now come with FREE dust caps!

Also, you can now order Split Rings with your USB Rockeys. These come either attached or unattached.

USB Extension Cables allow easy access to a USB port when the desktop or laptop computer only has I/O ports on the rear of the machine.

Don't forget the Accessories on your next order.
More Info...



## Az-Tech Closed For Independence Day

Az-Tech offices will be closed Friday 1/Jul/05 through Tuesday 5/Jul/05 for the American Independence Day holiday. If you need to contact Support or place an order, use the following methods:

- Support Email: **support@az-tech.com**
- Order Placement Email: **orders@az-tech.com**
- Order Placement Fax: **816-776-8398**

We will be open again on Wednesday, 6/Jul/05.



*Revised: June 14, 2005*
*Copyright © 1996-2005*
*Az-Tech Software, Inc.*
*All Rights Reserved*

  

1 of 1                                                7/13/2005 10:36 AM

EVERKEY Copy Protection System                              http://www.az-tech.com/everkey.html

  

**Home    News**
**EVERKEY   ePass**
**iSignet**
**EVERLOCK   SAFE-D**
**Support   Orders**
**About Us**



## What Is EVERKEY?

**EVERKEY** is a copy protection and license management system. It handles the
enforcement of your license terms so you can focus on your application.
Execution and date limits are a snap to setup. And you have total flexibility to
renew or remove these limits via phone, fax or email.

(Click to Enlarge)



**USB Rockey with
Split Ring and Dust
Cap**



**EVERKEY System CD**

**EVERKEY** utilizes the most advanced technology available to protect your
Product and keep it secure. By combining the strength of hardware with the
flexibility of software, we can offer an unprecedented level of compatibility and
security. Your Product deserves nothing less!

Here's how **EVERKEY** works:

First, you program an Authorization Device (called a "Rockey") with information
that is specific to your Product and Customer. For example, you would specify
the Product Name, Serial Number and any execution and/or date limits. Also,
you supply a "secret" so your Rockey Authorization Device is unique and cannot
be duplicated.

Second, you add an "Authorization check" to your program which verifies that
your specific Rockey is present. To make this as easy as possible, we've provided
a number of examples in various languages that can be copied and pasted.

Your program containing the "Authorization check" can be freely copied, backed
up, restored, etc. with no restrictions or special considerations. However, any
copy of your protected program will require the presence of your unique
Authorization Device. And since the Device can only be in one place at one time,
you can be assured that your licensing terms are being enforced at the Customer
site.

Back to Top of This Page

1 of 7                                                              7/13/2005 10:40 AM

# *EVERKEY Rockey Hardware*

The **EVERKEY** Authorization Devices are called
Rockeys.

Rockey Authorization Devices contain a custom
microprocessor, EEPROM memory and specialized
circuitry for random number generation. This
hardware is seriously secure. The USB device has a
translucent plastic case that allows an LED indicator
to be seen when the device is in use. Also, the USB
case design allows the device to be strung on a key
ring to support a "Floating License".

(Click to Enlarge)



**Rockey with Label**

Rockeys are available for USB and Parallel (LPT) ports. It doesn't matter to your
protected program where the Authorization comes from, as long as it contains
your unique Product information. This means that your program accesses the
Authorization Device the same way for all port types.

(Click to Enlarge)



**USB Rockey                    Parallel Rockey**
**Available Colors**

USB Rockeys support both USB v1.x and USB v2.0 ports. Parallel Rockeys can be
daisy-chained (up to 16) and offer full support for the IEEE 1284 (ECP/EPP/SPP)
standard. This ensures high compatibility and transparency with other devices
plugged into the same Parallel port.

DOS thru Windows XP is fully supported. We even allow DOS programs to access
USB Rockeys when running on Windows systems that support USB ports.

Rockeys are available in four translucent colors: Green, Red, Blue and Purple. All
colors have the same prices and delivery terms.

Even with all these advanced features, Rockeys are very competitively priced. Go
To Prices...

## Rockey Technical Specifications:

|  | USB Rockey | Parallel Rockey |
|---|---|---|
| Dimensions: | 50 x 17 x 7 mm 1.97 x 0.67 x 0.28 inches | 39 x 55 x 16 mm 1.54 x 2.17 x 0.63 inches |
| CPU Type: | 20 pin, 8-bit | 8 pin, 8-bit |
| Min. Operating Voltage: | 5 Volts | 2.2 Volts |

EVERKEY Copy Protection System                                              http://www.az-tech.com/everkey.html

| | | |
|---|---|---|
| **Current Consumption (active/idle):** | Less than 50ma | Less than 10ma |
| **Max. No. of Devices in Series:** | 16 | 16 |
| **Connector Type:** | USB Type A | 25-pin , Type D |
| **Casing:** | Hard Molded Plastic, Tamper Evident | |
| **Operating Temperature:** | 0 ~ 70°C (32 ~ 158°F) | |
| **Storage Temperature:** | -40 ~ 85°C (-40 ~ 185°F) | |
| **Memory Cell Rewrites:** | At Least 100,000 Times | |
| **Memory Data Retention:** | At Least 10 Years | |



