IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Aladdin Knowledge Systems, Ltd., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION<br>NO. 05-149 |
| Feitian Technologies Co., Ltd.,<br>and<br>RF Ideas, Inc., d/b/a Security Tokens,<br>and<br>AZ-Tech Software, Inc.,<br>and<br>Softkey E-Solution Sdn Bhd,<br>and<br>Novaris Innovative Technologies,<br>and<br>Future Systems, Inc.,<br>and<br>RS-Computer<br>and<br>OpenFortress Digital signatures<br>and<br>Secure Technology, Inc. | :<br>: JURY TRIAL DEMANDED |
| Defendants. | : |

## ORDER

AND NOW, this ____ day of _____, 2005, upon consideration of Motion of Defendant AZ-Tech Software, Inc. to Dismiss for Lack of Personal Jurisdiction and Plaintiff's opposition thereto, it is hereby ORDERED that the Motion is DENIED.

_____
U.S.D.J.

PHIL1 631847-2