## CERTIFICATE OF SERVICE

I, David S. Eagle, hereby certify that on July 13, 2005, copies of Aladdin's Opposition to AZ-Tech Software, Inc.'s Motion to Dismiss were served upon counsel listed below in the manner indicated:

**Via E-File**

Rodger D. Smith, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

David S. Eagle (Bar No. 3387)