IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALADDIN KNOWLEDGE SYSTEMS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> FEITIAN TECHNOLOGIES CO., LTD., ET AL. | CIVIL ACTION NO. 1:05-CV-00149-GMS <br><br> JURY TRIAL DEMANDED |

## STIPULATION TO EXTEND BRIEFING SCHEDULE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, subject to the Court's approval, that the time within which Plaintiff Aladdin Knowledge Systems, Ltd., may file its answering brief in response to Defendant Feitian Technologies Co., Ltd.'s Opening Brief In Support of Its Motion to Quash Service and Dismiss for Lack of Personal Jurisdiction is extended from September 26, 2005 to October 26, 2005.

| KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
| By: */s/ David S. Eagle* <br> David S. Eagle (Bar #3387) <br> Patrick A. Costello (Bar #4535) <br> 919 Market Street, Suite 1000 <br> Wilmington, DE 19801-3062 <br> (302) 426-1189 (Telephone) <br> deagle@klehr.com <br><br> *Attorneys for Plaintiff* <br> *Aladdin Knowledge Systems, Ltd.* | By: */s/ Rodger D. Smith* <br> Rodger D. Smith II (Bar #3778) <br> 1201 N. Market Street <br> P. O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> rsmith@mnat.com <br><br> *Attorneys for Defendant* <br> *Feitian Technologies Co., Ltd.* |

SO ORDERED this _____ day of _____, 2005.

_____
The Honorable Gregory M. Sleet

DEL1 62431-1