# EXHIBIT B

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ...    Page 4 of 7

Case 1:05-cv-00149-GMS    Document 43-3    Filed 10/26/2005    Page 2 of 2

Prior to joining Feitian, Ms. Stadler was founder and CEO of Traxit Technology, and held key management positions at Cybersmith, Houghton Mifflin, Stratus Computer, and CCA. With her contribution, we are sure that 2004 will witness our successful growth in international markets. Ms. Stadler studied at the University of Michigan and MIT. She is a first generation American Chinese, comfortable in both east and west cultures. Ms. Stadler replaces Mr. John O'Mara who has been with Feitian for several years and is returning to USA.

## Feitian Technologies announces release of ROCKEY5 smart card dongle. – Sep 3, 2003

August 11, 2003– Feitian Technologies, one of the leading manufacturers of software protection dongles, announced the release of a smart card based software protection dongle.

ROCKEY5 is standards based smart card reader that ships with a smart card that is specifically configured for software protection. "Now the same technology used to protect the most sensitive financial transactions is available for protecting software as well. And since the operating system and support software were built by Feitian from scratch for the purpose of software protection, the product is uniquely powerful, easy to implement and cost effective," said Huang Yu, Feitian Technologies COO at a recent announcement event.

ROCKEY5 ships with an integrated development environment that allows developers to write, edit, compile and test code for execution in the dongle. The concept behind the product evolved two years ago when it became apparent that the cost for smart cards and readers would fall to the point to make them commercially viable for software protection. Huang Yu also remarked, "The idea could not be more simple. The developer compiles a part of the application code to run inside the smart card's protected environment. The idea is simple but the results are powerful."

## Cards Asia 2003 – Jul 30, 2003



Cards Asia 2003, an important 3 day exhibition of card technology and information security products, was slated for July 23-26, 2003 in Singapore. Exhibitors from Singapore, Malaysia, China, Japan, United Kingdom, France, Belgium, Germany, Sweden, Switzerland, Russia and Italy joined together to showcase the best security technology in Asia and the world. Visitors from Thailand, Malaysia, Hong Kong, China and elsewhere walked the floor to gather information about technologies that will shape the cards based security market for the entire region. China was well represented by Feitian Technologies, WatchData, TianJing Boyuan and others.

## Feitian Achieves XP Signature – Jul 1, 2003