# EXHIBIT C



**FEITIAN**
WE BUILD SECURITY

**ROCKEY5**

Home | Products | Sales | Support | Download | Distributor |

News Center  About Feitian  Contact Us








**Breakthrough**
in Software Protection

**Feitian Technologies is a solution provider and manufacturer of USB security devices used for software protection, network authentication and secure applications.**

Our mission is to protect the information and software assets of your business by providing cost effective products that allow you to easily build security into your applications and network.

---

### News Center

▶ FEITIAN Technologies Co., Ltd. will participate in the Infosecurity Netherlands 2005 exhibition from 9-10 Nov 2005. - Oct 24, 2005

▶ FEITIAN Released Driverless Dongles and x64 anti-Piracy solution - Oct 24, 2005

▶ Holiday Notice - Sep 26, 2005

▶ Feitian to Exhibit at Networld+Interop 2005 in Tokyo - May 31, 2005

**ROCKEY Dongle**

Feitian Technologies was among the first to support User Defined Algorithms with its ROCKEY4 product, and sets the standard for innovation with ROCKEY5 - an affordable smart card based solution providing the highest levels of software protection.



**ePass Network Token**

ePass1000, ePass2000 are portable USB attached network tokens. Ideal for PKI and smart card applications: two-factor authentication, E-mail encryption, SSL secured websites, password consolidation, secure login and more.



**ROCKEY SmartCard Reader**

ROCKEY 100/200 are SIM and smart card readers, supported by Windows, MAC and Linux operating systems, compatible with smart cards that comply with ISO 7816-3, standard PC/SC interface.

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ...   Page 1 of 2



## Products

**ROCKEY Dongle**



The ROCKEY product series is designed to enforce software license agreements and prevent unauthorized duplication. These LPT and USB dongles support complex user defined algorithms for extremely powerful software protection.

**ePass Network Token**



ePass1000, ePass2000 are portable USB attached network tokens. Ideal for PKI and smart card applications: two-factor authentication, E-mail encryption, SSL secured websites, password consolidation, secure login and more.

**ROCKEY SmartCard Reader**



ROCKEY 100/200 are SIM and smart card readers, supported by Windows, MAC and Linux operating systems, compatible with smart cards that comply with ISO 7816-3, standard PC/SC interface.

**Software Developer's Kit**

All Feitian products have complete Software Developer's Kits that include all the tools necessary for you to easily integrate software protection and security into your environment. If you are interested in evaluating our products, you may request an SDK simply by completing the application form.

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ...    Page 1 of 2



Home ‖ Products ‖ Sales ‖ Support ‖ Download ‖ Distributor ‖ 
News Center  About Feitian  Contact Us

# Sales

 **Product Introduction**

For product information click on a
link below:

- ROCKEY Dongle
- ePass Network Token
- ROCKEY100/200
  SmartCard Reader

 **Apply for an SDK**

Click below to request an SDK:

- ROCKEY4 SDK
- ePass SDK
- ROCKEY100/200
  SmartCard Reader SDK

 **Technical Support**

Use the following online resources to resolve technical
difficulties with Feitian products:

- Please check the online FAQ
- Download the latest drivers, sample programs
  and technical information
- Submit your technical questions here

 **Select a case**

- Product Case and Color Options

 **Order from Feitian**

Contact us in person for anything else.

- Please email sales inquiries to
  world.sales@FTsafe.com.
- Feitian contact information



http://www.ftsafe.com/sales/

10/25/2005



**FEITIAN**
WE BUILD SECURITY

Home ‖ Products ‖ Sales ‖ Support ‖ Download ‖ Distributor ‖
News Center  About Feitian  Contact Us

## Technical Support

Our dedicated support team is ready to help you with any technical problems you may have.
Answers to some of the more common questions can be found in the F.A.Q.s.
Please check here first.

Product: | ePass Series                    ▲ |

Start

Did you find your answer on the F.A.Q. page? If not, please contact us using either the **online
form** or by **e-mail**. We generally reply within one business day.

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ...    Page 1 of 2



Home ‖ Products ‖ Sales ‖ Support ‖ Download ‖ Distributor ‖

News Center  About Feitian  Contact Us

## Technical Support

Our dedicated support team is ready to help you with any technical problems you may have. Answers to some of the more common questions can be found in the F.A.Q.s. Please check here first.

Product: │ROCKEY Series                    ◄│

│Start│

Did you find your answer on the F.A.Q. page? If not, please contact us using either the **online form** or by **e-mail**. We generally reply within one business day.

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ... Page 1 of 2



# FEITIAN
## WE BUILD SECURITY

Home || Products || Sales || Support || Download || Distributor ||

News Center  About Feitian  Contact Us



## Technical Support

Please verify that your question is not listed in the **F.A.Q.** Our support team will normally respond to technical questions within 24 hours.

