# EXHIBIT D

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ...    Page 1 of 2



Home | Products | Sales | Support | Download | Distributor |
News Center  About Feitian  Contact Us

## Distributor

ROCKEY Dongle Distributor in U.S.A



**Distributor:** Security Tokens Inc.
**Address:** 4238 B Arlington Heights Rd,
#244, Arlington Heights, IL 60004
**Contact:** Rick Landuyt
**Tel:** +1-847-577-1523
**Fax:** +1-847-4831129
**Email:** RLanduyt@SecurityTokens.com
**WWW:** http://www.securitytokens.com



Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ...    Page 1 of 2

# FEITIAN
## WE BUILD SECURITY



## Distributor

### ePass Network Token Distributor in U.S.A



**Distributor:** Security Tokens Inc.
**Address:** 4238 B Arlington Heights Rd,
#244, Arlington Heights, IL 60004
**Contact:** Rick Landuyt
**Tel:** +1-847-577-1523
**Fax:** +1-847-4831129
**Email:** RLanduyt@SecurityTokens.com
**www:** http://www.securitytokens.com

### ePass Network Token Distributor in U.S.A



**Distributor:** AZ-Tech Software, Inc.
**Address:** 201 East Franklin Street, Suite 11
Richmond, MO 64085-1893
**Contact:** Bill J. Lewis
**Tel:** +1 (816) 776-2700
**Fax:** +1 (816) 776-8398
**Email:** gm@az-tech.com

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ...    Page 1 of 2



Home | Products | Sales | Support | Download | Distributor
News Center    About Feitian    Contact Us



## About Feitian

Feitian Technologies was organized in 1998 with the mission of creating world class software security products. Feitian expanded quickly. Within a few years it opened offices in Shanghai and Guangzhou. In 2003 it opened yet another office in Chengdu to provide strong coverage of the major markets on the China mainland. Feitian's product lines expanded as well. ROCKEY1 was among the first commercial dongles manufactured in China and reflected the leading standards of the time. Today Feitian has emerged as an innovator in the field. The ROCKEY5 dongle employs the latest in smart card technology. Feitian intends to continue to leverage its core competency in smart card related development to provide our customers with stronger and more flexible solutions for enforcing their licensing agreements.

In 2000 Feitian released the ePass1000 network authentication token along with its first PKCS and CAPI middleware for the Windows platform. Development on the ePass2000 token began several months later. ePass2000 uses a smart card to securely store digital certificates and internally process encryption algorithms.

The ROCKEY100 and ROCKEY200 smart card reader technology followed the ePass development efforts. ROCKEY100/200 are USB attached smart card readers that support the PC/SC interface and relevant ISO standards.

Today Feitian is a fast growing privately held firm with a growing stake in markets outside of China. Feitian's commitment to the IT security field may be seen in its growing roster of product lines and development partners.

Case 1:05-cv-00149-GMS   Document 43-5   Filed 10/26/2005   Page 5 of 26

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ...   Page 1 of 2





ROCKEY 5

Breakthrough
in Software Protection

Home | Products | Sales | Support | Download | Distributor |

News Center About Feitian Contact Us

**Request**
**Software Dongle**

**Request**
**Network Token**

**Request**
**Smart Card Reader**

**Feitian Technologies is a solution provider and manufacturer of USB security devices used for software protection, network authentication and secure applications.**

Our mission is to protect the information and software assets of your business by providing cost effective products that allow you to easily build security into your applications and network.

---

### News Center

---

▶ Feitian Signs Contract with Pronova - Sep 22, 2004

▶ Feitian's offices will be closed from October 1-7 - Sep 20, 2004

▶ Feitian's Distributor Will Participate in GITEX 2004 - Sep 20, 2004

▶ Feitian Signs Contract With R&D Computer System Co. Ltd. - Sep 3, 2004

**ROCKEY Dongle**



Feitian Technologies was among the first to support User Defined Algorithms with its ROCKEY4 product, and sets the standard for innovation with ROCKEY5 - an affordable smart card based solution providing the highest levels of software protection.

**ePass Network Token**

ePass1000, ePass2000 are portable USB attached network tokens. Ideal for PKI and smart card applications: two-factor authentication, E-mail encryption, SSL secured websites, password consolidation, secure login and more.

