# EXHIBIT F

Case 1:05-cv-00149-GMS    Document 43-7    Filed 10/26/2005    Page 1 of 13

BUSINESS ABSTRACT

D&B Completed Analysis:12-10-2004
Database Last Updated:12-10-2004
Source:Copyright (c) 2002 by Dun & Bradstreet, Inc.
Current Date:03/01/2005

COMPANY INFORMATION

DUNS:54-474-4048

Name:FEITIAN TECHNOLOGIES CO.,LTD.
 Address:3RD FLOOR, BUILDING 5, JIMEN HOTEL, HAIDIAN DISTRICT
BEIJING 100088
Country:CHINA PEOPLES REP

Telephone:1062360800
Fax:1082070027

Year Started:1994

BUSINESS DESCRIPTION

Line of Business:COMPUTER INTEGRATED SYSTEMS DESIGN, NSK

Primary SIC:
   7373Computer systems design

FINANCIAL INFORMATION

Net Worth (US):$471,120
Net Worth (Local):3,900,000-Actual
Profit (US):$362,400
Profit (Local):3,000,000-Actual
Currency:Chinese Ren Min Bi
Exchange Rate:.1208
Currency Conversion Date:12/01/2001

SALES INFORMATION

Annual Sales (US):$1,449,600
Annual Sales (Local):12,000,000-Actual

EMPLOYEE INFORMATION

Total Employees:50
Employees Here:50

COMPANY HISTORY/OPERATIONS/RELATIONSHIPS & OTHER INFORMATION

This Company's Specifics:

```
                                DUNS:54-474-4048
                                Legal Status:Limited company
                                Business Is A:Single Location
                                  Exporter
END OF DOCUMENT
```

# Dun & Bradstreet

# Business Information Report™



Page 1 of 10

For: 33702-400 3231 JGRIFFITH
MCDERMOTT WILL & EMERY
277 W MONROE ST - STE 3100
CHICAGO          , IL 60606-0000

RECEIVED JUL 0 7 2003   MW&E

July 2, 2003
4:20 am

```
D&B REPORT                                      DATE PRINTED: JUL 1 2003
-------------------------------------------------------------------------
D-U-N-S: 54-474-4048                                                   FU
-------------------------------------------------------------------------
FEITIAN TECHNOLOGIES CO.,LTD.            STARTED    1994
                                         RATING     BA3
                                         RISK INDEX 1.00
FULL ADDRESS:                            HISTORY    CLEAR
3RD FLOOR, BUILDING 5, JIMEN HOTEL,      REG. NO.   1101082475177(1-1)
HAIDIAN DISTRICT
BEIJING
BEIJING, 100088                          WORTH      3,900 Thousands
CHINA                                    EXPORTS    YES
                                         SALES      12,000 Thousands

TEL:   010  62360800
TEL:   010  62360900                     EMPLOYS    50 TOTAL
FAX:   010  82070027                     CONDITION  FAIR

SIC:   7373 0000

SUBJECT IS MAINLY ENGAGED IN SOFTWARE PROTECTION, SOFTWARE DEVELOPMENT,
MOBILE MEMORY, INFORMATION SECURITY.

CHIEF EXECUTIVE: HUANG, YU / GENERAL MANAGER

CURRENCY:    All monetary amounts quoted in this report are
             shown in Renminbi(RMB) unless otherwise stated.

RISK ASSESSMENT
-------------------------------------------------------------------------
Feitian Technologies Co.,Ltd.'s Risk Index is RI1
-------------------------------------------------------------------------

Industry Norm Grouping
Industry Group SIC              : 7373
Industry Group Description      : Computer integrated systems design

Industry Group Risk Index Quartile Values:
Upper                           : 2
Median                          : 3
```

Provided under contract for the exclusive use of MCDERMOTT WILL & EMERY.          Copyright 2003 D&B Inc. VIR1.2

Case 1:05-cv-00149-GMS   Document 43-7   Filed 10/26/2005   Page 5 of 13

D&B Business Information Report
Page 2 of 10

For: 33702-400 3231 JGRIFFITH
MCDERMOTT WILL & EMERY

July 2, 2003
4:20 am

(continued)

```
Lower                                   : 3

Distribution of Risk Index based on SIC 7373
NCRI        1       2       3       4       5       6
%        0.00    44.09   31.06   18.84    5.80    0.20

RISK Index                                      Observed Business
     Level           Observation                    Failure Rate
----------------------------------------------------------------
     RI 1    Minimal risk                               0.01%
     RI 2    Significantly lower than average risk      1.09%
     RI 3    Lower than average risk                    1.8%
     RI 4    Slightly lower than average risk           2.5%
     RI 5    2 times higher than average risk           8.0%
     RI 6    5 times higher than average risk          19.6%
     NA     Assessment not available due to insufficient data   --
----------------------------------------------------------------
```

* The Risk Index "Observed Business Failure Rate" is based on the Index development sample. When using the Index to make individual applicant decisions, a customized version of this table based on an analysis of the Index against your customer account portfolio is recommended.

