# EXHIBIT G

More Like This | More Like Selected Text

11/7/02 Card Tech. News P48
2002 WL 12714544

Card Technology News
(c) Copyright 2002 Thomson Financial. All Rights Reserved.

**Thursday, November 7, 2002**

Index of Advertisers.

Card Technology is always looking for ways to better serve you, our readers. The new advertiser index is one of those continuing improvements. Use it to help you reach advertisers in Card Technology faster and more directly.

Advertiser Page #

Atmel p. 5

Tel: (408) 441-0311

Web: www.atmel.com

Axiohm p. 41

Tel: 1-888-822-7715

Data Card Group Cover 4

Tel: 952-933-1223 ext. 6719

Web: www.datacard.com

Email: Card - issuance@datacard.com

**Feitian** Technologies p. 45

Tel: + 86 10 6236 0800

Web: www.ftsafe.com

Email: **feitian**@public3.bta.net.cn

Giesecke & Devrient GmbH Cover 3

Tel: +49 89 4119 0

Web: www.gi-de.com

HID p. 3

Web: www.HIDCorp.com/inside

ID TECH p. 29

Tel: 800 984-1010

Web: www.idi-net.com

Ingenico p. 11

Web: www.ingenico.com

Inside p. 1

Tel: + 33 442 39 6300

Web: www.insidefr.com

Email: sales@insidefr.com

Iteon p. 8

Tel: +33.1.4789.3720

Web: www.iteon.net

Email: info@iteon.net

Jeraisy Group Cardtec Factory p. 27

Tel: +972 3902 9730

Web: www.jeraisy.com

Email: jpcf@atheer.net.sa

Mastercard International p. 13

Email:

eBusiness@mastercard.com

Metronic AG p. 17

Tel: + 49 9319 0850

Web: www.metronic-ag.com

Email: info@metronic-ag.com

Neuron Electronics p. 10

Tel: 800-366-4634

Web: www.neuron-usa.com

Number 5 Software p. 43

Tel: + 00351 261 860 450

Web: www.nfive.com

Email: info@nfive.com

SAMSUNG SDS EUROPE Limited p. 7

Tel: + 44 208 380 7248

Email: sales@sdse-samsung.com

Web: www.sdse-samsung.com

SchlumbergerSema Cover 2

Tel: (888) 343-5773

Web: www.SLB.com/smartcards

THALES e-SECURITY p. 39

Tel: + 44 (0) 1844 201800

Web: www.thalesesecurity.com

Email: emea.sales@thalesesecurity.com

Thales e-Transactions p. 33

Tel: 0033 1 308 120 00

Web: www.thales-e-transactions.com

Email: info@thales-e-transactions.com

Thomson Media

Card Industry Directory p. 42

Card Source One p. 44

CardTechnology.com p.15

CardTech/Securtech p. 28

IDNewswire p. 37

Statement of Ownership p. 16

Wausau Financial Systems p. 9

Tel: 800-937-0017

Web: www.wausaufs.com

(c) Copyright 2002 Thomson Media. All Rights Reserved. >.

(c) Thomson Financial Media - Card Technology 2002

URL www.thebankingchannel.com.

---- INDEX REFERENCES ----

COMPANY (TICKER): Jeraisy Group; Mastercard International Ltd. (C.JGP X.MST)

NEWS SUBJECT: English language content; Corporate/Industrial News (ENGL CCAT)

INDUSTRY: Overseas Trading Companies; Diversified Financial Services (OVS FIS)

REGION: United States; North American Countries; United States (USA NAMZ US)

Language: EN
SOURCE REGION: NME US

Word Count: 297

11/7/02 CARDTECNEWS P48
END OF DOCUMENT

More Like This | More Like Selected Text

(C) 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Copr. (c) 2004 Dow Jones Reuters Business Interative LLC (trading as Factiva). All Rights Reserved.

factiva.
Dow Jones & Reuters

# EXHIBIT H

Case 1:05-cv-00149-GMS    Document 43-8    Filed 10/26/2005    Page 6 of 16





Search

**OPSEC Partners**
> Applications
> Platforms
> View All Partners

## OPSEC Partners
### View All Partners

The OPSEC Alliance was founded in April of 1997 with the goal of providing users with an integrated, best-of-breed Internet security solution. OPSEC has since grown to over 350 partners making OPSEC the leading platform alliance for integrated Internet security solutions. The following list includes those companies who have acheived OPSEC certification. For more information on OPSEC Certified product solutions, click on the specific partner category titles.

