IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Aladdin Knowledge Systems, Ltd., | : |
|         Plaintiff, | : |
| v. | : CIVIL ACTION<br>: NO. 05-149 |
| Feitian Technologies Co., Ltd., <br>    and<br>RF Ideas, Inc., d/b/a Security Tokens,<br>    and<br>Softkey E-Solution Sdn Bhd,<br>    and<br>Novaris Innovative Technologies,<br>    and<br>Future Systems, Inc.,<br>    and<br>RS-Computer<br>    and<br>OpenFortress Digital signatures<br>    and<br>Secure Technology, Inc. | : JURY TRIAL DEMANDED |
|         Defendants. | : |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of the Motion of Defendant Feitian Technologies Co., Ltd. Motion to Quash Service and Dismiss for Lack of Personal Jurisdiction ("Motion") and Plaintiff's opposition thereto, it is hereby ORDERED that the Motion is DENIED.

_____
U.S.D.J.