## CERTIFICATE OF SERVICE

I, Patrick A. Costello, hereby certify that on October 26, 2005, copies of the foregoing Memorandum of Law of Plaintiff Aladdin Knowledge Systems, Ltd. in Opposition to the Motion of Defendant Feitian Technologies Co., Ltd. to Quash Service and to Dismiss for Lack of Personal Jurisdiction were served upon counsel listed below in the manner indicated:

### Via E-File

Rodger D. Smith, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899

*/s/ Patrick A. Costello*
Patrick A. Costello (Bar No. 4535)

PHIL1 631847-3