# KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP

MORTON R. BRANZBURG*
LEONARD M. KLEHR**
RONA J. ROSEN*
CAROL ANN SLOCUM*
MICHAEL K. CORAN**
JOANNE B. WILLS
KEITH W. KAPLAN*
DOUGLAS F. SCHLEICHER*
RICHARD M. BECK
DAVID S. EAGLE
STEPHAN L. CUTLER*
STEVEN A. KAYE†
STEVEN K. KORTANEK
RONALD J. PATTERSON*
GLENN A. WEINER*
DANIEL P. O'BRIEN
DON P. FOSTER**
HEATHER I. LEVINE*
MARC H. STOFMAN*

WILLIAM A. HARVEY**
LAWRENCE J. AREM**
RICHARD S. ROISMAN**
JEFFREY KURTZMAN*
FRANCIS M. CORRELL, JR. **
CARL S. PRIMAVERA**
PAUL G. NOFER**
BARRY J. SIEGEL**
DENISE M. DAY*
BRADLEY A. KROUSE*
LAWRENCE D. ROVIN**
CHARLES A. ERCOLE*
WILLIAM W. MATTHEWS III*
SHAHAN G. TEBERIAN*
DANIEL R. BLICKMAN††
IRA A. ROSENAU*
MICHAEL A. IACONELLI*
A. GRANT PHELAN**
JON S. ROBINS◈

STEPHANIE A. FOX
MATTHEW J. BORGER♦♦
MARY B. HALFPENNY***
JON M. KATONA♦
JULIE M. HOLLAND*
LEE R. SUSSMAN*
BRETT D. FELDMAN*
MICHAEL W. YURKEWICZ
NICOLE M. NIGRELLI*
MARK A. BEAVER
JOSEPH R. MEISS*
EBIHO T. AHONKHAI*
JANAKI R. CATANZARITE◈◈
PAUL P. CURTIS**
DEBORA A. GONZALEZ*
ROSEMARIE S. HOSLYN**
JENNIFER L. SCHERER*
DAWN N. ZUBRICK
SUSAN C. CORNETT**
NICOLE R. FAUX**

DARWIN R. BEAUVAIS**
RICHARD C. DeMARCO**
LAURA D. WARREN*
JENNIFER L. SCOLIARD
MICHAEL P. RITTINGER†
ANTHONY P. TABASSO*
MELISSA MacLEOD*
LISA A. LORI*
MATTHEW H. WERTHMAN*
WILLIAM J. CLEMENTS**
BRYAN D. WEISS**
JOSEPH P. BRADICA*
PATRICK A. COSTELLO
STEVE CUSANO*
TRACY L. HASLETT**
RONEN L. MITRA*
RYAN A. SILVERMAN*
KRISTIN M. EKERT**
ALLYSON B. DAVIS**
MARIA J. WING*

ATTORNEYS AT LAW

919 MARKET STREET

SUITE 1000

WILMINGTON, DELAWARE 19801

(302) 426-1189

FAX: (302) 426-9193

www.klehr.com

PENNSYLVANIA OFFICE
260 S. BROAD STREET
PHILADELPHIA, PA 19102-5003
(215) 568-6060

NEW JERSEY OFFICE
457 HADDONFIELD ROAD
SUITE 510
CHERRY HILL, NEW JERSEY 08002-2220
(856) 486-7900

*MEMBER OF PENNSYLVANIA & NEW JERSEY BAR ONLY
**MEMBER OF PENNSYLVANIA BAR ONLY
***MEMBER OF PENNSYLVANIA, NEW JERSEY &
    CALIFORNIA BAR ONLY
♦MEMBER OF NEW YORK BAR ONLY
♦♦MEMBER OF NEW YORK, DISTRICT OF COLUMBIA
    & PENNSYLVANIA BAR ONLY
†MEMBER OF PENNSYLVANIA & MINNESOTA BAR ONLY
††MEMBER OF NEW YORK & PENNSYLVANIA BAR ONLY
†MEMBER OF OHIO, CONNECTICUT & PENNSYLVANIA
    BAR ONLY
◈◈MEMBER OF DISTRICT OF COLUMBIA &
    PENNSYLVANIA BAR ONLY

OF COUNSEL
DONALD M. HARRISON*
C. HOCHSTADTER DICKER*
PETER J. NORMAN*
MARY ELLEN O'LAUGHLIN*
DAVID L. ZIVE**
STEPHEN C. SUSSMAN**
IRA C. GUBERNICK**
LYNN A. COLLINS*
ALBERT T. KEYACK**
MICHAEL C. FORMAN*

October 28, 2005

Direct Dial: (302) 552-5504
E-Mail: PCostell@klehr.com

**VIA CM/ECF & HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court, District of Delaware
844 N. King Street
Wilmington, DE 19801

RE:   **Aladdin Knowledge Systems, Ltd. v. Feitian Technologies Co., Ltd., et al.,
      C.A. No. 05-CV-149(GMS)**

Dear Judge Sleet:

We represent Plaintiff Aladdin Knowledge Systems, Ltd. in the above-referenced litigation. Pursuant to Local Rule 7.1.4, we respectfully request that oral argument on Defendant Feitian's Motion to Quash Service and Dismiss for Lack of Personal Jurisdiction (D.I. 40) be heard at the Court's convenience.

Respectfully submitted,

*Patrick A. Costello*

Patrick A. Costello (DE Bar # 4535)

PAC/sma
cc:   Rodger D. Smith, II

DEL1 62760-1