IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALADDIN KNOWLEDGE SYSTEMS, LTD.,

Plaintiff,

v.

FEITIAN TECHNOLOGIES CO., LTD.,
RF IDEAS, INC., d/b/a SECURITY TOKENS,
AZ-TECH SOFTWARE, INC., SOFTKEY E-
SOLUTION SDN BHD, NOVARIS
INNOVATIVE TECHNOLOGIES, FUTURE
SYSTEMS, INC., RS-COMPUTER,
OPENFORTRESS DIGITAL SIGNATURES,
and SECURE TECHNOLOGY, INC.,

Defendants.

C.A. No. 05-149-GMS

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for defendant Feitian Technologies Co., Ltd. to file its Reply Brief In Support Of Its Motion To Quash Service And Dismiss For Lack Of Personal Jurisdiction (D.I. 40) is extended until November 16, 2005.

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

/s/ David S. Eagle
_____
David S. Eagle (#3387)
Patrick A. Costello (#4535)
919 Market Street, Suite 1000
Wilmington, DE 19801-3062
(302) 426-1189
deagle@klehr.com
*Attorneys for Plaintiff Aladdin Knowledge Systems, Ltd.*

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Rodger D. Smith II
_____
Rodger D. Smith II (#3778)
1201 N. Market Street, P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
*Attorneys for Defendant Feitian Technologies Co., Ltd.*

SO ORDERED this ___ day of _____ 2005.

_____
United States District Court Judge