## UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE

| | |
|---|---|
| ALADDIN KNOWLEDGE SYSTEMS, LTD.<br>　　　PLAINTIFF/PETITIONER<br>VS.<br>FEITIAN TECHNOLOGIES, CO., LTD., ET AL.,<br>　　　DEFENDANT/RESPONDENT | CAUSE #:  1:05-CV-00149-UNA<br><br>CERTIFICATE OF SERVICE |

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.

ABC Legal Services, Inc.
910 5th Ave. Seattle, WA 98104
(206) 521-9000
TRACKING #: 3656474

**ORIGINAL**
**PROOF OF SERVICE**

KLEHR, HARRISON, HARVEY, BRANZBURG
& ELLERS, LLP
260 S BROAD ST
PHILADELPHIA, PA 19102
215 568 6060
Page 1 of 1
OR_WGENEVA

SX-05-546.

# CERTIFICATE

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**

1) that the document has been served*
   the (date) _Aug. 24th, 2005_
   at (place, street, number) _BLDG A. 5th Floor, No. 40. Xue Yuan Rd, Haidian District, Beijing._

   in one of the following methods authorized by article 5:

   ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

   ☐ (b) in accordance with the following particular method:*
   _____
   _____

   ☐ (c) by delivery to the addressee, who accepted it voluntarily.*

   The documents referred to in the request have been delivered to:
   (identity and description of person)
   _Wang Bin_

   relationship to the addressee family, business, or other
   _The manager of Product Departement._

2) that the document has not been served, by reason of the following facts:*
   _____
   _____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.***

Annexes

Documents returned:
_____
_____

Done at _Beijing_ the _Oct. 26th, 2005_

Signature and/or stamp

[Stamp: 中华人民共和国 司法部 司法协助专用章]

In appropriate cases, documents establishing the service:
_____
_____
_____

TRACKING #: 3656474


USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

FX(2005) 546号

# 北京市　　　　人民法院
## 送　达　回　证



| 案　　由 | 民事诉讼 | 案　　号 | 法协[2005]490 号 |
|---|---|---|---|
| 送达文书名称和件数 | 起诉书，其他文书各一份 | | |
| 受送达人 | 飞天技术有限公司 | | |
| 送达地址 | 北京市海淀区学院路 40 号，7A 楼 5 层　100083 | | |
| 受送达人签名或盖章 | 王斌　法务部经理　2005.8.24 | | |
| 代收人入代收理由 | | | |
| 备　　考 | 美国 | | |

填发人　张帆　　　　　　　　　　　　送达人 签名

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五十一条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。
（3）本《〈送达回证〉》适用涉港、澳送达。

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Rick Hamilton<br>910 5th Avenue<br>Seattle, Washington 98104<br>United States of America<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | Bureau of International Judicial Assistance<br>Ministry of Justice<br>10 Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing, 100020<br>China |

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;
  (identity and address)

**FEITIAN TECHNOLOGIES CO., LTD.**
**BLDG 7A 5TH FLR, NO. 40 XUEYUAN RD  HAIDIAN DISTRICT**
**BEIJING, P.R., 100083 China**
  DOB:              Phone:

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*
_____
_____

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.

Hearing Date:

List of documents:

EXECUTED "REQUEST" IN DUPLICATE; EXECUTED "SUMMARY" IN DUPLICATE; "CERTIFICATE" (UNEXECUTED) IN DUPLICATE; SUMMONS IN A CIVIL CASE, TRANSLATED & IN DUPLICATE;CIVIL COVER SHEET, TRANSLATED & IN DUPLICATE;COMPLAINT, TRANSLATED & IN DUPLICATE

Done at Seattle, Washington USA, on Apr 5 2005

Signature and/or stamp

*Rick Hamilton* [signature]

TRACKING #: 3656474


USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

# SUMMARY OF THE DOCUMENT TO BE SERVED

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

(article 5, fourth paragraph)

Name and address of the requesting authority: **Rick Hamilton**
**910 5th Avenue**
**Seattle, Washington 98104**
**United States of America**

Particulars of the parties:

**ALADDIN KNOWLEDGE SYSTEMS, LTD.**   vs.   **FEITIAN TECHNOLOGIES, CO., LTD., ET AL.,**

## JUDICIAL DOCUMENT*

Name and purpose of the document:
To give notice to the Defendant of the institution against them of a claim for civil damages, and summon them to answer to the complaint.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Plaintiff is seeking to recover civil damages, amount to be determined in court.

Date and place for entering appearance:*
Defendant has twenty days from receipt of the Summons to answer to the complaint, address is noted on the Summons.

Court which has given judgment:*
n/a

Date of judgment:*
n/a

Time limits stated in the document:*
   Hearing Date:

## EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
n/a

Time limits stated in the document:*
n/a



TRACKING #: 3656474

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

AO 440 (Rev. 10/01) Summons in a Civil Action

# United States District Court

DISTRICT OF  DELAWARE

ALADDIN KNOWLEDGE SYSTEMS, LTD.,

    Plaintiff,

    v.

FEITIAN TECHNOLOGIES, CO, LTD. et al.,

    Defendants,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  1:05-cv-00149-UNA

TO:    Feitian Technologies Co., Ltd.
Bldg. 7A, 5th Floor, No. 40 Xueyuan Road
Haidian District
Beijing, P.R. China 100083

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David S. Eagle, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of the Court within a reasonable period of time after service.

PETER T. DALLEO      MAR 1 6 2005
CLERK      DATE

*Evette Watson*
(BY) DEPUTY CLERK

DEL1 60783-1