## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Aladdin Knowledge Systems, Ltd.,           :

                Plaintiff,          :

                              :      CIVIL ACTION

v.           :      NO. 05-149

                              :

Feitian Technologies Co., Ltd., et al.,           :

                              :      JURY TRIAL DEMANDED

                Defendants.          :

                              :

## PLAINTIFF'S NOTICE OF DEPOSITION TO THE RULE 30(b)(6) <u>DESIGNEE(S) OF DEFENDANT RS-COMPUTER</u>

TO:    Rodger D. Smith, Esq.
        Morris, Nichols, Arsht & Tunnell
        1201 N. Market Street
        P. O. Box 1347
        Wilmington, DE  19899
        Attorneys for Defendant RS-Computer

PLEASE TAKE NOTICE that on **May 10, 2006** at **10:00 A.M.**, at the law offices of

Klehr, Harrison, Harvey, Branzburg & Ellers LLP, located at 919 Market Street, Suite 1000,

Wilmington, Delaware 19801, Plaintiff will take the deposition of the **Rule 30(b)(6) Designee(s)**

**of Defendant RS-Computer as to the matters listed on Exhibit A.**

The deposition(s) shall be taken before a certified shorthand reporter authorized to

administer oaths.  Pursuant to Federal Rule of Civil Procedure 30(b), Plaintiff may record the

deposition testimony by audiotape or videotape in addition to recording the testimony by

stenographic method through the instant visual display of the testimony with the certified

stenographic reporter and may be recorded through instant visual display of testimony.

The deposition(s) shall continue from day to day, excluding Saturdays, Sundays and legal

holidays, until concluded.

Plaintiff reserves the right to use a transcript of the deposition(s) at trial or in any other judicial proceeding in this action.

You are invited to attend and examine the witness(es) to the extent permitted under the Federal Rules of Civil Procedure.

Date: March 24, 2006                    By:_____
                                        David S. Eagle, Esquire (DE Bar No. 3387)
                                        Patrick A. Costello, Esquire (DE Bar No. 4535)
                                        919 Market Street
                                        Suite 1000
                                        Wilmington, DE  19801-3062
                                        Telephone (302) 552-5508
                                        *deagle@klehr.com*
                                        *pcostello@klehr.com*

                                               - and --

                                        Michael K. Coran, Esquire
                                        Mary Ellen O'Laughlin, Esquire
                                        260 South Broad Street, 4th Floor
                                        Philadelphia, PA  19102-5003
                                        Telephone (215) 568-6060
                                        *mcoran@klehr.com*
                                        *molaughlin@klehr.com*

                                        Attorneys for Plaintiff