**CERTIFICATE OF SERVICE**

I, Patrick A. Costello, hereby certify that on March 24, 2006, the foregoing Plaintiff's Notice of Deposition to the Rule 30(b)(6) Designee(s) of Defendant Feitian Technologies Co., Ltd. was served upon counsel listed below in the manner indicated:

**VIA HAND DELIVERY**

Rodger D. Smith, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899

*/s/ Patrick A. Costello*
Patrick A. Costello (DE Bar No. 4535)

PHIL1 666072-1