IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Aladdin Knowledge Systems, Ltd., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION<br>: NO. 05-149 |
| Feitian Technologies Co., Ltd., et al., | : |
| Defendants. | : JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 24, 2006, two copies of the foregoing (1) Plaintiff's First Request for the Production of Documents on Jurisdictional Issues Directed to Defendant Feitian Technologies Co., Ltd.; (2) Plaintiff's First Set of Interrogatories on Jurisdictional Issues Directed to Defendant Feitian Technologies Co., Ltd. and (3) Plaintiff's Request for Admissions on Jurisdictional Issues Directed to Defendant Feitian Technologies Co., Ltd. were served upon the following counsel of record in the manner indicated.

**VIA HAND DELIVERY**

Rodger D. Smith, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

*/s/ Patrick A. Costello*
David S. Eagle (DE Bar #3387)
Patrick A. Costello (DE Bar #4535)
Klehr Harrison Harvey Branzburg
  & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
Telephone (302) 426-1189
*deagle@klehr.com*
*pcostello@klehr.com*
  - and –

Michael K. Coran, Esquire
Mary Ellen O'Laughlin, Esquire
260 South Broad Street, 4th Floor
Philadelphia, PA 19102-5003
Telephone (215) 568-6060
*mcoran@klehr.com*
*molaughlin@klehr.com*

Attorneys for Plaintiff