## CERTIFICATE OF SERVICE

I, Patrick A. Costello, hereby certify that on this 24th day of March 2006, a true and correct copy of the foregoing Notice of Service was served by the manner shown below on the counsel of record:

### VIA HAND DELIVERY

Rodger D. Smith, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

Date: March 24, 2006                By: _____
                                    Patrick A. Costello, Esquire (DE Bar No. 4535)
                                    919 Market Street
                                    Suite 1000
                                    Wilmington, DE 19801-3062
                                    Telephone (302) 426-1189
                                    *deagle@klehr.com*
                                    *pcostello@klehr.com*

PHIL1 665349-1