IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Aladdin Knowledge Systems, Ltd., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-149-GMS |
| Feitian Technologies Co., Ltd., et al., | : | |
| Defendants. | : | |

## STIPULATION AND ORDER REGARDING JURISDICTIONAL DISCOVERY

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that Plaintiff Aladdin Knowledge Systems, Ltd. shall take jurisdictional discovery regarding Defendants Feitian Technologies Co., Ltd. and RS-Computer pursuant to the Court's February 24, 2006 Order (D.I. 48) in accordance with the following discovery schedule:

1.   All jurisdictional discovery shall be initiated so that it will be completed by July 31, 2006.

2.   Plaintiff shall file and serve a Supplemental Brief in opposition to Defendants' Motions to Dismiss for lack of personal jurisdiction no later than August 21, 2006.

3.   Defendants shall file and serve an Answering Brief in support of their Motions to

Dismiss for lack of personal jurisdiction no later than September 11, 2006.

| | |
|---|---|
| KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP | MORRIS, NICHOLS, ARSHT & TUNNELL |
| */s/ David S. Eagle* <br> David S. Eagle, Esquire (Bar No. 3387) <br> 919 Market Street <br> Suite 1000 <br> Wilmington, DE 19801-3062 <br> Telephone (302)-552-5508 <br> deagle@Klehr.com <br> *Attorneys for Plaintiff Aladdin Knowledge Systems, Ltd.* | */s/ Rodger D. Smith, II* <br> Rodger D. Smith, II (Bar No.3778) <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> Telephone (302) 658-9200 <br> rsmith@mnat.com <br> *Attorneys for Defendants Feitian Technologies Co., Ltd. and RS-Computer* |

SO ORDERED this ___ day of _____, 2006.

_____
United States District Court Judge