IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALADDIN KNOWLEDGE SYSTEMS, LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEITIAN TECHNOLOGIES CO., LTD., et al., )<br>)<br>Defendants. ) | C.A. No. 05-149-GMS |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Defendant Feitian Technologies Co., Ltd.'s Responses to Plaintiff's First Set of Interrogatories on Jurisdictional Issues; (2) Defendant Feitian Technologies Co., Ltd.'s Responses to Aladdin Knowledge Systems, Ltd.'s First Request for Production of Documents on Jurisdictional Issues; and (3) Defendant Feitian Technologies Co., Ltd.'s Responses to Plaintiff's Request for Admissions on Jurisdictional Issues were caused to be served on April 24, 2006 upon the following in the manner indicated:

**BY HAND**

David S. Eagle, Esquire
Klehr, Harrison, Harvey,
 Branzburg & Ellers
919 Market Street
Suite 1000
Wilmington, DE  19801

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                        */s/ Rodger D. Smith II*

                        _____
                        Rodger D. Smith II (#3778)
                        1201 N. Market Street
                        P.O. Box 1347
                        Wilmington, DE  19899-1347
                        (302) 658-9200
                        *Attorneys for Defendant*
                        *Feitian Technologies Co., Ltd.*

April 24, 2006

**CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on April 24th, 2006 I electronically filed the foregoing Notice of Service, which will send notification of such filing(s) to the following:

>David S. Eagle, Esquire
>Klehr, Harrison, Harvey,
> Branzburg & Ellers
>919 Market Street
>Suite 1000
>Wilmington, DE  19801

I also certify that copies were caused to be served on April 24th, 2006 upon the following in the manner indicated:

**BY HAND**

>David S. Eagle, Esquire
>Klehr, Harrison, Harvey,
> Branzburg & Ellers
>919 Market Street
>Suite 1000
>Wilmington, DE  19801

>*/s/  Rodger D. Smith (#3778)*
>Morris, Nichols, Arsht & Tunnell LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>rsmith@mnat.com