IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALADDIN KNOWLEDGE SYSTEMS, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-149-GMS |
| v. ) | |
| ) | |
| FEITIAN TECHNOLOGIES CO., LTD., et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Defendant RS-Computer's Responses to Plaintiff's First Set of Interrogatories on Jurisdictional Issues; (2) Defendant RS-Computer's Responses to Aladdin Knowledge Systems, Ltd.'s First Request for Production of Documents on Jurisdictional Issues; and (3) Defendant RS-Computer's Responses to Plaintiff's Request for Admissions on Jurisdictional Issues were caused to be served on April 24, 2006 upon the following in the manner indicated:

### BY HAND

David S. Eagle, Esquire
Klehr, Harrison, Harvey,
 Branzburg & Ellers
919 Market Street
Suite 1000
Wilmington, DE  19801

2

            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

            */s/ Rodger D. Smith II*

            ―――――――――――――――――――――
            Rodger D. Smith II (#3778)
            1201 N. Market Street
            P.O. Box 1347
            Wilmington, DE  19899-1347
            (302) 658-9200
            *Attorneys for Defendant RS-Computer*

April 24, 2006

**CERTIFICATE OF SERVICE**

  I, Rodger D. Smith II, hereby certify that on April 24th, 2006 I electronically filed the foregoing Notice of Service, which will send notification of such filing(s) to the following:

>David S. Eagle, Esquire
>Klehr, Harrison, Harvey,
> Branzburg & Ellers
>919 Market Street
>Suite 1000
>Wilmington, DE  19801

  I also certify that copies were caused to be served on April 24th, 2006 upon the following in the manner indicated:

**BY HAND**

>David S. Eagle, Esquire
>Klehr, Harrison, Harvey,
> Branzburg & Ellers
>919 Market Street
>Suite 1000
>Wilmington, DE  19801

>*/s/  Rodger D. Smith (#3778)*
>Morris, Nichols, Arsht & Tunnell LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>rsmith@mnat.com