IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Aladdin Knowledge Systems, Ltd., : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | NO. 05-149 (GMS) |
| : | |
| Feitian Technologies Co., Ltd., et al., : | |
| : | JURY TRIAL DEMANDED |
| Defendants. : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 16, 2006, two copies of the foregoing Plaintiff's Second Set of Requests for Production of Documents on Jurisdictional Issues Directed to Defendants Feitian Technologies Co., Ltd. and RS-Computer and Plaintiff's Second Set of Interrogatories on Jurisdictional Issues Directed to Defendants Feitian Technologies Co., Ltd. and RS-Computer were served upon the following counsel of record in the manner indicated.

**VIA HAND DELIVERY**

Rodger D. Smith, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

_/s/ Patrick A. Costello_
David S. Eagle (DE Bar #3387)
Patrick A. Costello (DE Bar #4535)
Klehr Harrison Harvey Branzburg
   & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
Telephone (302) 426-1189
_deagle@klehr.com_
_pcostello@klehr.com_
- and –

DEL1 64145-1

                                        Michael K. Coran, Esquire
                                        Mary Ellen O'Laughlin, Esquire
                                        260 South Broad Street, 4th Floor
                                        Philadelphia, PA  19102-5003
                                        Telephone (215) 568-6060
                                        *mcoran@klehr.com*
                                        *molaughlin@klehr.com*

                                        Attorneys for Plaintiff