## CERTIFICATE OF SERVICE

I, Patrick A. Costello, hereby certify that on this 16th day of June 2006, a true and correct copy of the foregoing Notice of Service was served by the manner shown below on the counsel of record:

**VIA HAND DELIVERY**

Rodger D. Smith, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

Date: June 16, 2006        By: _/s/ Patrick A. Costello_
    David S. Eagle, Esquire (DE Bar No. 3387)
    Patrick A. Costello, Esquire (DE Bar No. 4535)
    919 Market Street
    Suite 1000
    Wilmington, DE 19801-3062
    Telephone (302) 426-1189
    *deagle@klehr.com*
    *pcostello@klehr.com*

DEL1 64145-1