IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Aladdin Knowledge Systems, Ltd., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-149-GMS |
| Feitian Technologies Co., Ltd., et al., | : | |
| Defendants. | : | |

**STIPULATION AND ORDER REGARDING EXTENSION OF
JURISDICTIONAL DISCOVERY**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that despite the parties' efforts to complete the jurisdictional discovery regarding Defendants Feitian Technologies Co., Ltd. and RS-Computer pursuant to the Court's February 24, 2006 Order (D.I. 48) in accordance with their prior Stipulation and Order Regarding Jurisdictional Discovery, they will be unable to do so and therefore Plaintiff Aladdin Knowledge Systems, Ltd. and Defendants agree to extend the current deadlines as follows:

1. All jurisdictional discovery shall be completed by September 29, 2006.

2. Plaintiff shall file and serve a Supplemental Brief in opposition to Defendants' Motions to Dismiss for lack of personal jurisdiction no later than October 20, 2006.

3. Defendants shall file and serve an Answering Brief in support of their Motions to

PHIL1 684460-1

Dismiss for lack of personal jurisdiction no later than November 10, 2006.

| | |
|---|---|
| KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP | MORRIS, NICHOLS, ARSHT & TUNNELL |
| /s/ David S. Eagle | /s/ Rodger D. Smith, II |
| David S. Eagle, Esquire (Bar No. 3387) | Rodger D. Smith, II (Bar No.3778 ) |
| 919 Market Street | 1201 N. Market Street |
| Suite 1000 | P.O. Box 1347 |
| Wilmington, DE 19801-3062 | Wilmington, DE 19899 |
| Telephone (302)-552-5508 | Telephone (302) 658-9200 |
| deagle@Klehr.com | rsmith@mnat.com |
| *Attorneys for Plaintiff Aladdin Knowledge Systems, Ltd.* | *Attorneys for Defendants Feitian Technologies Co., Ltd. and RS-Computer* |

SO ORDERED this ___ day of _____, 2006.

_____
United States District Court Judge