IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Aladdin Knowledge Systems, Ltd., : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | NO. 05-149 (GMS) |
| : | |
| Feitian Technologies Co., Ltd., et al., : | |
| : | JURY TRIAL DEMANDED |
| Defendants. : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 27, 2006, two copies of the foregoing (1) Plaintiff's Second Request for Admissions on Jurisdictional Issues Directed to Defendant Feitian Technologies Co., Ltd. and (2) Plaintiff's Second Request for Admissions on Jurisdictional Issues Directed to Defendant RS-Computer were served upon the following counsel of record in the manner indicated.

**VIA HAND DELIVERY**

Rodger D. Smith, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899

*/s/ Patrick A. Costello*
David S. Eagle (DE Bar #3387)
Patrick A. Costello (DE Bar #4535)
Klehr Harrison Harvey Branzburg
  & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE  19801
Telephone (302) 426-1189
*deagle@klehr.com*
*pcostello@klehr.com*
- and –

DEL1 64214-1

Michael K. Coran, Esquire
Mary Ellen O'Laughlin, Esquire
260 South Broad Street, 4th Floor
Philadelphia, PA  19102-5003
Telephone (215) 568-6060
*mcoran@klehr.com*
*molaughlin@klehr.com*

Attorneys for Plaintiff

DEL1 64214-1