### CERTIFICATE OF SERVICE

I, Patrick A. Costello, hereby certify that on this 27th day of June 2006, a true and correct copy of the foregoing Notice of Service was served by the manner shown below on the counsel of record:

**VIA HAND DELIVERY**

Rodger D. Smith, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

Date: June 27, 2006            By: _/s/ Patrick A. Costello_
                     David S. Eagle, Esquire (DE Bar No. 3387)
                     Patrick A. Costello, Esquire (DE Bar No. 4535)
                     919 Market Street
                     Suite 1000
                     Wilmington, DE 19801-3062
                     Telephone (302) 426-1189
                     *deagle@klehr.com*
                     *pcostello@klehr.com*

DEL1 64214-1