IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALADDIN KNOWLEDGE SYSTEMS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-149 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| FEITIAN TECHNOLOGIES CO., LTD., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Matthew G. Reeves, Locke Liddell & Sapp LLP, 600 Travis Street, 3400 JP Morgan Chase Tower, Houston, TX 77002 to represent defendants Feitian Technologies Co., Ltd. and RS-Computer in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
rsmith@mnat.com
   *Attorneys for Defendants*
   *Feitian Technologies Co., Ltd. and RS-Computer*

July 10, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____    _____
                                                                              United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 7/10/06

_____
Matthew G. Reeves
Locke Liddell & Sapp LLP
600 Travis Street
3400 JP Morgan Chase Tower
Houston, TX 77002
(713) 226-1200

525310

2

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on July 10, 2006, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> David S. Eagle, Esquire
> Klehr, Harrison, Harvey, Branzburg & Ellers

I also certify that copies were caused to be served on July 10, 2006 upon the following in the manner indicated:

### BY HAND

> David S. Eagle, Esquire
> Klehr, Harrison, Harvey,
>  Branzburg & Ellers
> 919 Market Street
> Suite 1000
> Wilmington, DE 19801

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com