IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Aladdin Knowledge Systems, Ltd., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION<br>: NO. 05-149 |
| Feitian Technologies Co., Ltd., et al., | : |
| Defendants. | : JURY TRIAL DEMANDED |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Mary Ellen O'Laughlin, Esquire of Klehr, Harrison, Harvey, Branzburg & Ellers LLP, 260 South Broad Street, Philadelphia, Pennsylvania 19102 to represent plaintiff Aladdin Knowledge Systems, Ltd. in this matter.

Dated: July 11, 2006

/s/ Patrick A. Costello
David S. Eagle (DE Bar #3387)
Patrick A. Costello (DE Bar #4535)
Klehr Harrison Harvey Branzburg
  & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE  19801
Telephone (302) 426-1189
deagle@klehr.com
pcostello@klehr.com
Attorneys for Plaintiff

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is GRANTED.

Date: _____

_____
United States District Judge

DEL1 64257-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, the Eastern District of Pennsylvania and the U.S. Court of Appeals for the Third Circuit and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: 7/11/06

Mary Ellen O'Laughlin, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street, 4th Floor
Philadelphia, PA 19102-5003
Telephone (215) 568-6060

DEL1 64257-1