## CERTIFICATE OF SERVICE

I, Patrick A. Costello, hereby certify that on July 11, 2006, I caused a copy of the foregoing Motion and Order for Admission *Pro Hac Vice* to be served on the following counsel of record and in the manner indicated:

**BY HAND DELIVERY & ELECTRONIC FILING**

Rodger D. Smith, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

Date: July 11, 2006

/s/ *Patrick A. Costello*
Patrick A. Costello, Esquire (DE Bar No. 4535)
919 Market Street, Suite 1000
Wilmington, DE 19801-3062
Telephone (302) 426-1189
*pcostello@klehr.com*

DEL1 64257-1