IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALADDIN KNOWLEDGE SYSTEMS, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-149 (GMS) |
| v. ) | |
| ) | |
| FEITIAN TECHNOLOGIES CO., LTD., et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of: (1) Feitian Technologies Co., Ltd.'s And RS-Computer's Responses To Plaintiff's Second Request For Production Of Documents On Jurisdictional Issues; and (2) Feitian Technologies Co., Ltd.'s And RS-Computer's Responses To Plaintiff's Second Set Of Interrogatories On Jurisdictional Issues were caused to be served on July 17, 2006 upon the following in the manner indicated:

**BY FACSIMILE**

David S. Eagle, Esquire
Patrick A. Costello, Esquire
Klehr, Harrison, Harvey,
 Branzburg & Ellers
919 Market Street, Suite 1000
Wilmington, DE  19801
Fax:  (302) 426-9193

Michael K. Coran, Esquire
Mary Ellen O'Laughlin, Esquire
Klehr, Harrison, Harvey,
 Branzburg & Ellers
260 S. Broad Street, 4th Floor
Philadelphia, PA  19102-5003
Fax:  (215) 568-6603

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

---

Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
rsmith@mnat.com
  *Attorneys for Defendants*
  *Feitian Technologies Co., Ltd. and*
  *RS-Computer*

OF COUNSEL:

Matthew G. Reeves
Locke Liddell & Sapp LLP
600 Travis Street
3400 JP Morgan Chase Tower
Houston, TX  77002
(713) 226-1200

July 19, 2006

2

**CERTIFICATE OF SERVICE**

   I, Rodger D. Smith II, hereby certify that on July 19, 2006, I caused to be electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> David S. Eagle
> Patrick A. Costello
> Klehr, Harrison, Harvey, Branzburg & Ellers

and that on July 19, 2006 I caused copies to be served upon the following in the manner indicated:

> **BY HAND**
>
> David S. Eagle, Esquire
> Patrick A. Costello, Esquire
> Klehr, Harrison, Harvey,
>  Branzburg & Ellers
> 919 Market Street, Suite 1000
> Wilmington, DE  19801

> */s/ Rodger D. Smith II*
> Rodger D. Smith II (#3778)
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> (302) 658-9200
> rsmith@mnat.com