IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALADDIN KNOWLEDGE SYSTEMS, LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEITIAN TECHNOLOGIES CO., LTD., et al., )<br>)<br>Defendants. ) | C.A. No. 05-149 (GMS) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) Defendant Feitian Technologies Co., Ltd.'s Amended Responses To Aladdin Knowledge Systems, Ltd.'s First Request For Production Of Documents On Jurisdictional Issues; (2) Feitian Technologies Co., Ltd.'s Response To Plaintiff's Second Request For Admissions On Jurisdictional Issues; (3) Defendant Feitian Technologies Co., Ltd.'s Amended Responses To Plaintiff's First Set Of Interrogatories On Jurisdictional Issues; (4) Defendant Feitian Technologies Co., Ltd.'s Amended Responses To Plaintiff's Request For Admissions On Jurisdictional Issues; and (5) RS-Computer's Response To Plaintiff's Second Request For Admissions On Jurisdictional Issues were caused to be served on July 27, 2006 upon the following in the manner indicated:

**BY U.S. MAIL & E-MAIL**

David S. Eagle, Esquire
Patrick A. Costello, Esquire
KLEHR, HARRISON, HARVEY,
 BRANZBURG & ELLERS LLP
919 Market Street, Suite 1000
Wilmington, DE  19801
deagle@klehr.com
pcostello@klehr.com

        Michael K. Coran, Esquire
        Mary Ellen O'Laughlin, Esquire
        KLEHR, HARRISON, HARVEY,
         BRANZBURG & ELLERS LLP
        260 S. Broad Street, 4th Floor
        Philadelphia, PA  19102-5003
        mcoran@klehr.com
        molaughlin@klehr.com


        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Rodger D. Smith II*
        _____
        Rodger D. Smith II (#3778)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19899-1347
        (302) 658-9200
        rsmith@mnat.com
         *Attorneys for Defendants*
         *Feitian Technologies Co., Ltd. and RS-Computer*

OF COUNSEL:

Matthew G. Reeves
LOCKE LIDDELL & SAPP LLP
600 Travis Street
3400 JP Morgan Chase Tower
Houston, TX  77002
(713) 226-1200

July 28, 2006

**CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on July 28, 2006, I caused to be electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> David S. Eagle
> Patrick A. Costello
> KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP

and that on July 28, 2006 I caused copies to be served upon the following in the manner indicated:

**BY HAND**

> David S. Eagle, Esquire
> Patrick A. Costello, Esquire
> KLEHR, HARRISON, HARVEY,
>   BRANZBURG & ELLERS LLP
> 919 Market Street, Suite 1000
> Wilmington, DE  19801

> */s/ Rodger D. Smith II*
> Rodger D. Smith II (#3778)
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> (302) 658-9200
> rsmith@mnat.com