IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Aladdin Knowledge Systems, Ltd., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION<br>: NO. 05-149 |
| Feitian Technologies Co., Ltd., et al., | : |
| Defendants. | : JURY TRIAL DEMANDED |

**PLAINTIFF'S REVISED NOTICE OF DEPOSITION TO THE RULE 30(b)(6) DESIGNEE(S) OF DEFENDANT FEITIAN TECHNOLOGIES CO., LTD.**

TO: Rodger D. Smith, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
Attorneys for Defendant Feitian Technologies Co., Ltd., et al.

PLEASE TAKE NOTICE that on **August 31, 2006 at 11:00 A.M.**, Eastern Standard Time, at the law offices of Klehr, Harrison, Harvey, Branzburg & Ellers LLP, located at 919 Market Street, Suite 1000, Wilmington, Delaware 19801, Plaintiff will take the deposition, by telephone, of the **Rule 30(b)(6) Designee(s) of Defendant Feitian Technologies Co., Ltd. as to the matters listed on Exhibit A.**

The deposition(s) shall be taken before a certified shorthand reporter authorized to administer oaths. Pursuant to Federal Rule of Civil Procedure 30(b), Plaintiff may record the deposition testimony by audiotape in addition to recording the testimony by stenographic method through the instant visual display of the testimony with the certified stenographic reporter.

The deposition(s) shall continue from day to day, excluding Saturdays, Sundays and legal holidays, until concluded.

Plaintiff reserves the right to use a transcript of the deposition(s) and/or the audiotape at trial or in any other judicial proceeding in this action.

You are invited to attend and examine the witness(es) to the extent permitted under the Federal Rules of Civil Procedure.

Date: August 4, 2006     By:   /s/ Patrick A. Costello
                                             David S. Eagle (DE Bar No. 3387)
                                             Patrick A. Costello (DE Bar No. 4535)
919 Market Street
Suite 1000
Wilmington, DE 19801-3062
Telephone (302) 552-5508
*deagle@klehr.com*
*pcostello@klehr.com*

- and –

Michael K. Coran, Esquire
Mary Ellen O'Laughlin, Esquire
260 South Broad Street, 4th Floor
Philadelphia, PA 19102-5003
Telephone (215) 568-6060
*mcoran@klehr.com*
*molaughlin@klehr.com*

Attorneys for Plaintiff

PHIL1 666072-2