IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Aladdin Knowledge Systems, Ltd., | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 05-149 |
| | : | |
| Feitian Technologies Co., Ltd., et al., | : | |
| | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

**PLAINTIFF'S REVISED NOTICE OF DEPOSITION TO THE RULE 30(b)(6)
DESIGNEE(S) OF DEFENDANT RS-COMPUTER**

TO: Rodger D. Smith, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
Attorneys for Defendant RS-Computer

PLEASE TAKE NOTICE that on **August 30, 2006** at **11:00 A.M.**, Eastern Standard Time, at the law offices of Klehr, Harrison, Harvey, Branzburg & Ellers LLP, located at 919 Market Street, Suite 1000, Wilmington, Delaware 19801, Plaintiff will take the deposition, by telephone, of the **Rule 30(b)(6) Designee(s) of Defendant RS-Computer as to the matters listed on Exhibit A.**

The deposition(s) shall be taken before a certified shorthand reporter authorized to administer oaths. Pursuant to Federal Rule of Civil Procedure 30(b), Plaintiff may record the deposition testimony by audiotape in addition to recording the testimony by stenographic method through the instant visual display of the testimony with the certified stenographic reporter.

The deposition(s) shall continue from day to day, excluding Saturdays, Sundays and legal holidays, until concluded.

PHIL1 666813-2

Plaintiff reserves the right to use a transcript of the deposition(s) and/or audiotape at trial or in any other judicial proceeding in this action.

You are invited to attend and examine the witness(es) to the extent permitted under the Federal Rules of Civil Procedure.

Date: August 4, 2006				By:	/s/ Patrick A. Costello, Esquire
						David S. Eagle, Esquire (DE Bar No. 3387)
						Patrick A. Costello, Esquire (DE Bar No. 4535)
						919 Market Street
						Suite 1000
						Wilmington, DE  19801-3062
						Telephone (302) 552-5508
						*deagle@klehr.com*
						*pcostello@klehr.com*

							- and –

						Michael K. Coran, Esquire
						Mary Ellen O'Laughlin, Esquire
						260 South Broad Street, 4th Floor
						Philadelphia, PA  19102-5003
						Telephone (215) 568-6060
						*mcoran@klehr.com*
						*molaughlin@klehr.com*

						Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Patrick A. Costello, hereby certify that on August 4, 2006, the foregoing Plaintiff's Revised Notice of Deposition to the Rule 30(b)(6) Designee(s) of Defendant RS-Computers Technologies Co., Ltd. was served upon counsel listed below in the manner indicated:

**VIA HAND DELIVERY**

Rodger D. Smith, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

                                              /s/ Patrick A. Costello
                                              Patrick A. Costello (DE Bar No. 4535)