## CERTIFICATE OF SERVICE

I, Patrick A. Costello, hereby certify that on August 4, 2006, the foregoing Plaintiff's Revised Notice of Deposition to the Rule 30(b)(6) Designee(s) of Defendant Feitian Technologies Co., Ltd. was served upon counsel listed below in the manner indicated:

**VIA HAND DELIVERY**

Rodger D. Smith, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899

                                                /s/ Patrick A. Costello
                                                Patrick A. Costello (DE Bar No. 4535)