IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALADDIN KNOWLEDGE SYSTEMS, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-149 (GMS) |
| v. ) | |
| ) | |
| FEITIAN TECHNOLOGIES CO., LTD., et al., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of Objections To Plaintiff's Revised Notice Of Deposition To Feitian Technologies Co., Ltd. were caused to be served on August 9, 2006 upon the following in the manner indicated:

### BY E-MAIL

David S. Eagle, Esquire
Patrick A. Costello, Esquire
KLEHR, HARRISON, HARVEY,
 BRANZBURG & ELLERS LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
deagle@klehr.com
pcostello@klehr.com

Michael K. Coran, Esquire
Mary Ellen O'Laughlin, Esquire
KLEHR, HARRISON, HARVEY,
 BRANZBURG & ELLERS LLP
260 S. Broad Street, 4th Floor
Philadelphia, PA 19102-5003
mcoran@klehr.com
molaughlin@klehr.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
rsmith@mnat.com
  *Attorneys for Defendants*
  *Feitian Technologies Co., Ltd. and RS-Computer*

OF COUNSEL:

Matthew G. Reeves
LOCKE LIDDELL & SAPP LLP
600 Travis Street
3400 JP Morgan Chase Tower
Houston, TX  77002
(713) 226-1200

August 9, 2006

2

**CERTIFICATE OF SERVICE**

   I, Rodger D. Smith II, hereby certify that on August 9, 2006, I caused to be electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

  David S. Eagle
  Patrick A. Costello
  KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP

and that on August 9, 2006 I caused copies to be served upon the following in the manner indicated:

  **BY HAND**

  David S. Eagle, Esquire
  Patrick A. Costello, Esquire
  KLEHR, HARRISON, HARVEY,
   BRANZBURG & ELLERS LLP
  919 Market Street, Suite 1000
  Wilmington, DE  19801


        */s/  Rodger D. Smith II*
        Rodger D. Smith II (#3778)
        MORRIS, NICHOLS, ARSHT & TUNNELL LLP
        (302) 658-9200
        rsmith@mnat.com