# KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP
ATTORNEYS AT LAW

**PATRICK A. COSTELLO**

Direct Dial: (302) 552-5504

Admitted in Pennsylvania,
New Jersey and Delaware

919 MARKET STREET
SUITE 1000
WILMINGTON, DELAWARE 19801-3062

(302) 426-1189
FAX (302) 426-9193

www.klehr.com

**New Jersey Office**
457 Haddonfield Road
Suite 510
Cherry Hill, New Jersey 08002-2220
(856) 486-7900

**Philadelphia Office**
260 South Broad Street
Philadelphia, Pennsylvania 19102-5003
(215) 568-6060

**August 21, 2006**

**VIA E-FILING**

The Honorable Gregory M. Sleet
United States District Court, District of Delaware
844 N. King Street, Lockbox 19
Wilmington, DE 19801

> Re: Aladdin Knowledge Systems, Ltd. v. Feitian Technologies Co., Ltd., et al.,
> C.A. No. 05-CV-149 (GMS)

Dear Judge Sleet:

We represent the plaintiff Aladdin Knowledge Systems, Ltd. in the above-referenced action. This letter shall confirm that a discovery dispute **teleconference** in this action has been set for **August 28, 2006 at 11:30 a.m.** It is my understating that Matt Reeves, Esquire along with Rodger Smith, Esquire as Delaware counsel will participate in the teleconference on behalf of the defendants, while Mary Ellen O'Laughlin, Esquire and I as Delaware counsel will participate on behalf of the plaintiff. The parties will jointly submit a two-page letter agenda prior to the teleconference.

Should Your Honor have any questions concerning this matter, we are available at the Court's convenience.

Respectfully,

/s/ Patrick A. Costello

Patrick A. Costello
(DE Bar I.D. 4535)

cc: Mary Ellen O'Laughlin, Esquire (via email)
David S. Eagle, Esquire (via email)
Rodger D. Smith, Esquire (via email)

DEL1 64456-1