# KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP
## ATTORNEYS AT LAW

**PATRICK A. COSTELLO**

Direct Dial: (302) 552-5504

Admitted in Pennsylvania,
New Jersey and Delaware

919 MARKET STREET
SUITE 1000
WILMINGTON, DELAWARE  19801-3062

(302) 426-1189
FAX  (302) 426-9193

**www.klehr.com**

**New Jersey Office**
457 Haddonfield Road
Suite 510
Cherry Hill, New Jersey  08002-2220
(856) 486-7900

**Philadelphia Office**
260 South Broad Street
Philadelphia, Pennsylvania  19102-5003
(215) 568-6060

**August 28, 2006**

**<u>VIA E-FILING</u>**

The Honorable Gregory M. Sleet
United States District Court, District of Delaware
844 N. King Street, Lockbox 19
Wilmington, DE 19801

> Re:    **Aladdin Knowledge Systems, Ltd. v. Feitian Technologies Co., Ltd., et al.,**
> **C.A. No. 05-CV-149 (GMS)**

Dear Judge Sleet:

We represent the plaintiff Aladdin Knowledge Systems, Ltd. in the above-referenced action.  During today's teleconference concerning jurisdictional discovery, the citation we provided for the <u>Base Metal</u> case was incorrect.  The correct citation is <u>Base Metal Trading Ltd. v. OJSC "Novokuznetsky Aluminum Factory"</u>, 2002 WL 31002609, 47 Fed. Appx. 73 (3rd Cir. Sept. 5, 2002).  Counsel for Defendants have consented to the filing of this letter.

Should Your Honor have any questions concerning this matter, we are available at the Court's convenience.

Respectfully,

 /s/ Patrick A. Costello

Patrick A. Costello
(DE Bar I.D. 4535)

cc:    Mary Ellen O'Laughlin, Esquire (via email)
David S. Eagle, Esquire (via email)
Rodger D. Smith, Esquire (via email)

DEL1 64486-1