IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALADDIN KNOWLEDGE SYSTEMS LTD., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| FEITIAN TECHNOLOGIES CO. LTD., RF IDEAS INC., d/b/a SECURITY TOKENS, INC. AZ-TECH SOFTWARE INC., SOFTKEY E-SOLUTION SDN BHD, NOVARIS INNOVATIVE TECHNOLOGIES, FUTURE SYSTEMS INC., RS-COMPUTER, OPENFORTRESS DIGITAL SIGNATURES, SECURE TECHNOLOGY. | )<br>)<br>)<br>)     C.A. No. 05-149 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

WHEREAS the court held a discovery teleconference on August 28, 2006, concerning jurisdictional discovery; and

WHEREAS the court heard and considered the arguments set forth by the parties as to the applicability of Fed. R. Civ. P. 4(k)(2) jurisdiction; and

WHEREAS the court reserved judgment on the determination of Rule 4(k)(2) jurisdiction but granted Plaintiff leave to conduct limited discovery to determine if jurisdiction exists in California.

IT IS HEREBY ORDERED that:

Plaintiff Aladdin Knowledge Systems be permitted to take limited and appropriate jurisdictional discovery to assess whether jurisdiction is proper in California.

Dated: August 29, 2006         /s/ Gregory M. Sleet
                               UNITED STATES DISTRICT JUDGE