IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALADDIN KNOWLEDGE SYSTEMS, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-149 (GMS) |
| v. ) | |
| ) | |
| FEITIAN TECHNOLOGIES CO., LTD., et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) Feitian Technologies Co. Ltd.'s and RS-Computer's Amended Responses To Plaintiff's Second Set Of Interrogatories On Jurisdictional Issues; (2) Feitian Technologies Co. Ltd.'s Second Amended Responses To Plaintiff's First Set Of Interrogatories On Jurisdictional Issues; (3) RS-Computer's Second Amended Responses To Aladdin Knowledge Systems, Ltd.'s First Request For Production Of Documents On Jurisdictional Issues; (4) Feitian Technologies Co. Ltd.'s Amended Responses To Plaintiff's Second Request For Admissions On Jurisdictional Issues; and (5) Feitian Technologies Co. Ltd.'s Second Amended Responses To Plaintiff's Request For Admissions On Jurisdictional Issues were caused to be served on September 22, 2006 upon the following in the manner indicated:

### BY U.S. MAIL & E-MAIL

David S. Eagle, Esquire
Patrick A. Costello, Esquire
KLEHR, HARRISON, HARVEY,
 BRANZBURG & ELLERS LLP
919 Market Street, Suite 1000
Wilmington, DE  19801
deagle@klehr.com
pcostello@klehr.com

Michael K. Coran, Esquire
Mary Ellen O'Laughlin, Esquire
KLEHR, HARRISON, HARVEY,
 BRANZBURG & ELLERS LLP
260 S. Broad Street, 4th Floor
Philadelphia, PA  19102-5003
mcoran@klehr.com
molaughlin@klehr.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
rsmith@mnat.com
  *Attorneys for Defendants*
  *Feitian Technologies Co., Ltd. and RS-Computer*

OF COUNSEL:

Matthew G. Reeves
LOCKE LIDDELL & SAPP LLP
600 Travis Street
3400 JP Morgan Chase Tower
Houston, TX  77002
(713) 226-1200

September 26, 2006

2

**CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on September 26, 2006, I caused the foregoing to be filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> David S. Eagle
> Patrick A. Costello
> KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP

and that on September 26, 2006 I caused copies to be served upon the following in the manner indicated:

**BY HAND**

> David S. Eagle, Esquire
> Patrick A. Costello, Esquire
> KLEHR, HARRISON, HARVEY,
>  BRANZBURG & ELLERS LLP
> 919 Market Street, Suite 1000
> Wilmington, DE  19801

> */s/ Rodger D. Smith II*
> Rodger D. Smith II (#3778)
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> Wilmington, DE  19801
> (302) 658-9200
> rsmith@mnat.com