IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Aladdin Knowledge Systems, Ltd., | : |
| Plaintiff, | : |
| v. | : C.A. No. 05-149 (GMS) |
| Feitian Technologies Co., Ltd., et al., | : |
| Defendants. | : |

**STIPULATION AND ORDER REGARDING EXTENSION OF
JURISDICTIONAL DISCOVERY**

WHERAS Plaintiff Aladdin Knowledge Systems, Ltd. ("Plaintiff") is close to completing jurisdictional discovery in the above-captioned action but, due to some delays as a result of the events set forth below, requests more time to do so; and

WHEREAS Plaintiff obtained documents from former defendant RF Ideas, Inc. ("RF Ideas") that were provided under a confidentiality agreement; and

WHEREAS Plaintiffs and Defendants Feitian Technologies Co., Ltd. ("Feitian") and RS-Computer ("RS-Computer") (collectively, the "Defendants") requested the confidential documents provided by RF Ideas and the parties then negotiated a stipulation that will protect the confidential nature of RF Ideas' documents as well as other materials of a confidential nature that are produced during this action; and,

WHEREAS Plaintiff initiated the Rule 30(b)(6) deposition of Feitian's witness, but that deposition has only been partially completed, and the parties agreed to reconvene and complete the Rule 30(b)(6) deposition but have yet to do so; and

DEL1 64758-2

WHEREAS despite the parties' efforts to complete the jurisdictional discovery in accordance with their prior Stipulation and Order Regarding Jurisdictional Discovery, they will be unable to do so; and

WHEREAS the parties believe they may be able to resolve a current discovery dispute without the Court's intervention if the current discovery deadline is extended;

WHEREAS no trial date or pre-trial hearing have been set, such that this Stipulation and Order shall not affect any trial dates or similar deadlines;

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel, subject to the approval of the Court, that Plaintiff and Defendants agree to extend the current deadlines by one month as follows:

1. All jurisdictional discovery shall be completed by October 31, 2006.

2. Plaintiff shall file and serve a Supplemental Brief in opposition to Defendants' Motions to Dismiss for lack of personal jurisdiction no later than November 20, 2006.

3. Defendants shall file and serve a Reply Brief in support of their Motions to Dismiss for lack of personal jurisdiction no later than December 11, 2006.

| KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Patrick A. Costello<br>David S. Eagle, Esquire (Bar No. 3387)<br>Patrick A. Costello (Bar No. 4535)<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801-3062<br>Telephone (302) 426-1189<br>deagle@klehr.com<br>pcostello@klehr.com<br>*Attorneys for Plaintiff Aladdin Knowledge Systems, Ltd.* | /s/ Rodger D. Smith, II<br>Rodger D. Smith, II (Bar No. 3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Telephone (302) 658-9200<br>rsmith@mnat.com<br>*Attorneys for Defendants Feitian Technologies Co., Ltd. and RS-Computer* |

SO ORDERED this ___ day of _____, 2006.

_____
United States District Court Judge