EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Aladdin Knowledge Systems, Ltd., :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>Feitian Technologies Co., Ltd., et al., :<br>:<br>Defendants. : | CIVIL ACTION<br>NO. 05-149 (GMS) |

_____ hereby declare that:

1.   I have carefully read and understand the foregoing Protective Order (the "Order") of the United States District Court for the District of Delaware, in the above-captioned matter.

2.   I agree that I will be bound by and will comply with all of the provisions of this Order and I will make no disclosures of Confidential Information to any person who is not permitted to have access to such Confidential Information by this Order, as applicable.

3.   Upon final determination of this action, I will destroy all Confidential Information received by me within sixty (60) days after sealing of the final order, or I will return such Confidential Information within sixty (60) days to the producing party. If I destroy such Confidential Information, I agree to send a letter to the producing party confirming the same.

14

PHIL1 699039-3

4.  I understand that a violation of this undertaking is punishable as a contempt of court and hereby submit to the jurisdiction of this Court for the purpose of enforcement of this Order.

5.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on (date in mm/dd/yyyy): _____

[signature]            _____

[print or type name]   _____

Title:                 _____

Business Affiliation:  _____

Address:               _____

                       _____

Phone:                 _____

PHIL1 699039-3