IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Aladdin Knowledge Systems, Ltd., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 05-149 (GMS) |
| Feitian Technologies Co., Ltd., et al., | : |
| Defendants. | : |

**LIST OF EXHIBITS TO THE SUPPLEMENTAL BRIEF OF PLAINTIFF
ALADDIN KNOWLEDGE SYSTEMS, LTD. IN OPPOSITION TO THE MOTION
OF DEFENDANT FEITIAN TECHNOLOGIES CO., LTD. TO DISMISS FOR
<u>LACK OF PERSONAL JURISDICTION</u>**

Exhibit A   Portions of N.T. of August 31, 2006 Deposition of Peter Rasch

Exhibit B   FILED UNDER SEAL (Feitian's document production FT 00001-00065)

Exhibit C   Feitian Technologies Co., Ltd.'s Amended Responses to Plaintiff's First Set of Interrogatories on Jurisdictional Issues

Exhibit D   Feitian Technologies Co., Ltd.'s Amended Responses to Plaintiff's Second Request for Admissions on Jurisdictional Issues

Exhibit E   Portions of Transcript of 7/12/06 Discovery Teleconference (D.I. 65)

Exhibit F   Feitian Technologies Co., Ltd.'s Second Amended Responses to Plaintiff's First Set of Interrogatories on Jurisdictional Issues

Exhibit G   Notes of Testimony of August 30, 2006 Deposition of Wei Li

1

DEL1 65118-1

| | |
|---|---|
| Exhibit H | Notes of Testimony of October 25, 2006 Deposition of Wei Li |
| Exhibit I | FILED UNDER SEAL (RF Ideas' documents regarding Feitian's California contacts) |
| Exhibit J | Feitian Technologies Co., Ltd.'s and RS-Computer's Amended Responses to Plaintiff's Second Set of Interrogatories on Jurisdictional Issues |
| Exhibit K | Feitian Technologies Co., Ltd.'s Second Amended Responses to Plaintiff's Request for Admissions on Jurisdictional Issues |
| Exhibit L | FILED UNDER SEAL (Feitian's 1/2/03 e-mail re: strategic importance of U.S. market) |
| Exhibit M | FILED UNDER SEAL (Feitian's 1/16/03 e-mail re: goal of opening U.S. office) |
| Exhibit N | FILED UNDER SEAL (3/11/03 Distribution Agreement (Rockey); Feitian/RF Ideas e-mails regarding Coding Contract and Distribution Agreement) |
| Exhibit O | FILED UNDER SEAL (7/26/04 Distributor's Coding Program License Agreement) |
| Exhibit P | Declaration of Rick Landuyt |

Exhibit Q    FILED UNDER SEAL (Feitian's 5/26/04 e-mail re: shipment of leased equipment to RF Ideas)

Exhibit R    FILED UNDER SEAL (Feitian's e-mails re: termination of RF Ideas' Distribution Agreement)

Exhibit S    FILED UNDER SEAL (Feitian/RF Ideas' e-mails re: telephone calls)

Exhibit T    FILED UNDER SEAL (Feitian/RF Ideas' e-mail re: wire transfers)

Exhibit U    FILED UNDER SEAL (Feitian's e-mails re: U.S. marketing efforts)

Exhibit V    FILED UNDER SEAL (Feitian's 11/8/04 e-mail re: website redesign and leads for distributors)

Exhibit W    FILED UNDER SEAL (Feitian's e-mails to RF Ideas requesting sales information)

Exhibit X    FILED UNDER SEAL (Feitian's 3/13/03 e-mail re: RSA Conference)

Exhibit Y    FILED UNDER SEAL (RF Ideas' customer information and sales reports)

Exhibit Z    FILED UNDER SEAL (RF Ideas' purchase orders, invoices, packing lists and related e-mails)

Exhibit AA   FILED UNDER SEAL (Feitian's e-mails to RF Ideas forwarding leads)

Exhibit BB   FILED UNDER SEAL (Feitian's 6/28/04 e-mail notifying RF Ideas of other U.S. distributor, AZ-Tech)

Exhibit CC   FILED UNDER SEAL (Feitian's e-mails to customers with contact information for U.S. distributors)

Exhibit DD   FILED UNDER SEAL (Feitian's 9/28/04 e-mail to RF Ideas forwarding U.S. leads from Feitian Malaysian distributor)

Exhibit EE   FILED UNDER SEAL (E-mails directed by Feitian to RF Ideas from potential Feitian customers)

Exhibit FF   FILED UNDER SEAL (Invoice #030314 and related e-mails re; RF Ideas' stock of Feitian products)

Exhibit GG   FILED UNDER SEAL (Invoices and e-mails reflecting Feitian's shipments to Illinois)

Exhibit HH   FILED UNDER SEAL (RF Ideas' documents re: sales of Feitian products to Illinois residents)

Exhibit II   FILED UNDER SEAL (RF Ideas' shipments from Illinois to Feitian)

Exhibit JJ   Federal Courts Management Statistics Table C-5 for Median Time Intervals for Disposition of Civil Cases Period Ending September 30, 2005