WEI LI

32

1    A.        Liu Hui.

2    Q.        How long has Liu Hui been the sales manager

3    at Feitian?

4    A.        Since early this year.

5    Q.        Okay.  Have you asked anyone what does

6    Feitian or -- has Feitian since October of 1999 done

7    any business in California?

8    A.        I don't know.

9    Q.        Did you ever ask Liu Yuhong specifically

10   whether Feitian was doing any business in California?

11   A.        No.

12   Q.        Did you ever ask Liu Hui if Feitian has done

13   any business in California?

14   A.        I ask.

15   Q.        And what answer did you get?

16   A.        I haven't heard from Liu Hui yet.

17   Q.        Okay.  If you wanted to find out if Feitian

18   did business in California, what business records does

19   Feitian have that would show you whether or not Feitian

20   does any business in California or has done any

21   business in California?

22   A.        I'm not sure about their personal business.

23   Q.        My question is, if you wanted -- if someone

24   wanted to find out if Feitian has done any business in

WEI LI

33

1    California since October of 1999, what records does

2    Feitian have that that person could look at to find out

3    if Feitian has done any business in California since

4    October of 1999?

5    A.        Personal e-mail.

6    Q.        Have you asked Mr. Hui to look at personal

7    e-mails to determine if Feitian has done any business

8    in the State of Delaware since October of 1999?

9    A.        Yes.

10    Q.        Okay.  And when you say personal e-mails,

11    describe what you mean?  Whose personal e-mails?

12    A.        Liu Yuhong personal e-mail.

13    Q.        Anyone else?

14    A.        No.

15    Q.        Did Mr. Hui look at Liu Yuhong's personal

16    e-mails?

17    A.        I don't know.

18    Q.        If you wanted to find out -- if someone

19    wanted to find out whether Feitian did any business in

20    California since October of 1999, what records could a

21    person look at to determine that?

22              THE INTERPRETER:  Ma'am, the interpreter

23              was asked to repeat.

24              THE WITNESS:  Personal e-mail.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

**WEI LI**

34

1    BY MS. O'LAUGHLIN:

2    Q.        And whose personal e-mails?

3    A.        Liu Yuhong.

4    Q.        Did you ask anyone to look at Liu Yuhong's

5    personal e-mails to determine whether or not Feitian

6    had done any business in California since October of

7    1999?

8    A.        Yes.

9    Q.        And do you know if Mr. -- and who did you

10   ask?

11   A.        Liu Hui.

12   Q.        Okay.  And Mr. Hui has not -- do you know

13   whether or not Mr. Hui has, in fact, reviewed any

14   e-mails from Liu Yuhong in response to your request?

15   A.        I don't know.

16   Q.        Does Yuhong translate as an Anglicized

17   version of -- is that Rachel?

18   A.        I don't know.

19   Q.        Okay.  Was Liu Yuhong a man or woman?

20   A.        Liu Yuhong is a woman.

21   Q.        Okay.  Was her title international sales and

22   marketing manager?

23   A.        Can I take a rest?

24   Q.        Yes.  How much time do you need, Mr. Li?

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

1   A.        About ten minutes.

2   Q.        Okay.  Before we break could you just answer

3   my last question.  Was Ms. Yuhong's title international

4   sales and marketing manager?

5   A.        Yes.

6              MS. O'LAUGHLIN:  Okay.  We'll take ten

7              minutes.  Don't hang up.  We'll just keep the

8              line open.

9              (At this time, a brief recess was

10             taken.)

11  BY MS. O'LAUGHLIN:

12  Q.        Mr. Li, let me understand what you said

13  before we took the break.  Is it your testimony that

14  the only information anywhere in Feitian concerning

15  sales to California or Delaware would be located in the

16  personal e-mails of someone who hasn't worked for

17  Feitian for about a year?

18             THE INTERPRETER:  Mr. Li did not answer

19             the question.

20  BY MS. O'LAUGHLIN:

21  Q.        Mr. Li, can you answer that question?

22  A.        Well, other information might be in fax too.

23  Q.        In?

24  A.        Fax.

WEI LI

36

1   Q.        Faxes.  So Feitian communicates not just by

2   e-mail but by faxes as well; is that what your

3   testimony is?

4   A.        And also phone.

5   Q.        Okay.  So have you or has anyone reviewed the

6   fax records of Feitian to determine whether or not

7   Feitian has had any communications to or from the

8   States of Delaware or California since October of 1999?

9   A.        Up to now we haven't found any.

10  Q.        My question was, have you asked anyone or do

11  you know if anyone has looked at all the fax records of

12  Feitian to determine whether there were any

13  communications to or from the States of Delaware or

14  California since October of 1999?

15  A.        Yes.

16  Q.        Where are the fax records kept?

17  A.        Personal file folder.

18  Q.        Personal file folders.  Whose personal file

19  folders?

20  A.        Liu Hui.

21  Q.        The sales manager?

22  A.        Yes.

23  Q.        How long has the sales manager worked for

24  Feitian?

WEI LI

37

1    A.        You already asked this question before.

2    Q.        Okay.  Could you refresh my recollection what

3    you answered?

4    A.        Since early this year.

5    Q.        Okay.  So where are the fax records for

6    Feitian that predate early this year when the sales

7    manager started working for Feitian?

8    A.        Liu Yuhong folder.

9    Q.        Okay.  So all the -- and how long did Ms. Liu

10   Yuhong work at Feitian?

11   A.        I don't remember clearly.

12   Q.        Okay.  Did she work there in 1999?

13   A.        It seems not.

14   Q.        Did she work there in 2000?

15   A.        No.

16   Q.        Did she work there in 2001?

17   A.        No.

18   Q.        Did she work there in 2002?

19   A.        I don't remember.

20   Q.        Okay.  What about 2004, did she work there in

21   2004?

22   A.        Yes.

23   Q.        Okay.  Now, before Ms. Yuhong worked or

24   Ms. Yuhong worked at Feitian, where were the -- strike

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

1  that.

2          Are you telling me that all of Feitian's fax

3  records are located either in the personal file of Liu

4  Yuhong, the former person in the -- former

5  international sales and marketing manager or are in the

6  personal file of Liu Hui who is now the sales manager?

7  A.      Yes.

8  Q.      And that all Feitian's fax records from

9  October of 1999 to the present are located in one of

10 those two personal files; is that your testimony?

11 A.      They take care of what they are doing.

12 Q.      That doesn't answer my question, Mr. Li.  My

13 question is, are all the fax records of Feitian from

14 October 1999 to the present kept either in the personal

15 file of Liu Yuhong or the personal file of Liu Hui; is

16 that your testimony?

17 A.      I'm not sure.

18 Q.      What about phone records, where are the phone

19 records of Feitian kept?

20 A.      No, there is no phone records.

21 Q.      Feitian doesn't keep records of its calls at

22 all?

23 A.      Yes.

24 Q.      Has Feitian ever kept records of its phone

WEI LI

39

1   calls?

2   A.        No.

3   Q.        Does Feitian have the ability -- well, does

4   Feitian have an international phone carrier?

5             THE INTERPRETER:  Ma'am, Mr. Li is

6             asking the interpreter to paraphrase.

7             MS. O'LAUGHLIN:  Okay.

8             THE WITNESS:  Well, there isn't any

9             specific phone carrier.  It's just the public

10            phone carrier.

11  BY MS. O'LAUGHLIN:

12  Q.        Okay.  Does Feitian keep copies of its phone

13  bills?

14  A.        No.

15  Q.        Okay.  Going back to the faxes, do you know

16  whether anyone has reviewed every fax that's in

17  Mr. Hui's file and every fax in Liu Yuhong's personal

18  e-mail file to determine whether or not there were any

19  faxes to or from the States of Delaware or California?

20  A.        Up to now I'm not sure.

21  Q.        Okay.  What other business records does

22  Feitian maintain that would have any information

23  concerning sales or services made to anyone in the

24  State of Delaware or the State of California?

WEI LI

**40**

1          THE INTERPRETER:  Ma'am, is that the end

2      of the question?

