WEI LI

78

1  Q.        Does AZ-Tech Software distribute any products

2  for Feitian in the United States?

3              MR. REEVES:  I object to the question to

4              the extent that it seeks information about

5              distributing in the United States generally

6              and is not limited to California or Delaware.

7              THE WITNESS:  First, AZ-Tech Software,

8              your question was not related to California

9              and Delaware, so I do not want to answer.

10             Secondly, AZ-Tech is not a distributor.

11 BY MS. O'LAUGHLIN:

12 Q.        Has AZ-Tech ever sold any products for

13 Feitian in California?

14 A.        The information I have now does not indicate

15 that.

16 Q.        Has AZ-Tech ever provided any services on

17 behalf of Feitian to anyone California?

18 A.        I'm not clear.

19 Q.        Do you not understand the question?

20 A.        My answer was the same as the answer to your

21 previous question.

22 Q.        What records did you check to see whether or

23 not AZ-Tech has sold any products for Feitian in

24 California or provided any services on behalf of

WEI LI

79

1    Feitian in California?

2    A.        They should alert me the information if there

3    is information.

4    Q.        Well, in preparing for today's deposition,

5    did you review any information from AZ-Tech concerning

6    contacts with California?

7              MR. REEVES:  I object that the question

8              assumes that there would be such information

9              to review.

10   BY MS. O'LAUGHLIN:

11   Q.        Would you answer the question, Mr. Li,

12   please?

13              INTERPRETER # 3:  Mr. Li would like me

14              to interpret his lawyer's statement.  Should

15              I?

16              MR. REEVES:  Yes.

17              MS. O'LAUGHLIN:  Of course.

18              THE WITNESS:  AZ-Tech is not in

19              California; it's not in Delaware.

20   BY MS. O'LAUGHLIN:

21   Q.        That's not my question, Mr. Li.  My question

22   is whether or not in preparing for the deposition you

23   reviewed any records to see whether or not AZ-Tech had

24   provided any services on behalf of Feitian or sold any

WEI LI

80

1    products of Feitian in California?

2    A.        Yes.

3    Q.        What did you review?

4    A.        The documents and the e-mails they exchange.

5    Q.        When you say they exchange, do you mean

6    AZ-Tech and customers?

7    A.        No.   No.   It's between AZ-Tech and U.S.

8    Q.        Okay.   And did you find any documents

9    indicating any sales or services by AZ-Tech in

10   California?

11   A.        No, I did not find.

12   Q.        What about any such documents concerning

13   sales or services in Delaware?

14   A.        No.

15   Q.        Okay.   Has Feitian ever conducted any

16   customer surveys asking questions of customers in

17   California or Delaware?

18   A.        No.

19   Q.        At the RSA Conferences, did Feitian ever keep

20   a record of people who visited Feitian's booth?

21   A.        No.

22   Q.        How do you know that?

23   A.        I have reviewed all the documents and

24   information.   I did not found any.

WEI LI

1    Q.        Did you ask Mr. Liu if he kept a record of

2    anyone who attended the booth at the 2006 RSA

3    Conference that he attended?

4    A.        Yes, I ask.

5    Q.        And what did he say?

6    A.        He said that he did not keep.

7    Q.        Did you ask Mr. Liu what instructions he was

8    given about the RSA Conference before he attended it?

9    A.        Yes.

10   Q.        And what instructions was he given?

11   A.        Technology exchange.

12   Q.        Was Mr. Liu asked to follow up with anyone

13   that he met at the RSA Conference?

14   A.        No.

15   Q.        Do you know whether or not Mr. Liu had any

16   communication with anyone he met at the RSA Conference

17   once he returned from the RSA Conference?

18   A.        He did not contact them voluntary.

19   Q.        I don't understand.

20             INTERPRETER # 3:  I think it means

21             Mr. Liu did not contact them, them means

22             those visit the booth, voluntary.

23   BY MS. O'LAUGHLIN:

24   Q.        Voluntarily.  Okay.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

WEI LI

82

1          Did anyone who attend -- did anyone

2   communicate with Mr. Liu after the RSA Conference?

3   A.        In the information I have currently I did not

4   find this information.

5   Q.        Did you ask Mr. Liu if anyone had been in

6   touch with him after the RSA Conference?

7   A.        Yes.

8   Q.        What did he say?

9   A.        No.

10  Q.        Does Feitian pay the expenses for the

11  employees that it sends to the RSA Conferences in

12  California including the air fare and hotel and food

13  expenses?

14  A.        Yes.

15  Q.        How much did it cost this year for expenses

16  for the RSA Conference?

17  A.        I don't know.  We did not calculate.

18  Q.        Did you keep track of the expenses in any

19  way?

20  A.        I think so.

21  Q.        Did you look to see what those expenses were

22  in preparing for the deposition?

23  A.        No.

24  Q.        Okay.  Do you know what the expenses were for

1    the 2003 and 2005 conferences, RSA Conferences?

2                    MR. REEVES:  I object to the relevance

3                of this line of questioning that the amount

4                of expenses they incurred doesn't have

5                anything to do with their contacts pertaining

6                to California or Delaware.

7    BY MS. O'LAUGHLIN:

8    Q.        You can answer, Mr. Li.

9                    INTERPRETER # 3:  Mr. Li asked me to

10               interpret his lawyer's statement.  Okay?

11                   MR. REEVES:  Yes.

12                   THE WITNESS:  I think expenses has

13               nothing to do with this case, so I did not

14               look for the information.

15   BY MS. O'LAUGHLIN:

16   Q.        Among the documents that you sent to your

17   lawyer and that your lawyer produced to us is a

18   checking list of samples to RSA bidding.  It's a

19   two-page document.  It's been Bates stamped FT 00064

20   and 65.  Could you get those in front of you now,

21   please, Mr. Li?  I have a couple questions about them.

22   A.        Okay.

23   Q.        Okay.  What is this document?  What does it

24   mean checking list of samples to RSA bidding?  What

WEI LI

84

1    does that mean?

2    A.        It was for RSA Corporation, for RSA to

3    introduce our corporation.

4    Q.        At the RSA Conferences?

5    A.        No.  It has nothing to do with this

6    conference.

7    Q.        Who is RSA?

8    A.        It's a U.S. corporation.

9    Q.        Where is it located?

10   A.        I'm not clear.

11   Q.        Who prepared this checking list of samples to

12   RSA bidding?

13   A.        It's very possible it's prepared by Rachel

14   Liu, but I'm not sure.

15   Q.        And where is RSA located in the United

16   States?

17   A.        I do not know.

18   Q.        What was the purpose of this document?

19   A.        To introduce our products to them.

20   Q.        In order to sell your products to RSA?

21   A.        I said it was for technology exchange.

22   Q.        Is it your testimony that everything that

23   Feitian does in the United States is only for

24   technology exchange, not for the purposes of sales or

WEI LI

1    offering for sale your products?

2    A.        Selling the product is the distributor's

3    the -- selling the product should be done by the

4    distributor.

5    Q.        But is it your testimony that Feitian never

6    sells its products directly?

7    A.        No.

8    Q.        So Feitian does sell its products directly?

9    A.        Only when the original customer who contacted

10   us -- this is a question I don't quite understand what

11   is the origin of -- only when the customer of the

12   distributor which directly contacted us then we sell.

13   Q.        Do you know why the checking list of

14   samplings to RSA bidding was introduced to us in

15   response to our jurisdictional discovery requests?

16   A.        Because it has something to do with RSA.

17   Q.        The RSA Conference?

18             INTERPRETER # 3:  I cannot hear him.

19             THE WITNESS:  RSA computer.

20             MS. O'LAUGHLIN:  Computer?

21             INTERPRETER # 3:  Excuse me.  It was

22             prepared for RSA Corporation.

23   BY MS. O'LAUGHLIN:

24   Q.        RSA Corporation.

WEI LI

86

1  A.      Correct.

2  Q.      I don't understand that answer.  My question

3  is, do you know why this document was produced to

4  Aladdin in response to its jurisdictional discovery

5  request?

6           MR. REEVES:  Well, let me just go ahead

7           and interject an objection here that if

8           you're asking him if we had any communication

9           in explaining why we produced certain

10         documents, then that's attorney/client

11         privilege, and I object.  I wouldn't expect

12         him to know, but if he knows, he can answer.

13         MS. O'LAUGHLIN:  Well, Matt, we can cut

14         through this.  Do you know why this document

15         was introduced to us?

16         MR. REEVES:  If you want to have a

17         conversation with me about this production

18         off the record, that's fine.  But if you're

19         asking him --

20         MS. O'LAUGHLIN:  I'm not --

21         MR. REEVES:  I produced things, and I

22         object to attorney/client privilege, number

23         one, and, two, I don't know how he would know

24         that without revealing attorney/client

1          privilege.  If you want to talk to me about

2          production off the record, that's fine.

3               MS. O'LAUGHLIN:  I want on the record an

4          understanding of what he knows about this

5          document --

6               MR. REEVES:  I think --

7               MS. O'LAUGHLIN:  -- and what RSA is, and

8          that's what I was trying to elicit because it

9          was unclear from his testimony.

10               MR. REEVES:  You weren't asking about

11          the document.  You were asking about why it

12          was produced.  If you want to ask him about

13          the document, then that's fine.

14    BY MS. O'LAUGHLIN:

15    Q.          Mr. Li, where did you find this document?

16    A.          It's in the document folder.

17    Q.          Whose document folder?

18    A.          The folder which everyone has access to.

19    Q.          But what information is kept in that folder?

20    A.          It has nothing to do with this case.

21    Q.          Yes, it does, Mr. Li.  If you produced a

22    document that you got from the folder, I'm trying to

23    understand what the document -- what the purpose of the

24    document is?

WEI LI

88

1   A.        We think that this had something to do with

2   the case, but we don't think it has nothing to do with

3   the case.  We can remove it and take it away.

4   Q.        What do you think it has -- what does it have

5   to do with Feitian's business in Delaware or

6   California?

7   A.        Originally, we thought the RSA Corporation is

8   a California corporation because RSA Conference was

9   held in California; however, they're not sure.  Now I

10  have to find out.

11  Q.        Does Feitian ever give away free product to

12  potential customers?

13  A.        I'm not certain.

14  Q.        Okay.  Do you know whether or -- in preparing

15  for today's deposition, did you check to see whether or

16  not Feitian had ever provided a software developer kit

17  to anyone in California or Delaware?

18  A.        I did look, but I did not find any.

19  Q.        Did you check to see if Feitian had any

20  records concerning any shipments of product to Delaware

21  or California in preparing for your deposition?

22  A.        I looked, but I did not find any information.

23  Q.        Where did you look?

24                    INTERPRETER # 3:  I cannot hear him.

WEI LI

1          Mr. Li asked me to repeat the question.

2               THE WITNESS:  I looked at all the

3     information folders.

4  BY MS. O'LAUGHLIN:

5     Q.          And are the information folders -- do you

6  have shipping information folders?

7     A.          Yes, the most recent one.

8     Q.          Okay.  Well, for the invoices that you did

9  produce you didn't produce any shipping information for

10 them.  Do you have shipping information for the sales

11 to Polywell Computers, Nuveon, and ICRCO and Susteen?

12    A.          We do not have the shipping documents.  We

13 only have the documents number, and we informed the

14 customer for them -- we informed the customer the

15 number for them to get the product.

16    Q.          How do you inform the customer of the number?

17    A.          We make phone call or we send the mail.

18    Q.          Okay.  You didn't -- did you look to see

19 whether there were any e-mails between Feitian and

20 Susteen, Nuveon, Polywell Computers, and ICRCO for

21 these sales?

22    A.          I did not find.

23               MS. O'LAUGHLIN:  Okay.  Thank you.

24          Thank you, Interpreter.

WEI LI

1          INTERPRETER # 3:  Thank you, too.  Okay.

2     Bye.

3          MR. REEVES:  Are we off the record?

4          MS. O'LAUGHLIN:  Yeah.  We're done.

5          (Witness excused.)

