IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF DELAWARE**

Aladdin Knowledge Systems, Ltd.,      :
         Plaintiff,        :
    v.                        :       CIVIL ACTION NO. 05-149 (GMS)
                                :
Feitian Technologies Co., Ltd., et al.,     :
                                :
         Defendants.      :
_____:

# EXHIBIT L

# (Feitian's 1/2/03 e-mail re: strategic importance of U.S. market)

# FILED UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDER (D.I. 80)

IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Aladdin Knowledge Systems, Ltd., | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 05-149 (GMS) |
| | : | |
| Feitian Technologies Co., Ltd., et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

# EXHIBIT M

# (Feitian's 1/16/03 e-mail re: goal of opening U.S. office)

# FILED UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDER (D.I. 80)

IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF DELAWARE**

Aladdin Knowledge Systems, Ltd.,                    :
          Plaintiff,                              :
    v.                                                    :          CIVIL ACTION NO. 05-149 (GMS)
                                       :
Feitian Technologies Co., Ltd., et al.,            :
                                       :
          Defendants.                             :
_____ :

# EXHIBIT N

# (3/11/03 Distribution Agreement (Rockey); Feitian/RF Ideas e-mails regarding Coding Contract and Distribution Agreement)

# FILED UNDER SEAL
# PURSUANT TO STIPULATED
# PROTECTIVE ORDER (D.I. 80)

IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF DELAWARE**

Aladdin Knowledge Systems, Ltd.,       :
           Plaintiff,              :
    v.                                 :       CIVIL ACTION NO. 05-149 (GMS)
                                        :
Feitian Technologies Co., Ltd., et al.,       :
                                        :
           Defendants.           :
_____ :

# EXHIBIT O

# (7/26/04 Distributor's Coding Program License Agreement)

# FILED UNDER SEAL
# PURSUANT TO STIPULATED
# PROTECTIVE ORDER (D.I. 80)

IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF DELAWARE**

Aladdin Knowledge Systems, Ltd.,      :
                Plaintiff,      :
      v.      :      CIVIL ACTION NO. 05-149 (GMS)
                    :
Feitian Technologies Co., Ltd., et al.,      :
                    :
           Defendants.      :
_____ :

# EXHIBIT P

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Aladdin Knowledge Systems, Ltd., | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 05-149 (GMS) |
| | : | |
| Feitian Technologies Co., Ltd., et al., | : | JURY TRIAL DEMANDED |
| | : | |
| | : | |
| Defendants. | : | |

**DECLARATION OF RICK LANDUYT OF R.F. IDEAS, INC. d/b/a SECURITY
TOKENS IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL RESPONSE IN
OPPOSITION TO MOTION TO DISMISS OF DEFENDANT FEITIAN
TECHNOLOGIES, CO., LTD.**

RICK LANDUYT, under penalty of perjury, hereby declares as follows:

1.    I am over the age of eighteen and a citizen of the United States. I have personal knowledge of the information contained in this Affidavit and can testify as to the information if necessary.

2.    I am the President and principal shareholder of Defendant RF IDeas, Inc., d/b/a Security Tokens ("RF IDeas").

3.    RF IDeas was incorporated in Delaware on April 17, 1995 and has at all times maintained its active status as a Delaware corporation. RF IDeas' principal place of business is located as 4238 B Arlington Heights Road, Arlington Heights, IL 60004.

4.    RF IDeas began discussing the possibility of acting as Feitian's U.S. distributor with Feitian in late 2002 and engaged in negotiations for the terms of the parties' Distribution Agreement dated March 11, 2003, that was executed on behalf of RF IDeas in Arlington Heights, Illinois.

5.    As a result of the execution of the Distribution Agreement with Feitian, RF IDeas became a U.S. distributor for Feitian's products. Among the products RF IDeas was authorized to distribute for Feitian were its ePass and Rockey products. As a U.S. distributor, RF IDeas was authorized to distribute Feitian's products anywhere in the United States.

6.    All communications with Feitian, pre-execution of the Distribution Agreement and as the U.S. distributor for Feitian, occurred principally by electronic mail and occasionally by telephone from or to RF IDeas' offices in Arlington Heights, Illinois or Chicago, Illinois.

