IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Aladdin Knowledge Systems, Ltd., : | |
| Plaintiff, : | |
| v. : | CIVIL ACTION NO. 05-149 (GMS) |
| Feitian Technologies Co., Ltd., et al., : | |
| Defendants. : | |

### ORDER

AND NOW, this ____ day of _____, 2006, upon consideration of the supplemental opposition of Plaintiff to the Motion of Defendant Feitian Technologies Co., Ltd. to Dismiss for Lack of Personal Jurisdiction ("Motion"), the Court finds that it possesses personal jurisdiction over Defendant pursuant to Fed.R.Civ.P. 4(k)(2) and it is hereby ORDERED that the Motion is DENIED with prejudice.

IT IS FURTHER ORDERED THAT Defendant Feitian Technologies Co., Ltd. shall file an Answer to Plaintiff's Complaint within twenty (20) days of the entry of this Order.

_____
U.S.D.J.

PHIL1 703596-5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Aladdin Knowledge Systems, Ltd., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 05-149 (GMS) |
| | : | |
| Feitian Technologies Co., Ltd., et al., | : | |
| | : | |
| Defendants. | : | |

## ALTERNATIVE ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of the supplemental opposition of Plaintiff to the Motion of Defendant Feitian Technologies Co., Ltd. to Dismiss for Lack of Personal Jurisdiction ("Motion"), it is hereby ORDERED that, pursuant to 28 U.S.C. § 1631, this matter is TRANSFERRED to the U.S. District Court for the Northern District of Illinois.

_____
U.S.D.J.

PHIL1 703596-5