## CERTIFICATE OF SERVICE

I, Patrick A. Costello, hereby certify that on November 20, 2006, copies of the foregoing Supplemental Brief of Plaintiff Aladdin Knowledge Systems, Ltd. in Opposition to the Motion of Defendant Feitian Technologies Co., Ltd. to Dismiss for Lack of Personal Jurisdiction were served upon counsel listed below in the manner indicated:

**Via E-File and Hand Delivery**

Rodger D. Smith, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899

*/s/ Patrick A. Costello*
Patrick A. Costello (Bar No. 4535)

PHIL1 703596-5