IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALADDIN KNOWLEDGE SYSTEMS, LTD.,

        Plaintiff,

  v.

FEITIAN TECHNOLOGIES CO., LTD., *et al.*,

        Defendants.

C.A. No. 05-149-GMS

## STIPULATION AND ORDER

WHEREAS, counsel for defendant Feitian Technologies Co. Ltd. ("Feitian") is involved in a patent infringement trial in Kansas City, Missouri beginning the week of December 11, 2006, and counsel for Feitian requested the following extension of time;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for Feitian to file and serve its Supplemental Brief in support of its Motion to Dismiss for lack of personal jurisdiction is extended until January 2, 2007.

KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP

*/s/ Patrick A. Costello*
David S. Eagle (#3387)
Patrick A. Costello (#4535)
919 Market Street, Suite 1000
Wilmington, DE 19801-3062
(302) 552-5508
deagle@klehr.com
pcostello@klehr.com
*Attorneys for Plaintiff Aladdin Knowledge Systems, Ltd.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
*Attorneys for Defendants Feitian Technologies Co., Ltd. and RS Computer*


SO ORDERED this ____ day of _____ 2006.


_____
United States District Court Judge