IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Aladdin Knowledge Systems, Ltd., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-149 (GMS) |
| | : | |
| Feitian Technologies Co., Ltd., et al., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**STIPULATION AND ORDER REGARDING THE FILING OF
REPLY AND SUR-REPLY BRIEFS**

WHEREAS on November 20, 2006, Plaintiff Aladdin Knowledge Systems, Ltd. ("Aladdin") filed its Supplemental Brief (D.I. 81) in opposition to defendants' motion to dismiss for lack of personal jurisdiction in accordance with a stipulated briefing schedule (D.I. 79);

WHEREAS on January 2, 2007, Defendant Feitian Technologies Co., Ltd. ("Feitian") filed its Supplemental Brief (D.I. 84) in support of its motion to dismiss for lack of personal jurisdiction in accordance with a stipulated briefing schedule (D.I. 79, 83);

WHEREAS Aladdin seeks to file a short Reply Brief limited to addressing one issue presented in Feitian's Supplemental Brief, and Aladdin has agreed to allow Feitian to file a short Sur-Reply Brief limited to addressing Aladdin's Reply Brief; and

WHEREAS no trial date or pre-trial hearing have been set, such that this Stipulation and Order shall not affect any trial dates or similar deadlines;

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel, subject to the approval of the Court, that Aladdin and Feitian agree to submit additional briefs as follows:

2

1. Aladdin shall file and serve a short Reply Brief in response to Feitian's Supplemental Brief no later than January 5, 2007. Aladdin's Reply Brief shall be limited to addressing Feitian's characterization of the Court's authority to transfer this action and shall be limited to a maximum of four (4) pages.

2. Feitian shall file and serve a short Sur-Reply Brief in response to Aladdin's Reply Brief no later than January 12, 2007. Feitian's Sur-Reply Brief shall be limited to addressing Aladdin's Reply Brief and shall be limited to a maximum of four (4) pages.

| KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Patrick A. Costello | /s/ Rodger D. Smith |
| David S. Eagle, Esquire (Bar No. 3387)<br>Patrick A. Costello (Bar No. 4535)<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801-3062<br>Telephone (302) 426-1189<br>deagle@klehr.com<br>pcostello@klehr.com<br>*Attorneys for Plaintiff Aladdin Knowledge Systems, Ltd.* | Rodger D. Smith, II (Bar No. 3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Telephone (302) 658-9200<br>rsmith@mnat.com<br>*Attorneys for Defendants Feitian Technologies Co., Ltd. and RS-Computer* |

SO ORDERED this ___ day of _____, 2007.

_____
United States District Court Judge

DEL1 65400-1