# KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP
## ATTORNEYS AT LAW

**PATRICK A. COSTELLO**

Direct Dial: (302) 552-5504
PCostell@klehr.com

Admitted in Delaware,
Pennsylvania and New Jersey

919 MARKET STREET
SUITE 1000
WILMINGTON, DELAWARE 19801-3062

(302) 426-1189
FAX (302) 426-9193

**www.klehr.com**

**New Jersey Office**
457 Haddonfield Road
Suite 510
Cherry Hill, New Jersey 08002-2220
(856) 486-7900

**Philadelphia Office**
260 South Broad Street
Philadelphia, Pennsylvania 19102-5003
(215) 568-6060

**January 8, 2007**

**VIA CM/ECF**

The Honorable Gregory M. Sleet
United States District Court, District of Delaware
844 N. King Street
Wilmington, DE 19801

> **RE:    Aladdin Knowledge Systems, Ltd. v. Feitian Technologies Co., Ltd., et al.,
> C.A. No. 05-CV-149(GMS)**

Dear Judge Sleet:

We represent Plaintiff Aladdin Knowledge Systems, Ltd. in the above-referenced litigation. Pursuant to Local Rule 7.1.4, we respectfully request that oral argument on Defendant Feitian's Motion to Dismiss for Lack of Personal Jurisdiction (D.I. 40)[1] be heard at the Court's convenience.

Respectfully,

Patrick A. Costello (DE Bar # 4535)

cc:    Mary Ellen O'Laughlin, Esq. (via email)
        Rodger D. Smith, II, Esq. (via e-file)
        Clerk of Court (via hand delivery)

---

[1] After a round of traditional briefing on Feitian's Motion to Dismiss (See D.I. 40 [Motion to Dismiss], D.I. 41 [Feitian's Opening Br.], D.I. 43 [Aladdin's Answering Br.], and D.I. 47 [Feitian's Reply Br.]), this Court ordered jurisdictional discovery. See D.I. 48 [Court's Opinion and Order] and D.I. 75 [Court's Order permitting further jurisdictional discovery of Feitian's California contacts]. After completion of jurisdictional discovery, both parties submitted Supplemental Briefs (D.I. 81, 84). On January 5, 2007, Plaintiff Aladdin filed a Reply Brief (D.I. 86) addressing Feitian's Supplemental Brief. Pursuant to the stipulated Order (D.I. 85) permitting a Reply Brief and a Sur-Reply Brief, we anticipate that Defendant Feitian may file a Sur-Reply on or before January 12, 2007. By that date, all briefing on the pending Motion to Dismiss will be complete.

DEL1 65415-2