## Rockey Certifications

Back to Top of This Page

## *EVERKEY Main Features*

### *Compatibility*
**EVERKEY** can protect virtually any executable program that exists in the Windows or DOS world.  Currently, **EVERKEY** supports programs that run in the following environments:

- PC or MS-DOS v3.30 or later
- Windows 95, including OSR2
- Windows 98, including Second Edition
- Windows Millennium
- Windows NT v3.51
- Windows NT v4.0 with Service Pack 2 or later
- Windows 2000
- Windows XP Home / Pro
- Windows Server 2003

Windows v3.10 and v3.11 Windows for Workgroups are NOT supported.

### *Transparency*
**EVERKEY** protects your Product without interfering with its normal operation.

Users can backup, restore and move your Product as often as necessary. And they can plug the Authorization Device into any available I/O port because **EVERKEY** scans ALL the ports on a PC (unless you tell it not to). Redirected printer ports in a network environment are no problem.

## Date Limits

**EVERKEY** allows you to create fully functional demos or rental versions of your software. Your software will stop running on a particular day or number of days. Customers wanting to purchase or continue to lease your Product can enter a unique Renew Code which can either extend or remove the date limits. This code is provided by you via phone, fax or email with no shipping charges or delays!

## Execution Limits

**EVERKEY** can also build an execution limit into your Product. Just like a date limit, this execution limit may be extended or removed via phone, fax or email using our Renew program.

## Protect Multiple Products For Same Customer

Each **EVERKEY** Authorization Device supports a 16-byte User-Data area which can be used as needed. The last 2 bytes of this area are called the User-Data flags. These flags consists of 16 individual bits which can be remotely turned on (set to 1) with our Renew program. You can read the User-Data flags with the KECHK function and test which bits have been set. This allows you to protect up to 16 separate Products with one Authorization Device! And the activation (Renew) codes can be sent via phone, fax or email.

## Serialization & Registration

**EVERKEY** makes it very easy to embed specific and unique information into every Product you ship. This information can be as generic as a serial number or as unique as the User's name and address. This data is encrypted and totally secured within the protected program. Any attempt to modify it will result in the program ceasing to operate. If desired, you may display the registration information each time your program is used.

## Network Compatibility

**EVERKEY** makes it easy to control network Products. Just issue one Authorization Device for each workstation that needs to access your Product. Nothing needs to be done to the network server. And you don't have to worry about redirected printer ports or which port the Authorization Device is installed to. **EVERKEY** scans ALL the ports on a PC (unless you tell it not to).

## Secure Product Production

**EVERKEY** allows you to encrypt the files that store your Product protection options. You may also specify how those encrypted Options files can be used by those who do not know the decryption password. This feature allows for secure production environments where you can be sure that protection options are not being changed by unauthorized personnel.

## Full Support For Electronic Upgrades

**EVERKEY** allows you to deliver your Product upgrades via Internet or email as a standard option. There is no need to ship another Authorization Device. This saves you both time and money!

## All Colors Are Stocked

USB Rockeys are available in four translucent colors: Green, Red, Blue and Purple. All colors have the same prices and delivery terms. Sorry, Parallel Rockeys are only available in Black.

## *One Year Hardware Warranty*

**EVERKEY** hardware comes with a full one year warranty. If a device fails due to a manufacturing defect (not physical abuse) within one year of purchase, Az-Tech will replace it free of charge according to our Return Merchandise Policy.

Back to Top of This Page

## *EVERKEY System Requirements*

The minimum computer system required to protect your programs is:

- IBM PC Compatible running Windows 95 or later
- CD-ROM drive (any speed)
- One standard USB or Parallel (LPT) Port

To program Rockey USB Devices, your computer must be running Windows 98 or later.

Back to Top of This Page

## *EVERKEY Accessories*

**Split Rings** make it easier to attach the USB Rockeys to a large key chain. Each one is 1/2 inch in diameter and nickel plated. You can buy Split Rings either unattached or attached to each USB Rockey that you purchase.

(Click to Enlarge)



**Purple USB Rockey with Split Ring**



**Split Ring**



**USB Extension Cables** allow easy access to a USB port when the desktop or laptop computer only has I/O ports on the rear of the machine. These cables are 6 foot long and support both USB 1.1 and USB 2.0 speeds.

Using an extension cable is also a good idea if you are programming a large number of Rockeys since it will reduce wear-and-tear on your USB port connector.