**Submit Technical Questions**
**(** ** **Required Information)**

**Contact Information:**

Company: 

** **Name:** 

** **e-mail:** 

Address: 

Tel: 

**Technical Information:**

Operating System: 

Feitian product: 

Your Technical Question: Please provide as much relevant detail as possible.



Submit   Reset

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ... Page 1 of 2



Home | Products | Sales | Support | Download | Distributor |

News Center  About Feitian  Contact Us

## Download Resources

Download the latest drivers using the links below.

**ePass1000 PKI Drivers for Windows** - 2005-09-21

ePass1000 PKI Drivers for Windows Includes proprietary API and PKI Middleware.

**ROCKEY4 Utility For Windows** - 2005-09-07

ROCKEY4 Utility For Windows

**ROCKEY5 driver for Windows XP Embedded** - 2005-06-03

ROCKEY5 driver for Windows XP Embedded

Use this pull-down menu to view all downloads available for a specific product.

More download resources:  =======Choose Product=======

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ... Page 1 of 2



**FEITIAN**
WE BUILD SECURITY

Home | Products | Sales | Support | Download | Distributor |
News Center  About Feitian  Contact Us 

## ePass Series Downloads
[ Drivers ]   [ Tools ]   [ Sample Code ]

**Drivers**

| | |
|---|---|
| ePass1000 PKI Drivers for Windows | Sep 21, 2005 |
| ePass1000 SDK For Windows | Jan 12, 2005 |
| ePass1000 PRI Drivers for Windows | Jan 12, 2005 |
| ePass1000 Drivers for Linux gcc 3.2 | Jan 12, 2005 |
| ePass1000 Drivers for Linux gcc 2.9 | Jan 12, 2005 |
| ePass1000 Drivers for MacOS 10.X | Jan 12, 2005 |
| ePass1000 Drivers for MacOS 9.X | Jan 12, 2005 |
| ePass2000 driver for all Windows | Dec 21, 2004 |
| ePass2000 Drivers for Windows XP | Dec 17, 2004 |
| ePass2000 Drivers for Windows 2000 | Dec 17, 2004 |
| ePass2000 Drivers for Windows 98 | Dec 17, 2004 |

**Tools**

| | |
|---|---|
| ePass1000 Batch Initialization Tool | Jan 12, 2005 |
| ePass1000 Full Manager Tool | Jan 12, 2005 |
| ePass1000 End User Version Manager Tool | Jan 12, 2005 |
| ePass1000 Editor | Jan 12, 2005 |
| ePass2000 manager | Dec 17, 2004 |

**Document**
Not available.

**Sample Code**

| | |
|---|---|
| ePass2000 API sample Code For MSCAPI | Sep 03, 2004 |

| | |
|---|---|
| ePass2000 API sample Code For PKCS | Sep 03, 2004 |
| ePass1000 driver installation sample with InstallShield | Dec 12, 2003 |
| ePass1000 program sample for installing PKI driver on line | Dec 12, 2003 |
| ePass1000 program sample for installing proprietary API driver on line | Dec 12, 2003 |
| ePass1000 program sample for importing digital certificate | Dec 12, 2003 |
| Initializing ePass1000 program sample by DLL call | Dec 12, 2003 |
| ePass1000 API sample Code For Asp.net | Dec 10, 2003 |
| ePass1000 API sample Code For Java | Dec 10, 2003 |
| ePass1000 API sample Code For Setup | Dec 10, 2003 |
| ePass1000 API sample Code For Delphi | Dec 10, 2003 |
| ePass1000 API sample Code For CGI | Dec 10, 2003 |
| ePass1000 API sample Code For Asp | Dec 10, 2003 |
| ePass1000 API sample Code For Visual Basic | Dec 10, 2003 |
| ePass1000 API sample Code For Visual C++ | Dec 10, 2003 |

**Other downloads:** =======Choose Product=======

© 2002 Feitian Technologies Co., Ltd.

Privacy | Legal

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ... Page 1 of 2

**FEITIAN**
WE BUILD SECURITY

Home | Products | Sales | Support | Download | Distributor |
News Center  About Feitian  Contact Us



## ROCKEY Series Downloads
[ Drivers ]   [ Tools ]   [ Document ]   [ Sample Code ]

**Drivers**

| | |
|---|---|
| ROCKEY5 driver for Windows XP Embedded | Jun 03, 2005 |
| ROCKEY5 SDK For Mac OS | Aug 06, 2004 |
| ROCKEY4 Drives For Mac OS | Jul 30, 2004 |
| ROCKEY4 Drives For DOS/Windows | Jul 23, 2004 |
| ROCKEY4 Drives For Linux | May 15, 2004 |
| ROCKEY5 Drives For Linux | Feb 04, 2004 |
| ROCKEY5 Drivers For Windows | Jul 14, 2003 |
| ROCKEY4 Drives For FreeBSD | Aug 07, 2002 |