**ROCKEY SmartCard Reader**



ROCKEY 100/200 are SIM and smart card readers, supported by Windows, MAC and Linux operating systems, compatible with smart cards that comply with ISO 7816-3, standard PC/SC interface.


飞天中国 飞天日本



Home | Products | Sales | Support || Download || Distributor ||

News Center  About Feitian  Contact Us

## Products

### ROCKEY Dongle



The ROCKEY product series is designed to enforce software license agreements and prevent unauthorized duplication. These LPT and USB dongles support complex user defined algorithms for extremely powerful software protection.

### ePass Network Token



ePass1000, ePass2000 are portable USB attached network tokens. Ideal for PKI and smart card applications: two-factor authentication, E-mail encryption, SSL secured websites, password consolidation, secure login and more.

### ROCKEY SmartCard Reader

ROCKEY 100/200 are SIM and smart card readers, supported by Windows, MAC and Linux operating systems, compatible with smart cards that comply with ISO 7816-3, standard PC/SC interface.

### Software Developer's Kit

All Feitian products have complete Software Developer's Kits that include all the tools necessary for you to easily integrate software protection and security into your environment. If you are interested in evaluating our products, you may request an SDK simply by completing the application form.

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, SmartCard ... Page 1 of 3



Home | Products | Sales | Support | Download | Distributor |

News Center  About Feitian  Contact Us



## ROCKEY Dongle

▽ **Feitian Products**

- ROCKEY Dongle
- ePass Token
- SmartCard Reader

▽ **Request an SDK**

- ROCKEY Dongle
- ePass Token
- SmartCard Reader



### ROCKEY4

**ROCKEY4 Standard** security access is controlled by a 64-bit password set that is burned into the CPU by OTP. The passwords cannot be modified. Each dongle also has a unique hardware ID, 128-bytes of memory space and a "time-gate" mechanism to prevent software tracing. The ROCKEY4 system supports user defined algorithms, API controls, envelope software for direct encryption of Windows portable executable files (.exe, .dll, .arx) and a random data transfer mechanism to make dongle simulation attacks ineffective. ROCKEY4 can support both very simplistic but effective protection methods, and much more complex schemes to achieve very high levels of security.

The ROCKEY4 software protection system includes both LPT and USB based dongles. All ROCKEY4 dongles are fully compatible with one another. The system includes abundant programming interfaces and support for most common desktop operating systems including: DOS, Windows, Linux and MAC.

A dedication to quality, ease of use, strong protection options and cost effective pricing make the ROCKEY4 the price/performance leader in the software protection market.

**ROCKEY4-Plus** has all the features of ROCKEY4 Standard with a larger memory space - 512 bytes in total with 320 bytes available for developers. Developers may store 160 bytes, or 80 instructions in the User Algorithm Zone. The User Data Zone is expanded to 120 bytes. The ROCKEY4-Plus system is ideal for developers who need to support a large number of program modules, or very complex algorithms.

**NetROCKEY4**

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ...    Page 2 of 3



NetROCKEY4 is a network enabled software protection system that is designed with many of the same protection features as the standard ROCKEY4 system: user defined algorithms, envelop encryption, hardware ID, user defined memory zones and time-gate functionality. But NetROCKEY4 also may be deployed to control the maximum number of simultaneous users that can attach to a client server application. Implementing NetROCKEY4 is easy because the developer need only call the NetROCKEY4 API from the client side application. The NetROCKEY4 Server program then controls the access restrictions based on parameters set by the developer. NetROCKEY4 supports the TCP/IP, IPX and NetBIOS protocols used by most of today's modern networks. It also includes intuitive graphical programs for configuring and testing the security system. And NetROCKEY4 does not impose a software limit on the number of simultaneous users that may attach to the dongle.

NetROCKEY4 supports redundant client-server environments. Clients may be configured to search for any NetROCKEY4 protected Server program available on the network. Each NetROCKEY4 Server program may be configured with an independent maximum user count, giving developers both the flexibility and the confidence to deploy NetROCKEY4 in environments that cannot suffer outages.

The NetROCKEY4 system supports Windows 9X/NT/2000/ME and Linux platforms. The client side API supports the VB, VC, BCB, Delphi, VFB and PB programming environments. The NetROCKEY4 system combines flexible yet powerful implementation options, wide compatibility and an affordable price to make it an ideal solution for protecting your network assets.