RISK ANALYSIS
-------------

The Risk Index for this business is assigned primarily based on the following factors:

1. No evidence of suit(s), lien(s) or judgment(s) in D&B files

2. Indication of lower industry risk classification

3. Profitability ratio suggests potential lower risk of financial stress

4. The Registered Capital of this business is between RMB 500,000 and RMB 125,000,000 which suggests potential moderate risk of financial distress.

The D&B Risk index is based on a scale of 1 to 6, where 1 represents a lower and 6 a higher precentage of observed business failures. The index is computed using available data in D&B's information database.

The Risk Index is related to observed business failures from 1997 to 1999. Though the index does not predict the probability of business closure, it reflects from a database profiling approach, the ratio of failed to operating businesses for each Risk Index Level.

The Key Drivers in the Risk Index include the following:

KEY DRIVERS

Provided under contract for the exclusive use of MCDERMOTT WILL & EMERY.   Copyright 2003 D&B Inc. VIR1.2

(continued)

BUSINESS INFORMATION
* Legal Company Structure
* Industry
* Employee Size
* Export/Import Indicator
* Registered Capital
* Age of Company
* D&B History Indicator
* Family Support

FINANCIAL INFORMATION
* Current Ratio
* Return on Assets
* Sales to Employee Ratio

GEO
* Region & Province

PAYMENT INFORMATION
* Slow Payment

PUBLIC FILINGS
* Court Actions

NARRATIVE SUMMARY
------------------

??
The D&B rating of BA3 indicates a tangible net worth between RMB2,500,000 and RMB4,499,999 and an overall credit condition which is considered fair.

CURRENT INVESTIGATION
---------------------

On Jun 30, 2003, Li Wei, Vice General Manager, confirmed all information in this report.

PAYMENTS
--------

| DATE | PAYING RECORD | HIGH CREDIT | NOW OWES | PAST DUE | SELLING TERMS | LAST SALE |
|---|---|---|---|---|---|---|
| 12/31/02 | Prompt/Slow 30 | 0 | 600,000 | 100,000 | Net30 | |

FINANCE
-------
FISCAL BALANCE SHEET AS OF Dec 31, 2001(Thousands)
--------------------------------------------------

Cash and Bank                     1,200

Provided under contract for the exclusive use of MCDERMOTT WILL & EMERY.   Copyright 2003 D&B Inc. VIR1.2

Case 1:05-cv-00149-GMS   Document 43-7   Filed 10/26/2005   Page 7 of 13

D&B Business Information Report
Page 4 of 10

For: 33702-400 3231 JGRIFFITH
MCDERMOTT WILL & EMERY

July 2, 2003
4:20 am

(continued)

```
Account Receivables              400  Accounts Payable              400
Other Receivables                300  Other Payables                300
Inventory                      1,000  Short-Term Loans              200
Other Current Assets             200  Other Current Liabilities     200
                             --------                            --------
TOTAL CURRENT ASSETS           3,100  TOTAL CURRENT LIABILITIES   1,100

                                      Medium/Long Term Loans        500
                                      Other Non-Current Liab        300
                             --------                            --------
TOTAL FIXED ASSETS             1,800  TOTAL NON-CURRENT LIAB        800

                             --------                            --------
TOTAL INTANGIBLE ASSETS          700  TOTAL LIABILITIES           1,900

Long Term Investment             600  Capital                       560
Other Assets                     300  Capital Reserve             2,300
                                      Reserve                     1,240
                                      Retained Earnings             500
                             --------                            --------
INVESTMENT & OTHER ASSE          900  TOTAL EQUITY                4,600

                             ========                            ========
TOTAL ASSETS                   6,500  EQUITY & LIABILITIES        6,500
                             ========                            ========
```

Tangible net worth of the company is 3,900 Thousands after deducting Intangible assets of 700 Thousands.

PROFIT & LOSS STATEMENT
-----------------------

Dec 31, 2001

(Thousands)
(Fiscal)

```
Sales                      12,000
Cost of Sales               8,000
Gross Profit/Loss           4,000
Profit/Loss Before Tax      4,500
Income Tax                  1,500
Profit/Loss After Tax       3,000
```

Latest Finacial Statements were obtained from the company personnel.