| APPLICATIONS | PLATFORMS |
|---|---|
| ▹ Security Enforcement | ▹ Appliances |
| ▹ Management | |
| ▹ Performance and Availability | |

## APPLICATIONS

### Security Enforcement

**Application Service Support**

| | | |
|---|---|---|
| BackWeb Technologies | Microsoft | Real Networks |
| Citrix | NextHop Technologies | Sitara Networks |
| Clarent Corp | Oracle | Sybase |
| e-motion | Pingtel | Symantec |
| IONA Technologies | PointCast | Vxtreme |
| IP Infusion | | |

**Authentication**

| | | |
|---|---|---|
| A.R. | Entrust | OpenLDAP |
| ActivCard | Feitian Technologies | PassGo Technologies |
| Advanced Encryption Technology | Funk Software | Phoenix Technologies |
| | IBM | Rainbow Technologies |
| Aladdin Knowledge Systems | Infineon Technologies AG | RSA Security |
| | Infoblox | Safe3w |
| Arcot Systems | iPass | Secure Computing |
| Authenex | iPlanet | Siemens |
| Baltimore Technologies | ISL | SSH Communications Security |
| BioNetrix Systems | Microsoft | |
| CRYPTOCard | Mirapoint | SureID |
| Datakey | nCipher Corporation | Vasco Data Security |
| | Novell | VeriSign |

**Authorization**

| | | |
|---|---|---|
| Business Layers | Oblix | Protegrity |
| Citrix | | |

**Content Security**

| | | |
|---|---|---|
| 8e6 Technologies | F-Secure | Panda Software |
| Akonix Systems | Finjan Software | Secure Computing |
| Aladdin | iCognito Technologies | SurfControl |
| Aliroo | Ikarus Software | Symantec |
| Aviva | Log-On Software | Trend Micro |
| Blue Coat | McAfee | Websense |
| Clearswift | | |

Computer Associates
 International

<u>Intrusion Detection and Protection</u>

| | | |
|---|---|---|
| Entercept Security<br> Technologies<br>ForeScout Technologies<br>INFOSEC/Secos<br> Technologies<br>IntruVert Networks | KaVaDo<br>Latis Networks<br>Lucid Security<br> Corporation<br>NFR Security | Okena<br> Technologies<br>Sanctum<br>Sourcefire<br>TopLayer Networks<br>Tripwire |

<u>Wireless</u>

| | | |
|---|---|---|
| AirWave Wireless<br>Chantry Networks | Columbitech<br>Proxim | Sierra Wireless |

## Management

<u>Enterprise Management</u>

| | | |
|---|---|---|
| BMC Software<br>Business Layers | MetaInfo | Synartra |

<u>Reporting and Monitoring</u>

| | | |
|---|---|---|
| ArcSight<br>e-Security<br>FishNet Security<br>High Tower Software<br>IBM - Tivoli Software<br>IGLOO Security<br>LogLogic | Micromuse<br>netForensics<br>NetIQ<br>Network Intelligence<br> Corporation<br>OpenService<br>ProactiveNet | Stratum8 Networks<br>Symantec Corp. |

<u>Security Assessment</u>

| | | |
|---|---|---|
| BindView | nCircle Network<br> Security | Qualys |

## Performance and Availability

<u>High Availability and Load Balancing</u>

| | | |
|---|---|---|
| Check Point Software<br>F5 Networks Inc.<br>Foundry Networks | High-Availability.Com<br>NEC<br>Nortel Networks | Radware<br>Rainfinity<br>Stonesoft |

<u>Performance</u>

| | | |
|---|---|---|
| 3Com<br>Broadcom<br>Corrent Corporation | Intel<br>netVmg | Proficient Networks<br>RouteScience |

## PLATFORMS

<u>Appliances</u>

| | | |
|---|---|---|
| 14 South Networks<br>3Com<br>Bivio<br>Celestix<br>Crossbeam | Hewlett Packard<br>Intrusion<br>i-Security<br>Nokia<br>Nortel Networks | Resilience<br>Siemens<br>smart-platform.com<br>Sun Microsystems |