3          MS. O'LAUGHLIN:  Yes.

4          THE INTERPRETER:  Meaning to the State

5      of Delaware or California or only Delaware?

6      I missed that.

7          MS. O'LAUGHLIN:  Will the court reporter

8      read back my question?

9          (At this time, the court reporter read

10      back the requested testimony.)

11          THE WITNESS:  No.

12  BY MS. O'LAUGHLIN:

13  Q.      That doesn't answer my question.  No.  My

14  question is, what other records does Feitian have?  Is

15  your answer they don't have any?

16  A.      Yes, do not have any.

17  Q.      Okay.  Tell me how -- describe for me what

18  would happen if I am located in California and I want

19  to buy a product of Feitian.  What steps would I have

20  to take and what steps would Feitian take in that

21  transaction?

22  A.      I can't answer this question.

23  Q.      Why?

24  A.      Now we don't respond to any inquiry from

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

WEI LI

41

1    Delaware or California.

2    Q.          Why don't you now respond to any inquiries

3    from Delaware and California?

4    A.          Because now we do not have a specific

5    salesperson in charge of this.

6    Q.          Okay.  But at any time since 1999 if I

7    made -- if I'm in California and I try to buy a Feitian

8    product or get a service of Feitian's, describe to me

9    the steps that would be taken in that transaction?

10   A.          I can't answer this hypothetical question.

11   Q.          Mr. Li, it's not a hypothetical question.

12   Well, prior -- is it your testimony that because

13   Feitian doesn't have someone in charge of international

14   sales that Feitian is not attempting to make any sales

15   in the United States?

16                    THE INTERPRETER:  Ma'am, the interpreter

17             needs to ask Mr. Li to repeat.

18                    MS. O'LAUGHLIN:  Okay.

19                    THE WITNESS:  Well, my testimony is only

20             regarding the situation in Delaware and

21             California.

22   BY MS. O'LAUGHLIN:

23   Q.          Okay.  Then let me ask the question so -- and

24   you refuse to answer as to any place other than

WEI LI

1    Delaware or California; is that correct?

2    A.        Yes.

3    Q.        Okay.  Is it your testimony, then, that since

4    Liu Yuhong left Feitian that Feitian has not attempted

5    to make any sales or provide any services or make any

6    offers of sales to anyone in the State of California?

7    A.        I need to confirm.

8    Q.        Who would you confirm with?

9    A.        I need to confirm the situation now.

10   Q.        And who would you confirm it with?

11   A.        Liu Hui.

12   Q.        I have the same question concerning Delaware.

13   Would you have the same answer?

14   A.        Yes.

15   Q.        Okay.  Before Liu Yuhong left Feitian, did

16   Feitian make sales or offers of sales or provide any

17   services to anyone in California?

18   A.        I don't know now.

19   Q.        Who would know?

20   A.        Liu Hui need to check it.

21   Q.        How would Liu Hui check it?

22   A.        Check into previous e-mail of Liu Yuhong.

23   Q.        What about before Liu Yuhong worked at

24   Feitian from October of 1999 onwards, did Feitian make

WEI LI

43

1    any offers of sale or sales or provide any services to

2    anyone in California?

3    A.        I'm not sure.

4    Q.        Okay.  Have you asked?

5    A.        Yes.

6    Q.        Who did you ask?

7    A.        Liu Hui.

8    Q.        Okay.  And how would Liu Hui answer your

9    question?

10   A.        Well, Liu Hui needs time to look into this

11   matter.

12   Q.        Okay.  And did you give Mr. Hui any direction

13   as to how he was to look into this matter?

14   A.        No.

15   Q.        Well, how do you expect him to look into the

16   matter unless he is given direction?

17   A.        I don't know.  That's his responsibility.

18   Q.        Mr. Li, though, this Liu Hui, the sales

19   manager has been with Feitian for less than a year; is

20   that correct?

21   A.        Yes.

22   Q.        And he reports to you; is that correct?

23   A.        Yes.

24   Q.        Do you intend to give him any direction as to

WEI LI

44

1    how he should obtain the information that's needed to

2    answer the questions as to what business Feitian does

3    and has done since October 1999 in California?

4    A.        No.

5    Q.        Have you given Mr. Hui any direction as to

6    how to obtain the information necessary to answer

7    Aladdin's questions as to the business that Feitian has

8    done since October 1999 to the present in the State of

9    Delaware?

10    A.        No.

11    Q.        Have you had any discussions with anyone else

12    at Feitian about answering Aladdin's questions as to

13    whether or not Feitian has made offers of sale or sales

14    or provided services to anyone in Delaware or

15    California?

16    A.        No.

17    Q.        When Feitian sells a product, does it

18    generate any invoice concerning that sale?

19    A.        Yes.

20    Q.        Okay.  Have you asked Mr. Hui or anyone else

21    to review any invoices prepared by Feitian to see if

22    there were any purchases of Feitian products by anyone

23    in Delaware or California?

24    A.        Yes, I ask.

WEI LI

45

1    Q.        Okay.  Do you know if he has?

2    A.        Yes, he did.  He has.

3    Q.        Did you ask him to look at invoices from

4    October 1999 to the present?

5    A.        Yes.

6    Q.        Okay.  Do you know if Mr. Hui has completed

7    his review of the invoices from October 1999 to

8    present?

9    A.        We only keep three month of record of the

10   invoice.

11   Q.        So Feitian only has the most recent three

12   months invoices?

13   A.        Yes.

14   Q.        Is that company -- did Feitian ever keep

15   invoices for more than three months?

16   A.        Our rule is to keep at least three months of

17   invoice, so sometimes it might be longer.

18   Q.        Are the invoices kept in a central location?

19   A.        No.

20   Q.        Okay.  Tell me how the invoices or where the

21   invoices are kept.

22   A.        The sales manager keeps the invoices.

23   Q.        Okay.  Before Mr. Hui was the sales manager,

24   would that -- well, let me ask this way.  Would that

WEI LI

46

1    be -- is Mr. Hui the sales manager and he -- it's

2    considered his job to keep the invoices; is that what

3    you're testifying?

4    A.        Yes.

5    Q.        Okay.  Is it your testimony that if I'm a

6    long-term customer of Feitian and I purchase products

7    for five years from Feitian, that you would only --

8    Feitian only has my sales records, my invoices, for the

9    last three months?

10   A.        Well, we will keep at -- we will keep at

11   least three months invoice.  Sometimes it might be

12   longer.

13   Q.        Did Mr. Hui, does he have all of the sales

14   invoices for all the sales that Feitian has?

15   A.        No.

16   Q.        Okay.  Who else has the sales invoices?

17             MR. REEVES:  And let me go ahead and

18             interject an objection here to the extent

19             that the invoices are coming from places

20             other than Delaware and California.

21             MS. O'LAUGHLIN:  Well, how would he

22             know, Mr. Reeves, unless he looked at them?

23             MR. REEVES:  Well, I mean --

24             MS. O'LAUGHLIN:  I'm trying to figure

1    out how Feitian, what he looked at, and how

2    Feitian keeps its business records in the

3    usual course of business.

4         MR. REEVES:  I understand, and I think

5    you're entitled to that as long as we're

6    talking about how they keep business records

7    coming from Delaware and California but not

8    business records for sales that may go to

9    places like Finland or, you know, assuming

10   they have sales in Finland.  So, you know, as

11   long as they are talking about, you know,

12   U.S. based California and Delaware invoices,

13   then I'll let him answer the question.  But I

14   don't think he needs to answer the questions

15   for the business invoices.

16   BY MS. O'LAUGHLIN:

17   Q.    Let me ask this question, Mr. Li.  Does

18   Feitian segregate the invoices that are for sales and

19   purchases in the United States from its other invoices?

20   A.    Well, whoever is in charge, whoever will take

21   care of the invoice, and I'm not sure about other

22   details.