6          (Deposition concluded at 2:00 a.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

WEI LI

91

1                    C E R T I F I C A T I O N

2              I, ELISABETTA L. ANDREINI,

3     Professional Reporter and Notary Public, do

4     hereby certify that the foregoing is a true

5     and accurate transcript of the stenographic

6     notes taken by me in the aforementioned

7     matter.

8

9

10             (This certification does not apply to

11    any reproduction of this transcript, unless

12    under the direct supervision of the

13    certifying court reporter.)

14

15

16

17

18

19

20    DATED:

21

            ----------------------

22              ELISABETTA L. ANDREINI

23

24

WEI LI

92

---

**A**

**about** 6:11 17:23
18:9,12 21:10
22:19 29:23
34:4,9,12,15
34:21 35:9
36:17,18 37:6
40:23 42:23
43:15 50:8,18
56:22 60:23
61:6,10 62:12
66:24 68:17
70:4,19,24
71:4,13 73:17
73:19,21 74:11
74:13,18 75:23
78:4 80:12
81:8 83:21
86:17 87:1,4
87:10,11,12
**accent** 10:3,3
11:24
**accents** 13:4
**access** 23:8
87:18
**accurate** 91:5
**acted** 39:12
**acting** 32:21
33:1
**actively** 33:2
**admission** 73:15
**Admissions**
69:14 73:13
74:8
**admits** 73:15
**admitted** 74:9
**advertising**
50:10,18
**aforementioned**
91:6
**after** 23:7 43:13
52:18 57:4
82:2,6
**again** 7:21 19:16
22:22 61:20

63:15 65:3,13
**agent** 32:22
**agreement** 77:3
**ahead** 46:10
86:6
**air** 82:12
**Aladdin** 1:4 4:14
4:19 6:9 86:4
**Aladdin's** 56:22
**alert** 79:2
**allow** 4:14
**already** 8:23
34:2 51:19
53:10 57:10
**among** 16:13
83:16
**amount** 83:3
**analysis** 25:18
**ANDREINI**
1:13 91:2,22
**another** 10:1
14:1 37:10,11
38:3,14 42:2
**answer** 6:22,23
16:23 31:7,9
33:12 34:21
35:1,13,15
39:6 41:12
49:2 50:6,20
59:1,18 61:15
62:1 64:20
65:2,12,23
67:4,6,9 69:17
70:9 78:9,20
78:20 79:11
83:8 86:2,12
**answered** 58:19
66:21 75:6
**answering** 6:16
15:21
**answers** 68:24
69:7
**anybody** 34:13
**anymore** 21:7
43:14 67:1

**anyone** 9:9
21:22 47:4
49:4 51:15,15
52:10 56:23
57:6 59:12
62:9,10 63:1,4
72:24 73:6,10
74:21 78:17
81:2,12,16
82:1,1,5 88:17
**anything** 32:16
43:14 50:2
83:5
**anyway** 65:21
**anywhere** 21:23
**apply** 91:10
**April** 18:23 19:4
19:21
**area** 60:8,9
**areas** 58:12
**arguing** 76:18
**argument** 76:23
**Asia** 9:21
**asked** 7:18,22
8:11 14:10,12
14:19 20:6
45:22 50:16,20
51:17 53:2,8
64:23 65:4
66:20 70:22
81:12 83:9
89:1
**asking** 25:14
41:23 46:24
51:24 52:1
58:16 80:16
86:8,19 87:10
87:11
**asks** 46:21
**assistant** 55:24
**associate** 7:5
**assumes** 79:8
**assumption** 39:7
**attend** 63:4 71:5
82:1

**attendance**
70:19,21,24
71:17
**attended** 62:14
62:19,22 69:21
71:2 72:17
73:2,16 74:9
81:2,3,8
**attending** 71:7
71:23,24
**attorney** 2:5,9
9:4 18:3 20:8
23:14 30:7,17
41:20 63:9
**attorney/client**
86:10,22,24
**August** 4:6
**authority** 46:6
**authorized**
66:16
**aware** 69:19
**away** 5:14 39:22
88:3,11
**AZ-Tech** 77:18
77:21 78:1,7
78:10,12,16,23
79:5,18,23
80:6,7,9
**a.m** 90:6

---

**B**

**B** 3:12
**back** 5:22 10:11
12:3,5 13:17
14:3 23:3,17
28:22 39:16
45:8,21 47:4
47:10,22 48:1
65:4
**bad** 4:24 5:11
**Barry** 2:13
**basically** 8:24
**Bates** 19:24 26:9
37:2,14,24
38:5 40:16

42:4 43:5,6,23
63:13 67:22,24
83:19
**became** 27:15
40:20
**before** 1:13 6:21
8:18,22 10:17
11:13 14:18
16:2 39:18
51:10 81:8
**begin** 27:5 30:14
**beginning** 27:6
**behalf** 31:13
32:13,21 33:1
78:17,24 79:24
**Beijing** 9:3,19
11:9
**being** 45:6 66:6
**believe** 28:24
**better** 11:23
41:10
**between** 16:12
31:16 32:1,3
34:2,5,5,10
35:9 62:9 80:7
89:19
**beyond** 30:12,23
31:18 34:7,18
34:24 35:10
**bidding** 83:18
83:24 84:12
85:14
**BioPass** 67:15
67:22 68:4,5,7
68:20
**board** 48:20,21
**booth** 63:19,19
63:20,23 64:5
72:3,6 80:20
81:2,22
**booths** 72:12,14
**borrowed** 67:10
**both** 10:10 49:20
**bother** 76:13
**bottom** 20:9

24:22 25:5
**BRANZBURG**
1:15 2:3
**break** 46:21,24
46:24 74:4
**brief** 5:23 12:12
14:2 18:15
47:19
**Broad** 2:4
**brochure** 67:19
67:21 68:8,12
68:15,17,18,20
69:1,9 73:17
73:19 74:10,13
74:17
**brochures** 67:14
67:16 69:19
71:13 75:4
**business** 4:12
23:10 33:3
40:2 75:8,11
88:5
**buy** 43:14
**Bye** 12:11 13:20
90:2
**B-I-O** 68:6

_____
C
_____
**C** 2:1 91:1,1
**calculate** 82:17
**California** 4:9
4:16,21 5:9
17:17,20,24
21:24 22:20
23:13 24:11
25:8,13,15,20
29:21 30:6,6
30:13,15,24
31:2,4,12,15
31:17 32:14,17
33:10 34:10
35:5,18 36:4
38:20 39:2,14
40:8 42:16
44:1 49:21

50:11,19 51:7
51:15,16 52:12
54:1 57:2
61:12,23 62:10
62:10 66:17
68:15 70:5,20
71:1,7,18,22
74:22 75:9,12
75:18,23 78:6
78:8,13,17,24
79:1,6,19 80:1
80:10,17 82:12
83:6 88:6,8,9
88:17,21
**call** 5:22 10:8,10
10:23 12:3,5
13:17 47:13
89:17
**called** 26:2 67:22
69:13
**calls** 54:3
**came** 14:18,19
29:1,8,8,14,14
36:8,15 42:20
44:1 45:22
**card** 64:8,9
67:10
**case** 50:4 57:9
58:23 59:13,17
69:8 83:13
87:20 88:2,3
**Cecile** 54:12,21
57:1 73:3,4
**certain** 36:20
69:24 70:2
86:9 88:13
**certification**
91:10
**certify** 91:4
**certifying** 91:13
**charge** 7:16,20
7:23 8:4 23:7
24:13 55:16
**Chase** 2:8
**check** 25:9,10

51:13 52:10
59:18 78:22
88:15,19
**checking** 83:18
83:24 84:11
85:13
**Chinese** 9:15,17
9:19 10:3,5
11:24 46:8
51:24
**choose** 35:1
**cleaner** 28:15
**clear** 58:22
78:18 84:10
**CO** 1:8
**come** 47:4
**commencing**
1:17
**commercial** 12:1
**communicate**
12:17 13:2
32:7,9 82:2
**communicated**
32:4
**communicating**
13:5
**communication**
31:12,16 34:5
51:14 53:24
62:9 81:16
86:8
**communications**
22:19 23:12
52:11 57:2
61:4,18
**company** 13:18
18:24 26:2
36:17 40:7,10
42:1 44:7,8
64:14,16 66:23
77:3
**completely**
13:16
**computer** 21:17
22:1 42:14

52:18,19,20
53:6,10,13,16
53:16,19,22
54:9 57:10,18
57:21,24 58:1
58:2,4,4 59:14
59:19,21 60:15
60:18,22 61:3
61:3,16,19
62:3 85:19,20
**computers** 42:3
42:12 43:4,8
53:3 57:5,8
60:21 89:11,20
**concerning** 4:15
21:2,23 23:11
30:5 36:3 37:4
40:7 51:7 57:2
60:20 61:4
79:5 80:12
88:20
**concluded** 90:6
**conducted** 80:15
**conference** 5:12
50:8 62:12,14
62:20,22 63:9
66:17 67:16
68:13,21 69:2
69:10,21 70:5
70:20 71:1
72:4,18 73:2
73:16,18,20
74:10,11 75:4
81:3,8,13,16
81:17 82:2,6
82:16 84:6
85:17 88:8
**conferences** 71:7
71:14,17,23
80:19 82:11
83:1,1 84:4
**confirm** 10:21
10:22 11:15
**confusing** 46:5
**contact** 32:1,3

41:8,11 81:18
81:21
**contacted** 40:22
41:4,9 42:22
43:1 44:3 85:9
85:12
**contacts** 4:8,15
6:11 30:13,24
31:2,3,22 34:1
34:5,9,13 79:6
83:5
**contained** 57:17
**contention** 32:15
**context** 34:16
**continuation**
1:12 4:2
**continue** 14:8,24
66:23
**contract** 63:10
63:14,18 64:6
66:15 72:11
77:2
**convenience**
13:15,19
**conversation**
86:17
**copied** 16:19
31:17 53:5
57:21,23 58:2
58:4
**corporation**
19:7 22:22
26:24 46:15
48:17,18,22,24
52:21,22,23
55:8,20 56:18
57:4 59:2,4,5
59:20 63:2
65:18 73:1
77:20 84:2,3,8
85:22,24 88:7
88:8
**corporations**
19:3
**correct** 13:11

23:14 24:14
28:8 33:16,23
35:5 38:12
40:18 43:4
49:3 54:2,7
55:4,23 62:14
62:20 63:16
68:22 69:3
76:7 86:1
cost 72:14 82:15
counsel 38:1
country 31:24
couple 56:5
83:21
course 79:17
court 1:1,19
4:20 5:8 9:4
31:20 32:17,17
34:8,19 91:13
cover 22:14
created 23:18
26:20,22,23,24
37:9 40:17
currently 82:3
customer 17:7
22:13 27:1,4
27:15 28:11
29:1,8 31:12
31:15,17 32:14
39:1,14 40:20
42:21 43:8
77:12,13 80:16
85:9,11 89:14
89:14,16
customers 16:13
16:13 17:13,16
17:19,23 22:11
29:14 36:3
80:6,16 88:12
cut 86:13
Cyberain 44:7
44:10
C-Y-B-E-R-A-...
44:11

**D**

D 3:1
date 19:3 27:8
36:21 37:15
dated 18:23
19:21 36:22
37:24 38:4,15
39:17 40:7
43:4,6 91:20
day 4:5 8:22
48:3,11
December 37:16
decision 48:15
Defendant 2:9
Defendants 1:10
Delaware 1:1
4:9,16,21 5:9
9:9 17:14
21:24 22:19,20
23:12 30:13,15
30:24 31:2,4
34:14 35:23
49:21 50:11,18
51:10 52:12
57:3 61:12,23
68:16 78:6,9
79:19 80:13,17
83:6 88:5,17
88:20
department
49:14 54:24
55:1,2 60:7
64:18 65:10,14
65:16,19 66:6
66:19
departments
49:6 50:23
51:1
deposition 1:4
1:13 4:3,5,7,17
6:20 8:2,21,22
15:24 44:22
45:4,16 46:14
46:16 48:4,12
48:14 49:17