7.    All sales of Feitian products that were made by RF IDeas were shipped by Feitian to our offices in Arlington Heights, Illinois or to Shiung Lo in Chicago, Illinois. For a limited period of time some shipments were also made to an office we then had in Cary, Illinois. RF IDeas would then ship the products to the customer in the United States or Canada. The United States customers included residents of Illinois and California. Occasionally, Feitian shipped the product directly to the customer.

8.    RF IDeas paid Feitian for the products it purchased, and for the shipping costs Feitian required reimbursement for, by wire transfer from our bank in Illinois to Feitian's bank in Beijing, China, in accordance with Feitian's instructions.

9.    During the time it acted as the U.S. distributor for Feitian's products, including its ePass and Rockey products, from approximately August 2003 until the Distribution Agreement was terminated in May 2005 as a result of RF IDeas' settlement with Aladdin Knowledge Systems, Ltd., the principal persons responsible for the Feitian business were myself, Thomas Crowley, Ron Fielder, Greg Gliniecki, Matt Winter and Shiung Lo. Shiung Lo was located in his own Chicago office.

10.    I am a resident of Arlington Heights, Illinois, located in the Chicago area.

2

11.     Upon information and belief, Thomas Crowley, Greg Gliniecki, Matt Winter and Shuing Lo are all residents of Illinois, in and around the Chicago area. Ron Fielder is located in Florida.

12.     Messrs. Crowley, Messrs. Winter, and Messrs. Lo were never employed by RF IDeas, Inc. They worked as an independent contractor or representative. It is my understanding that they are located in the Chicago, Illinois area. Messrs. Fielder and Messrs. Gliniecki are employed by RF IDeas.

13.     It would be most convenient for each of us if we have to testify in this patent infringement action, if the matter were heard in the District Court located in Chicago, Illinois.

14.     As part of its settlement with Aladdin, RF IDeas agreed to respond to any properly issued subpoena in this action. Aladdin served RF IDeas with a document subpoena. In view of the Distribution agreement with Feitian, RF IDeas required that Aladdin execute a Non-Disclosure and Confidentiality Agreement before it would produce any materials in response to the subpoena. Aladdin executed the Non-Disclosure and Confidentiality Agreement and thereafter RF IDeas produced all responsive materials in its possession to Aladdin. RF IDeas initially took the position that Aladdin could not produce these responsive materials, marked "SECRET," to Feitian unless Feitian would execute the same Non-Disclosure and Confidentiality Agreement. Following negotiations among counsel for RF IDeas, Aladdin and Feitian, RF IDeas agreed to allow the production of the documents to Feitian upon the entry of the parties' Stipulated Protective Order. The Stipulated Protective Order was approved by the Court on October 12, 2006.

_Rick Landuyt_    11/15/2006

Rick Landuyt

3

IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF DELAWARE**

Aladdin Knowledge Systems, Ltd.,                 :
                              Plaintiff,          :
            v.                                    :        CIVIL ACTION NO. 05-149 (GMS)
                                                  :
Feitian Technologies Co., Ltd., et al.,           :
                                                  :
                       Defendants.                :
_____:

# EXHIBIT Q

# (Feitian's 5/26/04 e-mail re: shipment of leased equipment to RF Ideas)

# FILED UNDER SEAL
# PURSUANT TO STIPULATED
# PROTECTIVE ORDER (D.I. 80)

IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Aladdin Knowledge Systems, Ltd., | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 05-149 (GMS) |
| | : | |
| Feitian Technologies Co., Ltd., et al., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

# EXHIBIT R

# (Feitian's e-mails re: termination of RF Ideas' Distribution Agreement)

# FILED UNDER SEAL
# PURSUANT TO STIPULATED
# PROTECTIVE ORDER (D.I. 80)

IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Aladdin Knowledge Systems, Ltd., | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 05-149 (GMS) |
| | : | |
| Feitian Technologies Co., Ltd., et al., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

# EXHIBIT S

# (Feitian/RF Ideas' e-mails re: telephone calls)

# FILED UNDER SEAL
# PURSUANT TO STIPULATED
# PROTECTIVE ORDER (D.I. 80)

IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Aladdin Knowledge Systems, Ltd., | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 05-149 (GMS) |
| | : | |
| Feitian Technologies Co., Ltd., et al., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