**USB Extension Cable**

Back to Top of This Page

## *EVERKEY Rockey Prices*

The latest version of the **EVERKEY** software and electronic version of the User's Manual is always available (Free) from our Downloads page.

EVERKEY Copy Protection System                                      http://www.az-tech.com/everkey.html

A System CD-ROM is sent with your first order of hardware.  Additional copies of
the System CD-ROM may be purchased (at any time) for US$15.00 each.

| Rockey Prices | | |
|---|---|---|
| Quantity Purchased | USB Rockey Price Each | Parallel Rockey Price Each |
| 1-99 | $34.00 | $34.00 |
| 100-499 | $26.00 | $26.00 |
| 500-999 | $24.00 | $24.00 |
| 1,000+ | $23.00 | $23.00 |

| Rockey Accessory Prices | |
|---|---|
| Item | Price Each |
| Split Rings (Unattached) | $0.10 |
| Split Rings (Attached) | $0.30 |
| USB Extension Cable | $10.00 |

**When ordering USB Rockeys, please specify your color preference.
Available colors are Green, Red, Blue and Purple.
Parallel Rockeys are only available in Black.**

**1 Dust Cap of the same color is provided free with each USB Rockey
ordered.**

**If you're still using iButtons, click here for prices.**

**These prices are based on a quantity per order, are not cumulative and
do not include shipping charges.**

**All prices are in U.S. Dollars and subject to change without notice.**

Go to Ordering Information

Back to Top of This Page

EVERKEY Copy Protection System

http://www.az-tech.com/everkey.html

  

7/13/2005 10:40 AM

Az-Tech Product Support                                      http://www.az-tech.com/support.html

  

**Home   News**
**EVERKEY   ePass**
**iSignet**
**EVERLOCK   SAFE-D**
**Support   Orders**
**About Us**



## Contacting Product Support

We offer unlimited FREE Product Support!

First, review the Frequently Asked Questions (FAQ) for your product. You can view the FAQ by clicking the appropriate link on the left side of this page.

If the FAQ doesn't help, submit a Support Email Form by clicking the appropriate link on the left side of this page. Please fill out the form completely. We will respond within one business day.

You can help us solve the problem quickly by doing a few simple things:

- Always include your Email address, Name and Version Number.
- For EVERLOCK and Safe-D, always include your Serial Number.
- If available, always include the complete Error Code and Message. The information contained in the Code often gives us specific information we need to diagnose and solve your problem. If there is no Error Code and/or Message, provide a detailed account of what you were doing and what went wrong.
- Use the "Additional Information" box to include anything that you think might be helpful for us to solve the problem.
- Always fill out the form as completely as possible.

  

Az-Tech Orders Information                                    http://www.az-tech.com/orders.html

  

**Home   News**
**EVERKEY   ePass**
**iSignet**
**EVERLOCK**
**SAFE-D**
**Support   Orders**
**About Us**



## Placing An Order:

You can place an Order via Email, Phone or Fax.  If we have any questions, we'll
contact you before shipping your order.  When ordering, please tell us:

- Your Name and Company Name
- The Shipping Address
- Your Email Address and Phone Number
- Product Name
- For USB Rockeys, please specify the color.
- Quantity
- Method of Payment
- Shipping Method

Orders placed before noon Central Time will usually be shipped the same day.

Here is how you can contact the **Orders Department**:

## Email Address: orders@az-tech.com

## Phone Number: 816-776-2700
### Answered Monday thru Friday 8:00am to 5:00pm
### USA Central Time (GMT-06:00)

## Fax Number: 816-776-8398

## Payment Options

Az-Tech accepts payment by the following Credit Cards:

- MasterCard
- Visa
- American Express
- Discover



Please include the Credit Card number, Expiration Date, Name and Billing Address
of the Cardholder.

By using a credit card, your purchases can usually be shipped within one (1)

1 of 3                                                        7/13/2005 10:41 AM

business day. This is the most convenient method of payment. If the use of Credit Cards is not available to you, you can pre-pay for your order by:

- Company Check (U.S.A. Customers only)
- Cashier's Check
- Money Order
- Bank Wire Transfer (additional US$35.00 charge will apply)

Sorry, we do not accept Personal checks or Eurocheques. If you have any questions about Payment Options, please contact the Orders Department.

Back to Top of This Page

## *Shipping Options*

Az-Tech will ship your package worldwide via UPS. Listed below are the shipment options.

### **Domestic:**



- UPS Overnight
- UPS Next Day Saver
- UPS 2nd Day
- UPS 3rd Day
- UPS Ground

### **International:**

- UPS Worldwide Express

Upon request, we will also ship via Federal Express or DHL.

If you have any questions about Shipping Options, please contact the Orders Department.