**Tools**

| | |
|---|---|
| ROCKEY4 Utility For Windows | Sep 07, 2005 |
| ROCKEY5 Utility For Windows | Jun 27, 2003 |
| NetROCKEY Tools For Windows | Jun 25, 2003 |

**Document**

| | |
|---|---|
| NetROCKEY Developer's Guide | Dec 02, 2003 |
| ROCKEY4 Developer's Guide | Dec 02, 2003 |
| ROCKEY5 Developer's Guide | Jun 27, 2003 |

**Sample Code**

| | |
|---|---|
| ROCKEY4 32 bit API Sample Code For Windows | May 17, 2004 |
| ROCKEY4 API Sample Code For DOS | May 15, 2004 |
| ROCKEY5 DLL For Real IC Card | Jul 14, 2003 |
| ROCKEY5 Samples For LC | Jun 30, 2003 |

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ...    Page 2 of 2

| | |
|---|---|
| **ROCKEY5 Samples For Director** | Jun 30, 2003 |
| **ROCKEY5 Samples For VC** | Jun 30, 2003 |
| **ROCKEY5 Samples For FoxPro** | Jun 30, 2003 |
| **ROCKEY5 Samples For Fortran** | Jun 30, 2003 |
| **ROCKEY5 Samples of API call with COM (For .net Program)** | Jun 30, 2003 |
| **ROCKEY5 DLL and Samples For Virtual IC Card** | Jun 30, 2003 |
| **ROCKEY5 Samples For Delphi** | Jun 30, 2003 |
| **ROCKEY5 Samples For CBuilder** | Jun 30, 2003 |
| **ROCKEY4 16 bit API Sample Code For Windows** | Aug 07, 2002 |

**Other downloads:** | =======Choose Product======= |

© 2002 Feitian Technologies Co., Ltd.

Privacy | Legal

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ...   Page 1 of 3



**FEITIAN**
WE BUILD SECURITY

Home ‖ Products ‖ Sales ‖ Support ‖ Contact Us
News Center  About Feitian  ‖  Download  ‖  Distributor  ‖



## Evaluate ePass!

We are happy to offer our ePass Developer's Kits to the potential customers for their evaluation. Each developer's kit includes an ePass token, a software CD (including development package, documents and sample programs), a Developer's Guide and some brochures.

To receive your Evaluation Developer's Kit, please complete the information below. Our sales manager will contact you as soon as possible to fulfill your request.

**Evaluation Application Form**
**(** ** Required Information)**

**Contact Information:**

**\*\*First Name:**

**\*\*Last Name:**

**\*\*Company:**

Department:

**\*\*Title:**

**\*\*Tel.:**

Fax:

**\*\*Address:**

Zip Code:

**\*\*Country:**

Web Site: http://

**\*\*E-Mail:**

**Application Description:**

http://www.ftsafe.com/products/tryout_form.php?product=epass&step=1

10/25/2005

**Please choose your application field:**

☐ CA    ☐ E-Business    ☐ Education    ☐ Enterprise
☐ Finance    ☐ Government    ☐ Military    ☐ Telecom

Others: [＿＿＿＿＿＿]

**Please choose your application type:**

☐ Authentication    ☐ Certificate Media    ☐ E-mail Encryption
☐ Internet    ☐ Intranet    ☐ Payment

Others: [＿＿＿＿＿＿]

**What are the important factors when you choosing token products?**

☐ Appearance    ☐ Brand Reputation    ☐ Compatibility    ☐ Driver
☐ Ease of Use    ☐ Middleware    ☐ Price    ☐ Security
☐ Service    ☐ Success Story    ☐ Technology

Others: [＿＿＿＿＿＿]

**Your expected annual demand:** [＿＿＿＿＿] units/year

**Please choose the product you would like to evaluate:**

☐ ePass1000    ☐ ePass2000

**Your evaluation will take:**

○ 2 weeks    ○ 1 month    ○ 2 months
○ 3 months    ○ Half year

**How did you find us?**

Search engine, which: [◄＿＿＿＿＿]

**Current authentication method? Any special product or service requirements?**

[＿＿＿＿＿＿＿＿＿＿＿＿＿＿]

[ Submit ]

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ... Page 3 of 3

**Privacy | Legal**

Any questions, please **contact us now!**

© **2002 Feitian Technologies Co., Ltd.**

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Dongle, Smart Card ...    Page 1 of 3



Home | Products | Sales | Support | Download | Distributor |

News Center  About Feitian  Contact Us

## Evaluate ROCKEY!

We are happy to offer our ROCKEY Developer's Kits to potential customers for evaluation. Each developer's kit includes the ROCKEY hardware, a software CD (including development package, documents and sample programs), a Developer's Guide and some brochures. The dongles in the Developer's Kits are for evaluation purpose only. The difference between them and their commercial versions is that the passwords are well known. When you place your order, you will be assigned a unique set of passwords.