## ROCKEY5



Each ROCKEY5 dongle is actually a smart card reader, fitted with a standard smart card and the ROCKEYCOS. The ROCKEYCOS is a special Chip Operating System (COS) developed by Feitian Technologies. It allows the smart card to operate like a separate and protected computer on a chip. The developer may store selected portions of the application code inside the ROCKEY5 environment, and execute that code inside the smart card. The ROCKEY5 API is both simple and powerful and gives the developer the tools for creating extremely high levels of software protection.



Home │ Products │ Sales │ Support │ Download │ Distributor │ 

News Center  About Feitian  Contact Us

## ROCKEY4



**ROCKEY4 Standard.** ROCKEY4 access security is controlled by a 64-bit password set that is burned into the CPU by OTP. The passwords cannot be modified. Each dongle also has a unique hardware ID, 128-bytes of memory space and a "time-gate" mechanism to prevent software tracing. The ROCKEY4 system supports user defined algorithms, API controls, envelope software for direct encryption of Windows portable executable files (.exe, .dll, .arx) and a random data transfer mechanism to make dongle simulation attacks ineffective. ROCKEY4 can support both very simplistic but effective protection methods, and much more complex schemes to achieve very high levels of security.

### ROCKEY4 LPT (parallel)

The ROCKEY4 software protection system includes both LPT and USB based dongles. All ROCKEY4 dongles are fully compatible with one another. The system includes abundant programming interfaces and support for most common desktop operating systems including: DOS, Windows, Linux and MAC.

### ROCKEY4 USB

A dedication to quality, ease of use, strong protection options and cost effective pricing make the ROCKEY4 the price/performance leader in the software protection market.

**ROCKEY4-Plus** is a variant of ROCKEY4 Standard, except that it boasts a larger memory space - 512 bytes in total with 320 bytes available for developers. Developers may store 160 bytes, or 80 instructions in the User Algorithm Zone. The User Data Zone is expanded to 120 bytes. The ROCKEY4-Plus system is ideal for developers who need to support a large number of program modules, or very complex algorithms.

| Evaluation Application | Download | FAQ |

### Features:

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ...    Page 2 of 4

▽ **Feitian Products**

- ROCKEY Dongle
- ePass Token
- SmartCard Reader

▽ **Request an SDK**

- ROCKEY Dongle
- ePass Token
- SmartCard Reader

- Secure access controlled with 64-bit Basic and Advanced password sets
- 128-512 bytes of usable memory
- Support for multiple user defined memory
- Low level communications encoded for optimal protection
- Multi-level security access for developers and users
- Custom built CPU for intelligent software protection systems
- Support for multiple platforms: DOS, Windows 95/98/2000/ME/NT4/XP, Linux, MAC (OS 8.6 and above)
- Abundant programming language interfaces: TurboC, Borland, C++, MSC, WatcomC, QBasic, Fortran, VC, VB, BCB, Delphi, PB, AutoCAD, Java, ActiveX
- Support for varied network licensing policies
- Secure storage for application serial numbers and other information required for license enforcement
- Full support for IEEE 1284 (ECP/EPP/SPP) insures high compatibility with LPT attached devices
- Small and non-intrusive form factor, tamper proof outer shell
- Built-in algorithms for seed code generation
- Support for LPT networking
- Compatible with low voltage environments (2.2 Volt minimum)
- Multiple ROCKEY4 dongles (16 maximum) may be cascaded on the same LPT port
- No software limit on port sharing with dongles from other manufacturers
- Globally unique Hardware Identification number burned into each unit

**Hardware Memory Usage:**

| Memory Zone | Memory Zone Description | ROCKEY4 | ROCKEY4-Plus | NetROCKEY4 |
|---|---|---|---|---|
| Hardware ID | Globally unique identifier | 32-bit | 32-bit | 32-bit |
| User ID Zone | User defined identifier | 32-bit | 32-bit | 32-bit |
| Module Zone | Non-readable memory spaces (16) Used with arithmetic calculations | 16-bit(each) | 16-bit(each) | 16-bit(each) |
| Zero Attribute | Indicates if a module is "0" or not attribute. | 1-bit(each) | 1-bit(each) | 1-bit(each) |
| Decrement Attribute | Indicates if a module can be decreased. Each module has a decrement attribute. | 1-bit(each) | 1-bit(each) | 1-bit(each) |
| User Data | User defined memory space | 24-byte | 120-byte | 120-byte |

| Zone | | | |
|---|---|---|---|
| User Algorithm Zone | Instruction storage for user defined algorithms | 32-instructions | 80-instructions | 80-instructions |