FINANCIAL SUMMARY
-----------------

Dec 31, 2001

(Thousands)

Provided under contract for the exclusive use of MCDERMOTT WILL & EMERY.   Copyright 2003 D&B Inc. VIR1.2

(continued)

```
                                        (Fiscal)
CURRENT ASSETS                           3,100
CURRENT LIABILITIES                      1,100
WORKING CAPITAL                          2,000
OTHER TANGIBLE ASSETS                    2,700
OTHER LIABILITIES                          800
MINORITY INTEREST
TANGIBLE NET WORTH                       3,900
CASH & BANK                              1,200
A/CS & NOTES RECEIVABL                     700
FIXED ASSETS                             1,800
A/CS & NOTES PAYABLE                       700
INVENTORY                                1,000
ANNUAL SALES/REVENUE                    12,000
PROFIT/LOSS BEFORE TAX                   4,500
PROFIT/LOSS AFTER TAX                    3,000
```

KEY RATIOS
-----------

```
                                     Dec 31, 2001

CURRENT RATIO                             2.81
QUICK RATIO                               1.90
TOTAL DEBT/EQUITY RATIO                   0.41
DEBT RATIO                                0.29
COLLECTION PERIOD(DAYS)                     12
PAYMENT PERIOD(DAYS)                        31
INVENTORY TURNOVER(DAYS)                    45
ASSET TURNOVER                            1.84
NET PROFIT MARGIN(%)                     25.00
RETURN ON EQUITY(%)                      65.21
RETURN ON ASSETS(%)                      46.15
EARNINGS PER SHARE($)
```

BANKING
-------

The company maintains relationship(s) with the following bank(s) in China:

THE INDUSTRIAL & COMMERCIAL BANK OF CHINA

On Jun 30 2003, following information was obtained from subject company:
Account Number:                0200049609006776657

BANK OF CHINA

On Jun 30 2003, following information was obtained from subject company:

F/#: 4080001-0188-046086-2

Provided under contract for the exclusive use of MCDERMOTT WILL & EMERY.    Copyright 2003 D&B Inc. VIR1.2

(continued)

```
CORPORATE HISTORY
-----------------

Subject is a limited company registered on June 16 1998 with Beijing
Administration for Industry & Commerce under number 1101082475177(1-1).
Business was established in 1994.

Registered Capital    560,000
Shareholders:
Huang Yu
Shares:         36%
Li Wei
Shares:         28%
Lu Zhou
Shares:         21%
Han Xuefeng
Shares:         15%

Total                         100%
                              ======

Subject's predecessor is Feitian New Technology Institute.

PRINCIPALS
----------

Huang, Yu                        General Manager
Li, Wei                          Vice General Manager
Lu, Zhou                         Development Manager

PRIMARY EXECUTIVES
------------------

HUANG, YU , General Manager, born on July 16 1969, male, graduated from
Beijing North Jiaotong University , majoring in computer. Joined subject in
1998. Currently active in subject's day to day operations.

LI, WEI , Vice General Manager, born on July 22 1970, male, graduated from
Beijing North Jiaotong University , majoring in computer.

LU, ZHOU , Development Manager, born on March 13 1970, male, graduated from
Beijing North Jiaotong University , majoring in computer.

OPERATIONS
----------

Subject is mainly engaged in software protection, software development,
mobile memory, information security.

Line of Products & Services:
ROCKEY-IV LPT
```

Provided under contract for the exclusive use of MCDERMOTT WILL & EMERY.      Copyright 2003 D&B Inc. VIR1.2

(continued)

ROCKEY-USB
iToken
Flash Disk

Major brands includes:    ROCKEY

Production Capacity and Actual Output:
Product Capacity
Rockey                                    1,000,000 per year
Product Capacity
epass                                     1,000,000 per year
Actual Output
Rockey                                    400,000 in 2001
Actual Output
epass                                     200,000 in 2001

Subject was awarded CE certificate in 2000.

Subject was awarded FCC certificate in 2002.

Subject was awarded CFCA certificate.

PURCHASE TERRITORY

Local
Local                                     100%

SALES TERRITORY

Local & International
Local                                     80%
International                             20%
Exporting to                              United States
                                          South Korea
Export Volume (2000) :                    USD 300,000

CUSTOMER TYPES

Manufacturers                             57%
Wholesalers                               10%
Retailers                                 5%
Individuals                               5%
Government                                20%
Hotels and/or Restaurants                 3%

Total Number of Accounts :                6,500.