Copyright | Contact Us | Site Feedback | Privacy Policy | Site Map

# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Aladdin Knowledge Systems, Ltd., | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 05-149 |
| | : | |
| Feitian Technologies Co., Ltd., | : | |
| and | : | JURY TRIAL DEMANDED |
| RF Ideas, Inc., d/b/a Security Tokens, | : | |
| and | : | |
| AZ-Tech Software, Inc., | : | |
| and | : | |
| Softkey E-Solution Sdn Bhd, | : | |
| and | : | |
| Novaris Innovative Technologies, | : | |
| and | : | |
| Future Systems, Inc., | : | |
| and | : | |
| RS-Computer | : | |
| and | : | |
| OpenFortress Digital signatures | : | |
| and | : | |
| Secure Technology, Inc. | : | |
| Defendants. | : | |

**AFFIDAVIT OF COUNSEL FOR PLAINTIFF ALADDIN KNOWLEDGE SYSTEMS, LTD. REGARDING STATUS OF SERVICE ON FOREIGN DEFENDANT FEITIAN TECHNOLOGIES, CO., LTD.**

COMMONWEALTH OF PENNSYLVANIA    :
                                : ss.
COUNTY OF PHILADELPHIA          :

    I, Mary Ellen O'Laughlin, Esquire, being duly sworn according to law, hereby depose and state as follows:

    1.    I am Of Counsel to the law firm of Klehr, Harrison, Harvey, Branzburg & Ellers, LLP, counsel to Plaintiff Aladdin Knowledge Systems, Ltd. in the above-captioned action. I

have personal knowledge of the information contained in this Affidavit and can testify as to the information if necessary.

2. The Complaint in this matter was filed on March 11, 2005.

3. Upon information and belief, Defendant Feitian Technologies Co., Ltd. ("Feitian") is a limited company existing under the laws of the Peoples Republic of China ("China"), with a principal place of business located at Bldg 7A, 5th Floor, No.40 Xueyuan Road, Haidian District, Beijing, P.R China.

4. Because Feitian is located in a foreign country and has not waived service of the Summons, Plaintiff is effectuating service on Feitian pursuant to Fed.R.Civ.P. 4(f).

5. China is a signatory of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents ("Hague Convention"). Pursuant to the Hague Convention, Plaintiff's Summons, Civil Cover Sheet and Complaint, including its exhibits (collectively, "Complaint package"), had to be translated from English to Mandarin, China's official national language.

6. Plaintiff retained the services of Process Forwarding International ("PFI") to perform the translation and to process the service request to China to effectuate service of the Complaint package on Feitian in accordance with the Hague Convention.

7. On behalf of Plaintiff, I have directed the services of PFI through its Director of Operations, Rick Hamilton. Mr. Hamilton reports to me concerning the status of PFI's translation and service actions and he has advised that: (a) the translation was completed by PFI on June 27, 2005 and PFI forwarded the process service request, which includes the Complaint package, to the designated Central Authority in China, the Bureau of International Judicial Assistance, Ministry of Justice, Peoples Republic of China ("Central Authority"), on or about

2

that date and requested service of the Complaint package in accordance with the Hague Convention; (b) the Central Authority forwarded the Complaint package to the Executing Authority, the court having jurisdiction in the area where the Complaint package is to be served. The process service request is assigned to a judge to oversee the service of the Complaint package; (c) following service, as proof of the service the Central Authority completes and returns to PFI a certificate of execution as prescribed by the Hague Convention; (d) when it forwarded the process service request, including the Complaint package, to the Central Authority PFI included a check for the service fee, payable to the Peoples Supreme Court for the Peoples Republic of China; (d) the check for the service fee was cashed by the Peoples Supreme Court for the Peoples Republic of China on August 9, 2005, indicating that the Complaint package has been served upon Feitian; and, (e) based upon PFI's prior experience overseeing the service of process in China in accordance with the Hague Convention, it takes a minimum of two months for the Central Authority to complete and return the certificate of execution as prescribed by the Hague Convention; (f) although more than two months has passed, as of the date of the execution of this Affidavit, the certificate of execution regarding Plaintiff's process service request has not been returned to PFI.. See Affidavit of Rick Hamilton, Director of Operations of Process Forwarding International, attached as Exhibit "1."