23   Q.    Who is that person currently?  Well, have you

24   asked for details on where the invoices for U.S. sales

WEI LI

48

1    are maintained?

2    A.        Yes.

3    Q.        And what were you told and who did you ask?

4    A.        I asked Liu Hui.

5    Q.        And what were you told?

6    A.        He kept the invoice in his file folder.

7    Q.        Is Mr. Hui responsible for all the invoices

8    for U.S. sales?

9    A.        Well, this is beyond those two things so I

10   can't answer this question.

11            MS. O'LAUGHLIN:  Mr. Reeves, could

12            you -- I think that this is a legitimate

13            question to try to find out what kind of

14            business records Feitian maintains.  I'm only

15            asking him who maintains the business records

16            concerning U.S. sales.  I haven't --

17            MR. REEVES:  To the extent the question

18            just calls for who maintains them --

19            MS. O'LAUGHLIN:  And how --

20            MR. REEVES:  And let me talk to the

21            translator.  You can translate to the extent

22            that the question is just asking for who

23            maintains the business records for sales in

24            the U.S. he can answer.

WEI LI

49

1              THE WITNESS:  Liu Hui.

2    BY MS. O'LAUGHLIN:

3    Q.        Before Mr. Hui who maintained them?

4    A.        Liu Yuhong.

5    Q.        And before Liu Yuhong?

6    A.        Nobody.

7    Q.        How are -- well, what records does Feitian

8    maintain concerning its U.S. sales?  Could you describe

9    the records it maintains?

10   A.        Do you refer to the invoices?

11   Q.        Invoices among other things.  What I'm trying

12   to find out is I want him to describe what kind of

13   records are maintained by Feitian in the usual course

14   of business for its U.S. sales?

15   A.        E-mail, fax, and invoices.

16   Q.        Anything else?

17   A.        No.

18   Q.        And is e-mails, fax, and invoices, are those

19   the business records that Feitian has maintained for

20   its U.S. sales since October of 1999, those kinds of

21   records?

22   A.        Yes.

23              THE INTERPRETER:  Mr. Li is question how

24              long do you still need to ask me questions?

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

WEI LI

50

1    MS. O'LAUGHLIN:  It depends.  At least

2    another hour or more.

3    THE WITNESS:  Well, if the hour are too

4    long can we change another time?

5    MS. O'LAUGHLIN:  Yes, as long as it's

6    within the next several weeks, if he's

7    available.

8    MR. REEVES:  Well, let me interrupt.  If

9    counsel wants to continue the deposition,

10   then we would agree to that.  We would set a

11   time within the next several weeks although I

12   want to confirm that while I have a

13   translator with me that Mr. Li would be

14   available.  Is that what you're saying, Mary

15   Ellen?

16   MS. O'LAUGHLIN:  Well, I'm not

17   suggesting it.  Mr. Li seems to be suggesting

18   it.

19   MR. REEVES:  I understand.  I guess,

20   one, my question is, are you agreeing to --

21   MS. O'LAUGHLIN:  If he wants to end it

22   now?

23   MR. REEVES:  Yes, ma'am, or in some time

24   when, you know, when he feels he needs to end

WEI LI

51

1    it, I guess.

2        MS. O'LAUGHLIN:  Yeah.  I'm agreeable to

3    continuing it then, especially since it will

4    give him time to complete the review

5    concerning the California contacts.  So when

6    he feels that he's had enough today, then we

7    can reconvene.  I just don't want to push it

8    out too far.

9        MR. REEVES:  What would you say within

10   the next two weeks, three weeks, or what

11   would be your time frame?

12       MS. O'LAUGHLIN:  Yeah.  I mean, our

13   discovery deadline is end of September.  I

14   don't want to push up against that.  What I'd

15   like is -- I don't want to reconvene and have

16   him tell me that he's not had time to

17   investigate as to the California contacts.

18       MR. REEVES:  May I use the translator

19   then?

20       MS. O'LAUGHLIN:  Yes.

21       MR. REEVES:  Translator?

22       THE INTERPRETER:  Yes.

23       MR. REEVES:  Are you there?

24       THE INTERPRETER:  Yes.  Yes.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

WEI LI

52

1          MR. REEVES:  I would like you to tell

2      Mr. Li that we have an agreement to continue,

3      maybe use the word postpone, the deposition

4      if he can agree that he will reappear to

5      finish the deposition some time within the

6      next three weeks, and that by that time he

7      will also have had a chance to have reviewed

8      the California documents.  So if he can say

9      those two things, then we would continue the

10     deposition for another date in that time

11     frame.

12          THE WITNESS:  Yes, I agree.

13          MR. REEVES:  Okay.

14  BY MS. O'LAUGHLIN:

15  Q.      Before we end, though, could I just ask one

16  closing, one question?

17          Mr. Li, from what Mr. Hui has reviewed so

18  far, has he found or has anyone told you that they

19  found any information concerning business that Feitian

20  does in California or Delaware, does or has done?

21  A.      No.

22  Q.      Mr. Li, how much time do you think you need

23  to complete the investigation concerning Feitian's

24  contacts with California and Delaware so that we can

WEI LI

53

1    know when we can reconvene the deposition?

2    A.        Three weeks.

3    Q.        Okay.  Could you try -- I'd appreciate if you

4    would try to make it a shorter time period because that

5    really pushes things up against our deadline.

6                MR. REEVES:  Let me just interject.

7                Could he agree to do it in two weeks?

8                Translator, would you ask him that?

9                THE WITNESS:  Yeah.  Sure.  Yes, I

10               agree.

11               MS. O'LAUGHLIN:  Okay.

12               MR. REEVES:  Two weeks it is then.

13   BY MS. O'LAUGHLIN:

14   Q.        I just have one other question.  Is Zhao

15   Wenwang still employed at Feitian?

16   A.        No, there is no such a person at --

17   Q.        He was the assistant manager, the department

18   of international sales and marketing?

19   A.        You mean --

20               MR. REEVES:  Wenwang.

21   BY MS. O'LAUGHLIN:

22   Q.        Sorry.  Z-H-A-O, and then W-E-N-W-A-N-G.  Am

23   I really just mispronouncing it?

24   A.        Yes, there is such a person.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

WEI LI

54

1    Q.        And he is still at Feitian?

2    A.        No.

3    Q.        No.  Is there still a department of

4    international sales and marketing?

5    A.        Yes.

6    Q.        Who is in charge of that now?

7    A.        Me.

8             MS. O'LAUGHLIN:  Okay.  All right.

9    Thank you.  So we'll reconvene in two weeks.

10   Mr. Reeves, I guess you'll talk to your

11   client and give me exact date and time.

12            MR. REEVES:  Will do it.

13            MS. O'LAUGHLIN:  Okay.  Take care

14   everyone.

15            (Witness excused.)

16            (Deposition concluded at 11:55 p.m.)