50:24 62:6
66:9,12 70:4
70:18 79:4,22
82:22 88:15,21
90:6
deputy 49:15
describe 22:8
DESCRIPTION
3:13
deserve 76:23
Design 44:7,11
designate 46:3
designated 45:3
45:10,22,24
46:13 48:5,13
48:16
designee 4:4
44:22
detail 34:15
determined
46:15 48:19
77:14
developer 88:16
DHL 24:11
different 9:20
13:4 60:8,9
direct 39:1 91:12
directed 50:11
50:18
directly 39:13
85:6,8,12
directors 48:20
48:21,22,23
disagree 32:19
33:4 66:10
disconnect 47:4
discovery 4:3
31:19 34:7,18
56:23 57:9
59:13 62:5
68:24 69:8
85:15 86:4
discussed 48:19
51:19
distribute 71:13

77;3,18 78:1
distributed
68:10,13,15,21
69:2,9 73:17
73:19 74:10,12
distributing
74:17 78:5
distribution
77:2
distributor 4:11
27:22 28:3,7
28:11 31:22
32:13 33:15,19
34:3 35:4,16
35:21 36:2
38:19 39:12
75:15,17,19,20
75:22 76:3,6,6
76:9,10,13
77:14,15 78:10
85:4,12
distributor's
76:8 85:2
DISTRICT 1:1
1:1
document 8:14
16:18,19 19:23
20:8,12,21
21:3 23:18
26:8 38:3
63:13 83:19,23
84:18 86:3,14
87:5,11,13,15
87:16,17,22,23
87:24
documents 4:10
4:13 16:4,6,11
16:17,18,22
17:1,2,4,6
18:20 20:8
21:2,9,23 22:9
37:13 39:3,15
63:8 80:4,8,12
80:23 83:16
86:10 89:12,13

dollar 24:5
dollars 24:2,6,14
done 25:18 40:2
85:3 90:4
Dong 58:6,22,24
59:16 60:10
Dong's 59:14,19
59:22 60:14,24
Doyle 43:16,17
43:24 44:1,3,7
51:20
during 4:7 33:21
35:20 36:1
39:4,11 48:3
48:11
D-O-N-G 58:23
D-O-Y-L-E
43:20

**E**

E 2:1,1 3:1,12
91:1
earlier 27:5,10
36:7 57:20
60:19
easier 19:17
Eastern 11:9
echo 4:24 5:2,3
5:11,14,17
either 13:7 31:4
47:12
elicit 87:8
ELISABETTA
1:13 91:2,22
ELLEN 2:3
ELLERS 1:15
2:3
else's 21:22
employed 52:6
58:24
employee 55:6
64:13 66:21
employees 62:13
82:11
end 5:2,13,18

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

WEI LI

95

6:6
**English** 7:9 44:5
  44:14,17,19,19
  45:18 46:9
  51:2 59:10,10
**enough** 22:3
**entering** 77:2
**entitled** 6:10
  26:8
**ePass** 67:15,23
  68:2,9,12,18
  69:1,9 73:17
  73:19,21,23
  74:11,13,16,21
  75:3
**erased** 57:16,19
**ERSA** 1:19
**ESQUIRE** 2:3,7
**event** 77:1
**ever** 25:18 39:12
  75:8,10,17
  78:12,16 80:15
  80:19 88:11,16
**everyone** 60:7,8
  87:18
**everything**
  23:13 84:22
**exact** 36:20,20
**EXAMINATI...**
  1:5
**examined** 52:18
  52:20 53:20
**except** 5:7
**exchange** 71:12
  80:4,5 81:11
  84:21,24
**excuse** 16:7,15
  24:3,17,24
  27:19,24 41:7
  46:18 85:21
**excused** 90:5
**Exhibitor** 63:10
  64:6 66:15
**exhibits** 3:15
**expect** 86:11

**expenses** 82:10
  82:13,15,18,21
  82:24 83:4,12
**explain** 7:12
  20:6,16
**explained** 7:13
**explaining** 86:9
**exporters** 18:24
**expression** 9:20
**extent** 5:7 30:12
  30:23 33:6
  61:9,10,21
  69:16 78:4
**e-mail** 8:14,17
  43:16
**e-mailed** 8:13
**e-mails** 9:9
  21:14 27:12
  30:3,6 51:14
  51:18 52:14,17
  53:2,3,8,9,9,10
  54:1,1,8 61:17
  80:4 89:19

---

**F**

**F** 91:1
**fact** 55:15
**fare** 82:12
**faxed** 16:12,14
  16:18,18 17:2
**February** 38:7
  43:6
**Federal** 66:14
**fee** 63:19 64:5
**Feitian** 1:8 4:4,6
  4:8,10,13,14
  6:11 9:10
  18:24 20:7
  23:1,3,12,18
  23:21 24:10,16
  25:4,7,11,13
  25:18,19,22
  26:20,22 27:1
  27:4,16 28:11
  29:5,8,13,14

29:20,23 30:13
31:13,13,14,18
31:22 32:1,4,7
32:8,11,13,18
32:21,23,23
33:2,2,6,16
34:2,3,6,10,13
35:4,10,17,22
35:22 36:2,2,8
36:16 37:4,9
38:20,21,24
39:1,12,13,18
40:2,17,21,24
41:5,9,11,17
42:21,23 43:1
43:3,9,14 44:2
44:6,22 45:3
45:23 46:13
48:6,14 50:11
51:7,9 52:3,6
52:17 53:3
55:7,22 56:4,7
56:14,22 57:3
58:13,20,24
59:8 62:13,13
62:19,23 63:4
63:6,18 64:5
67:17 69:1,13
69:20 71:2,5,6
71:13,16 72:3
72:3,11,15,17
73:6,15,19
74:9,12,16,20
75:2,8,10,17
75:22,24 76:9
76:13 77:15
78:2,13,17,23
79:1,24 80:1
80:15,19 82:10
84:23 85:5,8
88:11,16,19
89:19
**Feitian's** 22:17
  23:10 27:22
  28:3,4 30:23

31:3 32:12
34:15 35:3,16
35:21 70:4,19
70:24 71:21,24
73:12 77:19
80:20 88:5
**files** 22:5,8,8
**find** 11:23 17:13
  17:16 20:20
  21:6,11,15
  22:5 23:2 25:9
  27:11,12 36:5
  39:3,15 40:5
  44:1 50:14,21
  52:16 62:8,11
  63:7 68:15
  70:7,15,24
  72:16 80:8,11
  82:4 87:15
  88:10,18,22
  89:22
**fine** 34:14 86:18
  87:2,13
**finish** 55:19
**finished** 64:1
  76:19
**first** 4:4 8:22
  15:4 27:9
  32:19 48:3,11
  67:21 78:7
**five** 10:11,13,23
  11:1 18:12
**folder** 22:16
  23:8 87:16,17
  87:18,19,22
**folders** 22:9,10
  22:11 89:3,5,6
**follow** 81:12
**follow-up** 65:1
**food** 82:11
**foregoing** 91:4
**form** 63:12
**formatted** 57:11
  57:14,16
**former** 14:7,23

**forth** 24:22
**found** 17:23
  23:14 29:6
  38:17 40:23
  42:23 51:7,21
  53:4 71:2
  80:24
**Francisco** 42:16
  42:17 43:24
**free** 88:11
**freight** 24:13
**from** 9:9 15:9
  21:14 22:18,20
  23:10,12 25:8
  25:13 27:12,17
  29:1,8 30:6
  33:18,20 36:15
  36:16 39:22
  41:16 42:9
  43:13,14,17
  50:7 51:14,15
  51:19 57:1,2
  58:3 60:21
  61:2 62:10,23
  63:4,6 68:14
  71:21 72:17
  73:6,22 75:23
  79:5 81:17
  87:9,22
**front** 18:3,8,20
  19:20 26:17
  36:24 37:23
  38:6 40:9 42:5
  43:18 83:20
**FT** 19:24 26:10
  37:3,14 38:1,5
  40:17 42:5
  43:5,6,23
  63:13 67:23,24
  83:19
**F-A-X** 16:19

---

**G**

**G** 2:7
**gave** 18:2

WEI LI

generally 78:5
generate 71:16
    71:21 73:22
    74:16 75:3
generated 25:23
    37:4 43:3
getting 63:19
give 17:22 51:18
    53:6 73:20
    74:18 88:11
given 17:21
    52:19 57:5
    81:8,10
go 5:4,14 39:16
    45:8 46:9 47:1
    65:4 86:6
goes 30:23 46:5
going 4:22 5:6
    10:8,9,17
    12:19 13:24
    18:8 23:3
    33:24 34:15,20
    34:22 46:4,13
    48:5 61:8
gone 51:5
good 7:9 13:3
gotten 6:3
Great 14:10
    15:18

_____

**H**

H 3:12
hand 42:1
handed 67:16
    69:20
hang 5:12,21
    10:10 47:9,12
    47:13,15
happened 39:4
happening 5:20
HARRISON
    1:15 2:3
HARVEY 1:15
    2:3
having 15:12

77:2
hear 5:2,3,17 6:1
    16:9 24:17
    28:20 30:16
    36:19 43:11
    46:19 50:3
    51:23 52:7
    65:12 66:3
    70:9 85:18
    88:24
held 66:17 88:9
Hello 5:24 8:6
    9:13 12:23
    13:1
help 5:15 57:8
    63:6
helped 60:12
her 14:12 15:5
    52:11,14,18,20
    53:2,3,6,16
    55:18,24
he'll 10:19
Hi 18:18
him 7:1 8:11,15
    9:23,23 10:22
    11:14,20 12:5
    12:18,20,22
    15:5 16:9,16
    20:17 21:4
    22:2 26:14
    34:11,21,23
    43:10,11 45:16
    45:22,23 46:5
    52:7 53:17
    54:5 63:6
    64:23 65:5,13
    67:4,5 74:7
    82:6 85:18
    86:8,12,19
    87:12 88:24
hold 18:13
home 20:22,23
hope 71:16,21
hotel 82:12
Houston 2:9

Huang 64:9 65:5
    65:16 66:16,19
    66:24
Hui 7:14,20,24
    7:24 21:17,19
    29:3,3 41:6,6
    43:2 44:5,14
    44:15,17 46:12
    48:4 52:15
    58:4 62:24
    63:3,5,15
Hui's 53:13,22
    60:18
H-U-A-N-G
    64:11

_____

**I**

ICR 26:24 36:17
ICRCO 26:2,3
    26:15 27:1,10
    27:13,15 28:11
    29:1,5,7 36:8
    36:15,23 37:11
    38:10,11,17
    39:18,19 40:3
    89:11,20
ID 2:14
Ideas 4:11 27:17
    27:18,20,22
    28:1,3,10 29:2
    29:9,15,20,24
    30:5,6,14 31:1
    31:3,11,16,23
    31:23 32:2,12
    32:12,13,21,22
    32:24,24 33:7
    33:7,15,22
    34:2,3,6,16
    35:3,10,16,20
    35:22 36:1,3,8
    36:9,10,16
    38:19,20,21,23
    38:24 39:5,12
identify 16:5
    20:9

identifying
    20:12
Illinois 4:17 33:7
    34:7,17
immediately
    5:22
important 22:15
Inc 4:11 19:1,9
    19:12 42:12,14
    44:7
include 16:12
    55:3 60:1,6
including 4:16
    59:14 82:12
incorporated
    19:13
incorrect 69:2
    69:10
incurred 83:4
indicate 23:21
    78:14
indicated 64:6
    69:8
indicates 63:18
indicating 80:9
inform 89:16
information 7:8
    8:18 17:21,23
    22:12,13,15,16
    22:19 23:6,7
    24:21,22 25:4
    29:6 30:12
    31:1 36:15
    41:12 42:24
    49:16,18,20,22
    49:24 50:1,4,8
    50:14,22 51:11
    53:4,5,12,15
    53:15,20,21
    57:7,17,21
    58:1,3 60:16
    60:17,20,23,24
    61:2,10,21
    62:2,4,8 63:11
    68:14 69:10