# EXHIBIT T

# (Feitian/RF Ideas' e-mail re: wire transfers)

# FILED UNDER SEAL
# PURSUANT TO STIPULATED
# PROTECTIVE ORDER (D.I. 80)

IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Aladdin Knowledge Systems, Ltd., | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 05-149 (GMS) |
| | : | |
| Feitian Technologies Co., Ltd., et al., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

# EXHIBIT U

# (Feitian's e-mails re: U.S. marketing efforts)

# FILED UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDER (D.I. 80)

IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF DELAWARE**

Aladdin Knowledge Systems, Ltd.,  :
           Plaintiff,  :
    v.  :      CIVIL ACTION NO. 05-149 (GMS)
  :
Feitian Technologies Co., Ltd., et al.,  :
  :
       Defendants.  :
_____:

# EXHIBIT V

# (Feitian's 11/8/04 e-mail re: website redesign and leads for distributors)

# FILED UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDER (D.I. 80)

IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF DELAWARE**

Aladdin Knowledge Systems, Ltd.,           :
                Plaintiff,                    :
     v.                                          :        CIVIL ACTION NO. 05-149 (GMS)
                             :
Feitian Technologies Co., Ltd., et al.,       :
                             :
           Defendants.                   :
_____:

# EXHIBIT W

# (Feitian's e-mails to RF Ideas requesting sales information)

# FILED UNDER SEAL
# PURSUANT TO STIPULATED
# PROTECTIVE ORDER (D.I. 80)

IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF DELAWARE**

Aladdin Knowledge Systems, Ltd.,      :
               Plaintiff,      :
     v.                             :      CIVIL ACTION NO. 05-149 (GMS)
                                :
Feitian Technologies Co., Ltd., et al.,      :
                                :
            Defendants.      :
_____:

# EXHIBIT X

# (Feitian's 3/13/03 e-mail re: RSA Conference)

# FILED UNDER SEAL
# PURSUANT TO STIPULATED
# PROTECTIVE ORDER (D.I. 80)

IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF DELAWARE**

Aladdin Knowledge Systems, Ltd.,                  :
                Plaintiff,        :
      v.                                  :      CIVIL ACTION NO. 05-149 (GMS)
                      :
Feitian Technologies Co., Ltd., et al.,           :
                      :
           Defendants.          :
_____:

# EXHIBIT Y

# (RF Ideas' customer information and sales reports)

# FILED UNDER SEAL
# PURSUANT TO STIPULATED
# PROTECTIVE ORDER (D.I. 80)

IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF DELAWARE**

Aladdin Knowledge Systems, Ltd.,                   :
              Plaintiff,                   :
      v.                   :     CIVIL ACTION NO. 05-149 (GMS)
                           :
Feitian Technologies Co., Ltd., et al.,                   :
                           :
            Defendants.                   :
_____:

# EXHIBIT Z

## (RF Ideas' purchase orders, invoices, packing lists and related e-mails)

# FILED UNDER SEAL
# PURSUANT TO STIPULATED
# PROTECTIVE ORDER (D.I. 80)

IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Aladdin Knowledge Systems, Ltd., | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 05-149 (GMS) |
| | : | |
| Feitian Technologies Co., Ltd., et al., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

# EXHIBIT AA

# (Feitian's e-mails to RF Ideas forwarding leads)

# FILED UNDER SEAL
# PURSUANT TO STIPULATED
# PROTECTIVE ORDER (D.I. 80)

IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Aladdin Knowledge Systems, Ltd., | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 05-149 (GMS) |
| | : | |
| Feitian Technologies Co., Ltd., et al., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

# EXHIBIT BB

# (Feitian's 6/28/04 e-mail notifying RF Ideas of other U.S. distributor, AZ-Tech)

# FILED UNDER SEAL
# PURSUANT TO STIPULATED
# PROTECTIVE ORDER (D.I. 80)

IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Aladdin Knowledge Systems, Ltd., | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 05-149 (GMS) |
| | : | |
| Feitian Technologies Co., Ltd., et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