Back to Top of This Page

## *Return Merchandise Authorization (RMA) Policy*

Az-Tech makes every effort to provide the highest quality products available, free of any manufacturing defects. This is why all of our hardware products come with a one year warranty.

If any of our hardware fails due to a manufacturing defect (not physical abuse) within one year of purchase, Az-Tech will replace it as long as you adhere to the following procedure:

1. You MUST obtain a Return Merchandise Authorization number (RMA#) before returning the hardware. This is done by contacting us via email, phone or fax.
2. The defective hardware must be returned within 30 days of issuing the RMA#.
3. Write the RMA# on the shipping label. Packages returned without an RMA# will be refused.
4. Return the defective hardware and a copy of the Invoice to:

   **Az-Tech Software, Inc.**

**201 East Franklin Street, Suite 11**
**Richmond, MO 64085-1893**
**Attention: (RMA# goes here)**

5. You are responsible for all shipping charges to return the hardware.

Upon receipt, all RMA Packages are inspected and at our discretion, credit may be refused or a restocking fee may be charged.

When shipping replacement hardware, we will decide the shipping method and we will pay all shipping charges (for U.S. Customers only).

If you have any questions about our RMA Policy, please contact the Orders Department.

<u>Back to Top of This Page</u>

  

Az-Tech Company Information                                        http://www.az-tech.com/about.html

  

**Home   News**
**EVERKEY   ePass**
**iSignet**
**EVERLOCK**
**SAFE-D**
**Support   Orders**
**About Us**



# Email Addresses:

## Sales Information: sales@az-tech.com

## Product Support: support@az-tech.com

## Finance & Personnel Office:
## fpo@az-tech.com

## Orders & Shipping Department:
## orders@az-tech.com

---

# Phone & Fax Numbers:

## Phone: 816-776-2700

## Fax: 816-776-8398

---

# Snail Mail:

## Az-Tech Software, Inc.
## 201 East Franklin Street, Suite 11
## Richmond, MO 64085-1893

---

Az-Tech Company Information                                              http://www.az-tech.com/about.html

## Office Hours:

# Monday thru Friday 8:00am to 5:00pm
# USA Central Time (GMT-06:00)

Back to Top of This Page



**Az-Tech Software, Inc.** was founded in March, 1986. We are located in the small town of Richmond, Missouri, with a population of approximately 6,000. Richmond is less than an hour's drive northeast of downtown Kansas City, Missouri.

Az-Tech produced and shipped its first product called **EVERLOCK** on May 3rd, 1986. This was one of the first Software-Based Copy Protection Systems available for the IBM PC. It turned out to be an immediate success. Az-Tech then released **EVERTRAK** in July, 1988. The functionality of this product was later rolled into EVERLOCK. In December of 1990, **EVERKEY**, our Hardware-Based Copy Protection System, was released. Just before the Internet started to boom, we released **Safe-D** our Secure Electronic Distribution System, in October, 1995.

Az-Tech continues to play a major role in the security world. Of course, we have never stopped improving our Products based on market changes and Customer feedback. After 19 years, Az-Tech is still proving itself to be one of the *Leaders In Software Security.*

Back to Top of This Page

  

Az-Tech News Center                                                    http://www.az-tech.com/n021016.html

  

**Home   News**
**EVERKEY  ePass**
**iSignet**
**EVERLOCK**
**SAFE-D**
**Support   Orders**
**About Us**



 October 16, 2002: **Get a Rockey Free Sample**

 

To promote our latest EVERKEY hardware, we are **Giving Away** one free Rockey (USB or Parallel) to existing Customers. All you have to do is ask for it and we'll include it in your next order along with a CD-ROM of the latest release. If you want one before that, we'll pay to ship it anywhere in the U.S.A. Here's why you should try the Rockey hardware:

- **Rockeys cost less.** You can save up to US$6.00 per unit compared to iButtons and still get the same strong protection.
- **No programming changes are required.** EVERKEY v2.31 (released in May/2002) already supports both Parallel and USB Rockeys. Just plug in your Rockey and you're ready to start using it.
- **These devices work with DOS thru Windows XP.** Our device drivers even support DOS programs accessing USB Rockeys on Windows systems that support USB ports.
- **Now you can support non-legacy computers.** Just imagine how cool your Application is going to look running on that itty-bitty non-legacy laptop with no Parallel or Serial ports. From now on, tell your Customers that USB is "no problem".
- **The first one is Free to existing Customers.** All you have to do is ask for it and tell us which you prefer, USB or Parallel. And if you're already using v2.31, your Application won't even know the difference between a Rockey and an iButton.

Oh, you're not an existing Customer? Don't worry. Just consider this a "buy one, get one free" offer. Because buying the first one makes you an existing Customer and then we'll give you a Rockey free sample. Contact us today!

Back to Top of This Page