To receive your Evaluation Developer's Kit, please complete the information below. Our sales manager will contact you as soon as possible to fulfill your request.

### Evaluation Application Form
(** Required Information)

**Contact Information:**

**First Name:

**Last Name:

**Company:

Department:

**Title:

**Tel.:

Fax:

**Address:

Zip Code:

**Country:

Web Site: |http://



**\*\*E-Mail:** [＿＿＿＿＿＿＿]

**Application Description:**
**Please indicate your product type:**
☐ Education   ☐ Engineering   ☐ Network        ☐ Financial
☐ Printing    ☐ CAD           ☐ Antivirus      ☐ Communication
☐ Game        ☐ Imaging       ☐ Office Automation   ☐ Multimedia
Others:[＿＿＿＿＿]

**Which dongle are you interested in?**
☐ ROCKEY4   ☐ ROCKEY4-Plus   ☐ NetROCKEY4   ☐ ROCKEY5

**Please choose your software version description:**
☐ Stand-alone   ☐ Network
Others:[＿＿＿＿＿]

**Price of your product:** [＿＿＿＿＿] USD
**Annual demand:** network [＿＿＿＿＿] units/yr,   stand-alone [＿＿＿＿＿] units/yr

**Append Information:**
**What factors are important to you in choosing a dongle product?**
☐ Appearance   ☐ Brand Reputation   ☐ Compatibility   ☐ Driver   ☐ Success Story
☐ Ease of Use  ☐ Price              ☐ Security        ☐ Service  ☐ Technology
Others:[＿＿＿＿＿]

**Evaluation will take:** ○ 2 weeks  ○ 1 month  ○ 2 months  ○ 3 months  ○ Half year

**How did you find us?**
Search engine, which: [▼]

**Have you used dongles before? Any special product or service requirements?**
[＿＿＿＿＿＿＿＿＿＿＿＿＿＿]

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ...    Page 3 of 3

Privacy | Legal



Any questions? Please contact us now!

© 2002 Feitian Technologies Co., Ltd.

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ...    Page 1 of 2

**FEITIAN**
*WE BUILD SECURITY*

Home | Products | Sales | Support | Download | Distributor
News Center  About Feitian  Contact Us

## Product Case and Color Options

Please specify your case preference when ordering product from Feitian.

| | A1 | B2 | B3 | C1 | D1 | LPT |
|---|---|---|---|---|---|---|
| ROCKEY4 | YES | — | — | — | — | YES |
| ROCKEY5 | — | YES | YES | — | — | — |
| ePass1000 | YES | — | — | — | YES | — |
| ePass2000 | YES | YES | YES | YES | — | — |
| ROCKEY100 | — | YES | — | YES | — | — |
| ROCKEY200 | — | — | — | YES | — | — |

**A1 color options:**



The ROCKEY USB dongle and the ePass1000 and ePass2000 network tokens may be ordered in the A1 case. You may also select a color option for this case: purple, blue, red, or green.

**YES : supported; — : not currently supported**
The ROCKEY4 LTP (paralel port) dongles ship in either black or white, with the exception of the NetROCKEY4 parallel port dongle which ships in a red case only.

**D1 Case stronger and more secure**

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ...    Page 2 of 2

The new D1 case offers advantages over traditional extruded and ultrasonic welded cases:



- Dustproof and waterproof
- Stronger and more resistant to breakage
- Tamper evident
- Compact design (50*17*7mm) and more portable at only 6 grams

Contact us at today at world.sales@ftsafe.com to test this exciting new product.

**Privacy | Legal**

**© 2002 Feitian Technologies Co., Ltd.**

**FEITIAN**
WE BUILD SECURITY

Home || Products || Sales || Support || Download || Distributor
News Center  About Feitian  Contact Us

▽ **Partner index**

■ Find a distributor
■ Solution partners
■ Become a partner

**Partners**
**Building Security with FEITIAN**

Since its founding, Feitian has focused on building world class security products that our partners and customers can use to address the ever increasing need for security in todayi̇s digital world. Our growing partner network includes:

**Distributors** and Other Channel Partners
**Solution Partners** and OEMs
Technology Alliance Partners

To find a distributor or solution partner, please click on the appropriate link above. If you are interested in becoming a Feitian channel partner, please complete a **Channel Partner Form** and a Feitian representative will contact you shortly.

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ...    Page 1 of 2



**FEITIAN**
WE BUILD SECURITY

Home ‖ Products ‖ Sales ‖ Support ‖ Download ‖ Distributor ‖ 

News Center  About Feitian  Contact Us

## Find an Authorized Feitian Distributor

To contact an authorized Feitian distributor in your area, please enter the requested information and click "submit" at the bottom of the page. A Feitian representative or channel partner will contact with you within one business day. Thank you for your interest in Feitian!