**Hardware Specifications:**

| | ROCKEY4-USB | ROCKEY4-LPT |
|---|---|---|
| Dimensions: | 51 × 16 × 7 mm | 39 × 55 × 16 mm |
| Current Consumption (active/idle): | <= 50 ma | <=10 ma |
| Min. Operating Voltage: | 5V | 2.2V |
| CPU Type: | 20 pin, 8-bit | 8 pin, 8-bit |
| Max. No. of dongles in series: | 16 | 16 |
| Max. No. of Write Access: | >100,000 | >100,000 |
| Connector Support: | USB Type A | 25-pin , Type D |
| Storage Temp.: | -40 ~ 85 ºC | -40 ~ 85 ºC |
| Operating Temp.: | 0 ~ 70 ºC | 0 ~ 70 ºC |
| Data Retention: | 10 years | 10 years |

**To Developers:**

ROCKEY4 is a hardware based software protection system. The effectiveness of the ROCKEY system depends to a great extent on the degree to which the developer is able to integrate the dongle to the application. The more complex the relationship between the dongle and application, the more difficult it will be for a potential hacker to "crack". The ROCKEY protection system has two general mechanisms to protect your software: the **ROCKEY Envelope** and the **ROCKEY API.**

**ROCKEY Envelope** is invoked with the Ryenv32 encryption tool under the Utility directory. As the name indicates, envelope encryption adds an envelope (or shell) to the executable file. The envelope program automatically calls the ROCKEY dongle when the program is executed. If the dongle is not attached to the PC, the execution will abort and the developer's warning message will display on the monitor.

The ROCKEY envelope program is ideal if developer does not have access to the source code or is constrained from using the ROCKEY API. The envelope program is also useful when used in conjunction with the API to enhance a software protection mechanism. However, an envelope program is not considered strong protection when used without calls to the API and is limited to Windows executable files (.exe, .arx, .dll).

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ...    Page 4 of 4

**ROCKEY API** is a program language interface between the dongle and the developer's application. The ROCKEY API stack supports several programming languages and allows the developer flexibility t create very powerful encryption mechanisms. API protection requires that the developer have access to the source code and become familiar with the ROCKEY API.

**Privacy | Legal**

**© 2002 Feitian Technologies Co., Ltd.**



**WE BUILD SECURITY**

Home ‖ Products ‖ Sales ‖ Support ‖ Download ‖ Distributor ‖

News Center  About Feitian  Contact Us

http://www.ftsafe.com/products/viewproduct.php?p=netrockey

◁ **Feitian Products**

- ROCKEY Dongle
- ePass Token
- SmartCard Reader

◁ **Request an SDK**

- ROCKEY Dongle
- ePass Token
- SmartCard Reader



**NetROCKEY4**

NetROCKEY4 extends the software protection features of ROCKEY to the network. NetROCKEY4 supports TCP/IP, IPX and NETBIOS protocols across networks; offers user defined algorithms, envelope encryption, time checking functions; provides a server-based network service program - developers only need to write programs for client end; includes enhanced graphical interface tools; supports multiple servers, multiple PCs, and multiple users for the same code dongles. Every module of NetROCKEY4 can support at most 65534 clients at the same time while the service program remains protected from modification and immune to viruses.