PURCHASING AND SELLING TERMS

Purchasing Terms :

Cash

Provided under contract for the exclusive use of MCDERMOTT WILL & EMERY.    Copyright 2003 D&B Inc. VIR1.2

(continued)

```
    Credit                                    5days
    Partial Advance
    Credit                                    30days

  Selling Terms :

    Cash
    Credit                                    3days
    Partial Advance
    L/C                                       30days

  NUMBER OF EMPLOYEES :                       50  (Total)
                                              50  (Here)
  Including                                   6 office personnel.
  18 technicians.
```

LOCATION
--------

Subject is located in a prime commercial area. Subject rents premises of 600 sq.m. at the above captioned address, used as its office (In China, land is owned by the government). It occupies 2 floor(s) in a 3-storey building.

OFFICE(S) :

Guangzhou
1207 Fuhege, Yuehe Building, 58 Huacui Jie High-Tech Development Zone, Tianhe Dist.
TEL: 020-85530853
FAX: 020-85541270

D&B RISK INDEX APPLICATION
--------------------------

This D&B Risk Index provides you with a quick assessment of a business' risk standing and when used together with other information, allows you to derive better risk decisions.  Applications of the D&B Risk Index can include using it to:-

* Assess NEW credit applications or NEW vendors, or
* Monitor EXISTING accounts for credit limit adjustments, determine account receivable collection activity or track suppliers stability trends.

Below is a sample decision matrix to apply the D&B Risk Index to new credit assessments.

NEW CREDIT ASSESSMENT APPLICATION

---------------------------------------------------------------------------
                    May proceed to process applicant quickly with minimal
    Low Risk        or no manual review depending on the extent of index

Provided under contract for the exclusive use of MCDERMOTT WILL & EMERY.    Copyright 2003 D&B Inc. VIR1.2

(continued)

| | |
|---|---|
| Index * | validation analysis. All credit limits should be based on applicant's capacity. |
| Medium Risk Index * | Recommend a manual review of the applicant / or adjusting your credit terms based on applicant's capacity, your internal credit policy and risk tolerance. |
| High Risk Index * | Requires thorough manual review of potential decline, or approval based on up front cash basis depending on applicant's capacity, your internal credit policy and risk tolerance. |

The above illustration assumes that the credit grantor has no prior history or experience with the new applicant and is using the D&B Risk Index in combination with other information including internal credit application, other D&B data, and sales channel input.

* The D&B Risk Index values within each of the 3 risk levels above should be based on, and defined by, the analysis of the D&B Risk Index against your customer account portfolio to determine the optimal index ranges within each risk level.

Below is a sample decision matrix to apply the D&B Risk Index to monitor existing customers for credit limit adjustments and receivable management follow up.

MONITOR EXISTING CUSTOMERS' APPLICATION

| | Risk Level | | |
|---|---|---|---|
| Existing Credit Limit* | Low Risk | Medium Risk | High Risk |
| High | *Revise to very high limit<br>*Proactively target for upselling opportunities | *Maintain high limit (no adjustments)<br>*Monitor on regular basis for upward or downward index trend | *Adjust to lower credit limit<br>*Monitor closely for upward or downward index trend |
| Medium | *Maintain medium limit or revise to high limit<br>*Proactively target for upselling opportunities | *Maintain medium limit (no adjustments)<br>*Monitor on regular basis for upward or downward index trend | *Adjust to lower credit limit<br>*Monitor closely for upward or downward index trend |

Provided under contract for the exclusive use of MCDERMOTT WILL & EMERY.        Copyright 2003 D&B Inc. VIR1.2

(continued)

| | | | |
|---|---|---|---|
| Low | *Maintain low limit, or revise to medium limit based on capacity | *Maintain low limit<br>*Adjust credit limit to lower credit limit<br>*Monitor on regular basis for upward or downward index trend | *Monitor closely for upward or downward index trend<br>*Consider cash terms and othe receivable management options |

The above illustration assumes that there are 3 levels of credit limit ranges for your existing customers from small to medium to large, and that these limits are mapped to 3 levels of D&B index values from low risk to medium to high. The D&B index values within each level should be based on, and defined by, the analysis of the D&B index against your customer account portfolio to determine the optimal index ranges.

* Assumes credit limit range has been developed from existing understanding of customer's capacity

This report, which is licensed under contract solely for use by D&B's customer as one factor in its business decisions, contains information compiled from sources D&B does not control and which, unless otherwise indicated in this report, has not been verified. D&B does not assume any of user's business risk; does not guarantee the accuracy, completeness, and timeliness of the information; and shall not be liable in tort, contract or otherwise for any loss, damage, and injury resulting from use of this information, even if caused by D&B's negligence.

Copyright 2003 Dun & Bradstreet
All Rights Reserved

*** REPORT COMPLETE ***

-- END OF REPORT --

Provided under contract for the exclusive use of MCDERMOTT WILL & EMERY.    Copyright 2003 D&B Inc. VIR1.2