8. The information contained in this Affidavit is true and correct to the best of my knowledge, information and belief.

_____
Mary Ellen O'Laughlin

Sworn to and subscribed
before me on this 25th
day of October, 2005
_____
Notary Public

MICHELLE R. MORRIS
COMMONWEALTH OF PENNSYLVANIA
COMMISSIONER OF DEEDS
COMMISSION EXPIRES JAN. 22, 2008

3

# TAB 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Aladdin Knowledge Systems, Ltd., : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | NO. 05-149 |
| : | |
| Feitian Technologies Co., Ltd., : | |
| and : | JURY TRIAL DEMANDED |
| RF Ideas, Inc., d/b/a Security Tokens, : | |
| and : | |
| AZ-Tech Software, Inc., : | |
| and : | |
| Softkey E-Solution Sdn Bhd, : | |
| and : | |
| Novaris Innovative Technologies, : | |
| and : | |
| Future Systems, Inc., : | |
| and : | |
| RS-Computer : | |
| and : | |
| OpenFortress Digital signatures : | |
| and : | |
| Secure Technology, Inc. : | |
| : | |
| Defendants. : | |

**AFFIDAVIT OF RICK HAMILTION OF PROCESS FORWARDING
INTERNATIONAL REGARDING STATUS OF SERVICE ON FOREIGN DEFENDANT,
<u>FEITIAN TECHNOLOGIES, CO., LTD.</u>**

STATE OF WASHINGTON      :
                         : ss.
COUNTY OF KING           :

I, Rick Hamilton, being duly sworn according to law, hereby depose and state as follows:

1.    I am now, and at all times herein mentioned, a citizen of the United States and resident of the State of Washington, over the age of eighteen, not a party to nor interested in the above entitled action, and competent to be a witness therein.  I have personal knowledge of the information contained in this Affidavit and can testify as to the information if necessary.

2. I am Director of Operations of Process Forwarding International ("PFI") contracted by the U.S. Department of Justice to act as the Central Authority for the United States in accordance with the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents ("Hague Service Convention").

2. I received a Civil Cover Sheet, Summons in a Civil Case, and Complaint with a request from Plaintiff's counsel to have these served upon Feitian Technologies Co., Ltd. at Bldg 7A, 5th Floor, No.40 Xueyuan Road, Haidian District, Beijing, 100083 China in accordance with the Hague Service Convention.

4. Pursuant to the Hague Service Convention, Plaintiff's Summons, Civil Cover Sheet, Complaint and exhibits to the Complaint (collectively referred to as "process service request"), had to be translated from English to Mandarin, China's official national language.

5. PFI performed the translation of the process service request, completing it on June 27, 2005. On or about June 27, 2005, PFI forwarded the process service request to the Bureau of International Judicial Assistance, Ministry of Justice, 10 Chaoyangmen Dandajie, Chaoyang District, Beijing, 100020 China being designated by the Chinese Government as the Central Authority to receive process service requests in accordance with the Hague Service Convention.

6. With the process service request PFI also forwarded a check for the service fee, payable to the Peoples Supreme Court for the Peoples Republic of China. The check for the service fee was cashed by the Peoples Supreme Court for the Peoples Republic of China on August 9, 2005, indicating that the process service request was served on Feitian Technologies Co., Ltd.

7. Based upon my knowledge and experience with process service requests in China in accordance with the Hague Service Convention, the procedure is as follows: the Central

Authority forwards the process service request to the Executing Authority, the court having jurisdiction in the area where the process service request is to be served. The process service request is assigned to a judge to oversee service. Following service, as proof of the service, the Central Authority completes and returns to PFI a certificate of execution as prescribed by the Hague Convention. It normally takes a minimum of two months for the Central Authority to complete and return the certificate of execution as prescribed by the Hague Convention.

8. Since the date PFI was retained by Plaintiff I have made periodic reports to Plaintiff's counsel, Mary Ellen O'Laughlin, concerning the necessary procedures required for the service process request and the status of those procedures.

9. Although more than two months has passed, as of the date of the execution of this Affidavit, the certificate of execution regarding Plaintiff's process service request has not been returned to PFI. As soon as it is returned, in accordance with PFI's usual procedures, PFI will forward the certificate of execution to Plaintiff's counsel.

9. The information contained in this Affidavit is true and correct to the best of my knowledge, information and belief.

_____
Rick Hamilton

Sworn to and subscribed
before me on this 14th
day of October, 2005

_____
Notary Public

[Notary Seal: RAMONA L. HOLMES, COMMISSION EXPIRES, NOTARY PUBLIC, 11-18-07, STATE OF WASHINGTON]

3