17

18

19

20

21

22

23

24

**WEI LI**

55

```
1                    C E R T I F I C A T I O N
2            I, ELISABETTA L. ANDREINI,
3    Professional Reporter and Notary Public, do
4    hereby certify that the foregoing is a true
5    and accurate transcript of the stenographic
6    notes taken by me in the aforementioned
7    matter.
8
9
10           (This certification does not apply to
11   any reproduction of this transcript, unless
12   under the direct supervision of the
13   certifying court reporter.)
14
15
16
17
18
19
20   DATED:
21
                    ELISABETTA L. ANDREINI
22           ELISABETTA L. ANDREINI
23
24
```

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

**A**

ability 39:3
Abington 4:20
about 6:7,12 7:24
  9:10 11:5,17 14:11
  16:2,2,12,14,15,17
  16:20 17:3,9 18:7
  19:9,13,16,22 20:2
  20:11 21:4,17 23:18
  25:3 26:11 29:1,6
  29:22 30:5,20 31:13
  31:19 32:22 35:1,17
  37:20 38:18 42:23
  44:12 47:6,11,21
accounting 10:15,19
accurate 55:5
act 24:15
administer 5:5
admitted 20:23
advise 21:8
advisement 20:14
aforementioned 55:6
again 6:16 8:8 10:24
  11:21 20:10 23:15
  26:19 28:19
against 8:16 51:14
  53:5
agent 24:17,18
ago 31:20
agree 5:8 50:10 52:4
  52:12 53:7,10
agreeable 51:2
agreed 5:10 8:12
agreeing 6:15 50:20
agreement 5:2 24:20
  25:8,13,23 26:3,8
  26:12,17 52:2
ahead 46:17
Aladdin 1:4 4:10
  5:14,18,20 6:10
Aladdin's 6:6 9:13
  44:7,12
allowed 26:17 27:2
along 9:1
already 11:11 20:21

20:23 22:1,7 37:1
although 5:2 50:11
America 26:24 27:8
  27:11
among 49:11
ANDREINI 1:13
  55:2,22
Anglicized 34:16
another 10:19 50:2,4
  52:10
answer 9:10 16:24
  17:17 20:3 21:17
  22:23 23:17 25:4,12
  25:18,19,21 26:21
  28:22 31:7 32:15
  35:2,18,21 38:12
  40:13,15,22 41:10
  41:24 42:13 43:8
  44:2,6 47:13,14
  48:10,24
answered 22:2 25:19
  37:3
answering 5:22 44:12
anyone 4:4 11:7 14:8
  16:8,13 28:11 29:10
  29:13,14,21 30:9
  31:21 32:5 33:13
  34:4 36:5,10,11
  39:16,23 42:6,17
  43:2 44:11,14,20,22
  52:18
Anything 49:16
anyways 6:16
anywhere 24:21
  25:15 27:2,10 28:2
  35:14
apply 55:10
appreciate 53:3
around 30:14
asked 16:15,20 17:1
  20:5 30:20,21 31:1
  31:4,20 32:5 33:6
  33:23 36:10 37:1
  43:4 44:20 47:24
  48:4

asking 7:14 9:16
  12:14 17:6 24:8
  39:6 48:15,22
aspect 20:5
assistant 53:17
assuming 21:21 47:9
attempted 42:4
attempting 41:14
attend 18:4
attendance 18:7
attended 17:11,13,14
  17:19 18:21 19:2,18
  27:15
Attorney 2:5,9
attorney/client 16:23
August 1:16
available 50:7,14
aware 20:22
AZ 27:21,23
AZ-Tech 27:18 28:2
  28:6,11
AZ-Tech's 28:18
A-Z 27:23

**B**

B 3:12
back 19:4 39:15 40:8
  40:10
background 4:4 9:4
based 47:12
before 1:13 5:1 7:2
  10:10,18 19:1 20:15
  21:5 25:20 30:5,8
  30:10 35:2,13 37:1
  37:23 42:15,23
  45:23 49:3,5 52:15
Beijing 4:24 5:4
belief 8:2,10
believe 7:16
beneficial 8:20
besides 15:16,19,23
  15:24 16:1
between 25:23 26:8
  26:17
beyond 48:9

bills 39:13
both 21:17 23:3
BRANZBURG 1:15
  2:3
break 35:2,13
brief 35:9
Broad 2:4
business 9:10 16:14
  16:15,18,21 17:4,10
  19:9,10,14,17,23
  20:2,5,11 21:4
  23:24 24:5 30:15,16
  30:22 31:16,21 32:7
  32:10,13,18,18,20
  32:21,22,24 33:3,7
  33:19 34:6 39:21
  44:2,7 47:2,3,6,8,15
  48:14,15,23 49:14
  49:19 52:19
buy 22:13 40:19 41:7

**C**

C 2:1 55:1,1
California 5:20,24
  9:11 16:14,18,21
  17:4,10,15,20 18:5
  18:8,22 19:10,14,17
  19:19,23 20:12,16
  20:20 21:4,11,20
  22:7,13,21 23:11,18
  23:21 24:13,23 25:2
  25:3,10,12 26:13
  27:7,12,16 28:21
  29:15 32:7,10,13,18
  32:20,21 33:1,3,20
  34:6 35:15 36:8,14
  39:19,24 40:5,18
  41:1,3,7,21 42:1,6
  42:17 43:2 44:3,15
  44:23 46:20 47:7,12
  51:5,17 52:8,20,24
call 15:24 21:7
called 21:2 27:18
caller 8:8
calls 22:20 38:21 39:1

48:18
care 38:11 47:21
  54:13
carrier 39:4,9,10
case 14:11 16:12
central 45:18
certification 55:10
certify 55:4
certifying 55:13
chance 52:7
change 50:4
charge 10:5,8,14,15
  10:21,22 11:2,8,16
  13:6,14 30:3,6,13
  41:5,13 47:20 54:6
Chase 2:8
check 42:20,21,22
checked 31:16
China 5:4
clear 7:24 19:11
clearly 10:2 11:1,22
  14:14 31:8 37:11
client 54:11
closing 52:16
CO 1:8
come 20:16
comes 20:24 22:4
coming 4:3 46:19
  47:7
commencing 1:17
communicates 36:1
communications 36:7
  36:13
companies 22:18
  23:8
company 8:21 9:9
  17:19 23:20,23 24:4
  24:9,13,15 25:11,16
  25:20 27:18,20 28:4
  28:7,8,10 45:14
complete 51:4 52:23
completed 45:6
Computer 21:16
concerning 11:13
  21:11 35:14 39:23

42:12 44:18 48:16
  49:8 51:5 52:19,23
concluded 54:16
conduct 21:9
conference 17:22,24
  18:8,9,12,21 19:2
  19:18 20:22 21:14
  27:16 28:12
conferences 18:5
  21:23
confirm 18:24 31:7
  42:7,8,9,10 50:12
considered 46:2
constantly 31:12,16
contact 6:7 21:18
contacts 5:15,17,19
  5:23,24 6:12 20:11
  21:11,19,22 22:6
  51:5,17 52:24
continue 50:9 52:2,9
continued 21:6
continuing 51:3
copies 39:12
correct 6:1,2 17:15
  19:5,8 27:12 42:1
  43:20,22
counsel 5:10 50:9
Counselor 8:22
couple 8:24
course 47:3 49:13
court 1:1,19 4:13 5:2
  5:4,7,18 6:19 9:2
  12:16,24 17:12
  20:15 21:12 40:7,9
  55:13
courtroom 7:2
currently 13:17
  47:23
customer 46:6

——————————
D
D 3:1
date 52:10 54:11
DATED 55:20
day 20:14

deadline 51:13 53:5
Defendant 2:9 4:15
  9:9
Defendants 1:10
Delaware 1:1 5:17,20
  5:24 9:10,11 16:14
  16:16 19:9 21:18
  22:21 23:11,18,21
  24:14,22 25:1,3,10
  25:11 26:13,24 27:4
  28:21 29:11,18,23
  30:7,17 31:17,22
  33:8 35:15 36:8,13
  39:19,24 40:5,5
  41:1,3,20 42:1,12
  44:9,14,23 46:20
  47:7,12 52:20,24
department 53:17
  54:3
depends 50:1
deposition 1:4,12
  5:23 6:5,9 9:14 14:4
  14:17 15:14,17 16:3
  19:5,13 21:5,7,9,10
  50:9 52:3,5,10 53:1
  54:16
describe 33:11 40:17
  41:8 49:8,12
DESCRIPTION 3:13
designated 14:16
  15:6
designee 6:4,11 9:8
  9:14 21:10
detail 20:3
details 26:22 47:22
  47:24
determine 33:7,21
  34:5 36:6,12 39:18
difficult 9:6
direct 55:12
direction 43:12,16,24
  44:5
discovery 5:19 20:24
  26:5 51:13
discussions 44:11

distributes 23:20
distribution 25:22
  26:8,16,16
distributor 24:15
distributors 22:17
DISTRICT 1:1,1
documents 15:13
  20:20 26:4 52:8
doing 23:24 24:5
  32:10 38:11
done 30:16 32:6,12
  32:20,24 33:3,7
  34:6 44:3,8 52:20
duly 6:21
during 5:22 6:5 21:13