70:4,15,19
72:16 73:21
74:18 78:4,14
79:2,3,5,8
80:24 82:3,4
83:14 87:19
88:22 89:3,5,6
89:9,10
informations
    69:20
informed 89:13
    89:14
inquire 30:14
inquiring 76:7
inquiry 75:23,24
    76:3,6
inside 60:7
instruct 34:22
instructing 67:4
    67:5
instructions
    81:7,10
interesting
    35:13
interject 86:7
international
    24:11 55:2
    56:12 59:22
    60:1,5 67:12
interpret 14:24
    20:2 46:9
    79:14 83:10
interpretation
    70:12
interpreted
    30:20,22 46:7
interpreter 2:12
    2:13,14 6:2 7:1
    8:3,6,11,15,17
    9:4,13,18 10:2
    10:9,18 11:14
    11:17,19,22
    12:15,16,21,23
    13:1,8,11,14
    13:19 14:6,11

_____

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

14:12,20,23
15:3,4,10,12
16:7,8,15,16
16:23 17:1,10
19:2,6,10,14
19:15,18 20:4
20:10,13,15,18
21:4 22:2,21
24:3,6,24 26:3
26:5,11 27:19
27:24 28:12,18
28:20 30:8,16
35:14 36:11
37:15,18 39:22
40:10,13 42:7
42:9,13,17
43:10,19 44:8
44:15,23 46:18
47:8,21,22,24
51:23 52:7
53:17 54:14,16
54:18 57:13
58:15,15 59:1
62:15 63:21,23
64:1,10 65:24
66:1 67:18,19
68:2,5,7 69:4,5
70:10,14 71:9
72:5 73:24
74:1,3,5 75:10
75:13 76:1
77:5,20,22
79:13 81:20
83:9 85:18,21
88:24 89:24
90:1
**interprets** 15:13
**Interrogatories**
69:13
**interrogatory**
69:17
**interview** 14:7
**introduce** 84:3
84:19
**introduced**

85:14 86:15
**invoice** 18:23
19:21 23:17
24:23 25:5
30:1 36:22
37:3,6,9,11,12
38:4,4,10,14
39:17 40:6,9
40:17 41:14,22
42:1 43:4,5
**invoices** 38:16
39:16,20 40:3
43:3,13 51:5,6
89:8
**involved** 58:10
67:12
**involves** 34:1
**irrelevant** 66:7
**Irvine** 24:11
**Issues** 73:14
· 74:8

_____

**J**

**January** 27:8
36:23 43:5
**John** 56:6,9 57:1
61:2 72:19,21
72:22
**Jonathan** 2:12
**Jose** 66:17
**JP** 2:8
**June** 38:4,8,9
**jurisdiction**
32:10,18 33:12
**jurisdictional**
4:3 31:19
56:22 57:9
59:13 62:5
73:14 74:8
85:15 86:4
**jurisdictions**
33:3
**just** 6:2,5 9:23
12:19,19,20,20
13:21 14:1,4

14:10,12,19
19:12,16 20:2
20:11 25:9
28:14 30:18
41:8 45:15
46:4 47:3,4,15
47:16,16 50:5
53:11 58:22
86:6
**J-O-H-N** 72:21

_____

**K**

**keep** 9:1 22:16
25:22 29:23
47:16 53:5
72:3 80:19
81:6 82:18
**kept** 23:1,6
53:11 81:1
87:19
**kind** 11:2 29:23
46:9 66:22
**kinds** 30:2
**kit** 88:16
**KLEHR** 1:15
2:3
**knew** 29:7
**know** 5:1,19
10:19 14:7,23
19:24 20:4
21:1 24:19
25:10 26:23
27:3,8,9,15
28:10,18 29:1
33:18 34:3
36:9 39:4,8,9
39:11 40:20,23
41:1 42:20,23
44:1 46:4,16
48:14 51:9
52:2 53:14
54:12,21 55:11
56:6,9 58:6
63:5 67:19
69:22 70:23

72:13,14,17
80:22 81:15
82:17,24 84:17
85:13 86:3,12
86:14,23,23
88:14
**knowledge** 1:4
69:3
**knowledgeable**
11:24
**knows** 12:2 52:2
86:12 87:4

_____

**L**

**L** 1:13 91:2,22
**Landow** 73:8
**Larry** 43:16,17
51:19
**last** 7:18,22
22:24 28:24
46:16 52:24
70:12
**later** 47:14
**lawsuit** 20:14
**lawyer** 17:21,22
28:19,21 41:22
51:12 66:3
83:17,17
**lawyer's** 66:2
79:14 83:10
**lead** 36:9
**leads** 36:2
**learn** 9:21
**leasing** 72:12
**leave** 52:23
56:16 59:6
**left** 52:21,22
55:8,19 56:7
56:18 57:4
59:1,4,20
**let** 7:21 9:22
12:16 19:15
20:3,6 34:21
36:14 39:24
41:9 54:5

69:15 74:4
76:16 86:6
**letting** 46:8
**let's** 33:8,9 39:16
45:8 62:12
65:4
**Li** 1:7 3:4 4:4
6:2,6,14,22 7:7
8:20 9:1,8
10:18 11:14
12:21 14:4,6
14:13,14,19
15:1,8,18,23
18:17 20:7,20
25:11 28:18
31:7 33:15
35:3,13 37:3
42:6 45:2,10
45:17 46:12,17
46:18,21 47:11
47:23,23,24
48:3,11 50:16
60:20 61:15
62:1 64:20
65:16,23 66:1
67:9 69:7,19
70:14,17 73:12
76:12,15 79:11
79:13,21 83:8
83:9,21 87:15
87:21 89:1
**LIDDELL** 2:7
**like** 7:4 14:7,22
30:21 46:2,3
47:1 57:20
66:1 79:13
**limited** 18:24
61:11,22 78:6
**line** 10:12 13:22
14:12,15 34:1
47:16,17 61:8
83:3
**list** 83:18,24
84:11 85:13
**little** 5:16 76:23

WEI LI

**Liu** 7:14,20,21
  7:24,24 8:1,10
  9:8 21:17,19
  29:3,3,4,7 36:7
  36:14,17,18
  41:6,6,7,8 43:2
  44:4,5,14,15
  44:17,17,21
  45:2,10,16,23
  46:2 48:4,12
  49:4 51:13,15
  51:16,22 52:2
  52:6,15 53:8
  53:13,22,24
  54:2 55:24
  56:1 57:2
  62:24 63:2,5
  63:14,15,15
  73:7,9 81:1,7
  81:12,15,21
  82:2,5 84:14
**Liu's** 21:24
  51:24 52:17
  53:8,15,16
  54:7,9 57:23
  58:2,4,4 60:15
  60:22 61:3
**Li's** 4:5 45:21
**LLP** 2:7
**located** 9:9
  17:14,17,19,23
  25:5 40:8
  43:24 84:9,15
**LOCKE** 2:7
**long** 18:11 27:3
  56:4 74:3
**longer** 28:7
  58:20 59:5
**look** 9:8 18:19
  18:22 21:9,11
  21:13,13,16,22
  21:23 22:4,17
  23:16 26:1,14
  29:17,19 36:22
  37:10 41:15

43:16 45:20
  52:14 53:8
  56:23 63:8
  82:21 83:14
  88:18,23 89:18
**looked** 21:15
  22:7,8 23:3,10
  29:22 57:20
  88:22 89:2
**looking** 23:16
  73:12
**lot** 5:17
**loud** 9:2 22:3
**louder** 7:2 8:12
  16:9 21:5
**LTD** 1:4,8
**L-E-R** 54:15,16

### M
**machine** 17:4
**made** 24:19 25:9
  29:20,24 38:20
  38:21 39:18
  48:14 51:9
**mail** 89:17
**maintain** 5:6
**major** 75:20
**Mak** 2:13
**make** 5:14 11:2
  11:4 12:2 32:3
  33:8 35:4,17
  35:22 38:23
  39:1 67:10
  74:21 76:1,7
  89:17
**makes** 32:14
  33:6
**making** 30:18
**man** 7:24
**manager** 7:15,19
  7:23 8:4 21:20
  49:15 52:3
  54:24 55:14,16
  55:22 56:12
  58:9,10 59:9

59:23 64:17,18
  65:7,8,13,17
  65:18 66:6,23
**many** 22:13 35:9
**marked** 3:13,15
**market** 17:8,10
  55:17,23 56:2
  58:11 60:4,6
  60:13
**marketing** 49:8
  49:9,13,18
  52:3 59:23
**markets** 59:17
  60:17
**MARY** 2:3
**material** 7:5,7
  8:20,23
**materials** 8:1,9
  15:23 16:1,3
  16:12,14,19
**Matt** 10:6 12:9
  13:21 14:3
  30:19 45:8
  86:13
**matter** 28:22
  75:19,21,22
  76:8 91:7
**MATTHEW** 2:7
**may** 34:17 37:24
  55:11 57:1
  58:1 67:19
**maybe** 19:16
  46:1
**mean** 7:10 16:5
  50:6 57:16,17
  69:11 80:5
  83:24 84:1
**meaning** 22:9
  58:18
**means** 81:20,21
**meant** 23:5
**meeting** 50:1
  63:6
**meetings** 71:3
**mention** 22:21

**met** 81:13,16
**Michael** 44:4,17
  63:14,15
**might** 60:12
**minute** 11:13
  28:15 48:7
  61:7,8
**minutes** 10:11
  10:24 11:2,6
  11:11,12 12:3
  12:3,5,8 18:12
  46:22 47:5,6
  47:14
**mispronouncing**
  58:23
**misrepresents**
  69:16
**misstates** 74:23
**mistake** 23:2
**misunderstood**
  23:5 60:19
**money** 25:10
**monies** 25:8
**month** 23:7
**months** 23:1
  56:5,5
**more** 49:19
**Morgan** 2:8
**most** 4:21 89:7
**moved** 25:19
**much** 24:4 25:19
  29:6 82:15
**M-A-R-K-E-T**
  17:11
**M-A-T-T-E-R**
  75:21

### N
**N** 2:1 3:1 91:1
**name** 22:22
  40:11 44:5,9
  51:24 63:15
  64:9,10
**named** 7:24
**names** 19:3

48:23
**necessarily**
  32:22
**need** 13:15 20:2
  22:16 46:23
  47:5
**never** 85:5
**new** 8:20 10:9
  12:14,21 14:11
  14:19
**Notary** 1:14 91:3
**notes** 91:6
**nothing** 49:1
  59:17 60:11
  64:19,24 65:11
  67:11 83:13
  84:5 87:20
  88:2
**November** 38:15
  39:17 40:7
**number** 3:13
  10:23 26:2,5,9
  26:14,21 37:5
  37:12,13,21
  38:5,11 41:14
  42:4,4,7 43:23
  73:15 86:22
  89:13,15,16
**numbers** 20:9
**Nuveon** 40:7,12
  40:20,22,23
  41:4,8,9,11,16
  89:11,20
**N-U-V-E-O-N**
  40:12,13