# EXHIBIT CC

# (Feitian's e-mails to customers with contact information for U.S. distributors)

# FILED UNDER SEAL
# PURSUANT TO STIPULATED
# PROTECTIVE ORDER (D.I. 80)

IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF DELAWARE**

Aladdin Knowledge Systems, Ltd.,            :
                    Plaintiff,              :
          v.                                :        CIVIL ACTION NO. 05-149 (GMS)
                                            :
Feitian Technologies Co., Ltd., et al.,     :
                                            :
                    Defendants.             :
_____     :

# EXHIBIT DD

# (Feitian's 9/28/04 e-mail to RF Ideas forwarding U.S. leads from Feitian's Malaysian distributor)

# FILED UNDER SEAL
# PURSUANT TO STIPULATED
# PROTECTIVE ORDER (D.I. 80)

IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Aladdin Knowledge Systems, Ltd., | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 05-149 (GMS) |
| | : | |
| Feitian Technologies Co., Ltd., et al., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

# EXHIBIT EE

# (E-mails directed by Feitian to RF Ideas from potential Feitian customers)

# FILED UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDER (D.I. 80)

IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF DELAWARE**

Aladdin Knowledge Systems, Ltd.,           :
           Plaintiff,                   :
    v.                                     :          CIVIL ACTION NO. 05-149 (GMS)
                             :
Feitian Technologies Co., Ltd., et al.,     :
                             :
           Defendants.                  :
_____:

# EXHIBIT FF

# (Invoice #030314 and related e-mails re; RF Ideas' stock of Feitian products)

# FILED UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDER (D.I. 80)

IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF DELAWARE**

Aladdin Knowledge Systems, Ltd.,        :
              Plaintiff,            :
     v.                                          :        CIVIL ACTION NO. 05-149 (GMS)
                              :
Feitian Technologies Co., Ltd., et al.,        :
                              :
            Defendants.            :
_____:

# EXHIBIT GG

# (Invoices and e-mails reflecting Feitian's shipments to Illinois)

# FILED UNDER SEAL
# PURSUANT TO STIPULATED
# PROTECTIVE ORDER (D.I. 80)

IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Aladdin Knowledge Systems, Ltd., | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 05-149 (GMS) |
| | : | |
| Feitian Technologies Co., Ltd., et al., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

# EXHIBIT HH

# (RF Ideas' documents re: sales of Feitian products to Illinois residents)

# FILED UNDER SEAL
# PURSUANT TO STIPULATED
# PROTECTIVE ORDER (D.I. 80)

IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF DELAWARE**

Aladdin Knowledge Systems, Ltd.,          :
             Plaintiff,          :
     v.          :          CIVIL ACTION NO. 05-149 (GMS)
                          :
Feitian Technologies Co., Ltd., et al.,          :
                          :
          Defendants.          :
_____:

# EXHIBIT II

# (RF Ideas' shipments from Illinois to Feitian)

# FILED UNDER SEAL
# PURSUANT TO STIPULATED
# PROTECTIVE ORDER (D.I. 80)

IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF DELAWARE**

Aladdin Knowledge Systems, Ltd.,     :
                Plaintiff,          :
      v.                         :       CIVIL ACTION NO. 05-149 (GMS)
                             :
Feitian Technologies Co., Ltd., et al.,     :
                             :
             Defendants.       :
_____ :

# EXHIBIT JJ

188

## Table C-5.
## U.S. District Courts—Median Time Intervals From Filing to Disposition of Civil Cases Terminated, by District and Method of Disposition, During the 12-Month Period Ending September 30, 2005