Fields marked with an * are required.

| ▽ Partner Index | | |
| Find a distributor | | |
| Solution partners | | |
| Become a partner | | |

* First Name :                          * Last Name :

* Email:

* Telephone:

* Company Name:

Company URL:    http://

Company Address:

* Country:    United States

* Product Interest:    ☐ Software Dongle   ☐ Network Token   ☐ Smart Card Reader

Comments:

[Submit]

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ...    Page 1 of 2



**Home** | **Products** | **Sales** | **Support** | **Contact Us** | **Download** | **Distributor** |
**News Center** **About Feitian**



## Solution Partners

▽ **Partner Index**

- Find a distributor
- Solution partners
- Become a partner

Feitian's Solution Partners are IT/Systems Integrators, Security Solution Developers, OEMs/VARs and other companies that have integrated security products into their own security solution. Feitian Solution Partners provide integrated security solutions addressing a wide variety of business and personal security needs. Each solution has been build using one or more of Feitian's products. If you would like to find out more information about a particular solution, please contact the Solution Partner directly.

### ePass Solutions for Sale

| Partner | Product | Category |
|---|---|---|
| Az-Tech Software | ISignet: USB SmartCard Logon | Logon |
| Future Systems | SecuwaySuite 2000 (Firewall/VPN Security Appliance) | VPN Logon |
| OpenFortress | Shaman: Single Sign-on for Linux/Unix | SSO/SSH Logon |
| RS-Computer | RS-Logon: SmartCard Logon with Password Manager and ePass1000 Token | Logon Web Access |
| | CryptDisk: Disk encryption 'on-the-fly' | Disc/File Encryption |
| | RS-Logon Enterprise with PassID Service | OTP Logon |
| Secure Technology Group | KeyDrive II and KeyDrive II Pro | Disc/File Encryption |



**FEITIAN**
WE BUILD SECURITY

Home ‖ Products ‖ Sales ‖ Support ‖ Download ‖ Distributor ‖
News Center ‖ About Feitian ‖ Contact Us

## Become a FEITIAN Partner

To become an Feitian Channel Partner, please start by completing the basic information below. Once submitted, a Feitian representative will contact you shortly.

Fields marked with an * are required.

### Business Interest

Please indicate what type of partnership is of interest:

◉ Distributor          ○ Integrator/VAR, OEM

### Primary Contact

* First Name :                              * Last Name :

* Email:

* Telephone:

### Company Information

* Company Name :

* Company Address :

* Country :     United States

Postal Code :

Company URL :   http://

### About Your Company

* Please describe you company's primary business focus:

▽ **Partner index**

■ Become a partner
■ Solution partners
■ Find a distributor

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ...    Page 2 of 2

*(Please include as much information as you feel comfortable sharing with us (targeted customer profile, other products sold, general sales performance, # of employees, technical staff)*

\* What Feitian products are you interested in?

☐ Software Dongle  ☐ Network Token  ☐ Smart Card Reader

Other Comments:

Submit

Privacy | Legal

© 2002 Feitian Technologies Co., Ltd.

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ...    Page 1 of 8

**FEITIAN**
WE BUILD SECURITY

Home | Products | Sales | Support | Download | Distributor |

News Center | About Feitian    Contact Us

## News Center

▶ **FEITIAN Technologies Co., Ltd. will participate in the Infosecurity Netherlands 2005 exhibition from 9-10 Nov 2005.** - Oct.24, 2005

Infosecurity NL exhibition brings together the world's largest gathering of information security professionals. Please come visit us at our Booth (Hall 3, Stand # D031). More information about the exhibition you would like to know please browse www.infosecurity.nl.

VNU Exhibitions
Jaarbeursplein 6
3521 AL Utrecht
Tel: +31 (0) 30 295 2700
Fax: +31 (0) 30 295 2701

▶ **FEITIAN Released Driverless Dongles and x64 anti-Piracy solution** - Oct.24, 2005

Oct. 10 2005 Beijing, China, FEITIAN as a leading technology innovator, released driverless dongles and x64 software protection solution. With help of driverless software protection dongles, ROCKEY4ND and ROCKEY6 smart, software developers enjoy the fun and ease form the full 64-bit software protection solution. Such solution provides protection not only for 32-bit software running in 64-bit operating system, but also the native 64-bit applications.

Thanks for the driverless dongle from FEITIAN, software vendors may forget the headache of driver installation, and enjoy the stability and convenience that brought by ROCKEY4ND and ROCKEY6 Smart.

ROCKEY4ND is the updated and driverless version of ROCKEY4, which is the popular software protection dongle from FEITIAN. ROCKEY4ND has all the features of ROCKEY4 with a larger memory (up to 1K), and developers may 128 instructions in the User Algorithm Zone and 64 modules. ROCKEY4ND is fully compatible with ROCKEY4.