NetROCKEY4 also includes network management functions, supports Windows 9X/NT/2000/ME and Linux, works in VB, VC, BCB, Delphi, VFP and PB environment, works on any workstation or server addressable within your LAN. Offering distributed software management protection at a surprisingly affordable cost, NetROCKEY4 is the ideal software protection system for your network software.

| | | | |
|---|---|---|---|
| Evaluation Application | Download | FAQ | |

**Features:**

- Based on our flagship **ROCKEY4** product, NetROCKEY4 supports TCP/IP, IPX and NetBIOS protocols, providing a powerful network software protection solution.
- More memory, more security. NetROCKEY4 supports up to 80 algorithm instructions&up to 120 byte user data zone.
- Easy programming environment. Using our server program, the developer only need to write the client programs, reducing development work greatly.
- NetROCKEY4 envelope encryption checks for the existence of the dongle from time to time, and terminates the program when the system can not find the dongle.
- Powerful testing, tracing and editing graphical interface tools.
- Supports multiple servers, works on multiple PCs in the network, supports an expandable



Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ...     Page 2 of 2

number of users on the same code dongles.

- Supports subnets. NetROCKEY4 can detect dongles in different sub-networks.
- The service program is protected from modification and immune from viruses.
- Supports Windows 9x/NT/2000/ME and Linux, designed for VB, VC, BCB, Delphi, VFP and PB environment.
- Every module can support at most 65534 clients simultaneously.

Please request a NetROCKEY4 **SDK.**

**© 2002 Feitian Technologies Co., Ltd.**

**Privacy | Legal**

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ...    Page 1 of 2



Home | Products | Sales | Support | Download | Distributor |
News Center  About Feitian   Contact Us





▽ **Feitian Products**

- ROCKEY Dongle
- ePass Token
- SmartCard Reader

▽ **Request an SDK**

- ROCKEY Dongle
- ePass Token
- SmartCard Reader

## ROCKEY5



| Evaluation Application | Download | FAQ |

---

**Smart Card Dongle** ROCKEY5 is our 5th generation software protection dongle, which combines the traditional dongle technology and the latest in smart card technology, it is the optimal solution for software protection and information security.

The built-in CPU smart card ensures high hardware security levels. At the core of ROCKEY5 is a special Chip Operating System (COS) developed by Feitian Technologies. It allows the smart card to operate like a separate and protected computer on a chip. The developer may store selected portions of the application code inside the ROCKEY5 environment, and execute that code inside the smart card. The ROCKEY5 API is both simple and powerful and gives the developer the tools for creating extremely high levels of software protection.

**Features:**

- **Smart Card** - ROCKEY5 uses smart card technology widely deployed by the most security conscious industries worldwide.
- **Powerful Encryption Algorithms** - ROCKEY5 has much more memory and processing capacity that most of its dongle competitors. It can therefore support far stronger encryption mechanisms than most products available on the market.
- **ROCKEYCOS** - ROCKEY5 ships with 32k (expandable) of memory and may be used to run a selected portion of application code. This protection mechanism is potentially very powerful and impossible without the processing capacity of the smart card.

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ... Page 1 of 2



Home | Products | Sales | Support | Download | Distributor

News Center  About Feitian  Contact Us

## ePass Network Token



### ▽ Feitian Products
- ROCKEY Dongle
- ePass Token
- SmartCard Reader

### ▽ Request an SDK
- ROCKEY Dongle
- ePass Token
- SmartCard Reader

### ePass1000

ePass1000 is a USB authentication token developed by Feitian Technologies.



Includes 8/32KB memory space, built-in MD5 HASH algorithm and random number generator, security file system, storage of private keys or digital certificates to authenticate user identity. A crucial component in a broad range of applications, from on-line payment systems, network ID authentication, to software license management. Supports many smart card applications, without requiring a card reader.

Compact design, may be chained to your key chain, portable, it is the ideal solution for network security applications.

### ePass2000

ePass2000 is a high end USB token product, it integrates one smart card chip performing password calculation and information storage functions to replace the EEPROM in ePass1000.

ePass2000 is the secure container for digital certificate of PKI applications, RSA key pair is generated on chip, the private key is stored in the smart card in the form of cipher text, the key can not be exported in the form of clear text, the information of certificate owner could not be more secure.

The same case design with ePass1000, light and portable, your ideal container for digital certificates.