——————————
E
E 2:1,1 3:1,12 55:1
early 32:4 37:4,6
Eight 10:17
either 38:3,14
ELISABETTA 1:13
  55:2,22
Ellen 2:3 4:9 50:15
ELLERS 1:15 2:3
employed 53:15
end 40:1 50:21,24
  51:13 52:15
English 28:15
enough 51:6
entire 11:15
entitled 6:6 27:11
  47:5
ERSA 1:19
especially 51:3
ESQUIRE 2:3,7
ever 25:22 26:3 27:15
  27:18 28:12 32:9,12
  38:24 45:14
every 18:12,15,18
  39:16,17
everyone 4:6 54:14
exact 54:11
EXAMINATION 1:5
examined 6:22

exchange 18:10
exchanged 31:11
excused 54:15
exhibit 17:11,13
exhibition 17:14,20
  17:21
exhibitions 18:5
exhibits 3:15
exist 22:6
expect 43:15
explain 17:17 20:3
  25:18
extent 22:19 23:10
  24:24 25:2 28:20
  46:18 48:17,21
e-mail 33:5,12,24
  36:2 39:18 42:22
  49:15
e-mails 28:24 29:4,10
  29:14 33:7,10,11,16
  34:2,5,14 35:16
  49:18

_____

**F**

F 55:1
fact 34:13
familiar 23:23 24:4
  28:15
far 18:4 51:8 52:18
fax 35:22,24 36:6,11
  36:16 37:5 38:2,8
  38:13 39:16,17
  49:15,18
faxes 36:1,2 39:15,19
feels 50:24 51:6
Feitian 1:8 4:15 5:16
  5:21 6:11 9:9,14
  10:10,16,19 11:7
  14:1,1,16 15:3,9
  18:4,11,21 19:2
  21:10,16 22:10,14
  22:16 23:7,20 24:12
  24:16,20 25:8,9,13
  25:14,23 26:4,8,17
  26:18 27:12,16 28:2

28:12,24 29:3,17,17
29:19,21,22 30:12
30:15,15 31:19,21
32:3,6,6,10,12,17
32:19,19,24 33:2,3
33:7,19 34:5 35:14
35:17 36:1,6,7,12
36:24 37:6,7,10,24
38:13,19,21,24 39:3
39:4,12,22 40:14,19
40:20 41:7,13,14
42:4,4,15,16,24,24
43:19 44:2,7,12,13
44:17,21,22 45:11
45:14 46:6,7,8,14
47:1,2,18 48:14
49:7,13,19 52:19
53:15 54:1
Feitian's 5:15,19 6:7
  6:12 9:10 16:14,17
  16:21 17:4,9 18:7
  19:9,10,14,16,23
  20:11 21:18,19
  23:21 24:17,21
  28:15,18 38:2,8
  41:8 52:23
figure 46:24
file 36:17,18,18 38:3
  38:6,15,15 39:17,18
  48:6
files 38:10
finance 10:15
find 32:17,24 33:2,18
  33:19 48:13 49:12
fine 7:21
finish 52:5
Finland 47:9,10
first 4:2,5 12:19 13:2
  13:11,24 23:1
five 46:7
folder 36:17 37:8
  48:6
folders 36:18,19
follows 6:22
foregoing 55:4

former 38:4,4
found 36:9 52:18,19
frame 51:11 52:11
from 14:5,6,7 22:14
  27:15 28:11,18 29:1
  29:3,10,14,18,22
  30:7 32:16 34:14
  36:7,13 38:8,13
  39:19 40:24 41:3
  42:24 45:3,7 46:7
  46:19 47:7,19 52:17
front 9:20
fully 21:9

_____

**G**

G 2:7 12:22
gather 22:5
gathering 20:18
gave 15:16
generate 44:18
gets 29:17
girl 12:22
give 16:2 30:9 43:12
  43:24 51:4 54:11
given 43:16 44:5
go 19:4 46:17 47:8
going 6:18 7:1 8:4 9:5
  20:9 21:15 26:10,12
  39:15
gotten 20:18
granted 21:12
grounds 16:23
guess 20:24 50:19
  51:1 54:10

_____

**H**

H 3:12
hang 35:7
happen 40:18
hard 9:3
HARRISON 1:15 2:3
HARVEY 1:15 2:3
having 6:21 9:3 21:8
hear 10:2 11:1,22
  17:12 27:18 31:8
heard 28:1 29:3

32:16
hearing 4:5 9:3
held 18:12,15
help 16:8
her 6:12 34:21
him 6:12,16 10:2 11:1
  11:22 12:15,16
  15:24 23:15 31:8
  43:15,24 45:3 47:13
  48:15 49:12 51:4,16
  53:8
Honor 7:13 8:7
hour 50:2,3
Houston 2:9 4:15
Hui 12:4 13:18,21
  14:7,18 31:3 32:1,2
  32:12,16 33:6,15
  34:11,12,13 36:20
  38:6,15 42:11,20,21
  43:7,8,10,12,18
  44:5,20 45:6,23
  46:1,13 48:4,7 49:1
  49:3 52:17
Hui's 39:17
hyphen 27:23
hypothetical 41:10
  41:11
H-U-I 13:24 14:22,23
  15:19
H-U-Y-O-N-G 14:20

_____

**I**

Ideas 23:24 24:5,5,21
  25:8,9,13,14,16,23
  26:8,11,11,16,17,18
  27:2,10,14,15
imprisonment 7:22
Inc 23:24 24:5 27:19
  27:24
include 27:3
including 7:22 24:22
information 5:17 6:7
  14:5,10,11 15:17
  16:2,8,13,15,17,20
  17:3,7,9 18:20

19:13,16,20,22 20:2
20:16,17 21:4 22:6
22:20 23:10 25:1,3
30:8,10 31:12 35:14
35:22 39:22 44:1,6
52:19
**inquiries** 29:1 41:2
**inquiry** 29:18,22 30:7
40:24
**instruct** 16:24
**insure** 8:3
**intend** 14:2 21:9
43:24
**interject** 46:18 53:6
**international** 34:21
35:3 38:5 39:4
41:13 53:18 54:4
**interpreter** 2:12 4:17
4:19,20 5:9,11 7:13
7:14 8:7,8 9:15,16
9:24,24 10:1,23,23
10:24 11:20,20,21
11:23,24 12:2,7,8,9
12:13,17,22 14:19
14:21 15:18 17:5,6
17:23 18:23 23:2,2
23:12,14,16 24:1,7
24:8 25:5 27:20
31:6 33:22,22 35:18
39:5,6 40:1,4 41:16
41:16 49:23 51:22
51:24
**interrupt** 50:8
**introduce** 4:7
**investigate** 51:17
**investigation** 52:23
**invoice** 44:18 45:10
45:17 46:11 47:21
48:6
**invoices** 44:21 45:3,7
45:12,15,18,20,21
45:22 46:2,8,14,16
46:19 47:12,15,18
47:19,24 48:7 49:10
49:11,15,18

**issue** 21:13 25:16

───────────────
             **J**
───────────────
**job** 46:2
**JP** 2:8
**judge** 7:2 21:14
**jurisdictional** 5:14
26:5
**jury** 7:2
**just** 4:5 5:12 6:8
11:16 15:24 21:22
35:2,7 36:1 39:9
48:18,22 51:7 52:15
53:6,14,23