### O
**O** 91:1
**oath** 6:15 15:19
**object** 30:11
  33:24 45:5
  61:8,13,20
  64:21 65:20
  66:5 67:2,3
  69:15 75:5

76:17 78:3
79:7 83:2
86:11,22
**objected** 4:6
**objecting** 30:22
34:24
**objection** 6:12
30:19 35:7,15
54:3 66:9,11
67:6 74:23
86:7
**objections** 5:7
**occur** 31:4
**occurred** 34:6
34:17
**occurring** 45:17
**October** 1:16
22:18 23:4,11
**off** 6:3 10:17
11:13 28:16
32:19 39:18
86:18 87:2
90:3
**offering** 31:14
85:1
**office** 9:2,3,5
20:24,24
**offices** 1:14
**okay** 4:19 5:10
6:8,9 7:18,22
8:7,9,13,14,23
9:1,7,7,8,22
10:2,6,12,15
11:1,4,10,17
11:22,22 12:8
12:10 13:13
14:6,9,14,22
15:14 16:21
17:19,22 18:7
18:11,13,14,19
18:22 19:14,18
19:23 20:13,15
20:18,20,23
21:1,9,16,20
21:22 22:7

23:16,20,24
24:10,13 25:7
25:22 26:3,9
26:11,19,23
27:1,3,7,12
28:6 30:4 31:5
33:15,21 36:14
37:2,15 38:3
38:10,14,19,23
40:6,13,16
41:4,7,14,19
42:20 43:8,23
44:6,14 45:7
45:20 46:1
47:3,7,11,18
47:18,24 50:23
51:4,13 52:6
52:10,16 53:1
54:12,23 55:6
56:1,9,11,14
56:21 58:3,6
59:18 61:2,12
62:4,22 63:11
64:8 67:3 68:2
68:8,17,20,24
69:12,23 70:3
70:14,17 71:6
73:12 75:13
76:21 80:8,15
81:24 82:24
83:10,22,23
88:14 89:8,18
89:23 90:1
**once** 81:17
**one** 9:18 14:1
15:6 28:14
44:21 45:2
48:4,12,15
51:19 68:2,3
86:23 89:7
**only** 22:15 23:1
38:16 50:7
51:11 71:23
73:18 74:15,17
84:23 85:9,11

89:13
**open** 47:17
**opposed** 73:21
**ORAL** 1:5
**order** 4:20 26:1
26:2,8,14,19
26:21 27:7
28:7 34:18
37:4,7,11,20
37:23 38:11
39:20 41:15,16
41:24 42:2,3,4
42:5 57:8
59:12 84:20
**ordered** 31:19
**orders** 38:17,24
39:20 40:3
**origin** 85:11
**original** 85:9
**originally** 28:5
33:17 88:7
**other** 4:8,15
21:1,2,9,24
23:8 29:5
31:24 32:2,2,9
33:3 39:17,19
39:19 40:2,3
42:2 49:4,6
50:23 51:1,4,6
51:18 57:5,10
58:12 59:21
60:12,21 63:5
67:23 68:3
69:20 70:6,20
71:1,9 72:4
**others** 30:2
51:21 71:15
**Otherwise** 61:13
**out** 40:23 42:23
53:10,12 63:7
67:16 69:20
70:24 71:2
73:20 74:18
75:4 88:10

**over** 32:18 51:5
51:11 76:2,5
**overruled** 5:8
**O'Laughlin** 2:3
3:6 4:2,19,23
5:5,10,16,19
6:1,9,13 7:3,6
8:4,8,16,19
9:12,16,22
10:6,8,14,16
10:21 11:4,8
11:12,18,20
12:4,8,11,14
12:18,24 13:6
13:9,13,17,21
13:24 14:3,10
14:16,18 15:1
15:8,15,17
16:14,20 17:5
17:12 18:16
19:5,8,12,15
19:19 20:5,11
20:14,16,19
21:8 22:6,23
24:5,7,9 25:2,3
26:4,7,13
27:20,21 28:2
28:17,23 30:10
30:18 31:6,10
32:6,11 33:9
33:14 34:20
35:2,12 36:13
37:17,20,22
39:24 40:1,12
40:15 42:8,11
42:15,19 43:12
43:20,22 44:10
44:13,16 45:1
45:7,11,14,19
46:11,23 47:3
47:7,11,15,23
48:2,9,10 52:1
52:5,9 53:23
54:5,6,15,17
54:20 57:15

58:21 59:3
61:14,24 62:17
62:18 63:22,24
64:3,4,11,15
64:23 65:6,9
65:15,22 66:8
66:13 67:3,8
67:21 68:4,6
68:11 69:6,18
70:11,16 71:10
72:6,8 74:2,4,6
75:1,7,11,16
76:4,19,22
77:6,9,21,24
78:11 79:10,17
79:20 81:23
83:7,15 85:20
85:23 86:13,20
87:3,7,14 89:4
89:23 90:4
**O'Mara** 56:6,9
56:11,17 57:1
72:22
**O'Mara's** 61:3

_____

**P**

**P** 2:1,1
**PA** 2:4
**PAGE** 3:3,13
**paid** 64:7,8
**Pardon** 70:1
**part** 4:22 36:12
**participation**
70:5
**pass** 36:2
**passed** 36:10
**passing** 75:3
**patch** 14:1
**patience** 15:11
**pause** 5:23 14:2
18:15
**pay** 64:5 82:10
**paying** 63:19
**payment** 24:19
67:11

**WEI LI**

**Pennsylvania** 1:16,20
**people** 23:8 54:8 57:5,11,18 59:21 60:12 63:6 80:20
**Performa** 18:22 19:20 23:17 24:23 25:5
**period** 33:18,21 35:20 36:1 55:18,19
**permissible** 34:11
**permitted** 34:8 34:19
**person** 7:21 8:1 23:6 63:2 73:1 76:7
**personal** 32:10 33:12
**pertaining** 31:1 83:5
**Philadelphia** 1:16,20 2:4 9:3
**phone** 6:3,4 89:17
**piece** 53:21
**pieces** 23:24
**places** 31:24 32:2
**Plaintiff** 2:5
**Plaintiffs** 1:6
**Plaintiff's** 73:13 74:7
**Plaza** 1:20
**please** 5:5 19:2,7 22:8 25:1 28:12 30:8,9 31:8 35:8 39:10 44:23 54:19 62:15 67:9,20 69:4 74:5 77:23 79:12 83:21

**PO** 37:13 38:5 41:14,15,18
**Poly** 42:10
**Polywell** 42:3,11 42:20 43:4,8 43:14 89:11,20
**position** 6:10 31:11 49:13 55:24 64:16 67:11
**possible** 36:3 84:13
**potential** 88:12
**premise** 32:20
**premises** 33:5
**prepare** 6:19,23 8:2,21 15:24 49:5 50:24 56:21 57:8
**prepared** 84:11 84:13 85:22
**preparing** 62:6 70:3,18 79:4 79:22 82:22 88:14,21
**present** 22:18 23:11 58:17
**pretty** 5:11
**previous** 78:21
**price** 24:1
**print** 17:4
**printed** 16:22 17:1,3 53:10 53:12
**prior** 29:5 45:21 45:21 68:13
**privilege** 86:11 86:22 87:1
**probably** 9:20
**problem** 6:4,5
**PROCEEDIN...** 4:1
**produce** 30:4 89:9,9
**produced** 4:10

20:8 23:13 43:17 67:14 83:17 86:3,9 86:21 87:12,21
**product** 24:10 39:13 73:17,20 73:21,23 74:11 74:13,17,18 75:3 77:12 85:2,3 88:11 88:20 89:15
**production** 86:17 87:2
**products** 28:4 29:20 31:14,14 32:23 33:1 35:4,17,23 38:20 44:6 67:20 71:14 72:1 74:21 75:24 76:10 77:3,8,10,19 78:1,12,23 80:1 84:19,20 85:1,6,8
**Professional** 1:14 91:3
**promised** 6:15 15:20,20
**proper** 66:9,11
**provided** 4:13 39:21 40:4,6 78:16,24 79:24 88:16
**provides** 73:15
**providing** 62:5
**Public** 1:14 91:3
**purchase** 26:1,2 26:7,8,14,19 27:7 28:7 37:4 37:7,11,12,20 37:23 38:11,16 38:24 39:19,20 40:3 41:15,16 41:23 42:2,3,4

42:5 51:4,6 72:11
**purpose** 71:6,21 71:24 76:5 77:1,7 84:18 87:23
**purposes** 84:24
**put** 20:9 22:9 57:23
**putting** 67:6
**P-A-S-S** 68:6
**P-O-L-Y-W-E...** 42:12,13
**p.m** 1:17

___
**Q**
___
**Quach** 2:12
**question** 6:22,23 14:20 25:1,11 26:11 27:24 28:13,24 30:9 30:22 31:7 32:20 35:15 39:6,8,10 41:13 44:24 45:5,9,18,20 46:5,10 48:8 50:21 54:18 55:21,21 57:6 58:19 60:5 61:11,21 62:16 64:2,24 65:1,3 65:13,21 66:5 67:9 69:5,16 70:17,18 75:6 76:12,16,20 77:5,23 78:3,8 78:19,21 79:7 79:11,21,21 85:10 86:2 89:1
**questioning** 34:1 61:9 83:3
**questions** 4:7,14 6:16,24 7:19

7:22 15:21 18:8 33:5 34:12,21 35:1 35:9 56:22 66:24 67:1 80:16 83:21
**quit** 52:8
**quite** 7:17 85:10

___
**R**
___
**R** 2:1 91:1
**Rachel** 51:22,24 52:2,17 53:8 53:24 55:24 56:1 57:1 58:2 58:4 73:7,9 84:13
**reads** 44:19
**really** 58:18
**reason** 5:1 73:18
**reasons** 10:3
**receive** 24:16
**received** 25:10 25:13,19
**receives** 25:8
**recent** 89:7
**recess** 12:12 47:19
**record** 19:23 20:12 37:2 40:5,16 53:11 63:13 67:7 80:20 81:1 86:18 87:2,3 90:3
**records** 17:7,7,9 17:13,16 18:2 22:18 23:1,2,3 23:10 25:7,12 29:13,17,19,23 30:2,4 36:5 52:11 56:24,24 59:14,15,19 60:14 78:22 79:23 88:20

WEI LI

**Reeves** 2:7 4:6
4:18,20,23 5:3
5:6,10,15,17
5:21,24 6:8
10:7,13,15,19
11:1,6,11,16
12:2,10 13:23
14:5,9,14,17
28:14,22 30:11
30:21 31:10,21
32:8,19 33:11
33:24 34:22
35:6 45:5,9,12
45:15 46:1
48:7 54:3 61:7
61:20 64:21
65:4,8,12,20
66:5,10,20
67:5 69:15
70:8 74:23
75:5 76:17,21
78:3 79:7,16
83:2,11 86:6
86:16,21 87:6
87:10 90:3
**Reeves's** 35:14
**refers** 41:14
**refusing** 49:2
64:20 65:2
**rejoin** 5:12
**rejoined** 6:3
**related** 7:5 8:23
16:4,6,11
22:11 38:17
39:3,15 50:4
50:14 61:11
78:8
**relating** 36:6
38:11 49:18,20
60:16 68:9
**relationship**
34:16 35:9
39:5 67:13
**relevance** 65:21
83:2

**relevancy** 66:8
66:11
**relevant** 66:18
67:1
**remember** 8:9
9:1 45:12 56:6
**remind** 6:14
**remove** 88:3
**repeat** 4:24
14:21 19:3
22:3 25:1
28:13 30:9
35:6 39:10,24
44:24 48:8
53:18 62:16
69:5 70:9
77:23 89:1
**rephrase** 46:2
76:16
**reporter** 1:14
9:4 91:3,13
**REPORTERS**
1:19
**reports** 7:20,24
**representatives**
62:13,19
**reproduction**
91:11
**request** 73:13,14
74:8 86:5
**requested** 39:13
**requests** 57:9
59:13 62:6
69:1,8,11,12
69:13 85:15
**resold** 32:24
**respond** 59:12
75:24
**response** 73:14
74:7 85:15
86:4
**responses** 56:21
57:8 62:5
73:13
**responsible**