| Circuit and District | Total Cases Number of Cases | Total Cases Median Time Interval in Months | No Court Action Number of Cases | No Court Action Median Time Interval in Months | Before Pretrial Number of Cases | Before Pretrial Median Time Interval in Months | During or After Pretrial Number of Cases | During or After Pretrial Median Time Interval in Months | Trial Number of Cases | Trial Median Time Interval in Months |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 208,380 | 9.5 | 49,579 | 7.0 | 134,527 | 9.5 | 20,711 | 13.1 | 3,563 | 21.8 |
| DC | 2,020 | 10.8 | 871 | 9.9 | 1,079 | 10.5 | 37 | 17.4 | 33 | 34.0 |
| 1ST | 5,543 | 10.0 | 1,888 | 7.3 | 2,491 | 9.2 | 1,006 | 14.6 | 158 | 23.2 |
| ME | 420 | 7.5 | 167 | 5.9 | 225 | 7.9 | 19 | 17.4 | 9 | - |
| MA | 2,699 | 10.7 | 1,228 | 9.3 | 981 | 9.4 | 409 | 14.0 | 81 | 28.0 |
| NH | 436 | 8.1 | 79 | 4.2 | 136 | 5.4 | 211 | 15.1 | 10 | 16.0 |
| RI | 528 | 9.2 | 82 | 4.0 | 220 | 7.4 | 208 | 11.8 | 18 | 19.0 |
| PR | 1,460 | 11.5 | 332 | 8.2 | 929 | 10.8 | 159 | 17.6 | 40 | 24.7 |
| 2ND | 18,333 | 10.2 | 6,262 | 7.4 | 9,255 | 9.6 | 2,462 | 15.7 | 354 | 28.9 |
| CT | 1,960 | 11.4 | 1,292 | 9.8 | 540 | 14.4 | 50 | 25.2 | 66 | 32.4 |
| NY,N | 1,075 | 12.0 | 252 | 7.7 | 531 | 9.7 | 264 | 16.7 | 38 | 28.5 |
| NY,E | 5,357 | 11.6 | 746 | 5.1 | 3,697 | 10.7 | 815 | 19.5 | 99 | 32.0 |
| NY,S | 8,362 | 8.8 | 3,552 | 7.5 | 3,521 | 7.4 | 1,164 | 12.9 | 125 | 20.0 |
| NY,W | 1,244 | 10.2 | 381 | 6.7 | 670 | 9.0 | 177 | 12.9 | 16 | 42.0 |
| VT | 345 | 7.3 | 39 | 4.2 | 296 | 7.7 | 2 | - | 8 | - |
| 3RD | 24,036 | 4.3 | 4,715 | 5.6 | 16,050 | 2.8 | 2,911 | 12.2 | 360 | 21.2 |
| DE | 1,053 | 10.9 | 161 | 8.0 | 833 | 10.8 | 22 | 13.0 | 37 | 26.5 |
| NJ | 5,305 | 7.3 | 1,810 | 6.2 | 1,933 | 5.3 | 1,504 | 13.8 | 58 | 27.0 |
| PA,E | 13,398 | 1.0 | 1,230 | 4.7 | 10,816 | 1.0 | 1,192 | 11.8 | 160 | 17.7 |
| PA,M | 1,733 | 7.5 | 607 | 4.5 | 978 | 7.3 | 95 | 17.0 | 53 | 23.5 |
| PA,W | 2,298 | 9.0 | 868 | 8.0 | 1,295 | 9.4 | 83 | 20.0 | 52 | 25.0 |
| VI | 249 | 21.0 | 39 | 4.5 | 195 | 24.0 | 15 | 23.0 | - | - |
| 4TH | 35,921 | 9.7 | 4,077 | 7.5 | 29,487 | 9.8 | 2,138 | 21.0 | 219 | 17.2 |
| MD | 3,506 | 8.9 | 1,461 | 8.5 | 1,777 | 7.4 | 225 | 14.9 | 43 | 22.0 |
| NC,E | 895 | 11.7 | 291 | 9.8 | 591 | 11.1 | 1 | - | 12 | 22.0 |
| NC,M | 764 | 12.6 | 220 | 9.8 | 351 | 13.0 | 184 | 13.3 | 9 | 24.0 |
| NC,W | 838 | 10.9 | 289 | 9.2 | 478 | 10.7 | 60 | 13.5 | 11 | 21.7 |
| SC | 22,784 | 9.0 | 343 | 6.2 | 21,288 | 9.0 | 1,105 | 46.7 | 48 | 21.7 |
| VA,E | 3,204 | 5.3 | 1,109 | 4.9 | 1,516 | 5.6 | 520 | 7.9 | 59 | 10.7 |
| VA,W | 880 | 9.4 | 181 | 8.0 | 662 | 9.6 | 19 | 12.5 | 18 | 12.0 |
| WV,N | 484 | 12.0 | 130 | 8.0 | 333 | 13.4 | 13 | 15.0 | 8 | - |
| WV,S | 2,566 | 18.8 | 53 | 11.0 | 2,491 | 18.3 | 11 | 20.0 | 11 | 16.0 |