ROCKEY6Smart is a driverless smart card software protection dongle with a 32-bit CPU inside. FEITIAN introduced the smart card technology into the software protection area and combined it with other cutting-edge technologies. With help of ROCKEY6 Smart, FEITIAN brings an new anti-piracy idea to customers.

Driverless technology provides a novel solution for both end-users and software vendors. No driver is needed to install a dongle. Customers may avoid the problems that occur in the driver

http://www.ftsafe.com/company/news.php

10/25/2005

installation and share the benefits of new technologies that brought by FEITIAN.

▶ **Holiday Notice** - Sep 26, 2005

Feitian's offices will be closed from October 1 - 7 2005 for the National Day. During this period, email addressed to world.sales@FTsafe.com will continue be read and processed to the extent possible with staff on hand.

▶ **Feitian to Exhibit at Networld+Interop 2005 in Tokyo** - May 31, 2005

This June, Feitian returns to Networld+Interop in Tokyo. N+I 2005 is Japan's largest show for IT professionals. This is the second time we will participate in this exhibition. Please come see us between June 8th and 9th at booth 8M23.

▶ **Feitian Becomes First Entrust Ready Partner in China** - Apr 5, 2005

**Entrust®**
**Ready**

Along with the Chinese New Year, Feitian's ePass Security Token passed Entrust Ready certification, making Feitian the first Entrust Ready Partner in China. Feitian's ePass security token provides drop-and-go integration with Entrust/PKI enabling secure storage of the users' confidential information in encrypted form on their ePass token.

Feitian's ePass Security Tokens are secure portable cryptographic tokens, ideal for Entrust/PKI and other smart card applications: two-factor authentication, e-mail encryption, SSL secured websites, VPN logon, and more. ePass has been granted Entrust Ready status with the Entrust Entelligence client and Entrust Authority Security Manager.

Entrust, Inc. is the global leader in securing digital identities and information. Through technologies such as encryption, authentication and advanced content scanning, Entrust has enabled customers to apply security policies and procedures that protect information and help fulfill regulatory demands, while still empowering users. Since 1994, Entrust Technologies has been providing award-winning solutions that provide a unified approach to managing digital identities and information security across a wide variety of devices, applications, platforms and environments.

▶ **Feitian will come back to Hannover Germany for CeBIT 2005** - Dec 8, 2004

## Get the spirit of tomorrow

### Hannover, 10 -16 March 2005

Feitian will come back to Hannover Germany for the CeBIT Exhibition March 10-16, 2005. As before, our German distributor, RS-Computer, will participate with us. CeBIT Germany is the No.1 information technology exhibition on the globe. Please come see us in Hall 7, Stand B46.

► **Feitian will participate in the 2005 RSA Conference** - Dec 8, 2004



Feitian will participate in the 2005 RSA Conference in San Francisco from February 14-18, with one of our USA distributors, Security Tokens. RSA Conference brings together the world's largest gathering of information security professionals. Please come visit us at Booth No.1506.

► **Feitian at COMDEX Brasil** - Sep 3, 2004

Feitian participated in COMDEX IT Brasil, the largest IT exhibition in South America, along with over 500 other companies. Feitian showcased its ROCKEY and ePass family of products to a varied audience interested in the latest technology and available security solutions. "Although COMDEX is not specifically focused on security, the Brazilian government's recent endorsement of open source software and PKI, presented an unusually large number of opportunities for Feitian's ePass family of products in banking and government security solutions" said Mauro Moreira, Pronova Solucoes Inteligentes. "We met with many potential partners and customers, and will soon be announcing a number of key agreements as a result of our very successful meetings here", said Cecile Stadler, Feitian's VP Global Marketing. "Unlike our competitors, Feitian has continued our focus on producing high quality security components, and have just released or announced new products that are particularly well suited for the Brazilian market".

► **Feitian Technologies Certified on Check Point Next Generation Internet Security Platform** - May 20, 2004

*Feitian's ePass2000 Integrates with*
*Industry's Most Recognized Security Framework*

Beijing, China ¨CMay 12th, 2004 Feitian Technologies Co., Ltd., today announced that its

ePass2000 has achieved OPSEC™(Open Platform for Security) certification from Check Point Software Technologies Ltd. (NASDAQ: CHKP), the worldwide leader in securing the Internet. Through OPSEC certification, ePass2000 seamlessly integrates with Check Point's market-leading VPN-1®/FireWall-1®Next Generation™software.

The integration of ePass2000 token and Check Point VPN-1 SecuRemote / SecureClient enhances security by means of storing a digital credentials (private / public key pair and X.509 certificate) on a PIN-protected token. Furthermore, the ePass2000 software provides flexible tools, customizing the token, placing digital credentials on a token, and taking full possible advantage offered by the Check Point VPN-1 / FireWall-1 solution with digital certificates.