FEITIAN
WE BUILD SECURITY

Home | Products | Sales | Support | Download | Distributor

News Center  About Feitian  Contact Us

▽ **Feitian Products**

- ROCKEY Dongle
- ePass Token
- SmartCard Reader

▽ **Request an SDK**

- ROCKEY Dongle
- ePass Token
- SmartCard Reader

## ePass1000 Network Token
### Securing E-Business Applications



The Internet has become a necessary part of doing business. But with the growth of the Internet have come threats to businesses from hackers, network snooping devices, viruses and other sources that are now part-and-parcel of the public Internet - these threats have become a cost of doing business. The PKI model was developed to enable secure transactions and communications over the Internet, primarily through providing services for authentication, identification and encryption of sensitive information. ePass1000 is a cost effective and important enhancement to the PKI model, it is the ideal solution for PKI applications.

ePass1000 is a USB token, compact and portable. ePass1000 was designed to offer authentication, verification and information encryption services, and support E-mail encryption, digital signatures and SSL using Internet Explorer, Outlook, Outlook Express, Netscape Communicator or any software product based on the MS CAPI or PKCS #11 standards. In addition, ePass1000 is remarkably versatile and Feitian's SDK may be used to create many other user defined applications.

ePass1000 supports Windows 98/2000/ME/XP, MAC OS 8/9 and Linux.

| Evaluation Application | Download | FAQ |
| --- | --- | --- |

**Features:**

- On-board MD5-HMAC challenge-response authentication
- Standard support for Microsoft CAPI applications
- CE and FCC certified
- 64-bit unique serial number
- Standard USB interface

- Application Controlled LED
- Browser-based access to ePass 1000 via ActiveX Control and Java Applets
- Three security levels for access to files and administrative rights
- Two level file directory structure
- Tamper evident hard plastic casing
- Multiple color options and third party branding available

**Benefits:**

- **Secure** the on board MD5 hash algorithm insures that personal security credentials are kept safe inside ePass1000, isolated from hackers, viruses and other threats
- **Portable** ePass1000 is Hot Pluggable and may be attached to a keychain; simply remove it from the USB port and carry your sensitive security credentials with you
- **Low Cost** ePass1000 may be used to replace smart cards in existing applications, but ePass 1000 requires no special reader
- **Easy to use** no special development or integration work needed for Internet Explorer, Outlook, Outlook Express and Netscape Communicator
- **Multi Use** ePass may be configured to support multiple keys and applications
- **Two Factor Authentication** security may be enhanced by requiring the user to enter a password when using ePass1000
- **Password Management** ePass1000 may be made to store many passwords; users need only remember the ePass1000 PIN
- **Integration** developers may use Feitian's modular SDK (Software Developer's Kit) to integrate ePass1000 into other PKI applications

**Applications:**

- Workstation security through Windows 2000 smart card logon
- Standard E-mail signing and encryption with Microsoft Outlook / Outlook Express, Internet Explorer and Netscape Messenger
- SSL secure Web access through Microsoft Internet Explorer and Netscape Navigator
- PKI compatibility with Windows 98 and above, Microsoft Internet Explorer and Netscape Communicator
- Secure Network Logon
- Secure E-mail Communications
- Secure Remote Access Server (RAS) Authentication
- Secure VPN Access
- Secure Access for Extranets & Intranets
- Secure PC

**E-Business Applications:**

- On-line Banking
- B2B, B2C Transactions
- Stock Brokerage
- Healthcare
- Application Services Providers (ASP)
- On-line subscriptions to magazines and newspapers
- Fare Collection: Tele-ticketing, Toll Collection and Urban Parking
- On-line Government: Driver's License, Vehicle Registration, Identification, Electronic Visa, Military Identification and more

## The ePass1000 SDK:

ePass1000 was designed with flexibility in mind. Feitian Technologies provides a rich Software Developer's Kit for integrating ePass 1000 into your client/server and browser enabled applications. ePass1000's drivers and support software are modular in design allowing for efficient development of end user identification and secure storage applications.