───────────────
             **K**
───────────────
**keep** 12:1 22:10
28:24 35:7 38:21
39:12 45:9,14,16
46:2,10,10 47:6
**keeps** 4:3 45:22 47:2
**kept** 36:16 38:14,19
38:24 45:18,21 48:6
**kind** 48:13 49:12
**kinds** 7:22 49:20
**KLEHR** 1:15 2:3
**know** 4:5 7:8,9,9 9:22
17:11 18:4,7,9,11
18:12,14,15,20
20:14,21 24:9,11
26:7,15,22,23 27:6
27:9,14,17 28:6,8,9
28:11,13,14,16,17
30:8,14,19 32:8
33:17 34:9,12,15,18
36:11 39:15 42:18
42:19 43:17 45:1,6
46:22 47:9,10,11
50:24 53:1
**Knowledge** 1:4 4:10
**known** 23:23 24:4

───────────────
             **L**
───────────────
**L** 1:13 55:2,22
**language** 28:15
**last** 12:4,18 13:2,10

13:24 30:12 31:13
35:3 46:9
**law** 7:6,23
**least** 45:16 46:11
50:1
**left** 31:19 42:4,15
**legitimate** 48:12
**less** 43:19
**let** 4:5 23:5 35:12
41:23 45:24 46:17
47:13,17 48:20 50:8
53:6
**letters** 18:1 27:23
**let's** 15:24 19:4 22:4
**Li** 1:7 3:4 4:24 5:6
6:21,24 7:13 9:8,15
10:1,24 11:21 12:1
12:9,12,24 13:17
14:3 15:11 17:3,5
17:14 18:24 22:10
22:23 23:5,7,12
24:7 26:15,21 31:7
34:24 35:12,18,21
38:12 39:5 41:11,17
43:18 47:17 49:23
50:13,17 52:2,17,22
**LIDDELL** 2:7
**like** 4:6 5:2,13 12:11
12:15 18:16,17 47:9
51:15 52:1
**Limited** 4:11 9:9
**line** 35:8
**link** 28:18
**listen** 11:4 15:15
**Liu** 12:3 13:8,15,18
13:21 14:7,18 15:16
31:1,3,4,10,11,12
31:15,19 32:1,2,9
32:12,16 33:12,15
34:3,4,11,14,19,20
36:20 37:8,9 38:3,6
38:15,15 39:17 42:4
42:11,15,20,21,22
42:23 43:7,8,10,18
48:4 49:1,4,5

**live** 22:13
**LLP** 2:7
**located** 4:23 5:4
22:18 24:13 28:4
29:11,15,18 35:15
38:3,9 40:18
**location** 45:18
**LOCKE** 2:7
**long** 10:7,16 32:2
36:23 37:9 47:5,11
49:24 50:4,5
**longer** 45:17 46:12
**long-term** 46:6
**look** 26:3 29:10,14
33:2,6,15,21 34:4
43:10,13,15 45:3
**looked** 25:22 36:11
46:22 47:1
**LTD** 1:4,8
**Lu** 2:12 4:20
**L-I** 13:2
**L-I-U** 12:18,19 13:10
13:11,24 14:20,21
14:23 15:19

───────────────
             **M**
───────────────
**made** 29:6,21 39:23
41:7 44:13
**maintain** 39:22 49:8
**maintained** 48:1 49:3
49:13,19
**maintains** 48:14,15
48:18,23 49:9
**make** 21:14 22:16
23:7 25:9,14 41:14
42:5,5,16,24 53:4
**man** 34:19
**manager** 10:5,7,13
10:18,21 11:16 15:4
15:5,8,11,24 16:1,7
19:6,9 29:6,9,13
30:21 32:2 34:22
35:4 36:21,23 37:7
38:5,6 43:19 45:22
45:23 46:1 53:17

many 11:12
marked 3:13,15
market 30:4,6
marketing 34:22 35:4
  38:5 53:18 54:4
Mary 2:3 4:9 50:14
Matt 4:14 9:2
matter 5:13 43:11,13
  43:16 55:7
MATTHEW 2:7
may 5:18 22:1 47:8
  51:18
maybe 11:23 52:3
ma'am 9:15,24 10:23
  11:20 15:18 17:5,23
  18:23 24:1,7 25:5
  27:20 31:6 33:22
  39:5 40:1 41:16
  50:23
mean 15:18 33:11
  46:23 51:12 53:19
Meaning 40:4
memory 18:16
might 35:22 45:17
  46:11
mind 14:3
minutes 35:1,7
mispronouncing
  53:23
missed 40:6
month 45:9
months 45:12,15,16
  46:9,11
more 14:12 20:3
  21:22 45:15 50:2
Morgan 2:8
most 45:11
move 9:1
much 34:24 52:22

—————— N ——————

N 2:1 3:1 55:1
name 4:9,22 12:3,4
  12:16,19,20,24 13:2
  13:3,7,11,11,13,16

13:24,24 17:24
  27:21
necessarily 6:15
necessary 44:6
need 7:16,20 10:24
  18:23 23:15 30:14
  31:6 34:24 42:7,9
  42:20 49:24 52:22
needed 44:1
needs 8:8 10:1 11:21
  41:17 43:10 47:14
  50:24
neither 24:13
Never 14:3
next 50:6,11 51:10
  52:6
Nobody 30:22 49:6
noise 4:3
Notary 1:14 55:3
notes 55:6
nothing 7:11
notice 9:13
NUMBER 3:13

—————— O ——————

O 55:1
oath 5:5 7:1,7 8:24
object 5:21 16:22
  23:9 24:24 26:10
  28:19
objected 5:16
objection 22:19 23:1
  23:6 26:19 46:18
obtain 5:19 20:17
  21:3 44:1,6
October 30:16 32:6
  33:1,4,8,20 34:6
  36:8,14 38:9,14
  42:24 44:3,8 45:4,7
  49:20
offers 42:6,16 43:1
  44:13
offices 1:14 4:11
okay 4:21 5:1,11 6:3
  6:13,18,24 7:5,15

7:19 8:2,6,12,15,19
  9:13,17,22 10:3,16
  10:18 11:7,12 12:2
  12:13,17 14:1 15:8
  15:13,16,23 16:7,13
  17:17,21 19:4 20:7
  22:3 23:2 24:11
  26:7,15,23 27:6
  28:11,17 29:5,9,17
  30:12 31:4,9,15
  32:5,17 33:10 34:12
  34:19,21 35:2,6
  36:5 37:2,5,9,12,20
  37:23 39:7,12,15,21
  40:17 41:6,18,23
  42:3,15 43:4,8,12
  44:20 45:1,6,20,23
  46:5,16 52:13 53:3
  53:11 54:8,13
one 11:14,16 14:15
  16:5,6 38:9 50:20
  52:15,16 53:14
only 19:6,8 20:14
  23:17 35:14 40:5
  41:19 45:9,11 46:7
  46:8 48:14
onto 28:18
onwards 42:24
open 35:8
ORAL 1:5
orally 14:13
order 19:12
ordered 5:18 20:15
other 5:23 6:11 7:22
  11:4 15:15,23 18:5
  19:20,22 22:7,17
  23:8 35:22 39:21
  40:14 41:24 46:20
  47:19,21 49:11
  53:14
out 12:8,10 20:24
  22:4 32:17,24 33:2
  33:18,19 47:1 48:13
  49:12 51:8
outside 5:17 22:20

23:10 25:1 26:12
  28:20
O'Laughlin 2:3 3:6
  4:2,9,17,21 5:1,9,12
  6:3,18,23 7:15,18
  8:11 9:2,7,17,19
  10:3,6 11:6,23 12:5
  12:11,14,21,23 13:4
  13:5,12,19,22 14:19
  14:23 15:1,20,22
  17:2,8 18:1,3 19:3
  20:7,9 21:1,24 22:3
  22:9,22 23:4,14,19
  24:3,10 25:7 26:14
  26:20 27:22 28:23
  31:9,14 34:1 35:6
  35:11,20 39:7,11
  40:3,7,12 41:18,22
  46:21,24 47:16
  48:11,19 49:2 50:1
  50:5,16,21 51:2,12
  51:20 52:14 53:11
  53:13,21 54:8,13