55:23 56:1
58:11,12 59:16
60:3,8
**restroom** 47:2
**result** 71:17,22
**resulting** 73:22
**returned** 81:17
**revealing** 86:24
**revenue** 25:12
25:19 71:21
**revenues** 25:22
73:22
**review** 7:5,7,8
8:20 15:23
53:2,4 56:23
57:7 59:13
62:4 79:5,9
80:3
**reviewed** 7:11
8:1,10,22,24
79:23 80:23
**RF** 4:11 27:17
27:18,20,22
28:1,3,10 29:1
29:9,14,14,20
29:24 30:5,6
30:14 31:1,3
31:11,16,22,23
32:2,11,12,13
32:20,21,24,24
33:7,7,15,21
34:2,3,6,16
35:3,10,16,20
35:22 36:1,3,8
36:9,10,16
38:19,20,21,23
38:23 39:5,11
**Rick** 73:8
**right** 5:15 9:6,7
10:14 11:16
14:17 15:8
24:12 28:9
37:7 42:15
45:4 47:8
58:19 65:5

72:2 76:5
77:10
**Rocky** 24:1
**roughly** 7:8
**RSA** 50:1,8
62:12,20,22
63:9 67:16
68:13,21 69:2
69:9,21 70:5
70:20,24 71:2
71:7,14,17,23
72:4,17 73:2
73:16,20 74:9
75:4 80:19
81:2,8,13,16
81:17 82:2,6
82:11,16 83:1
83:18,24 84:2
84:2,4,7,12,15
84:20 85:14,16
85:17,19,22,24
87:7 88:7,8
**rules** 66:14

----

**S**

**S** 2:1 3:12
**sale** 19:21 23:21
24:16 31:15
32:14 33:7,8
36:23 38:10,20
38:21 76:7
85:1
**sales** 7:15,20,23
8:3,5 21:2,20
21:24 22:17,19
23:11 25:8,13
25:14,19,23
27:10 29:5,5
29:20,24 30:5
33:22 35:4,17
35:22 39:19
43:3 51:7,10
52:3 55:2,3,14
55:16,16,22
56:13 58:9,10

58:11 59:9,22
60:1,1,3,5,6,9
60:11,16,21
61:4,10,11
67:12 71:16,22
73:22 74:16,21
75:3,14,18
80:9,13 84:24
89:10,21
**same** 7:21 10:23
35:6 37:12
78:20
**samples** 83:18
83:24 84:11
**samplings** 85:14
**San** 42:15,17
43:24 66:17
**SAPP** 2:7
**saw** 8:18
**saying** 13:10
23:2 31:21
33:6 34:23
45:10,15 58:16
60:20
**says** 64:24
**scope** 31:18 34:7
34:18,24 35:11
**second** 14:1 15:6
15:10 36:12
50:21 73:13
74:8
**Secondly** 78:10
**secret** 34:4
**Security** 4:12
67:15,24 68:3
68:9,12,18
**see** 9:8 12:16
19:1 20:10
21:13,13 25:18
37:13,23 45:7
51:14 52:11
56:24 63:10
78:22 79:23
82:21 88:15,19
89:18

seek 75:17
seeks 30:12 31:1
    61:9,21 78:4
seems 5:1
sell 31:13 44:6
    76:10 84:20
    85:8,12
selled 77:13
selling 33:4 77:7
    77:10 85:2,3
sells 85:6
send 38:24 41:19
    41:21 89:17
sends 82:11
sent 39:17 41:23
    42:3 63:2,9
    69:12 73:1
    83:16
services 78:16
    78:24 79:24
    80:9,13
set 24:22
Several 56:5
ship 39:13
shipments 39:1
    88:20
shipped 24:10
shipping 89:6,9
    89:10,12
short 11:2
show 23:20
    25:10,12
showing 18:23
    19:21 36:23
sign 72:11
signature 66:16
signed 63:14
    66:15
simply 32:23
    33:4 34:23
    76:18
since 4:9 35:13
    59:16
situation 6:21
slowly 5:4

software 77:18
    78:1,7 88:16
sold 18:24 23:24
    31:23 32:23
    78:12,23 79:24
solicit 75:8,11
some 4:24 10:4
    53:11 66:22
somebody 32:4
    34:10 46:8
someone 7:12
    10:11 11:23
    32:6 52:19
    53:2,6 75:23
something 5:13
    46:2,3,19
    65:10 85:16
    88:1
somewhat 9:20
sorry 13:2,5,8,14
    13:19 37:18
    39:24 41:10
    44:17 48:7
    52:21 74:14
South 1:19 2:4
    42:15,17
Southeast 9:21
speak 7:1 8:11
    11:23 16:9
    21:5 45:17
    46:7 51:2
    59:10
speaks 44:14,17
    46:8
specific 26:21
    49:19
specifically
    25:12,14 58:16
speculation 54:4
spell 43:19 49:11
spoke 22:24
Stadler 54:12,21
    55:6 57:1 61:6
    62:9,10 73:3,4
Stadler's 61:17

stamped 19:24
    26:10 37:3,14
    37:24 38:5
    40:17 42:4
    43:5,6,23
    67:22,24 83:19
Standard 11:10
start 34:15
stated 74:9
statement 66:2,3
    79:14 83:10
states 1:1 4:15
    22:22 24:1,5
    25:23 27:23
    28:4 33:16,22
    35:17,21 54:8
    55:4 60:2,11
    61:18,22 71:22
    77:4,11,16,19
    78:2,5 84:16
    84:23
stay 13:22 47:16
stenographic
    91:5
still 5:17 6:1,15
    15:19 22:3
    43:8 52:6,17
    53:3 55:6,18
    56:14 58:13,24
    77:15
Street 1:19 2:4
strike 38:15
    43:15 74:14
    76:14
study 16:1,3
subject 33:11
Suite 1:20
Sunnyvale 40:8
supervision
    91:12
sure 12:2 13:23
    28:17 30:10
    76:1 84:14
    88:9
surveys 80:16

Susteen 19:1,8
    19:11,12,21
    21:2,10,14
    23:17,22 24:11
    89:11,20
sworn 15:20
SYSTEMS 1:4
S-T-A-D 54:14
S-T-A-D-L-E-R
    54:13
S-U-S-T-E-E-N
    19:8,10

---

**T**

T 3:12 91:1,1
take 18:11 46:23
    88:3
taken 1:13 12:13
    47:20 91:6
taking 31:11
talk 34:9 49:4
    50:23 62:12
    87:1
talking 6:6 37:6
    60:23 68:17
TECHNOLO...
    1:8
technology
    18:24 71:12,15
    81:11 84:21,24
telephone 2:10
    2:13 39:23
TELEPHONIC
    1:12
tell 6:2,15 10:18
    11:14 12:18,20
    14:4,13 15:20
    15:20 20:7
    29:4 36:14,18
    38:21 41:8
    46:6,12 47:11
    74:7 75:17
ten 11:3,5,6,11
    11:12 12:2,3,5
    12:8 46:22

47:5,6,14
tense 58:17
term 10:4
terminology
    12:1
terms 10:4
territory 33:22
testified 36:7
    48:3,12 53:7
testify 48:5,15
testifying 23:9
testimony 45:21
    45:21 49:5
    60:10,19 71:20
    73:18 74:12,15
    74:20,24 75:2
    84:22 85:5
    87:9
Texas 9:5 11:7,8
    33:8,12
thank 15:10
    89:23,24 90:1
their 57:4,7,10
    83:5
thing 50:7
things 86:21
think 5:11 11:1
    22:15 23:5
    27:5 46:4
    56:20 66:11,18
    66:24 76:12,15
    76:23 81:20
    82:20 83:12
    87:6 88:1,2,4
third 14:11
    15:11
thought 13:15
    54:10 57:22
    62:2 88:7
three 23:1,7
through 6:7
    22:17 23:10
    29:9,14,17,19
    29:24 36:8
    52:10,14 53:8

WEI LI

103

56:24 67:24
75:14 76:10
86:14
**time** 3:15 7:18
 7:22 11:7,9,9
 11:10 12:12
 22:24 28:6,6
 33:19,21 35:20
 36:1,20 39:11
 47:19
**title** 59:22 66:22
**today** 6:24 8:21
 15:21 23:9
 51:5 68:14
**today's** 6:19 8:2
 15:24 49:17
 79:4 88:15
**Token** 67:15,24
 68:3,9,12,18
**Tokens** 4:12
**told** 7:19,23
 15:10 29:3,3
 36:7,17 41:4
 43:1 44:21
 45:2,16,23,23
 48:4,13 50:5
 50:13,17,17
 66:22
**tonight** 51:5
**top** 27:7
**total** 24:1
**totally** 66:18
**touch** 82:6
**towards** 50:18
**Tower** 2:8
**track** 25:22
 82:18
**transcript** 1:12
 91:5,11
**transfer** 24:21
 25:4
**transferred**
 27:17 53:13,16
 53:22 54:2,8
 54:11 60:14,18

60:21 61:3
**translate** 9:18
 12:20 35:14
 66:2
**Translator** 70:8
**Travis** 2:8
**trial** 55:18,19
**true** 55:17 66:13
 91:4
**truth** 6:16 15:21
**try** 5:4 6:7 9:22
 13:17,24
**trying** 31:13
 33:2 53:1
 73:22 87:8,22
**turn** 31:23 76:2
**turned** 28:15
 51:11
**turning** 76:5
**twice** 75:6
**two** 10:2 38:16
 39:20 40:3
 43:3,13 60:13
 86:23
**two-page** 83:19
**TX** 2:9
**T-E-C-H** 77:22
—————————
      **U**
**Uh-huh** 11:19
**unclear** 87:9
**under** 6:15
 15:19 66:14
 91:12
**understand** 6:12
 6:16,18,21
 7:10,17 8:24
 9:11,14,16,24
 10:5,20 11:18
 12:4,7,22,24
 13:3,7,10,16
 15:2,5,7,13,15
 15:16,18 16:23
 20:18 31:5
 36:11 50:6

53:1 65:3
 70:11 71:15,24
 72:20 76:11
 78:19 81:19
 85:10 86:2
 87:23
**understanding**
 15:9 87:4
**understands**
 10:22 11:15,21
**understood**
 76:15
**United** 1:1,20
 24:5 25:23
 27:23 28:4
 33:16,22 35:17
 35:21 54:8
 55:3 60:2,11
 61:18,22 71:22
 77:4,11,16,19
 78:2,5 84:15
 84:23
**Unites** 24:1
**unless** 58:16
 91:11
**until** 22:18
 55:19
**use** 10:4 52:19
 53:6 57:5
**used** 17:3 55:14
 56:12 57:10,18
 59:21
**useful** 53:5,21
 54:10 57:22
 62:2
**U.S** 4:8,10 6:11
 24:6,13 32:12
 55:16,23 56:2
 58:11 60:3,6
 60:13,17,21
 61:4,4,10
 76:13 80:7
 84:8
—————————
      **V**

**vacuum** 28:15
**vague** 45:6,8
**very** 7:9 16:10
 28:20 30:16
 36:19 43:11
 46:19 84:13
**Via** 2:10,13
**vicarious** 32:10
**vicariously** 32:3
**vice** 7:19,23 8:3
 8:4
**Visa** 64:8,9
 67:10
**visit** 81:22
**visited** 80:20
**voice** 9:2,7 22:3
**Voluntarily**
 81:24
**voluntary** 81:18
 81:22
**vs** 1:7
—————————
      **W**
**wait** 11:12 28:14
 48:7 55:19
 61:7,7
**waiting** 14:5,13
**waiving** 6:10
**Wang** 49:10,12
 49:13,16 50:7
 50:20 51:2
 55:11,22 56:4
 57:1 58:6,22
 58:24 59:16
**Wang's** 58:1
**want** 6:14 9:1
 11:13 30:19
 31:9 34:9,12
 34:12,14 39:6
 74:16,21 75:3
 78:9 86:16
 87:1,3,12
**wanted** 74:18
**wants** 28:18
**wasn't** 6:5 59:22