## Table C-5. (September 30, 2005—Continued)

| Circuit and District | Total Cases | | No Court Action | | Court Action | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Before Pretrial | | During or After Pretrial | | Trial | |
| | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months |
| **5TH** | 19,784 | 9.8 | 5,143 | 8.6 | 12,256 | 9.6 | 1,934 | 13.5 | 451 | 19.8 |
| LA,E | 2,375 | 9.6 | 33 | 2.2 | 1,385 | 9.6 | 871 | 13.8 | 86 | 19.0 |
| LA,M | 674 | 11.8 | 47 | 3.5 | 608 | 11.7 | 5 | - | 14 | 21.0 |
| LA,W | 1,811 | 12.4 | 650 | 9.5 | 1,068 | 13.7 | 51 | 19.0 | 42 | 21.6 |
| MS,N | 944 | 10.6 | 184 | 7.5 | 658 | 10.1 | 79 | 16.8 | 23 | 16.7 |
| MS,S | 2,813 | 11.9 | 1,895 | 9.5 | 865 | 9.5 | 12 | 17.5 | 41 | 22.7 |
| TX,N | 3,054 | 8.6 | 177 | 7.0 | 2,793 | 7.0 | 7 | - | 77 | 20.3 |
| TX,E | 1,704 | 10.3 | 339 | 5.0 | 1,227 | 11.6 | 92 | 13.0 | 46 | 16.5 |
| TX,S | 4,270 | 9.8 | 1,267 | 6.8 | 2,132 | 8.2 | 798 | 12.0 | 73 | 16.6 |
| TX,W | 2,139 | 9.3 | 551 | 8.3 | 1,520 | 9.0 | 19 | 11.5 | 49 | 21.0 |
| **6TH** | 17,274 | 9.9 | 3,840 | 6.1 | 10,011 | 9.5 | 3,132 | 13.4 | 291 | 23.3 |
| KY,E | 1,794 | 10.7 | 124 | 5.7 | 1,638 | 10.0 | 19 | 18.0 | 13 | 25.0 |
| KY,W | 1,259 | 11.0 | 259 | 7.0 | 876 | 10.8 | 112 | 18.3 | 12 | 25.0 |
| MI,E | 3,677 | 9.9 | 546 | 4.6 | 1,505 | 6.2 | 1,550 | 13.0 | 76 | 25.3 |
| MI,W | 962 | 9.0 | 109 | 3.3 | 818 | 9.7 | 22 | 16.3 | 13 | 13.0 |
| OH,N | 3,539 | 6.3 | 942 | 5.4 | 1,843 | 6.0 | 714 | 10.5 | 40 | 19.4 |
| OH,S | 2,420 | 11.3 | 1,014 | 8.7 | 1,034 | 12.2 | 335 | 16.1 | 37 | 27.4 |
| TN,E | 1,294 | 11.2 | 284 | 8.5 | 819 | 9.5 | 357 | 16.9 | 34 | 24.0 |
| TN,M | 1,366 | 12.1 | 257 | 11.8 | 1,071 | 12.6 | 6 | - | 32 | 19.0 |
| TN,W | 963 | 10.7 | 305 | 7.8 | 607 | 12.6 | 17 | 20.0 | 34 | 22.5 |
| **7TH** | 13,852 | 7.1 | 3,877 | 5.8 | 8,206 | 7.0 | 1,520 | 12.3 | 249 | 23.7 |
| IL,N | 6,979 | 6.9 | 2,321 | 5.8 | 4,020 | 6.0 | 529 | 12.0 | 109 | 24.7 |
| IL,C | 746 | 8.6 | 324 | 8.8 | 398 | 8.6 | 8 | - | 16 | 23.0 |
| IL,S | 853 | 9.5 | 265 | 6.6 | 545 | 9.4 | 23 | 18.0 | 20 | 23.0 |
| IN,N | 1,402 | 10.6 | 291 | 5.6 | 631 | 9.7 | 445 | 14.4 | 35 | 24.0 |
| IN,S | 2,319 | 10.4 | 482 | 5.5 | 1,553 | 11.5 | 255 | 14.0 | 29 | 23.0 |
| WI,E | 1,046 | 9.1 | 164 | 4.8 | 817 | 10.4 | 58 | 13.4 | 17 | 25.5 |
| WI,W | 507 | 4.4 | 40 | 2.8 | 242 | 3.6 | 202 | 6.4 | 23 | 9.5 |
| **8TH** | 12,016 | 9.8 | 3,992 | 7.9 | 6,573 | 9.1 | 1,729 | 12.4 | 322 | 20.4 |
| AR,E | 1,707 | 11.5 | 386 | 10.8 | 1,253 | 11.4 | 11 | 15.0 | 57 | 19.7 |
| AR,W | 924 | 12.0 | 18 | 11.0 | 871 | 12.0 | 7 | - | 31 | 13.7 |
| IA,N | 415 | 10.5 | 18 | 8.5 | 326 | 10.7 | 4 | - | 18 | 20.0 |
| IA,S | 666 | 10.9 | 64 | 7.8 | 456 | 10.7 | 51 | 18.6 | 19 | 20.7 |
| MN | 3,519 | 7.5 | 1,758 | 7.2 | 753 | 7.7 | 961 | 11.0 | 47 | 24.4 |
| MO,E | 1,896 | 8.1 | 600 | 8.2 | 1,250 | 8.7 | 4 | - | 42 | 19.8 |
| MO,W | 1,652 | 9.4 | 732 | 8.0 | 853 | 9.2 | 29 | 18.5 | 38 | 21.8 |
| NE | 688 | 9.0 | 27 | 1.0 | 579 | 8.3 | 43 | 17.4 | 39 | 19.5 |
| ND | 234 | 7.3 | 63 | 4.8 | 158 | 7.8 | 3 | - | 10 | 16.0 |
| SD | 315 | 11.4 | 204 | 9.5 | 74 | 10.7 | 16 | 21.5 | 21 | 24.0 |