Feitian Technologies is a solution provider and manufacturer of USB security devices used for software protection, network authentication and secure applications. Our mission is to protect the information and software assets of your business by providing cost effective products that allow you to easily build security into your applications and network.

About Check Point's OPSEC™

OPSEC (Open Platform for Security) is the industry's open, multi-vendor security framework. With over 350 partners, OPSEC guarantees customers the broadest choice of best-of-breed integrated applications and deployment platforms that support Check Point's Secure Virtual Network Architecture. Products that carry the OPSEC Certified seal have been tested to guarantee integration and interoperability. For complete OPSEC Alliance program information, including partner and product listings, the freely available OPSEC SDK (software development kit) and evaluation versions of OPSEC Certified products, visit http://www.opsec.com.

▶ **Feitian Participates in CeBIT 2004** - Apr 6, 2004

HANNOVER, GERMANY, March 24, 2004 - Feitian Technologies Co., Ltd concludes its weeklong participation in CeBIT, the world's largest ICT trade fair – held each year in Hannover, Germany. "The show was great for us" said Cecile Stadler, Feitian's VP Global Marketing. "With the heightened awareness of security everywhere, interest in simple security products like ePass was high. We met many potential partners from all corners of the globe, who are now looking at building security solutions around Feitian's ePass product. Interest from developing countries was especially strong, where security needs are high but security budgets are not." In addition to ePass security tokens, Feitian displayed its ROCKEY software protection dongles and smart card readers.

**Our stand picture at CeBIT Hannover**

▶ **Feitian Appoints New Vice President Global Marketing** - Jan 14, 2004

BEIJING, January 13, 2004 - Feitian Technologies Co., Ltd today announced the appointment of Cecile Y Stadler as Vice President Global Marketing. Ms. Stadler will lead Feitian's International Marketing and Sales teams to expand the presence of Feitian's USB and smartcard security products to international markets.

Prior to joining Feitian, Ms. Stadler was founder and CEO of Traxit Technology, and held key management positions at Cybersmith, Houghton Mifflin, Stratus Computer, and CCA. With her

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ...    Page 5 of 8

contribution, we are sure that 2004 will witness our successful growth in international markets. Ms. Stadler studied at the University of Michigan and MIT. She is a first generation American Chinese, comfortable in both east and west cultures. Ms. Stadler replaces Mr. John O'Mara who has been with Feitian for several years and is returning to USA.

▶ **Feitian Technologies announces release of ROCKEY5 smart card dongle.** - Sep 3, 2003

August 11, 2003– Feitian Technologies, one of the leading manufacturers of software protection dongles, announced the release of a smart card based software protection dongle. ROCKEY5 is standards based smart card reader that ships with a smart card that is specifically configured for software protection. "Now the same technology used to protect the most sensitive financial transactions is available for protecting software as well. And since the operating system and support software were built by Feitian from scratch for the purpose of software protection, the product is uniquely powerful, easy to implement and cost effective," said Huang Yu, Feitian Technologies COO at a recent announcement event.

ROCKEY5 ships with an integrated development environment that allows developers to write, edit, compile and test code for execution in the dongle. The concept behind the product evolved two years ago when it became apparent that the cost for smart cards and readers would fall to the point to make them commercially viable for software protection. Huang Yu also remarked, "The idea could not be more simple. The developer compiles a part of the application code to run inside the smart card's protected environment. The idea is simple but the results are powerful."

▶ **Cards Asia 2003** - Jul 30, 2003



Cards Asia 2003, an important 3 day exhibition of card technology and information security products, was slated for July 23–26, 2003 in Singapore. Exhibitors from Singapore, Malaysia, China, Japan, United Kingdom, France, Belgium,Germany, Sweden, Switzerland, Russia and Italy joined together to showcase the best security technology in Asia and the world. Visitors from Thailand, Malaysia, Hong Kong, China and elsewhere walked the floor to gather information about technologies that will shape the cards based security market for the entire region. China was well represented by Feitian Technologies, WatchData, Tianling Boyuan and others.

▶ **Feitian Achieves XP Signature** - Jul 1, 2003

ePass1000 and ePass2000 network tokens awarded Microsoft XP signature. Microsoft's XP signature program insures that device drivers conform to rigid quality and interoperability standards set by Microsoft. Feitian Technologies is the first Chinese manufacturer of authentication tokens to achieve XP signature.

▶ **USB Shell Water & Dust resistant** - Jun 4, 2003



Feitian recently introduced the D1 case for USB products. The D1 case is a protective shell for USB devices that forms a single dust and water resistant enclosure for internal circuitry. It represents an advance over cases based on the more commonplace "extrusion press" and "ultrasonic weld" technologies and offers the following advantages:

**Advanced Structure Design**

1. The D1 case is a seamless one-piece enclosure based on advanced materials and production technologies

■ D1 is extremely hard yet flexible and will thus extend the service life of the enclosed USB product.