## SDK Specifications:

- Windows 98/2000/ME/XP; MAC OS 8/9; Linux
- Released as Win32 DLL and ActiveX Control and Java Applet
- Software distribution package included
- PCKS# 11 compliant
- MS-CAPI compliant
- ePass Proprietary API

## ePass1000 Specifications:

| Supported Operating Systems: | Windows 98/2000/ME/XP; MAC OS 8/9, Linux |
| --- | --- |
| Certifications and Standards: | PKCS#11 v2.01, MS CAPI, PC/SC, X.509 v3 Certificate Storage, SSL v3, IPSec/IKE |
| Processor: | 8 bit |
| Memory Size (by Model): | 8k/32k |
| On-Board Security Algorithms: | MD5 |
| Chip Security Level: | Secured and Encrypted Data Storage |
| Dimensions (by Model): | 58x14x7mm(standard) or 50x17x7mm(smart) |
| Weight (by Model): | 8g(standard) or 6g(smart) |
| Power Dissipation: | < 250 mW |

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ...    Page 4 of 4

| | |
|---|---|
| **Operating Temperature:** | 0 to 70 ºC |
| **Storage Temperature:** | -40 to 85 ºC |
| **Humidity Rating:** | 0 to 100% 0 to 100% without condensation |
| **Connector Type:** | USB type A (Universal Serial Bus) |
| **Casing:** | Hard Molded Plastic, Tamper Evident |
| **Memory Data Retention:** | At least 10 years |
| **Memory Cell Rewrites:** | At least 100,000 times |

**Privacy | Legal**

**© 2002 Feitian Technologies Co., Ltd.**

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ...    Page 1 of 4





Home || Products || Sales || About Feitian    Contact Us    Support || Download || Distributor || 

News Center

▽ **Feitian Products**
- ROCKEY Dongle
- ePass Token
- SmartCard Reader

▽ **Request an SDK**
- ROCKEY Dongle
- ePass Token
- SmartCard Reader



## ePass2000 Network Token
### Securing E-Business Applications

The Internet has become a necessary part of doing business. But with the growth of the Internet have come threats to businesses from hackers, network snooping devices, viruses and other sources that are now part-and-parcel of the public Internet - these threats have become a cost of doing business. The PKI model was developed to enable secure transactions and communications over the Internet, primarily through providing services for authentication, identification and encryption of sensitive information. ePass2000 is a cost effective and important enhancement to the PKI model, it is the ideal solution for PKI applications.

ePass2000 is a USB token, compact and portable. ePass2000 was designed to offer authentication, verification and information encryption services, and support E-mail Encryption, Digital Signing and SSL using Internet Explorer, Outlook, Outlook Express, Netscape Communicator or any software product based on the MS CAPI or PKCS#11 standards. In addition, ePass2000 is remarkably versatile and Feitian's SDK may be used to create many other user defined applications.

ePass2000 supports Windows 98/2000/ME/XP, MAC OS 8/9 and Linux. The built in smart card supports powerful encryption algorithms.

| Evaluation Application | Download | FAQ |
| --- | --- | --- |

**Features:**
- On-board generation of RSA 1024-bit key pair
- Built-in support for RSA, DES and 3DES algorithms
- Standard support for Microsoft CAPI applications
- Windows 2000 PC/SC compliant

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ...    Page 2 of 4

**Benefits:**

- Random number generation performed in hardware
- Powerful Plug & Play connectivity to PKI applications
- Digital signature signed in hardware
- Support for multiple PKI and smart card applications
- Support for multiple key storage
- Standard USB interface
- CE and FCC Conformity Certified
- Tamper evident hard plastic casing
- Application Controlled LED
- Browser-based access to ePass2000 via ActiveX Control and Java Applets
- Multiple color options and third party branding available

- **Highly Secure Key Generation** ePass2000 uses smart card technology to enable generation of public and private keys in hardware. Private keys are never exposed to the PC environment
- **Compatible** ePass2000 may be custom configured with any ISO 7816 compliant smart card chip
- **Portable** ePass2000 is Hot Pluggable and may be attached to a key chain; simply remove it from the USB port and carry your sensitive security credentials with you
- **Secure Storage** sensitive personal security credentials need not be left in the insecure PC environment. ePass2000's secure file system and authentication mechanisms insure that personal security credentials are kept safe inside ePass2000, isolated from hackers, viruses and other threats
- **Low Cost** ePass2000 may be used to replace smart cards in PKI applications, but ePass2000 requires no special reader
- **Easy to Use** no special development or integration work needed for Internet Explorer, Outlook, Outlook Express or Netscape Communicator
- **Easy to Integrate** no special development or integration work needed for standard MS CAPI, PKCS #11 or PC/SC applications
- **Multi Use** ePass may be configured to support multiple keys and applications
- **Two Factor Authentication** security may be enhanced by requiring the user to enter a password when using ePass2000
- **Password Management** ePass2000 may be made to store many passwords; users need only remember the ePass2000 PIN