—————— P ——————

P 2:1,1
PA 2:4
PAGE 3:3,13
paraphrase 39:6
part 28:2
participated 28:12
partners 22:17
penalties 7:6
Pennsylvania 1:16,20
  4:12
people 11:12
people's 11:4 15:15
period 53:4
person 11:11,14,17
  11:19 12:3,19 13:6
  13:13,16 15:2,20,23
  29:19 30:2,6 31:20
  33:2,21 38:4 47:23
  53:16,24
personal 8:2 32:22

WEI LI

33:5,6,10,11,12,15
33:24 34:2,5 35:16
36:17,18,18 38:3,6
38:10,14,15 39:17
**personally** 17:14
**person's** 13:7
**Philadelphia** 1:16,20
2:4 4:12 5:3
**phone** 36:4 38:18,18
38:20,24 39:4,9,10
39:12
**pings** 9:4
**place** 41:24
**places** 46:19 47:9
**Plaintiff** 2:5 4:10
**Plaintiffs** 1:6
**Plaza** 1:20
**please** 11:24 20:4
22:23 23:1
**position** 6:6 10:12,19
15:2 31:11
**postpone** 52:3
**predate** 37:6
**preliminary** 5:13
**prepare** 14:4 15:14
15:17 16:8 19:5,12
**prepared** 44:21
**presence** 5:7
**present** 38:9,14 44:8
45:4,8
**previous** 42:22
**previously** 31:1
**prior** 41:12
**privilege** 16:23
**problems** 4:4
**PROCEEDINGS** 4:1
**produce** 20:10,19
**produced** 21:16 26:4
26:9
**product** 22:14 29:22
40:19 41:8 44:17
**products** 22:17 23:21
24:16,21 25:9,15
26:18 27:12 29:1
44:22 46:6

**Professional** 1:14
55:3
**programs** 16:12
**promise** 8:3
**provide** 42:5,16 43:1
**provided** 44:14
**providing** 5:16
**public** 1:14 39:9 55:3
**punished** 7:21
**punishment** 7:22
**purchase** 46:6
**purchases** 44:22
47:19
**pursuant** 25:14
**push** 51:7,14
**pushes** 53:5
**put** 6:8,15
**p.m** 1:17 54:16

———————
**Q**
**question** 13:13 19:12
22:23 24:2 25:6,12
25:21 32:23 35:3,19
35:21 36:10 37:1
38:12,13 40:2,8,13
40:14,22 41:10,11
41:23 42:12 43:9
47:13,17 48:10,13
48:17,22 49:23
50:20 52:16 53:14
**questions** 5:22 6:4
9:10 20:11 21:17
22:2 23:15,18 26:11
44:2,7,12 47:14
49:24
**quit** 11:11 13:7,14

———————
**R**
**R** 2:1 55:1
**Rachel** 34:17
**raised** 21:13
**read** 40:8,9
**really** 53:5,23
**reappear** 52:4
**recall** 6:10
**receives** 28:24

**recent** 45:11
**recess** 35:9
**recollection** 37:2
**reconvene** 51:7,15
53:1 54:9
**record** 6:9 45:9
**records** 22:10 32:18
33:1,20 36:6,11,16
37:5 38:3,8,13,18
38:19,20,21,24
39:21 40:14 46:8
47:2,6,8 48:14,15
48:23 49:7,9,13,19
49:21
**recovery** 5:14
**Reeves** 2:7 4:14,14
5:8 6:1,2,14 8:22
9:5 16:22 20:7,8,13
21:1,21 22:1,4,19
22:24 23:9 24:24
26:10,19 28:19
46:17,22,23 47:4
48:11,17,20 50:8,19
50:23 51:9,18,21,23
52:1,13 53:6,12,20
54:10,12
**refer** 49:10
**referring** 17:21
**refresh** 37:2
**refuse** 41:24
**regarding** 41:20
**related** 20:20
**relationship** 24:11
**relevant** 14:5,10
**religional** 8:10
**remember** 14:13 19:1
37:11,19
**repeat** 7:14 9:16 17:6
17:23 23:13 24:1,8
25:5 33:23 41:17
**repercussions** 8:16
**replace** 14:2
**replaced** 14:1
**report** 11:12 15:15
20:6 29:3,5,6

**reported** 9:21 16:1
**reporter** 1:14 4:13
5:3,5,7 6:19 9:3
12:16 13:1 17:12
40:7,9 55:3,13
**REPORTERS** 1:19
**reports** 11:4,17,19
13:17 43:22
**represent** 4:10,14
**representatives** 27:15
**reproduction** 55:11
**request** 34:14
**requested** 5:14 40:10
**reservation** 6:17
**respond** 13:19 29:19
29:21 30:7 40:24
41:2
**response** 26:5 29:20
34:14
**responsibility** 43:17
**responsible** 48:7
**rest** 34:23
**review** 15:13 44:21
45:7 51:4
**reviewed** 34:13 36:5
39:16 52:7,17
**revised** 9:13
**RF** 23:23 24:4,5,20
25:8,9,13,14,16,23
26:8,11,11,16,17,17
27:2,10,14,15
**right** 6:10 20:19
21:12 22:2 27:4
54:8
**RS** 21:16
**RSA** 17:22 18:1,8
20:22 21:22 27:15
28:12
**rule** 45:16
**R-S-A** 18:1

———————
**S**
**S** 2:1 3:12
**sale** 43:1 44:13,18
**sales** 10:5,8,14,21,22

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

11:3,4,8,13,16,17
13:6,14 15:4,5,8,11
15:24 16:1,7 19:6,9
22:11,16 23:7 25:9
25:14 26:9,12 29:6
29:9,13 30:3,6,13
30:21 32:2 34:21
35:4,15 36:21,23
37:6 38:5,6 39:23
41:14,14 42:5,6,16
42:16 43:1,18 44:13
45:22,23 46:1,8,13
46:14,16 47:8,10,18
47:24 48:8,16,23
49:8,14,20 53:18
54:4
**salesperson** 30:3 41:5
**same** 25:19 26:19
42:12,13
**SAPP** 2:7
**saying** 7:10 50:14
**scheduled** 21:5
**scope** 26:12 28:20
**Security** 23:24 24:5
**see** 20:23 22:4,6
29:10,14 44:21
**seeks** 23:10 25:1,2
**seems** 18:16,17 37:13
50:17
**seen** 9:13
**segregate** 47:18
**selected** 9:22 15:6
**sell** 22:16 24:21 26:18
27:2,10,12
**sells** 44:17
**September** 51:13
**service** 41:8
**services** 39:23 42:5
42:17 43:1 44:14
**set** 50:10
**several** 50:6,11
**shorter** 53:4
**show** 32:19
**since** 21:7 30:16
31:19 32:4,6 33:1,3

33:8,20 34:6 36:8
36:14 37:4 41:6
42:3 44:3,8 49:20
51:3
**site** 28:15,18,18
**situation** 41:20 42:9
**Software** 27:19,24
**some** 17:7 50:23 52:5
**someone** 9:21 29:18
30:13 32:23 33:18
35:16 41:13
**sometimes** 45:17
46:11
**sorry** 23:12 53:22
**South** 1:19 2:4
**specific** 14:12 30:2,3
30:5 39:9 41:4
**specifically** 11:3
21:13 30:20 31:15
32:9
**spell** 12:6,8,9,12,16
12:24 13:9,23
**start** 4:2 5:1
**started** 37:7
**state** 4:7,18,22 5:13
9:11,11 21:18,19
26:23,24 27:3,7
29:22 30:7,23 33:8
39:24,24 40:4 42:6
44:8
**states** 1:1 8:1 10:22
11:3,5,8 22:11,18
23:8 24:18,22 25:15
25:20 26:18,24 27:3
27:7,11 28:5 29:2
36:8,13 39:19 41:15
47:19
**stenographic** 55:5
**steps** 40:19,20 41:9
**still** 22:5 49:24 53:15
54:1,3
**Street** 1:19 2:4
**strike** 14:2 37:24
**sufficient** 21:3
**suggesting** 50:17,17