**way** 36:14 41:10
 82:19
**Wednesday** 1:16
**Wei** 1:7 3:4 4:4
**well** 11:1 16:10
 23:16 27:7
 28:20 30:17
 31:7 32:19
 33:9 36:7,19
 38:15 39:8,18
 43:11,15 45:20
 46:20 52:16
 66:13,20 76:9
 79:4 86:6,13
 89:8
**were** 3:15 7:15
 9:9 14:13
 16:18 21:1,14
 27:9 33:4
 37:14 46:12
 48:5 50:13,16
 50:17 53:9,9
 54:1,8 56:24
 57:5 60:14
 67:14,15 69:12
 82:21,24 87:11
 89:19
**weren't** 87:10
**we'll** 6:7 47:4
**we're** 4:22 14:4
 58:22 90:4
**we've** 51:5
**while** 28:15
**whole** 33:22
 61:22
**wire** 24:20,21
 25:4
**witness** 3:3 7:4
 8:13 9:14 12:7
 14:22 15:4,14
 15:16 16:8,11
 16:17 17:3
 21:6 22:4 24:8
 31:5 35:8
 40:14 42:18

43:21 44:12
45:3,23,24
46:13 47:1,6
47:13,18 48:6
48:13,16 52:4
52:8 53:19
64:13 68:8
72:7 75:14
76:2,18,24
77:7 78:7
79:18 83:12
85:19 89:2
90:5
**word** 57:13,14
**words** 32:2,9
**work** 6:7 56:4
**wouldn't** 86:11
**write** 59:10
**writes** 44:19
**written** 68:24
69:7,11,12
**W-A-N-G** 49:12
58:23

| **X** |
| --- |

**X** 3:1,12

| **Y** |
| --- |

**Yao** 49:10,12,16
50:7,20 51:2
**Yao's** 49:13
**Yeah** 13:11,12
47:8 70:10
90:4
**year** 27:5,6
52:24 56:8,17
56:20 59:7
70:21 71:8
72:4 82:15
**years** 22:13 70:6
71:1,8,9,11
72:9
**Yu** 64:9 65:5,16
66:16,19
**Y-A-O** 49:12
**Y-U** 64:12

| **$** |
| --- |

**$5090** 63:21
**$5995** 63:19,22
63:23
**$7,580** 24:16

| **#** |
| --- |

**#2** 2:13

| **0** |
| --- |

**00010** 67:24
**000363** 43:24
**00052** 19:24 20:1
**00055** 26:10
**00056** 37:3
**00058** 37:14 38:1
38:5
**00059** 40:17
**00060** 42:5
**00061** 43:5
**00062** 43:6
**00064** 83:19
**0008** 67:23
**0009** 67:23
**001** 41:14,18
**0054** 63:14
**05-149** 1:2

| **1** |
| --- |

**1** 2:12 7:1 8:3,6
8:11,15,17
9:13,18 10:2
11:17,19,22
**1/24/2006** 27:8
**100** 24:1
**121** 37:19
**12944** 26:2,6,15
26:21 37:5
**129444** 26:9
**13** 18:23 19:4,21
**13187** 37:12,20
37:24 38:5,11
**1520** 1:20
**16** 39:17 40:7
**17th** 1:19
**19103** 1:20 2:4

**1999** 22:18 23:4
23:11

| **2** |
| --- |

**2** 12:16,23 13:1,8
13:11,14,19
37:24
**2:00** 90:6
**20** 68:1
**2003** 18:23 19:4
33:20 71:3
72:10,12,15,18
83:1
**2004** 56:17,20
71:4,5
**2005** 19:5,5,6,21
33:20 39:18
40:7 55:10
56:8 59:7 71:3
72:10,12,15
73:2,16,20
74:10 83:1
**2006** 1:17 4:6
27:8 36:23
37:24 38:4
43:5,6 50:1,8
51:10 62:12,19
62:23 63:9
67:16 68:21
70:6,21 71:1
72:4 81:2
**22** 43:6 73:15
**24** 27:8
**25** 1:16
**258201** 2:14
**26** 36:23 43:5
**260** 2:4
**27th** 37:16

| **3** |
| --- |

**3** 2:14 14:6 16:7
16:15 17:1,10
19:2,6,10,14
19:18 20:4,10
20:13,15,18
21:4 22:2,21

24:3,6,24 26:3
26:5,11 27:19
27:24 28:12,18
30:8,16 36:11
37:15,18 39:22
40:10,13 42:7
42:9,13,17
43:10,19 44:8
44:15,23 46:18
47:8,21,24
51:23 52:7
53:17 54:14,16
54:18 57:13
58:15 59:1
62:15 63:21,23
64:1,10 65:24
67:18 68:2,5,7
69:4 70:10
71:9 72:5
73:24 74:3,5
75:10 76:1
77:5,20,22
79:13 81:20
83:9 85:18,21
88:24 90:1
**30** 1:19 4:6
**3000** 67:15,22
68:4,6,7
**3400** 2:8

| **4** |
| --- |

**48423** 42:4,8,9
**4843** 42:7

| **5** |
| --- |

**500** 23:24
**59** 37:14

| **6** |
| --- |

**6** 3:6
**600** 2:8
**65** 83:20

| **7** |
| --- |

**7,500** 24:1,3
**77002-3095** 2:9

| **8** |
| --- |

**8** 38:4
**8th** 38:7,8,9
**8:30** 11:7,8
**80** 24:13

| **9** |
| --- |

**9:00** 1:17
**9:30** 11:9,9

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Aladdin Knowledge Systems, Ltd., | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 05-149 (GMS) |
| | : | |
| Feitian Technologies Co., Ltd., et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

# EXHIBIT I

# (RF Ideas documents regarding Feitian's California contacts)

# FILED UNDER SEAL
# PURSUANT TO STIPULATED
# PROTECTIVE ORDER (D.I. 80)

IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Aladdin Knowledge Systems, Ltd., | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 05-149 (GMS) |
| | : | |
| Feitian Technologies Co., Ltd., et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

# EXHIBIT J

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALADDIN KNOWLEDGE SYSTEMS, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | C.A. NO. 05-149-GMS |
| v. | § | |
| | § | |
| FEITIAN TECHNOLOGIES CO., LTD., et al., | § | |
| | § | |
| Defendants. | § | |

**FEITIAN TECHNOLOGIES CO., LTD.'S AND
RS-COMPUTER'S AMENDED RESPONSES TO PLAINTIFF'S
SECOND SET OF INTERROGATORIES ON JURISDICTIONAL ISSUES**

TO:   Plaintiff, by and through its attorney of record, David S. Eagle, Patrick A. Costello of Klehr Harrison Harvey Branzburg & Ellers, LLP, 919 Market Street, Suite 1000, Wilmington DE 19801 and Michael K. Coran, Mary Ellen O'Laughlin, 260 South Broad Street, 4th Floor, Philadelphia, PA 19102-5003

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendants, Feitian

Technologies Co., Ltd. ("Feitian") and RS-Computer ("RSC") hereby respond to Plaintiff's

Second Set of Interrogatories on Jurisdictional Issues as follows:

**General Objections**

Feitian objects to all requests to the extent they seek information outside the scope of

discovery permitted by the Court's order of February 24, 2006, (D.I. 48) or outside California.

**INTERROGATORIES**

1.     With regard to the contention in: (a) Feitian's response to Interrogatory Nos. 3, 19 and 22 of Plaintiff's First Set of Interrogatories on Jurisdictional Issues Directed o Defendant Feitian Technologies Co. Ltd.; and (b) Feitian's response to Request for Admission Nos. 5, 6 and 10 of Plaintiff's Request for Admissions on Jurisdictional Issues Directed to Defendant Feitian Technologies Co., Ltd., that Feitian has only received inquiries from Delaware "made by Plaintiff's attorneys in connection with this..." or "received from Plaintiff's attorney (collectively, "Contention"), providing the following:

a.     State the basis for the Contention;

**ANSWER**:    The emails identified themselves as coming from "klehr.com," which is the internet address for Plaintiff's attorneys.

b.    Identify each inquiry from Delaware that is referred to in this Contention or that is the subject of this Contention;

**ANSWER**:    All emails coming from "klehr.com."

c.    Identify, by bates stamp n umber(s), any document produced by you or on your behalf that evidences the inquiry that is referred to in this Contention or that is the subject of this Contention;

**ANSWER**:    FT 00004 – 00007.

d.    Describe any investigation done by you or on your behalf regarding the Contention;

**ANSWER**:    None.

e.    Identify each person who participated in any investigation done by your or on your behalf regarding the Contention;

**ANSWER**:    See, Answer 1(d).

f.    Give a summary of the person's participation;

**ANSWER**:    See, Answer 1(d).

g.    Identify all documents relating to the person's participation.

**ANSWER**:    See, Answer 1(d).

h.    With regard to any communications, oral or written, relating to the Contention, provide the following:

(i) Identify each person involved in the communication;

**ANSWER**:    See, Answer 1(d).

(ii)    State the date of the communication;

**ANSWER**:    See, Answer 1(d).

(iii)    State the date of the communication;

**ANSWER**:    See, Answer 1(d).

(iv)    Give a summary of the communication;

2

**ANSWER:**   See, Answer 1(d).

(v)   Identify each document relating to the communication;

**ANSWER:**   See, Answer 1(d).


2.   With regard to the contention in: (a) RSC's response to Request for Admission Nos. 4 and 5 of Plaintiff's Request for Admissions on Jurisdictional Issues Directed to Defendant RS-Computer; and (b) RSC's response to Interrogatory Nos. 19 and 21 of Plaintiff's Interrogatories on Jurisdictional Issues Directed  to Defendant RS-Computer, that RSC had "received inquiries from Plaintiff's counsel in connection with this litigation" and "has received no inquiries…from Delaware other than one or two inquiries from Aladdin's counsel," (collectively, "Contention"), provide the following:

a.   State the basis for the Contention;

**ANSWER:**   See, Answer 1(a)

b.   Identify each inquiry from Delaware that is referred to in this Contention or that is the subject of this Contention;

**ANSWER:**   See, Answer 1(b)

c.   Identify, by bates stamp number(s), any document produced by you or on your behalf that evidences the inquiry that is referred to in this Contention or that is the subject of this Contention;

**ANSWER:**   See, Answer 1(c)

d.   Describe any investigation done by you or on your behalf regarding the Contention;

**ANSWER:**   See, Answer 1(d).

e.   Identify each person who participated in any investigation done by you or on your behalf regarding the Contention;

**ANSWER:**   See, Answer 1(d).

f.   Give a summary of the person's participation;

**ANSWER:**   See, Answer 1(d).

g.   Identify all documents relating to the person's participation;

**ANSWER:**   See, Answer 1(d).

3

h.    With regard to any communications, oral or written, relating to the Contention, provide the following:

(i)    Identify each person involved in the communication;

**ANSWER:**    See, Answer 1(d).

(ii)    State the date of the communication;

**ANSWER:**    See, Answer 1(d).

(iii)    Give a summary of the communication;

**ANSWER:**    See, Answer 1(d).

(iv)  Identify each document relating to the communication.

**ANSWER:**    See, Answer 1(d).

3.    How is John Sloan related to or connected to Plaintiff's attorneys? [The inquiry from John Sloan is set forth in the documents previously produced and bates stamped FT 00002 and FT 00003].

**ANSWER:**    This information is not in RSC or Feitian's possession.

4.    What inquiry or investigation did you make to determine that John Sloan is connected to Plaintiff's counsel? [The inquiry from John Sloan is set forth in the documents previously produced and bates stamped FT 00002 and FT 00003].