# Table C-5. (September 30, 2005—Continued)

| Circuit and District | Total Cases Number of Cases | Total Cases Median Time Interval in Months | No Court Action Number of Cases | No Court Action Median Time Interval in Months | Court Action — Before Pretrial Number of Cases | Before Pretrial Median Time Interval in Months | Court Action — During or After Pretrial Number of Cases | During or After Pretrial Median Time Interval in Months | Court Action — Trial Number of Cases | Trial Median Time Interval in Months |
|---|---|---|---|---|---|---|---|---|---|---|
| 9TH | 31,261 | 8.2 | 10,646 | 7.1 | 18,147 | 8.0 | 1,973 | 13.2 | 495 | 23.7 |
| AK | 206 | 9.2 | 16 | 7.0 | 275 | 9.6 | - | - | 5 | 28.8 |
| AZ | 2,200 | 10.2 | 746 | 10.9 | 1,394 | 10.5 | - | - | 52 | 28.8 |
| CA.N | 4,480 | 9.8 | 1,863 | 6.4 | 988 | 7.8 | 1,572 | 12.7 | 57 | 26.0 |
| CA.E | 2,397 | 10.7 | 865 | 8.4 | 1,478 | 11.5 | 2 | - | 32 | 26.0 |
| CA.C | 10,773 | 7.4 | 4,611 | 6.5 | 5,889 | 7.8 | 122 | 17.3 | 151 | 22.0 |
| CA.S | 1,889 | 6.3 | 135 | 3.3 | 1,739 | 7.6 | - | - | 15 | 27.5 |
| HI | 644 | 10.9 | 291 | 9.8 | 271 | 9.7 | 66 | 14.6 | 16 | 25.0 |
| ID | 484 | 11.5 | 85 | 4.2 | 324 | 11.6 | 43 | 17.5 | 12 | 25.0 |
| MT | 479 | 12.8 | 99 | 11.5 | 277 | 9.3 | 86 | 16.5 | 17 | 24.0 |
| NV | 1,795 | 8.9 | 356 | 8.7 | 1,420 | 11.8 | - | - | 19 | 26.0 |
| OR | 1,892 | 10.6 | 559 | 8.1 | 1,259 | 11.8 | 12 | 18.0 | 62 | 25.0 |
| WA.E | 660 | 8.7 | 261 | 7.6 | 360 | 8.2 | 32 | 16.0 | 7 | 20.4 |
| WA.W | 3,203 | 9.6 | 725 | 5.5 | 2,411 | 10.4 | 20 | 18.8 | 47 | 20.4 |
| GUAM | 45 | 20.0 | 12 | 13.0 | 20 | 17.0 | 10 | 23.0 | 3 | 19.8 |
| NMI | 34 | 9.4 | 2 | - | 32 | 10.0 | - | - | - | - |