■ Its tamper evident design prevents undetected physical attacks on hardware.

■ It is resistant to environmental problems caused by dust, water or vibrations.

2. The D1 case is compact (55X18.7X9mm), light weight (20g) and convenient to take it with you.



**Sleek Design**

1. Streamlined design fits comfortably in your pocket.

2. Professional looking color.

3. "Finger-notch" design makes for easy plug and unplug from USB port.

**Customer reserved oval logo space (19X6mm) makes customization a snap. Feitian will recommend logo printers to customers who want their product labeled.**

Several Feitian customers have switched to the D1 case for the reasons presented above and the feedback has been very positive. At present this case only supports the **ePass1000** network token. Soon Feitian will also offer the ROCKEY software protection dongle products in the D1 case as an option. Please try the D1 case today!

**Clink here to download big pictures**

▶ **Microsoft Partnership** - May 21, 2003



Feitian Technologies has partnered with Microsoft Corporation to enhance the security of Microsoft's Simplified Chinese version of Windows Server 2003. Feitian's ePass1000 USB token supports Windows 2003 smartcard log-on, smartcard VPN log on, wireless log on, encryption and digital signature of email.

▶ **Australia CeBIT** - May 10, 2003

**May. 10, 2003**

During May.6~8, 2003, Feitian was one of 427 exhibitors attending the Australia CeBIT held in Sydney.



A diverse group of exhibitors from 15 countries, including such firms as Microsoft, Intel, Cisco, Motorola, Sony, Samsung, LG and others showcased their best technology and products attracting approximately 20,000 attendees.

Actually, this is only the beginning of Feitian's marketing effort in Australia. The ePass network token brightened the eye of many visitors to our booth. Follow-up steps will be taken in Australia in order to set up partnerships and network channels.

▶ **RSA News** - Apr 20, 2003



On April 13 to 17 Feitian Technologies attended the RSA Conference 2003 at the Moscone convention center in San Francisco. RSA boasts the world's leading e-security conference and

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ...    Page 8 of 8

exposition. Feitian made contact with many of the leading companies in the e-security market as part of a push to introduce the ePass line of network token to the US and beyond.

▶ **SC Magazine Evaluation** - Apr 15, 2003

ePass2000 achieves four star recommendation from SC Magazine.



SC Magazine is an internationally respected voice in the information technology marketplace. SC magazine evaluated several authentication products for: Features, Ease of Use, Documentation, Support and Value. Feitian's ePass2000 token ranked at or near the top in each of these classifications.

**© 2002 Feitian Technologies Co., Ltd.**

**Privacy | Legal**

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ...    Page 1 of 2



**Home || Products || Sales || Support || Download || Distributor ||**
**News Center  About Feitian  Contact Us**

## About Feitian

Feitian Technologies was organized in 1998 with the mission of creating world class software security products. Feitian expanded quickly. Within a few years it opened offices in Shanghai and Guangzhou. In 2003 it opened yet another office in Chengdu to provide strong coverage of the major markets on the China mainland. Feitian's product lines expanded as well. ROCKEY1 was among the first commercial dongles manufactured in China and reflected the leading standards of the time. Today Feitian has emerged as an innovator in the field. The ROCKEY5 dongle employs the latest in smart card technology. Feitian intends to continue to leverage its core competency in smart card related development to provide our customers with stronger and more flexible solutions for enforcing their licensing agreements.

In 2000 Feitian released the ePass1000 network authentication token along with its first PKCS and CAPI middleware for the Windows platform. Development on the ePass2000 token began several months later. ePass2000 uses a smart card to securely store digital certificates and internally process encryption algorithms.

The ROCKEY100 and ROCKEY200 smart card reader technology followed the ePass development efforts. ROCKEY100/200 are USB attached smart card readers that support the PC/SC interface and relevant ISO standards.

Today Feitian is a fast growing privately held firm with a growing stake in markets outside of China. Feitian's commitment to the IT security field may be seen in its growing roster of product lines and development partners.

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ...    Page 1 of 2





**FEITIAN**
WE BUILD SECURITY

Home | Products | Sales | Support | Download | Distributor |
News Center  About Feitian  Contact Us

## Contact Us

**Beijing Headquarters**
**Address:** Bldg 7A, 5th Floor, No.40 Xueyuan Road
Haidian District, Beijing, P.R China
**Zip Code:** 100083
**Tel:** (86)10-62304466
**Fax:** (86)10-62304477
**Web: www.FTsafe.com**
**E-mail: world.sales@ftsafe.com**

Welcome to our headquarters!
For directions, please see our **map!**