**Applications:**

- Workstation security through Windows 2000 smart card logon
- Standard E-mail signing and encryption with Microsoft Outlook / Outlook Express, Internet Explorer and Netscape Messenger

- SSL secure Web access through Microsoft Internet Explorer and Netscape Navigator
- PKI compatibility with Windows 98 and above, Microsoft Internet Explorer and Netscape Communicator
- Secure Network Logon
- Secure E-mail Communications
- Secure Remote Access Server (RAS) Authentication
- Secure VPN Access
- Secure Access for Extranets & Intranets
- Secure PC

**E-Business Applications:**
- On-line Banking
- B2B, B2C Transactions
- Stock Brokerage
- Healthcare
- Application Service Providers (ASP)
- On-line subscriptions to magazines and newspapers
- Fare Collection: Tele-ticketing, Toll Collection and Urban Parking
- On-line Government: Driver's License, Vehicle Registration, Identification, Electronic Visa, Military Identification and more

**ePass2000 Specifications:**

| | |
|---|---|
| **Supported Operating Systems:** | Windows 98/2000/ME/XP, MAC OS 8/9, Linux |
| **Certifications and Standards:** | PKCS#11 v2.10, MS CAPI, PC/SC, X.509 v3 Certificate Storage, SSL v3, IPSec/IKE, ISO 7816-3 and 4 compliant |
| **Processor:** | 8 bit |
| **Memory Size :** | 16k/32k |
| **On-Board Security Algorithms:** | RSA, DES, 3DES, DSA, MD5, SHA-1 |
| **Chip Security Level:** | Secured and Encrypted Data Storage |
| **Dimensions:** | 50x17x7mm |
| **Weight:** | 6g |
| **Power Dissipation:** | < 250 mW |
| **Operating Temperature:** | 0 to 70 ºC |
| **Storage Temperature:** | -40 to 85 ºC |
| **Humidity Rating:** | 0 to 100% 0 to 100% without condensation |

Feitian Technologies: Copy Protection, Software Protection, Access Control, Digital Rights Management, Dongle, Smart Card ...    Page 4 of 4

| | |
|---|---|
| Connector Type: | USB type A (Universal Serial Bus) |
| Casing: | Hard Molded Plastic, Tamper Evident |
| Memory Data Retention: | At least 10 years |
| Memory Cell Rewrites: | At least 100,000 times |

Privacy | Legal

© 2002 Feitian Technologies Co., Ltd.



Home | Products | Sales | Support | Download | Distributor |
News Center About Feitian Contact Us

## Software Developer's Kit

Feitian offers Software Developer's Kits to our potential customers for their evaluation of our products.

Please complete the Evaluation Application Form carefully. Our sales manager will contact you shortly to fulfill your request. We generally ship via international carriers that will deliver the SDK to you within 3 business days.

We strongly recommend you read the **Feitian Software Developer's Agreement** to understand your rights and obligations.

**Feitian Technologies offers the following SDKs to our customers:**



### ROCKEY SDK

The ROCKEY product series enforces software license agreements and prevents unauthorized duplication (via LPT and USB dongles).

The SDK includes the ROCKEY hardware, a software CD (including development package, documents and sample programs), a Developer's Guide and a brochure.



### ePass SDK

ePass1000/2000 are portable USB attached network tokens that are ideal for PKI and smart card applications: two-factor authentication, E-mail encryption, SSL secured websites, password consolidation and secure log-in.

The SDK includes an ePass token, a software CD (including development package, documents and sample programs), a Developer's Guide and a brochure.



# FEITIAN
WE BUILD SECURITY

Home | Products | Sales | Support | Download | Distributor |
News Center  About Feitian  Contact Us



## Contact Us



**Beijing Headquarters**
**Address:** Bldg 7A, 5th Floor, No.40 Xueyuan Road
Haidian District, Beijing, P.R China
**Zip Code:** 100083
**Tel:** (86)10-62304466
**Fax:** (86)10-62304477
**Web: www.FTsafe.com**
**E-mail: world.sales@ftsafe.com**

Welcome to our headquarters!
For directions, please see our **map!**