**Suite** 1:20
**superior** 15:8,10,11
**supervision** 55:12
**sure** 4:19 12:2,13,17
21:14 23:16 32:22
38:17 39:20 43:3
47:21 53:9
**swear** 6:19
**sworn** 6:21
**system** 8:2
**Systems** 1:4 4:11

---

**T**

**T** 3:12 55:1,1
**take** 20:13 34:23 35:6
38:11 40:20,20
47:20 54:13
**taken** 1:13 35:10 41:9
55:6
**taking** 6:9
**talk** 19:6 48:20 54:10
**talked** 19:8
**talking** 29:6 47:6,11
**Tech** 27:23
**Technologies** 1:8 9:9
**technology** 18:9
**Telephone** 2:10,12
**TELEPHONIC** 1:12
**tell** 4:22 7:11,17,20
7:23 8:4,4,13,16,23
15:5 40:17 45:20
51:16 52:1
**telling** 6:8 20:8 38:2
**tells** 30:22
**ten** 35:1,6
**territory** 26:9
**testified** 6:22 20:21
22:8
**testify** 7:7,12 14:16
**testifying** 7:1,3 46:3
**testimony** 16:9 35:13
36:3 38:10,16 40:10
41:12,19 42:3 46:5
**Texas** 4:16
**Thank** 13:4 54:9

**their** 32:22
**themselves** 4:7
**thing** 4:6 19:6
**things** 48:9 49:11
52:9 53:5
**think** 8:15,19 47:4,14
48:12 52:22
**though** 43:18 52:15
**thought** 15:21
**three** 45:9,11,15,16
46:9,11 51:10 52:6
53:2
**through** 22:17 23:8
**time** 3:15 9:3 11:15
16:19 20:6 21:3
30:12 34:24 35:9
40:9 41:6 43:10
50:4,11,23 51:4,11
51:16 52:5,6,10,22
53:4 54:11
**times** 8:24
**title** 34:21 35:3
**today** 7:1,12,23 8:13
8:17 9:23 16:9 51:6
**today's** 15:17 16:2
**Tokens** 23:24 24:6
**told** 8:23 14:13,15
21:2 48:3,5 52:18
**tonight** 21:6
**Tower** 2:8
**transaction** 40:21
41:9
**transcript** 1:12 55:5
55:11
**translate** 5:10 22:24
23:3,5,6 34:16
48:21
**translator** 48:21
50:13 51:18,21 53:8
**Travis** 2:8
**tried** 20:17
**true** 11:15 55:4
**truth** 7:6,11,11,17,20
7:23 8:4,4,13,16,20
8:23

| | | | |
|---|---|---|---|
| **try** 41:7 48:13 53:3,4 | **W** | 13:2,10,21 14:16,24 | **Zhao** 53:14 |
| **trying** 22:5 46:24 | **waiving** 6:6,10 | 15:6 16:24 17:7 | **Z-H-A-O** 53:22 |
| 49:11 | **want** 4:3 12:7,9 40:18 | 18:2 19:1 20:10 | **0** |
| **two** 10:9 25:20 28:4 | 49:12 50:12 51:7,14 | 21:15 23:17 24:9 | **05-149** 1:2 |
| 38:10 48:9 51:10 | 51:15 | 28:22 31:10 33:24 | **1** |
| 52:9 53:7,12 54:9 | **wanted** 6:8 32:17,23 | 39:8 40:11 41:19 | **11:55** 54:16 |
| **TX** 2:9 | 32:24 33:18,19 | 49:1 50:3 52:12 | **1520** 1:20 |
| **U** | **wants** 50:9,21 | 53:9 54:15 | **17th** 1:19 |
| **under** 7:1,6,7,19,23 | **wasn't** 21:3 | **woman** 34:19,20 | **19103** 1:20 2:4 |
| 8:24 20:13 55:12 | **way** 45:24 | **word** 52:3 | **1999** 30:16 32:6 33:1 |
| **understand** 6:14,16 | **web** 28:15,18,18 | **work** 10:10 37:10,12 | 33:4,8,20 34:7 36:8 |
| 6:24 7:5,19 9:5 | **Wednesday** 1:16 | 37:14,16,18,20 | 36:14 37:12 38:9,14 |
| 17:18 25:17,17 | **weeks** 50:6,11 51:10 | **worked** 10:16 35:16 | 41:6 42:24 44:3,8 |
| 35:12 47:4 50:19 | 51:10 52:6 53:2,7 | 36:23 37:23,24 | 45:4,7 49:20 |
| **understanding** 7:10 | 53:12 54:9 | 42:23 | **2** |
| 7:21 | **Wei** 1:7 3:4 4:24 6:21 | **working** 37:7 | **2000** 37:14 |
| **understands** 5:21 | **well** 5:20 7:10,16,19 | **W-E-I** 13:3 | **2001** 37:16 |
| **United** 1:1,20 7:24 | 8:20 11:11 12:18 | **W-E-N-W-A-N-G** | **2002** 37:18 |
| 10:22 11:3,5,8 | 13:16 14:2,13 18:11 | 53:22 | **2004** 37:20,21 |
| 22:11,18 23:7 24:18 | 18:16 19:1 20:5,13 | **X** | **2005** 1:17 |
| 24:22 25:15 26:18 | 21:1,21,24 22:10 | **X** 3:1,12 | **2006** 19:2 |
| 26:24 27:3,7,11 | 25:11,19 29:3 31:1 | **Y** | **260** 2:4 |
| 29:1 41:15 47:19 | 31:3 35:22 36:2 | **Yan** 2:12 4:20 | **294304** 2:12 |
| **unless** 43:16 46:22 | 39:3,8 41:12,19 | **Yeah** 51:2,12 53:9 | **3** |
| 55:11 | 43:10,15 45:24 | **year** 18:13,15,18 | **30** 1:16,19 |
| **use** 51:18 52:3 | 46:10,21,23 47:20 | 31:13,20 32:4 35:17 | **3400** 2:8 |
| **used** 24:17 | 47:23 48:9 49:7 | 37:4,6 43:19 | **6** |
| **usual** 47:3 49:13 | 50:3,8,16 | **years** 10:9,17 18:11 | **6** 3:6 |
| **U.S** 5:15,23 6:8,13 | **Wenwang** 53:15,20 | 18:21 46:7 | **600** 2:8 |
| 7:6,23 11:13,17 | **were** 3:15 5:6 7:2 | **yesterday** 20:15 | **7** |
| 13:7,14 28:3,7,8,10 | 9:22 10:14,18 15:5 | **Yuhong** 13:8,15 | **77002-3095** 2:9 |
| 30:3,6,13 47:12,24 | 16:20 26:4 27:2 | 15:16 31:1,4,10,11 | **9** |
| 48:8,16,24 49:8,14 | 29:10,14 36:12 | 31:12,15,19 32:9 | **9:00** 1:17 |
| 49:20 | 37:24 39:18 44:22 | 33:12 34:3,14,16,19 | |
| **V** | 48:3,5 | 34:20 37:8,10,23,24 | |
| **version** 34:17 | **we'll** 20:19,23 35:6,7 | 38:4,15 42:4,15,22 | |
| **very** 7:24 10:2 11:1 | 54:9 | 42:23 49:4,5 | |
| 11:22 31:8 | **we're** 47:5 | **Yuhong's** 33:15 34:4 | |
| **Via** 2:10,12 | **we've** 20:22 | 35:3 39:17 | |
| **vice** 10:4,7,13,18,21 | **while** 50:12 | **Y-U-H-O-N-G** 12:20 | |
| 11:16 | **whole** 6:8,13 | 13:10,11 | |
| **Virginia** 4:20 | **witness** 3:3 4:22,24 | **Y-U-H-O-N-T** 12:21 | |
| **voice** 12:1 | 5:3,6,6 6:4,5,11,20 | **Z** | |
| **vs** 1:7 | 7:16 8:9 9:18,23 | | |
| | 10:4 11:2 12:3,18 | | |