**ANSWER:**    None.

5.    With regard to any inquiry or investigation described or identified in your response to the preceding Interrogatory (collectively, "Inquiry"), provide the following:

a.    Identify each person who participated in the Inquiry;

**ANSWER:**    See, Answer 4.

b.    Give a summary of the person's participation;

**ANSWER:**    See, Answer 4.

c.    Identify all documents relating to the person's participation.


**ANSWER:**    See, Answer 4.


d.    With regard to any communications, oral or written, relating to the Inquiry, provide the following:

(i)    Identify each person involved in the communication;

**ANSWER:**    See, Answer 4.

(ii)    State the date of the communication;

**ANSWER:**    See, Answer 4.

(iii)  Give a summary of the communication;

**ANSWER:**    See, Answer 4.

(iv)    Identify each document relating to the communication.

**ANSWER:**    See, Answer 4.


LOCKE LIDDELL & SAPP LLP


Dated:  September 22, 2006

Matthew G. Reeves
State Bar No. 00791498
600 Travis, Suite 600
Houston  TX  77002-3095
(713) 226-1200
(713) 223-3717 (FAX)

*Attorneys for Defendant*
Feitian Technologies, Ltd.


5

## CERTIFICATE OF SERVICE

I also certify that copies of the foregoing were caused to be served on September 22, 2006, upon the following in the manner indicated:

> Via U.S. Mail and Email
> David S. Eagle – *deagle@klehr.com*
> Patrick A. Costello – *pcostello@klehr.com*
> Klehr, Harrison, Harvey, Branzburg & Ellers LLP
> 919 Market Street, Suite 1000
> Wilmington, DE 19801-3062
>
> Via U.S. Mail and Email
> Michael K. Coran – *mcoran@klehr.com*
> Mary Ellen O'Laughlin – *molaughlin@klehr.com*
> 260 S. Broad Street, 4th Floor
> Philadelphia PA  19102-5003

_____
Matthew G. Reeves

6

IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Aladdin Knowledge Systems, Ltd., | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 05-149 (GMS) |
| | : | |
| Feitian Technologies Co., Ltd., et al., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

# EXHIBIT K

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALADDIN KNOWLEDGE SYSTEMS, LTD., | § | |
| | § | |
| Plaintiff, | § | C.A. NO. 05-149-GMS |
| | § | |
| v. | § | |
| | § | |
| FEITIAN TECHNOLOGIES CO., LTD., et al., | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT FEITIAN TECHNOLOGIES C O., LTD.'S
## SECOND AMENDED RESPONSES TO PLAINTIFF'S REQUEST
## FOR ADMISSIONS ON JURISDICTIONAL ISSUES

TO:    Plaintiff, by and through its attorney of record, David S. Eagle, Patrick A. Costello of Klehr Harrison Harvey Branzburg & Ellers, LLP, 919 Market Street, Suite 1000, Wilmington DE 19801 and Michael K. Coran, Mary Ellen O'Laughlin, 260 South Broad Street, 4th Floor, Philadelphia, PA 19102-5003

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Defendant Feitian

Technologies Co., Ltd. ("Feitian") responds to Aladdin Knowledge Systems, Ltd.'s ("Plaintiff")

Request for Admissions on Jurisdictional Issues as follows.

## GENERAL OBJECTIONS

1.    Feitian objects to the extent that any request for admission seeks discovery

concerning attorney-client privileged or attorney work product information.

2.    Feitian objects to the extent that any request for admission seeks discovery

outside the limited subject of Feitian's alleged contacts with Delaware as permitted by the

Court's opinion and discovery order (D.I. 48) or California.

## RESPONSES

**REQUEST FOR ADMISSION NO. 1.:**   Admit that Feitian's entered into an agreement with RF Ideas, Inc., t/a Security Tokens ("RF Ideas"), that allowed RF Ideas to distribute Feitian's products, including its "ePass" and "Rockey 4" and "Rockey 5" products in Delaware.

**ANSWER:**

Denied.

**REQUEST FOR ADMISSION NO. 2.:**   Admit that Feitian's product named "ePass" has been offered for sale to residents of Delaware.

**ANSWER:**

Denied.

**REQUEST FOR ADMISSION NO. 3.:**   Admit that Feitian's products known under the name "Rockey" have been offered for sale to residents of Delaware.

**ANSWER:**

Denied.

**REQUEST FOR ADMISSION NO. 4.:**   Admit that Feitian operates an English-language interactive website from which a resident of Delaware could purchase Feitian's products, including "ePass" and "Rockey" products.

**ANSWER:**

Denied.

**REQUEST FOR ADMISSION NO. 5.:**   Admit that Feitian has received inquiries concerning its "ePass" products from a resident of Delaware.

**ANSWER:**

Feitian admits that it is aware that Plaintiff's attorneys have sent inquiries to it in an apparent

attempt to create a jurisdictional issue.  Otherwise, Denied.

**REQUEST FOR ADMISSION NO. 6.:**   Admit that Feitian has received inquiries concerning its "Rockey" products from a resident of Delaware.

HOUSTON: 022327.00001: 1118249v1

**ANSWER:**

Feitian admits that it is aware that Plaintiff's attorneys have sent inquiries to it in an apparent

attempt to create a jurisdictional issue. Otherwise, Denied.

**REQUEST FOR ADMISSION NO. 7.:**    Admit that Feitian has made a sale of its "ePass" product to a resident of Delaware.

**ANSWER:**

Denied.

**REQUEST FOR ADMISSION NO. 8.:**    Admit that Feitian has made a sale of its "Rockey" product to a resident of Delaware.

**ANSWER:**

Denied.

**REQUEST FOR ADMISSION NO. 9.:**    Admit that one of the reasons Feitian has an interactive website in the English language is so that it can offer for sale, and sell, its "ePass" or "Rockey" products to residents of the United States of America.

**ANSWER:**

Feitian objects to this request as being outside the scope of the Court's order allowing "limited

and appropriate jurisdictional discovery" concerning Feitian's contacts with Delaware or

California, not the U.S. as a whole. Feitian objects to this request because it seeks irrelevant

information related to contacts outside Delaware or California. Subject to the foregoing

objections, Feitian admits that is has an English Language website to assist its English-speaking

customers in the purchase of Feitian products. Otherwise, Denied.

**REQUEST FOR ADMISSION NO. 10.:**    Admit that Feitian has received inquiries concerning its "ePass" or "Rockey" products from a resident of the United States.

**ANSWER:**

Admit.

3

**REQUEST FOR ADMISSION NO. 11.:**    Admit that Feitian has made sales of its "ePass" or "Rockey" products in the United States.

**ANSWER:**

Admit.

**REQUEST FOR ADMISSION NO. 12.:**    Admit that in 2004 residents of the United States purchased "ePass" or "Rockey" products manufactured by Feitian.

**ANSWER:**

Feitian objects to this request as being outside the scope of the Court's order allowing "limited and appropriate jurisdictional discovery" as to Feitian's contacts with Delaware or California, not the U.S. as a whole.  Feitian objects to this request because it seeks irrelevant information related to contacts outside Delaware or California.  Subject to the foregoing objections, Feitian admits that it has sold these products in the United States outside of Delaware.  Otherwise, Denied.

**REQUEST FOR ADMISSION NO. 13.:**    Admit that in 2005 residents of the United States purchased "ePass" or "Rockey" products manufactured by Feitian.

**ANSWER:**

Admit.

**REQUEST FOR ADMISSION NO. 14.:**    Admit that in 2006 residents of the United States purchased "ePass" or "Rockey" products manufactured by Feitian.

**ANSWER:**

Admit.

**REQUEST FOR ADMISSION NO. 15.:**    Admit that in 2005 more than 30% of Feitian's exports were directed to the United States.

4

**ANSWER:**

Denied.

**REQUEST FOR ADMISSION NO. 16.:**    Admit that in 2003 Feitian attended the RSA Conference in San Francisco, California.

**ANSWER:**

Feitian admits that it attended the RSA Conference in 2003.  Otherwise, Denied.

**REQUEST FOR ADMISSION NO. 17.:**    Admit that in 2003 Feitian had a booth at the RSA Conference in San Francisco, California.

**ANSWER:**

Feitian admits that it attended the RSA Conference in 2003.  Otherwise, Denied.

**REQUEST FOR ADMISSION NO. 18.:**    Admit that in 2003 Feitian distributed information about its products to attendees of the RSA Conference in San Francisco, California.

**ANSWER:**

Feitian admits that it attended the RSA Conference in 2003.  Otherwise, Denied.

**REQUEST FOR ADMISSION NO. 19.:**    Admit that in 2003 attendees of the RSA Conference in San Francisco, California included Delaware residents and representatives of Delaware corporations.

**ANSWER:**

Denied.

**REQUEST FOR ADMISSION NO. 20.:**    Admit that in 2005 Feitian attended the RSA Conference in San Francisco, California.

5

**ANSWER:**

Admit.

**REQUEST FOR ADMISSION NO. 21.:**    Admit that in 2005 Feitian had a booth at the RSA Conference in San Francisco, California.

**ANSWER:**

Admit.

**REQUEST FOR ADMISSION NO. 22.:**    Admit that in 2005 Feitian distributed information about its products to attendees of the RSA Conference in San Francisco, California.

**ANSWER:**

Admit.

**REQUEST FOR ADMISSION NO. 23.:**    Admit that in 2005 attendees of the RSA Conference in San Francisco, California included Delaware residents and representatives of Delaware corporations.

**ANSWER:**

Denied.

**REQUEST FOR ADMISSION NO. 24.:**    Admit that in 2006 Feitian attended the RSA Conference in San Francisco, California.

**ANSWER:**

Admit.

**REQUEST FOR ADMISSION NO. 25.:**    Admit that in 2006 Feitian had a booth at the RSA Conference in San Francisco, California.

**ANSWER:**

Admit.

6

**REQUEST FOR ADMISSION NO. 26.:**   Admit that in 2006 Feitian distributed information about its products to attendees of the RSA Conference in San Francisco, California.

**ANSWER:**

Admit.

**REQUEST FOR ADMISSION NO. 27.:**   Admit that in 2006 attendees of the RSA Conference in San Francisco, California included Delaware resident and representatives of Delaware corporations.

**ANSWER:**

Denied.

**REQUEST FOR ADMISSION NO. 28.:**   Admit that you have offered your products for sale Feitian's at trade shows and trade conferences in the U.S. where attendees included Delaware residents and representatives of Delaware corporations.

**ANSWER:**

Denied.

**REQUEST FOR ADMISSION NO. 29.:**   Admit that you did not stop offering for sale in Delaware your "ePass," "Rockey 4" and "Rockey 5" products after learning of the patents-in-suit.

**ANSWER:**

Feitian objects to this question as vague, ambiguous, argumentative and unfair.  The question

assumes that Feitian offered products for sale in Delaware regardless of how it is answered.

**REQUEST FOR ADMISSION NO. 30.:**   Admit that you have entered into agreements that apply Delaware law or provide that they are governed by Delaware law.

7

**ANSWER:**

Denied

LOCKE LIDDELL & SAPP LLP

Dated:  September 22, 2006

Matthew G. Reeves
State Bar No. 00791498
600 Travis, Suite 600
Houston  TX  77002-3095
(713) 226-1200
(713) 223-3717 (FAX)

*Attorneys for Defendant*
Feitian Technologies, Ltd.

## CERTIFICATE OF SERVICE

I also certify that copies of the foregoing were caused to be served on September 22, 2006, upon the following in the manner indicated:

Via U.S. Mail and Email
David S. Eagle – *deagle@klehr.com*
Patrick A. Costello – *pcostello@klehr.com*
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801-3062

Via U.S. Mail and Email
Michael K. Coran – *mcoran@klehr.com*
Mary Ellen O'Laughlin – *molaughlin@klehr.com*
260 S. Broad Street, 4th Floor
Philadelphia  PA  19102-5003

Matthew G. Reeves

8