| 10TH | 8,224 | 9.8 | 1,175 | 6.3 | 5,513 | 8.8 | 1,273 | 12.1 | 263 | 19.5 |
| CO | 1,991 | 8.3 | 40 | 3.5 | 1,724 | 8.1 | 159 | 20.6 | 68 | 28.0 |
| KS | 1,186 | 9.7 | 359 | 7.7 | 688 | 8.8 | 96 | 18.7 | 43 | 19.4 |
| NM | 1,309 | 10.3 | 97 | 7.0 | 661 | 8.8 | 490 | 12.0 | 61 | 18.0 |
| OK.N | 667 | 10.8 | 56 | 3.3 | 580 | 10.0 | 10 | 20.0 | 21 | 19.5 |
| OK.E | 429 | 8.3 | 67 | 6.8 | 314 | 9.0 | 30 | 9.5 | 18 | 13.5 |
| OK.W | 1,250 | 8.3 | 394 | 5.4 | 481 | 7.3 | 350 | 10.4 | 25 | 15.5 |
| UT | 1,122 | 11.4 | 61 | 7.4 | 1,031 | 11.6 | 13 | 19.0 | 17 | 27.0 |
| WY | 270 | 9.8 | 101 | 5.0 | 34 | 9.0 | 125 | 10.7 | 10 | 13.0 |
| 11TH | 20,116 | 8.1 | 3,093 | 7.1 | 15,459 | 7.0 | 1,196 | 13.9 | 368 | 18.8 |
| AL.N | 3,029 | 7.4 | 824 | 9.1 | 2,137 | 4.5 | 22 | 22.0 | 46 | 19.0 |
| AL.M | 796 | 9.5 | 236 | 7.9 | 492 | 9.5 | 41 | 14.0 | 27 | 18.0 |
| AL.S | 636 | 8.1 | 104 | 6.0 | 496 | 8.4 | 19 | 16.4 | 17 | 15.5 |
| FL.N | 781 | 8.8 | 202 | 7.4 | 561 | 8.4 | 14 | 13.0 | 4 | 18.2 |
| FL.M | 5,019 | 8.3 | 686 | 5.5 | 4,140 | 9.9 | 86 | 16.2 | 107 | 18.2 |
| FL.S | 5,012 | 6.6 | 60 | 2.2 | 4,546 | 5.4 | 327 | 10.9 | 79 | 16.0 |
| GA.N | 3,589 | 10.0 | 734 | 6.9 | 2,123 | 9.7 | 673 | 13.8 | 59 | 24.5 |
| GA.M | 746 | 10.2 | 166 | 7.0 | 549 | 11.6 | 10 | 17.0 | 21 | 22.0 |
| GA.S | 508 | 9.1 | 81 | 5.7 | 415 | 9.6 | 4 | - | 8 | - |

NOTE: MEDIAN TIME INTERVALS NOT COMPUTED WHEN FEWER THAN 10 CASES REPORTED. THIS TABLE EXCLUDES LAND CONDEMNATIONS, PRISONER PETITIONS, DEPORTATION REVIEWS, RECOVERY OF OVERPAYMENTS, AND ENFORCEMENT OF JUDGMENTS. FOR FISCAL YEARS PRIOR TO 2001, THIS TABLE INCLUDED DATA ON RECOVERY OF OVERPAYMENTS AND ENFORCEMENT OF JUDGMENTS.